### IN THE UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF ARKANSAS
### TEXARKANA DIVISION

| | |
|---|---|
| **JOHN WARD, JR.** § | |
| § | |
| **Plaintiff** § | No. 08-4022 |
| § | |
| **V.** § | JURY TRIAL DEMANDED |
| § | |
| **CISCO SYSTEMS, INC. and RICK FRENKEL** § § | |
| § | |
| **Defendants.** § | |

### MOTION TO APPEAR PRO HAC VICE

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW Nicholas H. Patton, counsel for Plaintiff, and files this Motion for Patricia L. Peden to appear *pro hac vice* on behalf of said Plaintiff in the above-captioned case.

1. Patricia L. Peden of Peden Law Offices is located at 610 16th Street, Suite 400, Oakland, CA 94612 and is one of the attorneys for Plaintiff.

2. Patricia L. Peden is a member in good standing of the California Bar, and is admitted to practice before all Courts of the State of California, The United States Court of Appeals for the Ninth Circuit, The United States Court of Appeals for the Federal Circuit, the United States District Court for the Eastern District of Texas, the United States District Court for the Northern District of California, and the United States District Court for the Southern District of California. She is of good moral and professional character and is a member in good standing of the State and Federal Bars in which she is licensed.

3. Patricia L. Peden has not been the subject of any disciplinary proceedings, investigation, action or grievance procedure, has not been disbarred in other

courts and has not been denied admission to the courts of any states or any court of the United States. Patricia L. Peden is competent to practice before this Court, and is of good personal and professional character. Subject to the investigation of her fitness, competency, and qualifications, she should be granted admission to the Bar of this Honorable Court and entitled to practice as an attorney of record in the above-entitled and numbered cause.

DATED this 18th day of March, 2008.

Respectfully Submitted,

*/s/ Nicholas H. Patton*
Nicholas H. Patton
State Bar No. 63035
Patton, Tidwell & Schroeder, LLP
4605 Texas Boulevard
Texarkana, Texas 75503
Tel: (903) 792-7080
Fax: (903) 792-8233
Email: nickpatton@texaskanlaw.com

ATTORNEY FOR PLAINTIFF

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was filed electronically with the Clerk of Court using the CM/ECF system. As such, this pleading was served on all counsel who are deemed to have consented to electronic service. All other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by regular mail on this 18th day of March, 2008

*/s/ Nicholas H. Patton*
Nicholas H. Patton