# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF ARKANSAS
# TEXARKANA DIVISION

| | | |
|---|---|---|
| **JOHN WARD, JR.** | § | |
| | § | |
| **Plaintiff** | § | No. 08-4022 |
| | § | |
| **V.** | § | JURY TRIAL DEMANDED |
| | § | |
| **CISCO SYSTEMS, INC. and RICK FRENKEL** | § § | |
| | § | |
| **Defendants.** | § | |

## NOTICE OF APPEARANCE

COMES NOW Patricia L. Peden of The Law Offices of Patricia L. Peden and hereby enters her appearance as attorney of record for Plaintiff in the above styled and numbered cause.

        Respectfully Submitted,

By:   *Patricia L. Peden*
      Patricia L. Peden
      California Bar No. 206440
      Law Offices of Patricia L. Peden
      610 16th Street, Suite 400
      Oakland, CA 94612
      Phone: 510.268.8033
      E-mail: ppeden@pedenlawfirm.com

## **CERTIFICATE OF SERVICE**

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on this 19th day of March, 2008.

                                                              */s/ Patricia L. Peden*
                                                              Patricia L. Peden