IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

| | |
|---|---|
| JOHN WARD, JR. | § |
| | § |
| | § |
| v. | § C.A. NO. 08-4022 |
| | § JURY TRIAL DEMANDED |
| CISCO SYSTEMS, INC AND | § |
| RICK FRENKEL | § |

## MOTION TO APPEAR PRO HAC VICE

TO THE HONORABLE COURT:

Richard E. Griffin, counsel for Defendant Cisco Systems, Inc. ("Cisco") files this motion for Charles L. Babcock to appear pro hac vice on behalf of Cisco in the above-referenced case.

1. Charles L. Babcock is a partner at Jackson Walker L.L.P., located at 1401 McKinney, Suite 1900, Houston, Texas 77010.

2. Charles L. Babcock is an attorney for Cisco.

3. Charles L. Babcock is a member in good standing of the Texas Bar and Federal Bar and is admitted to practice before all state courts in the State of Texas, as well as the following courts: the United States Court of Appeals for the Fifth Circuit, the United States District Court for the Southern District of Texas, the United States District Court for the Northern District of Texas, the United States District Court for the Eastern District of Texas, the United States District Court for the Western District of Texas, the United States District Court for the Western District of Michigan, the United States Court of Appeals for the Sixth Circuit, the United States Court of Appeals for the Ninth Circuit, the United States Court of Appeals for the Tenth Circuit, the United States Court of Appeals for the Eleventh Circuit, and the United States Supreme Court.

5070223v.1

4. Charles L. Babcock is of good moral character and is of good personal and professional character. He has not been the subject of any disciplinary proceedings, investigations, actions or grievance procedures, has not been disbarred in other courts, and has not been denied admission to the courts of any states or any federal court.

5. Charles L. Babcock is competent to practice before this Court.

6. Subject to an investigation of his fitness, competency and qualifications, Charles L. Babcock should be granted admission to the Bar of this Honorable Court and entitled to practice as an attorney in the above-referenced case.

DATED April 8, 2008.

    Respectfully submitted,

    JACKSON WALKER L.L.P.

    By: /s/ Richard E. Griffin
        Richard E. Griffin
        Arkansas Bar No.: 63020
        Email: rgriffin@jw.com
        1401 McKinney
        Suite 1900
        Houston, Texas 77010
        (713) 752-4200
        (713) 752-4221 – Fax

    ATTORNEY FOR DEFENDANT
    CISCO SYSTEMS, INC.

## CERTIFICATE OF SERVICE

This is to certify that on this 8th day of April, 2008, a true and correct copy of the foregoing Motion to Appear Pro Hac Vice was served electronically, upon:

Nicholas H. Patton
Patton, Tidwell & Schroeder, LLP
4605 Texas Boulevard
Texarkana, Texas 75503
**Attorney for Plaintiff John Ward, Jr.**

Michael D. Barnes
Wright, Lindsey & Jennings LLP
200 West Capitol Avenue
Little Rock, Arkansas 72201
**Attorney for Defendant Richard Frenkel**

George L. McWilliams
406 Walnut
P.O. Box 58
Texarkana, Texas 75504-0058
**Attorney for Defendant Richard Frenkel**

          /s/ Richard E. Griffin
          Richard E. Griffin