IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

| | |
|---|---|
| JOHN WARD, JR. | § § § |
| v. | § C.A. NO. 08-4022 |
| | § JURY TRIAL DEMANDED |
| CISCO SYSTEMS, INC AND | § |
| RICK FRENKEL | § |

## MOTION TO APPEAR PRO HAC VICE

TO THE HONORABLE COURT:

Richard E. Griffin, counsel for Defendant Cisco Systems, Inc. ("Cisco") files this motion for Crystal J. Parker to appear pro hac vice on behalf of Cisco in the above-referenced case.

1. Crystal J. Parker is an attorney at Jackson Walker L.L.P., located at 1401 McKinney, Suite 1900, Houston, Texas 77010.

2. Crystal J. Parker is an attorney for Cisco.

3. Crystal J. Parker is a member in good standing of the Texas Bar and Federal Bar and is admitted to practice before all state courts in the State of Texas, as well as the following courts: the United States District Court for the Southern District of Texas, the United States District Court for the Northern District of Texas, the United States District Court for the Eastern District of Texas, and the United States District Court for the Western District of Texas.

4. Crystal J. Parker is of good moral character and is of good personal and professional character. She has not been the subject of any disciplinary proceedings, investigations, actions or grievance procedures, has not been disbarred in other courts, and has not been denied admission to the courts of any states or any federal court.

5070291v.1

5. Crystal J. Parker is competent to practice before this Court.

6. Subject to an investigation of her fitness, competency and qualifications, Crystal J. Parker should be granted admission to the Bar of this Honorable Court and entitled to practice as an attorney in the above-referenced case.

DATED April 8, 2008.

Respectfully submitted,

JACKSON WALKER L.L.P.

By: /s/ Richard E. Griffin
    Richard E. Griffin
    Arkansas Bar No.: 63020
    Email: rgriffin@jw.com
    1401 McKinney
    Suite 1900
    Houston, Texas 77010
    (713) 752-4200
    (713) 752-4221 – Fax

ATTORNEY FOR DEFENDANT
CISCO SYSTEMS, INC.

# CERTIFICATE OF SERVICE

This is to certify that on this 8th day of April, 2008, a true and correct copy of the foregoing Motion to Appear Pro Hac Vice was served electronically, upon:

Nicholas H. Patton
Patton, Tidwell & Schroeder, LLP
4605 Texas Boulevard
Texarkana, Texas 75503
**Attorney for Plaintiff John Ward, Jr.**

Michael D. Barnes
Wright, Lindsey & Jennings LLP
200 West Capitol Avenue
Little Rock, Arkansas 72201
**Attorney for Defendant Richard Frenkel**

George L. McWilliams
406 Walnut
P.O. Box 58
Texarkana, Texas 75504-0058
**Attorney for Defendant Richard Frenkel**

/s/ Richard E. Griffin
Richard E. Griffin