# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF ARKANSAS
### TEXARKANA DIVISION

| | | |
|---|---|---|
| **JOHN WARD, JR.** | § | |
| | § | |
| **Plaintiff** | § | No.  08-4022 |
| | § | |
| **V.** | § | JURY TRIAL DEMANDED |
| | § | |
| **CISCO SYSTEMS, INC. and RICK** | § | |
| **FRENKEL** | § | |
| | § | |
| **Defendants.** | § | |

## UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO MOTION TO DISMISS FOR IMPROPER VENUE, OR IN THE ALTERNATIVE MOTION TO TRANSFER VENUE

Comes now John Ward, Jr., Plaintiff in the above styled and numbered cause, and for his Unopposed Motion for Extension of Time to Respond to Motion to Dismiss for Improper Venue, or in the Alternative, Motion to Transfer Venue would show as follows:

1.     On April 8, 2008, Defendant Cisco Systems, Inc. ("Cisco") filed its Motion to Dismiss for Improper Venue or in the Alternative, Motion to Transfer Venue. (DE #4) Plaintiff's response to said motion is due April 21, 2008.

2.     Plaintiff requests a three day extension of time in which to file its response to Defendant Cisco's Motion to Dismiss for Improper Venue or in the Alternative, Motion to Transfer Venue making its response due April 24, 2008.

3.     Defendant Cisco is unopposed to Plaintiff's request for extension of time.

WHEREFORE, Plaintiff requests its request for extension of time be granted.

Respectfully Submitted,


*/s/ Nicholas H. Patton*
Nicholas H. Patton
State Bar No. 63035
Patton, Tidwell & Schroeder, LLP
4605 Texas Boulevard
Texarkana, Texas 75503
Tel:    (903) 792-7080
Fax:    (903) 792-8233
Email: nickpatton@texaskanlaw.com

Patricia L. Peden
LAW OFFICE OF PATRICIA L. PEDEN
610 16th Street, Suite 400
Oakland, California 94612
Telephone: 510-268-8033

ATTORNEYS FOR PLAINTIFF

## <u>CERTIFICATE OF SERVICE</u>

This is to certify that on this 21st day of April, 2008, a true and correct copy of the foregoing Unopposed Motion for Extension of Time to Respond to Motion to Dismiss for Improper Venue, or in the Alternative Motion to Transfer Venue was served electronically and/or via U.S. First Class Mail upon:

Richard E. Griffin                      Attorney for Defendant Cisco Systems, Inc.
Charles Babcock
Crystal Parker
JACKSON WALKER, LLP
1401 McKinney
Suite 1900
Houston, Texas 77010

Michael D. Barnes                    Attorney for Defendant Richard Frenkel
WRIGHT, LINDSEY & JENNINGS, LLP
200 W. Capitol Avenue
Little Rock, Arkansas 72201

George L. McWilliams                 Attorney for Defendant Richard Frenkel
406 Walnut
P.O. Box 58
Texarkana, Texas 75504-0058


                                       */s/ Nicholas H. Patton*
                                       Nicholas H. Patton