## IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF ARKANSAS
## TEXARKANA DIVISION

| | |
|---|---|
| **JOHN WARD, JR.** | § |
| | § |
| **Plaintiff** | § No. 08-4022 |
| | § |
| **V.** | § JURY TRIAL DEMANDED |
| | § |
| **CISCO SYSTEMS, INC. and RICK FRENKEL** | § |
| | § |
| **Defendants.** | § |

### MOTION FOR DISMISSAL WITHOUT PREJUDICE
### AS TO DEFENDANT RICK FRENKEL

Comes now John Ward, Jr., Plaintiff in the above styled and numbered cause, and for his Motion for Dismissal Without Prejudice of Rick Frenkel would show as follows:

1. Plaintiff desires to dismiss its claims against Defendant Frenkel without prejudice.

2. No other parties to this suit will be prejudiced by the dismissal.

4. All parties will bear their own costs.

5. Plaintiff seeks only the dismissal of Defendant Frenkel by this motion.

WHEREFORE, Plaintiff prays an Order be entered granting this Motion to Dismiss, and ordering dismissal without prejudice of the Complaint against Defendant Frenkel be granted.

    Respectfully Submitted,

    */s/ Nicholas H. Patton*
    Nicholas H. Patton
    State Bar No. 63035
    Patton, Tidwell & Schroeder, LLP
    4605 Texas Boulevard
    Texarkana, Texas 75503
    903.792.7080 / 903.792.8233 (Fax)

Patricia L. Peden
LAW OFFICE OF PATRICIA L. PEDEN
610 16th Street, Suite 400
Oakland, California 94612
Telephone: 510-268-8033

ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

This is to certify that on this 24th day of April, 2008, a true and correct copy of the foregoing Motion for Dismissal Without Prejudice was served electronically and/or via U.S. First Class Mail upon:

| | |
|---|---|
| Richard E. Griffin | Attorney for Defendant Cisco Systems, Inc. |
| Charles Babcock | |
| Crystal Parker | |
| JACKSON WALKER, LLP | |
| 1401 McKinney | |
| Suite 1900 | |
| Houston, Texas 77010 | |
| | |
| Michael D. Barnes | Attorney for Defendant Richard Frenkel |
| WRIGHT, LINDSEY & JENNINGS, LLP | |
| 200 W. Capitol Avenue | |
| Little Rock, Arkansas 72201 | |
| | |
| George L. McWilliams | Attorney for Defendant Richard Frenkel |
| 406 Walnut | |
| P.O. Box 58 | |
| Texarkana, Texas 75504-0058 | |

*/s/ Nicholas H. Patton*
Nicholas H. Patton