```
          IN THE UNITED STATES DISTRICT COURT
             WESTERN DISTRICT OF ARKANSAS
                  TEXARKANA DIVISION
```

JOHN WARD, JR.                                          PLAINTIFF

VS.                    CASE NO. 08-4022

CISCO SYSTEMS, INC., et al                             DEFENDANTS


### MEMO OF REASSIGNMENT

The above styled case was heretofore assigned to the docket of the Honorable Harry F. Barnes.

The case is now reassigned to the docket of the Honorable Jimm Larry Hendren.

Dated this 25th day of April, 2008.

                              AT THE DIRECTION OF THE COURT

                              CHRISTOPHER R. JOHNSON, CLERK


                              By: /s/ Charlotte Powell
                                       Deputy Clerk

cc: Hon. Harry F. Barnes
    Hon. Jimm Larry Hendren
    All Counsel of Record