IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

| | | |
|---|---|---|
| JOHN WARD, JR. | § | |
| | § | |
| | § | |
| v. | § | C.A. NO. 08-4022 |
| | § | JURY TRIAL DEMANDED |
| CISCO SYSTEMS, INC AND | § | |
| RICK FRENKEL | § | |

**DESIGNATION OF ATTORNEY IN CHARGE
FOR DEFENDANT CISCO SYSTEMS, INC.**

TO THE HONORABLE COURT:

Defendant Cisco Systems, Inc. ("Cisco") respectfully advises the Court and counsel for all parties that Charles L. Babcock of the firm of Jackson Walker L.L.P. will be attorney-in-charge of the above-referenced litigation on behalf of Cisco Systems, Inc. from this date forward.

                                        Respectfully submitted,

                                        JACKSON WALKER L.L.P.

                                        By: _____
                                              Richard E. Griffin
                                              Arkansas Bar No.: 63020
                                              Email: rgriffin@jw.com
                                              Charles L. Babcock
                                              Federal Bar No.: 10982
                                              Email: cbabcock@jw.com
                                              Crystal J. Parker
                                              Federal Bar No.: 621142
                                              Email: cparker@jw.com
                                              1401 McKinney
                                              Suite 1900
                                              Houston, Texas 77010
                                              (713) 752-4200
                                              (713) 752-4221 – Fax

                                          ATTORNEY FOR DEFENDANT
                                          CISCO SYSTEMS, INC.

5085492v.1

## CERTIFICATE OF SERVICE

This is to certify that on this 24th day of April, 2008, a true and correct copy of the foregoing Designation of Attorney-in-Charge was served electronically, upon:

Nicholas H. Patton
Patton, Tidwell & Schroeder, LLP
4605 Texas Boulevard
Texarkana, Texas 75503
**Attorney for Plaintiff John Ward, Jr.**

Patricia L. Peden
610 16th Street, Suite 400
Oakland, California 94612
**Attorney for Plaintiff John Ward, Jr.**

Michael D. Barnes
Wright, Lindsey & Jennings LLP
200 West Capitol Avenue
Little Rock, Arkansas 72201
**Attorney for Defendant Richard Frenkel**

George L. McWilliams
406 Walnut
P.O. Box 58
Texarkana, Texas 75504-0058
**Attorney for Defendant Richard Frenkel**

_Charles L. Babcock_
Charles L. Babcock