IN THE UNTIED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

| | |
|---|---|
| JOHN WARD, JR. | § |
| | § |
| v. | § |
| | § C. A. NO. 08-4022 |
| CISCO SYSTEMS, INC. AND | § JURY TRIAL DEMANDED |
| RICK FRENKEL | § |

## NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of record:

    Please enter my appearance as additional counsel in this case for Defendant, Rick Frenkel.

    I certify that I am admitted to practice in this court.

By *[signature]*
George L. McWilliams
Arkansas Bar No: 68078
LAW OFFICE OF GEORGE L. MCWILLIAMS, P.C.
406 Walnut
P.O. Box 58
Texarkana, TX-AR 75504-0058
(903) 772-2055
(870) 772-0513—Fax
Email: glmlawoffice@gmail.com

ATTORNEY FOR DEFENDANT
RICK FRENKEL

Ward v. Cisco Systems, Inc. et al   Doc. 23

1

Dockets.Justia.com

## CERTIFICATE OF SERVICE

This is to certify that on this 4th day of June, 2008, a true and correct copy of the foregoing was served electronically, upon:

Nicholas H. Patton
Patton, Tidwell & Schroeder, LLP
4605 Texas Boulevard
Texarkana, Texas 75503

Richard E. Griffin
Charles L. Babcock
Jackson Walker L.L.P.
1404 McKinney, Suite 1900
Houston, Texas 77010

*/s/ George L. McWilliams*
George L. McWilliams