IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

| | |
|---|---|
| JOHN WARD, JR. | § § § |
| v. | § § C.A. NO. 08-4022 § JURY TRIAL DEMANDED |
| CISCO SYSTEMS, INC AND RICK FRENKEL | § § § |

## NOTICE OF APPEARANCE BY CRYSTAL J. PARKER

To the Clerk of this Court and all parties of record:

Please enter my appearance as additional counsel in this case for Defendant, Cisco Systems, Inc.

I certify that I am admitted *pro hac vice* to practice in this court.

Respectfully submitted,

JACKSON WALKER L.L.P.

By: /s/ Crystal J. Parker
Charles L. Babcock
Federal Bar No.: 10982
Email: cbabcock@jw.com
Richard E. Griffin
Arkansas Bar No.: 63020
Email: rgriffin@jw.com
Crystal J. Parker
Federal Bar No.: 621142
Email: cparker@jw.com
1401 McKinney
Suite 1900
Houston, Texas 77010
(713) 752-4200
(713) 752-4221 – Fax

ATTORNEYS FOR DEFENDANT
CISCO SYSTEMS, INC.

5208121v.1

# CERTIFICATE OF SERVICE

This is to certify that on this 10th day of July, 2008, a true and correct copy of the foregoing Notice of Appearance of Crystal J. Parker was served electronically, upon:

Nicholas H. Patton
Patton, Tidwell & Schroeder, LLP
4605 Texas Boulevard
Texarkana, Texas 75503
**Attorney for Plaintiff John Ward, Jr.**

Michael D. Barnes
Wright, Lindsey & Jennings LLP
200 West Capitol Avenue
Little Rock, Arkansas 72201
**Attorney for Defendant Richard Frenkel**

George L. McWilliams
406 Walnut
P.O. Box 58
Texarkana, Texas 75504-0058
**Attorney for Defendant Richard Frenkel**

/s/ Crystal J. Parker
Crystal J. Parker