```
                    IN THE UNITED STATES DISTRICT COURT
                        WESTERN DISTRICT OF ARKANSAS
                             TEXARKANA DIVISION


JOHN WARD, JR.                                                    PLAINTIFF

V.                              NO. 08-4022

CISCO SYSTEMS, INC.                                               DEFENDANT
```

                          INITIAL SCHEDULING ORDER

Effective August 15, 2005, all documents filed with the United States District Court for the Western District of Arkansas must be filed electronically. To obtain registration forms, review the CM/ECF administrative procedures, and to learn more about electronic filing, please visit our web site at www.arwd.uscourts.gov.

1. It appears to the court the issues are joined. Accordingly, the parties are jointly responsible for holding their Rule 26(f) conference by **NOVEMBER 14, 2008**, and their Rule 26(f) Report concerning such conference must be filed by **DECEMBER 1, 2008**.

Counsel should consult Rule 26(f) of the Federal Rules of Civil Procedure and Local Rule 26.1 for guidance on preparing said report and note that, under Local Rule 26.1, the deadlines set in the Rule 26(f) Report for completing discovery and filing motions should generally be no later than sixty (60) days before the scheduled trial date.

2. Any unresolved disputes concerning the Rule 26(f) Report or the trial date set by the Court will be noted in writing on the last page of the Rule 26(f) Report and if not so noted, will be deemed waived. The Court will rule on any such disputes either by written order or by telephone conference and issue its Final Scheduling Order by **DECEMBER 11, 2008**.

3. The Court has set this case for **A JURY TRIAL** during the week of **AUGUST 31, 2009**.

**IT IS SO ORDERED** this **1st** day of **October**, **2008**.

**/s/ Jimm Larry Hendren**
**JIMM LARRY HENDREN**
**UNITED STATES DISTRICT JUDGE**