IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

| | | |
|---|---|---|
| JOHN WARD, JR. | § § § | |
| v. | § § | C.A. NO. 08-4022 JURY TRIAL DEMANDED |
| CISCO SYSTEMS, INC. | § § | |

**CISCO SYSTEMS, INC.'S SUPPLEMENT TO ITS MOTION TO RECONSIDER THE COURT'S ORDER DENYING ITS MOTION TO DISMISS FOR IMPROPER VENUE, OR IN THE ALTERNATIVE, MOTION TO TRANSFER VENUE**

TO THE HONORABLE COURT:

Pursuant to Rule 60(b)(2) of the Federal Rules of Civil Procedure, Cisco Systems, Inc. ("Cisco") files this Supplement to its Motion to Reconsider the Court's Order Denying its Motion to Dismiss for Improper Venue, or in the Alternative, Motion to Transfer Venue (the "Motion") based on newly discovered evidence that, with reasonable diligence, could not have been discovered at the time of the Court's consideration of its Motion.

On October 27, 2008, Nicholas Patton, attorney of record in this lawsuit, entered an appearance for Eric Albritton in *Eric Albritton v. Cisco Systems, Inc. et al*, Cause No. 6:08-CV-89, pending in the United States District Court for the Eastern District of Texas—Tyler Division, an almost identical lawsuit regarding the same publication. (Exhibit A). Counsel for Defendant Cisco Systems, Inc. has been advised that Nicholas Patton is now the lead counsel for Eric Albritton, the plaintiff, in that action. As the Court is aware, Cisco raised the issue that Tyler would be a more convenient forum on the basis that the almost identical case is pending there and on the bases that the two cases could be consolidated, among other reasons. The fact that the plaintiffs in both cases are represented by the same counsel further demonstrates that Tyler is clearly a more convenient forum. For instance, discovery taken by Mr. Patton in the Albritton

5331499v.1

lawsuit will be essentially identical as in this case and will subject witnesses and court resources to duplication.

WHEREFORE, PREMISES CONSIDERED, Cisco respectfully requests that the Court reconsider its ruling and that Cisco's Motion to Dismiss For Improper Venue, or in the Alternative, Motion to Transfer Venue be in all things granted; that this cause of action be transferred to the Tyler Division of the Eastern District of Texas; and that Cisco be granted such other relief, both at law and in equity, as the Court deems just and proper.

Respectfully submitted,

JACKSON WALKER L.L.P.

By: /s/ Charles L. Babcock
    Richard E. Griffin
    Arkansas Bar No.: 63020
    Email: rgriffin@jw.com
    Charles L. Babcock
    Federal Bar No.: 10982
    Email: cbabcock@jw.com
    Crystal J. Parker
    Federal Bar No.: 621142
    Email: cparker@jw.com
    1401 McKinney
    Suite 1900
    Houston, Texas 77010
    (713) 752-4200
    (713) 752-4221 – Fax

ATTORNEYS FOR DEFENDANT
CISCO SYSTEMS, INC.

# CERTIFICATE OF SERVICE

This is to certify that on this **29th** day of October, 2008, a true and correct copy of the foregoing Cisco Systems, Inc.'s Supplement to Its Motion to Dismiss for Improper Venue, or in the Alternative, Motion to Transfer Venue was served electronically, upon:

Nicholas H. Patton
Patton, Tidwell & Schroeder, LLP
4605 Texas Boulevard
Texarkana, Texas 75503
**Attorney for Plaintiff John Ward, Jr.**

Michael D. Barnes
Wright, Lindsey & Jennings LLP
200 West Capitol Avenue
Little Rock, Arkansas 72201
**Attorney for Defendant Richard Frenkel**

George L. McWilliams
406 Walnut
P.O. Box 58
Texarkana, Texas 75504-0058
**Attorney for Defendant Richard Frenkel**

/s/ Charles L. Babcock
Charles L. Babcock