IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

| | | |
|---|---|---|
| JOHN WARD, JR. | § § § § § § § § | |
| | § | C.A. NO. 08-4022 |
| v. | § | JURY TRIAL DEMANDED |
| CISCO SYSTEMS, INC. | | |

### DEFENDANT CISCO SYSTEMS, INC.'S MOTION FOR ENTRY OF PROTECTIVE ORDER

TO THE HONORABLE COURT:

Defendant Cisco Systems, Inc. ("Cisco") files this Motion for Entry of Protective Order and would show the Court as follows.

Pursuant to the Parties' Rule 26(f) agreement, the parties agreed to meet and confer concerning a Protective Order, and in the event an agreement was not reached, to file a proposed Protective Order with the Court. The parties have not reached an agreement, thus necessitating this filing.

Because neither party has seen document requests to see what types of information will be requested, it may be more appropriate to revisit the issue in 45 to 60 days when the parties have had a chance to see what kinds of documents will be at issue.

In the alternative, if the Court decides to enter a protective order at this time, Cisco requests that the attached Protective Order be entered, which is substantially the same Protective Order as the order entered by Judge Schneider in the *Eric Albritton v. Cisco Systems, Inc., et al.* matter (Civil Action No. 6:08-cv-00089, In the United States District Court for the Eastern District of Texas, Tyler Division).

**DEFENDANT CISCO SYSTEMS, INC.'S MOTION FOR ENTRY OF PROTECTIVE ORDER – Page 1**

If the Plaintiff proceeds with his version of the protective order, Cisco requests the opportunity to oppose the proposed order.

For these reasons, Cisco requests that the Court either revisit the issue of the Protective Order in 45 to 60 days or enter the attached Protective Order.

Respectfully submitted,

JACKSON WALKER L.L.P.

By: /s/ Charles L. Babcock
    Charles L. Babcock
    Federal Bar No.: 10982
    Email: cbabcock@jw.com
    Richard E. Griffin
    Arkansas Bar No.: 63020
    Email: rgriffin@jw.com
    Crystal J. Parker
    Federal Bar No.: 621142
    Email: cparker@jw.com
    1401 McKinney
    Suite 1900
    Houston, Texas 77010
    (713) 752-4200
    (713) 752-4221 – Fax

ATTORNEYS FOR DEFENDANT
CISCO SYSTEMS, INC.

# CERTIFICATE OF SERVICE

This is to certify that on this 5th day of December, 2008, a true and correct copy of the foregoing was served upon via electronic service:

Patricia L. Peden
Law Offices of Patricia L. Peden
5901 Christie Avenue
Suite 201
Emeryville, CA 94608
*Attorney for Plaintiff Eric Albritton*

Nicholas H. Patton
Patton, Tidwell & Schroeder, LLP
4605 Texas Boulevard
P.O. Box 5398
Texarkana, Texas 75505-5398
*Attorney for Plaintiff Eric Albritton*


/s/ Charles L. Babcock
Charles L. Babcock