IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

| | | |
|---|---|---|
| JOHN WARD, JR. | § § § § § § § § | |
| v. | | C.A. NO. 08-4022 JURY TRIAL DEMANDED |
| CISCO SYSTEMS, INC. | | |

### DEFENDANT CISCO SYSTEMS, INC.'S NOTICE OF DISCLOSURE

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

COMES NOW, CISCO SYSTEMS, INC., Defendant in the above-captioned and numbered cause, and would respectfully show unto the Court that it has made its Initial Disclosures in compliance with Rule 26 of the Federal Rules of Civil Procedure on December 5, 2008.

By: _____
Charles L. Babcock
Federal Bar No.: 10982
Email: cbabcock@jw.com
Richard E. Griffin
Arkansas Bar No.: 63020
Email: rgriffin@jw.com
Crystal J. Parker
Federal Bar No.: 621142
Email: cparker@jw.com
1401 McKinney
Suite 1900
Houston, Texas 77010
(713) 752-4200
(713) 752-4221 – Fax

ATTORNEYS FOR DEFENDANT
CISCO SYSTEMS, INC.

## CERTIFICATE OF SERVICE

This is to certify that on this 5th day of December, 2008, a true and correct copy of the foregoing was served upon the following by electronic service:

| | |
|---|---|
| Patricia L. Peden<br>Law Offices of Patricia L. Peden<br>5901 Christie Avenue<br>Suite 201<br>Emeryville, CA 94608<br>*Attorney for Plaintiff Eric Albritton* | Nicholas H. Patton<br>Patton, Tidwell & Schroeder, LLP<br>4605 Texas Boulevard<br>P.O. Box 5398<br>Texarkana, Texas 75505-5398<br>*Attorney for Plaintiff Eric Albritton* |

_____
Charles L. Babcock