IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

| | |
|---|---|
| JOHN WARD, JR. § | |
|     Plaintiff § | |
| § | No. 08-4022-JLH |
| v. § | |
| § | JURY TRIAL DEMANDED |
| CISCO SYSTEMS, INC. and RICK § | |
| FRENKEL § | |
|     Defendants § | |

## PLAINTIFF'S NOTICE OF DISCLOSURE

Plaintiff, John Ward, Jr., hereby gives notice that he has served his initial disclosures on opposing counsel this 5th day of December 2008.

Respectfully Submitted,

*/s/ Nicholas H. Patton*
Nicholas H. Patton (SBN 63035)
Patton, Tidwell & Schroeder, LLP
4605 Texas Boulevard
Texarkana, Texas 75503
Tel:   (903) 792-7080
Fax:   (903) 792-8233

Patricia L. Peden
LAW OFFICE OF PATRICIA L. PEDEN
610 16th Street, Suite 400
Oakland, California 94612
Telephone: 510-268-8033

ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

This is to certify that on this 5th day of December, 2008, a true and correct copy of the foregoing Plaintiff's Notice of Disclosure was served electronically via the Court's CM/ECF filing system upon counsel below:

    Richard E. Griffin
    Charles Babcock
    Crystal Parker
    JACKSON WALKER, LLP
    1401 McKinney
    Suite 1900
    Houston, Texas 77010

    Attorneys for Defendant Cisco Systems, Inc.


                                                 */s/ Nicholas H. Patton*
                                                 Nicholas H. Patton