```
        IN THE UNITED STATES DISTRICT COURT
           WESTERN DISTRICT OF ARKANSAS
                 TEXARKANA DIVISION
```

JOHN WARD, JR.                                                    PLAINTIFF

        v.            Civil No. 08-4022

CISCO SYSTEMS, INC.                                               DEFENDANT

## O R D E R

Currently before the Court is **Defendant Cisco Systems, Inc.'s Motion for Entry of Protective Order (Doc. 42)**. A protective order appears to be unwarranted, as the parties have agreed to negotiate a protective agreement, as needed. The Court encourages the parties to work together and reach such agreements; however, in the event an agreement cannot be reached on any particular discovery issue, that issue can be then presented to the Court. Accordingly, the motion is **DENIED**.

IT IS SO ORDERED this 9th day of December 2008.

                                                  /s/ Jimm Larry Hendren
                                                  JIMM LARRY HENDREN
                                                  UNITED STATES DISTRICT JUDGE