IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

JOHN WARD, JR.                                                    PLAINTIFF

             v.           Civil No. 08-4022

CISCO SYSTEMS, INC.                                               DEFENDANT

### ORDER

Now on this 18th day of December, 2008, comes on for consideration **Plaintiff's Motion for Leave to Serve 10 Special Interrogatories** (document #41) and the defendant's response thereto. The Court, being well and sufficiently advised, finds that the motion should be, and it hereby is **GRANTED**. The plaintiff is hereby granted leave to propound ten special interrogatories upon the defendant for the limited purpose of determining the defendant's document retention policies and identifying the location of relevant documents.

**IT IS SO ORDERED.**

                                        /s/ Jimm Larry Hendren
                                        JIMM LARRY HENDREN
                                        UNITED STATES DISTRICT JUDGE