IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

| | |
|---|---|
| JOHN WARD, JR. §<br>  Plaintiff §<br> §<br>v. §<br> §<br>CISCO SYSTEMS, INC. §<br> §<br>  Defendant §<br> § | C.A. NO. 4:08cv4022<br>JURY TRIAL DEMANDED |

## *PLAINTIFF'S NOTICE OF SUBPOENA*

*TO ALL PARTIES AND THEIR COUNSEL OF RECORD:*

**PLEASE TAKE NOTICE** that, pursuant to Rules 30 and 45, Fed. R. Civ. P., Plaintiff will serve the attached Subpoena on the Custodian of Records for Google, Inc. ("Google") requesting production of the documents and things described in Exhibit A on or before March 2, 2009, at the offices of Paulson Esquire, 44 Montgomery Street, Suite 1100, San Francisco, CA.

Respectfully submitted,

_____
Nicholas H. Patton
SBN: 15631000
PATTON, TIDWELL & SCHROEDER, LLP
4605 Texas Boulevard
P. O. Box 5398
Texarkana, Texas 7550505398
(903) 792-7080      (903) 792-8233 (fax)

## CERTIFICATE OF SERVICE

This is to certify that on this 30th day of January, 2009, a true and correct copy of the foregoing was served electronically via the Court's CM/ECF electronic filing system upon:

Richard E. Griffin
Charles Babcock
Crystal Parker
JACKSON WALKER, LLP
1401 McKinney
Suite 1900Houston, Texas 77010

*Attorneys for Defendant Cisco Systems, Inc.*

Nicholas H. Patton