IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

| | | |
|---|---|---|
| **JOHN WARD, JR.** | § § § | |
| **Plaintiff** | § | No. 08-4022 JLH |
| | § | |
| **V.** | § | JURY TRIAL DEMANDED |
| | § | |
| **CISCO SYSTEMS, INC.** | § § | |
| **Defendant.** | § § | |

## NOTICE OF SUBPOENA SERVED

PLEASE TAKE NOTICE that Plaintiff has caused a subpoena to be served upon Google, Inc. A copy of said subpoena is attached hereto.

                                                      Respectfully Submitted,

                                              */s/ Nicholas H. Patton*
                                              Nicholas H. Patton
                                              State Bar No. 63035
                                              Patton, Tidwell & Schroeder, LLP
                                              4605 Texas Boulevard
                                              Texarkana, Texas 75503
                                              Tel:    (903) 792-7080
                                              Fax:    (903) 792-8233

                                              Patricia L. Peden
                                              LAW OFFICE OF PATRICIA L. PEDEN
                                              610 16th Street, Suite 400
                                              Oakland, California 94612
                                              Telephone: 510-268-8033

                                              ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

This is to certify that on this 12th day of February, 2009, a true and correct copy of the foregoing was served electronically via the Court's CM/ECF electronic filing system upon:

Richard E. Griffin
Charles Babcock
Crystal Parker
JACKSON WALKER, LLP
1401 McKinney
Suite 1900Houston, Texas 77010

*Attorneys for Defendant Cisco Systems, Inc.*

                                       */s/ Nicholas H. Patton*
                                       Nicholas H. Patton

▲AO88 (Rev. 1/94) Subpoena in a Civil Case

# Issued by the
# UNITED STATES DISTRICT COURT

| NORTHERN | DISTRICT OF | CALIFORNIA |
|---|---|---|

John Ward, Jr.

V.

Cisco Systems, Inc.

**SUBPOENA IN A CIVIL CASE**

Case Number:[1]  4:08cv4022
(Pending in the Western District of Arkansas)

TO: Google, Inc., Records Custodian, 1600 Amphitheatre Parkway, Mountain View, CA 94043

☐ YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
|  |  |
|  | DATE AND TIME |
|  |  |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
|  |  |

☒ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

See Exhibit A attached hereto

| PLACE | DATE AND TIME |
|---|---|
| Paulson Esquire, 44 Montgomery Street, Suite 1100, San Francisco, CA. | March 2, 2009 |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
|  |  |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| [signature]   Attorney for Plaintiff | January 30, 2009 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER

Nicholas H. Patton, Patton, Tidwell & Schroeder, LLP, P.O. Box 5398, Texarkana, Texas, 75505-5398   (Phone: 903.792.7080)

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on next page)

---

[1] If action is pending in district other than district of issuance, state district under case number.

| Attorney or Party without Attorney: ESQUIRE DEPOSITION SERVICES, LLC<br>2301 W. BIG BEAVER<br>SUITE 925<br>Troy, MI 48084<br>Telephone No: 248-205-7010    FAX No: 248-205-7040<br>Ref. No. or File No.: 4:08CV4022 | For Court Use Only |
|---|---|

| Attorney for: Plaintiff |
| Insert name of Court, and Judicial District and Branch Court: Court |
| Plaintiff: JOHN WARD |
| Defendant: CISCO SYSTEMS |

| PROOF OF SERVICE SUBPOENA IN A CIVIL | Hearing Date: | Time: | Dept/Div: | Case Number: 4:08CV4022 |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUBPOENA IN A CIVIL CASE

3. a. Party served: GOOGLE, INC, CUSTODIAN OF RECORDS
   b. Person served: Pauline Samson, Legal Assistant -

4. Address where the party was served: 1600 AMPHITHEATRE PARKWAY
   Mountain View, CA 94043

5. I served the party:
   b. by substituted service. On: Wed., Jan. 30, 2008 at: 3:18PM by leaving the copies with or in the presence of:
   Pauline Samson, Legal Assistant / Asian, Female, 35 Years Old, Black Hair, Brown Eyes, 5 Feet 1 Inches, 105 Pounds
   (1) (Business) Person of suitable age and discretion. I informed him or her of the general nature of the papers.
   b. I received this subpena for service on: Friday, January 30, 2009

6. Witness fees were not demanded or paid.

7. **Person Who Served Papers:**
   a. Raul Deleon
   
   Aboingo Services   P 510-475-6161
   1780 Whipple Rd   F 510-475-6262
   Suite #102   www.aboingo.net
   Union City, CA 94587

   Recoverable Cost Per CCP 1033.5(a)(4)(B)
   d. *The Fee for Service was:*
   e. I am: (3) registered California process server
       (i) Independent Contractor
       (ii) Registration No.: 1202
       (iii) County: Santa Clara

8. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

Date: Mon, Feb. 02, 2009

Judicial Council Form
Rule 2.150.(a)&(b) Rev January 1, 2007

PROOF OF SERVICE
SUBPOENA IN A CIVIL

(Raul Deleon)
4:08cv4022.2057010.68907

# EXHIBIT A

## *DEFINITIONS & INSTRUCTIONS*

1. "YOU", "YOUR" or "YOURS" refers to Google, Inc. ("GOOGLE"), including without limitation all of its corporate locations and all predecessors, subsidiaries, parents & affiliates and all past or present directors, officers, partners, associates, employees, staff members, agents, representatives, consultants, attorneys, and entities acting in joint-venture, affiliate, partnership or business relationship with GOOGLE and other acting on behalf of GOOGLE.

2. The term "DOCUMENT" is used herein in this broadest sense under the Federal Rules of Civil Procedure and applicable case law and includes all tangible things, all originals (or, if originals are not available, identical copies thereof), archives, all non-identical copies of all documents, all drafts of final documents, all other written, printed, or recorded matter of any kind and all other data compilations from which information can be obtained that are or have been in your actual or constructive possession or control, regardless of the medium on which they are produced, reproduced or stored (including with limitation computer programs and files containing any requested information), and any recording or writing as these terms are defined in Rule 1001 of the Federal Rules of Evidence. Any document bearing marks, including without limitation initials, stamped initials, comments, or notations not part of the original text or photographic reproduction thereof is a separate document.

3. The terms "REFER" or "RELATE" or any variant thereof include, but are not limited to, the following meanings: pertaining to, analyzing, assessing, compromising, concerning, containing, constituting, discussing establishing, mentioning, containing, evidencing,

1

describing, displaying, showing, identifying, including, recording, reflecting, stating, proving, disproving, consisting of, supporting, contradicting, in any way legally, logically, or factually connected with the matters referenced, or having tendency to prove or disapprove any matter referenced.

4. The term "COMMUNICATION" or any variant thereof means any contact between or among two or more persons and shall include, without limitation, written contact by means such as letters, memoranda, telegrams, telecopies, telexes, e-mail or any other document; and any writings memorializing any oral contact such as face to face meetings or telephone conversations.

5. The term "THE BLOG" shall mean the internet message boards and blog sites found at www.trolltracker.blogspot.com (a/k/a the "TrollTracker.")

6. The term "FINANCIAL SUPPORT" shall mean any means of supporting THE BLOG including but not limited to monetary compensation, compensation in-kind, or donations.

## DOCUMENTS REQUESTED

1. All DOCUMENTS REFRRING or RELATING to COMMUNICATIONS to or from (1) RICHARD FRENKEL a/k/a "The TrollTracker," (2) MALLUN YEN, (3) JOHN NOH, (4) Mark Chandler, (5) CISCO SYSTEMS, INC. or (6) THE BLOG regarding (1) JOHN WARD, JR.; (2) the filing of Civil Action No. 5:07-CV-00156, styled *ESN, LLC v. Cisco Systems, Inc.*, in the United States District Court for the Eastern District of Texas; or (3) the October 16-17, 2007 postings on www.trolltracker.blogspot.com.

2. All DOCUMENTS REFRRING or RELATING to user searches of the internet and/or THE BLOG regarding (1) JOHN WARD, JR; (2) the filing of Civil Action No. 5:07-CV-00156, styled *ESN, LLC v. Cisco Systems, Inc.*, in the United States District Court for the Eastern District of Texas; or (3) the October 16-17, 2007 postings on the www.trolltracker.blogspot.com including documents reflecting the number of such searches conducted between October 16, 2007 and March 1, 2008.

3. All DOCUMENTS REFRRING or RELATING to COMMUNICATIONS with or responses posted to THE BLOG regarding (1) ERIC M. ALBRITTON; (2) the filing of Civil Action No. 5:07-CV-00156, styled *ESN, LLC v. Cisco Systems, Inc.*, in the United States District Court for the Eastern District of Texas; or (3) the October 16-17, 2007 postings on www.trolltracker.blogspot.com.

4. All DOCUMENTS REFRRING or RELATING to COMMUNICATIONS with or responses posted to THE BLOG regarding (1) ESN, LLC (2) the filing of Civil Action No. 5:07-CV-00156, styled *ESN, LLC v. Cisco Systems, Inc.*, in the United States District Court for the Eastern District of Texas; or (3) the October 16-17, 2007 postings on www.trolltracker.blogspot.com.

5.  All DOCUMENTS REFRRING or RELATING to COMMUNICATIONS with or responses posted to THE BLOG regarding (1) McAndrews Held and Malloy; (2) the filing of Civil Action No. 5:07-CV-00156, styled *ESN, LLC v. Cisco Systems, Inc.*, in the United States District Court for the Eastern District of Texas; or (3) the October 16-17, 2007 postings on www.trolltracker.blogspot.com.

6.  All DOCUMENTS REFRRING or RELATING to the establishment, creation, maintenance and financial support for THE BLOG.

7.  All DOCUMENTS exchanged between Google and Cisco regarding Gregg County, Texas Cause of Action, Gregg County No. 2007-2502-A.

# EXHIBIT A

## *DEFINITIONS & INSTRUCTIONS*

1.  "YOU", "YOUR" or "YOURS" refers to Google, Inc. ("GOOGLE"), including without limitation all of its corporate locations and all predecessors, subsidiaries, parents & affiliates and all past or present directors, officers, partners, associates, employees, staff members, agents, representatives, consultants, attorneys, and entities acting in joint-venture, affiliate, partnership or business relationship with GOOGLE and other acting on behalf of GOOGLE.

2.  The term "DOCUMENT" is used herein in this broadest sense under the Federal Rules of Civil Procedure and applicable case law and includes all tangible things, all originals (or, if originals are not available, identical copies thereof), archives, all non-identical copies of all documents, all drafts of final documents, all other written, printed, or recorded matter of any kind and all other data compilations from which information can be obtained that are or have been in your actual or constructive possession or control, regardless of the medium on which they are produced, reproduced or stored (including with limitation computer programs and files containing any requested information), and any recording or writing as these terms are defined in Rule 1001 of the Federal Rules of Evidence. Any document bearing marks, including without limitation initials, stamped initials, comments, or notations not part of the original text or photographic reproduction thereof is a separate document.

3.  The terms "REFER" or "RELATE" or any variant thereof include, but are not limited to, the following meanings: pertaining to, analyzing, assessing, compromising, concerning, containing, constituting, discussing establishing, mentioning, containing, evidencing,

describing, displaying, showing, identifying, including, recording, reflecting, stating, proving, disproving, consisting of, supporting, contradicting, in any way legally, logically, or factually connected with the matters referenced, or having tendency to prove or disapprove any matter referenced.

4. The term "COMMUNICATION" or any variant thereof means any contact between or among two or more persons and shall include, without limitation, written contact by means such as letters, memoranda, telegrams, telecopies, telexes, e-mail or any other document; and any writings memorializing any oral contact such as face to face meetings or telephone conversations.

5. The term "THE BLOG" shall mean the internet message boards and blog sites found at www.trolltracker.blogspot.com (a/k/a the "TrollTracker.")

6. The term "FINANCIAL SUPPORT" shall mean any means of supporting THE BLOG including but not limited to monetary compensation, compensation in-kind, or donations.

## DOCUMENTS REQUESTED

1. All DOCUMENTS REFRRING or RELATING to COMMUNICATIONS to or from (1) RICHARD FRENKEL a/k/a "The TrollTracker," (2) MALLUN YEN, (3) JOHN NOH, (4) Mark Chandler, (5) CISCO SYSTEMS, INC. or (6) THE BLOG regarding (1) JOHN WARD, JR.; (2) the filing of Civil Action No. 5:07-CV-00156, styled *ESN, LLC v. Cisco Systems, Inc.*, in the United States District Court for the Eastern District of Texas; or (3) the October 16-17, 2007 postings on www.trolltracker.blogspot.com.

2. All DOCUMENTS REFRRING or RELATING to user searches of the internet and/or THE BLOG regarding (1) JOHN WARD, JR; (2) the filing of Civil Action No. 5:07-CV-00156, styled *ESN, LLC v. Cisco Systems, Inc.*, in the United States District Court for the Eastern District of Texas; or (3) the October 16-17, 2007 postings on the www.trolltracker.blogspot.com including documents reflecting the number of such searches conducted between October 16, 2007 and March 1, 2008.

3. All DOCUMENTS REFRRING or RELATING to COMMUNICATIONS with or responses posted to THE BLOG regarding (1) ERIC M. ALBRITTON; (2) the filing of Civil Action No. 5:07-CV-00156, styled *ESN, LLC v. Cisco Systems, Inc.*, in the United States District Court for the Eastern District of Texas; or (3) the October 16-17, 2007 postings on www.trolltracker.blogspot.com.

4. All DOCUMENTS REFRRING or RELATING to COMMUNICATIONS with or responses posted to THE BLOG regarding (1) ESN, LLC (2) the filing of Civil Action No. 5:07-CV-00156, styled *ESN, LLC v. Cisco Systems, Inc.*, in the United States District Court for the Eastern District of Texas; or (3) the October 16-17, 2007 postings on www.trolltracker.blogspot.com.

5.  All DOCUMENTS REFRRING or RELATING to COMMUNICATIONS with or responses posted to THE BLOG regarding (1) McAndrews Held and Malloy; (2) the filing of Civil Action No. 5:07-CV-00156, styled *ESN, LLC v. Cisco Systems, Inc.*, in the United States District Court for the Eastern District of Texas; or (3) the October 16-17, 2007 postings on www.trolltracker.blogspot.com.

6.  All DOCUMENTS REFRRING or RELATING to the establishment, creation, maintenance and financial support for THE BLOG.

7.  All DOCUMENTS exchanged between Google and Cisco regarding Gregg County, Texas Cause of Action, Gregg County No. 2007-2502-A.

# EXHIBIT A

## *DEFINITIONS & INSTRUCTIONS*

1. "YOU", "YOUR" or "YOURS" refers to Google, Inc. ("GOOGLE"), including without limitation all of its corporate locations and all predecessors, subsidiaries, parents & affiliates and all past or present directors, officers, partners, associates, employees, staff members, agents, representatives, consultants, attorneys, and entities acting in joint-venture, affiliate, partnership or business relationship with GOOGLE and other acting on behalf of GOOGLE.

2. The term "DOCUMENT" is used herein in this broadest sense under the Federal Rules of Civil Procedure and applicable case law and includes all tangible things, all originals (or, if originals are not available, identical copies thereof), archives, all non-identical copies of all documents, all drafts of final documents, all other written, printed, or recorded matter of any kind and all other data compilations from which information can be obtained that are or have been in your actual or constructive possession or control, regardless of the medium on which they are produced, reproduced or stored (including with limitation computer programs and files containing any requested information), and any recording or writing as these terms are defined in Rule 1001 of the Federal Rules of Evidence. Any document bearing marks, including without limitation initials, stamped initials, comments, or notations not part of the original text or photographic reproduction thereof is a separate document.

3. The terms "REFER" or "RELATE" or any variant thereof include, but are not limited to, the following meanings: pertaining to, analyzing, assessing, compromising, concerning, containing, constituting, discussing establishing, mentioning, containing, evidencing,

1

describing, displaying, showing, identifying, including, recording, reflecting, stating, proving, disproving, consisting of, supporting, contradicting, in any way legally, logically, or factually connected with the matters referenced, or having tendency to prove or disapprove any matter referenced.

4. The term "COMMUNICATION" or any variant thereof means any contact between or among two or more persons and shall include, without limitation, written contact by means such as letters, memoranda, telegrams, telecopies, telexes, e-mail or any other document; and any writings memorializing any oral contact such as face to face meetings or telephone conversations.

5. The term "THE BLOG" shall mean the internet message boards and blog sites found at www.trolltracker.blogspot.com (a/k/a the "TrollTracker.")

6. The term "FINANCIAL SUPPORT" shall mean any means of supporting THE BLOG including but not limited to monetary compensation, compensation in-kind, or donations.

## DOCUMENTS REQUESTED

1. All DOCUMENTS REFRRING or RELATING to COMMUNICATIONS to or from (1) RICHARD FRENKEL a/k/a "The TrollTracker," (2) MALLUN YEN, (3) JOHN NOH, (4) Mark Chandler, (5) CISCO SYSTEMS, INC. or (6) THE BLOG regarding (1) JOHN WARD, JR.; (2) the filing of Civil Action No. 5:07-CV-00156, styled *ESN, LLC v. Cisco Systems, Inc.*, in the United States District Court for the Eastern District of Texas; or (3) the October 16-17, 2007 postings on www.trolltracker.blogspot.com.

2. All DOCUMENTS REFRRING or RELATING to user searches of the internet and/or THE BLOG regarding (1) JOHN WARD, JR; (2) the filing of Civil Action No. 5:07-CV-00156, styled *ESN, LLC v. Cisco Systems, Inc.*, in the United States District Court for the Eastern District of Texas; or (3) the October 16-17, 2007 postings on the www.trolltracker.blogspot.com including documents reflecting the number of such searches conducted between October 16, 2007 and March 1, 2008.

3. All DOCUMENTS REFRRING or RELATING to COMMUNICATIONS with or responses posted to THE BLOG regarding (1) ERIC M. ALBRITTON; (2) the filing of Civil Action No. 5:07-CV-00156, styled *ESN, LLC v. Cisco Systems, Inc.*, in the United States District Court for the Eastern District of Texas; or (3) the October 16-17, 2007 postings on www.trolltracker.blogspot.com.

4. All DOCUMENTS REFRRING or RELATING to COMMUNICATIONS with or responses posted to THE BLOG regarding (1) ESN, LLC (2) the filing of Civil Action No. 5:07-CV-00156, styled *ESN, LLC v. Cisco Systems, Inc.*, in the United States District Court for the Eastern District of Texas; or (3) the October 16-17, 2007 postings on www.trolltracker.blogspot.com.

5.  All DOCUMENTS REFRRING or RELATING to COMMUNICATIONS with or responses posted to THE BLOG regarding (1) McAndrews Held and Malloy; (2) the filing of Civil Action No. 5:07-CV-00156, styled *ESN, LLC v. Cisco Systems, Inc.*, in the United States District Court for the Eastern District of Texas; or (3) the October 16-17, 2007 postings on www.trolltracker.blogspot.com.

6.  All DOCUMENTS REFRRING or RELATING to the establishment, creation, maintenance and financial support for THE BLOG.

7.  All DOCUMENTS exchanged between Google and Cisco regarding Gregg County, Texas Cause of Action, Gregg County No. 2007-2502-A.

# EXHIBIT A

## *DEFINITIONS & INSTRUCTIONS*

1. "YOU", "YOUR" or "YOURS" refers to Google, Inc. ("GOOGLE"), including without limitation all of its corporate locations and all predecessors, subsidiaries, parents & affiliates and all past or present directors, officers, partners, associates, employees, staff members, agents, representatives, consultants, attorneys, and entities acting in joint-venture, affiliate, partnership or business relationship with GOOGLE and other acting on behalf of GOOGLE.

2. The term "DOCUMENT" is used herein in this broadest sense under the Federal Rules of Civil Procedure and applicable case law and includes all tangible things, all originals (or, if originals are not available, identical copies thereof), archives, all non-identical copies of all documents, all drafts of final documents, all other written, printed, or recorded matter of any kind and all other data compilations from which information can be obtained that are or have been in your actual or constructive possession or control, regardless of the medium on which they are produced, reproduced or stored (including with limitation computer programs and files containing any requested information), and any recording or writing as these terms are defined in Rule 1001 of the Federal Rules of Evidence. Any document bearing marks, including without limitation initials, stamped initials, comments, or notations not part of the original text or photographic reproduction thereof is a separate document.

3. The terms "REFER" or "RELATE" or any variant thereof include, but are not limited to, the following meanings: pertaining to, analyzing, assessing, compromising, concerning, containing, constituting, discussing establishing, mentioning, containing, evidencing,

1

describing, displaying, showing, identifying, including, recording, reflecting, stating, proving, disproving, consisting of, supporting, contradicting, in any way legally, logically, or factually connected with the matters referenced, or having tendency to prove or disapprove any matter referenced.

4. The term "COMMUNICATION" or any variant thereof means any contact between or among two or more persons and shall include, without limitation, written contact by means such as letters, memoranda, telegrams, telecopies, telexes, e-mail or any other document; and any writings memorializing any oral contact such as face to face meetings or telephone conversations.

5. The term "THE BLOG" shall mean the internet message boards and blog sites found at www.trolltracker.blogspot.com (a/k/a the "TrollTracker.")

6. The term "FINANCIAL SUPPORT" shall mean any means of supporting THE BLOG including but not limited to monetary compensation, compensation in-kind, or donations.

## *DOCUMENTS REQUESTED*

1. All DOCUMENTS REFRRING or RELATING to COMMUNICATIONS to or from (1) RICHARD FRENKEL a/k/a "The TrollTracker," (2) MALLUN YEN, (3) JOHN NOH, (4) Mark Chandler, (5) CISCO SYSTEMS, INC. or (6) THE BLOG regarding (1) JOHN WARD, JR.; (2) the filing of Civil Action No. 5:07-CV-00156, styled *ESN, LLC v. Cisco Systems, Inc.*, in the United States District Court for the Eastern District of Texas; or (3) the October 16-17, 2007 postings on www.trolltracker.blogspot.com.

2. All DOCUMENTS REFRRING or RELATING to user searches of the internet and/or THE BLOG regarding (1) JOHN WARD, JR; (2) the filing of Civil Action No. 5:07-CV-00156, styled *ESN, LLC v. Cisco Systems, Inc.*, in the United States District Court for the Eastern District of Texas; or (3) the October 16-17, 2007 postings on the www.trolltracker.blogspot.com including documents reflecting the number of such searches conducted between October 16, 2007 and March 1, 2008.

3. All DOCUMENTS REFRRING or RELATING to COMMUNICATIONS with or responses posted to THE BLOG regarding (1) ERIC M. ALBRITTON; (2) the filing of Civil Action No. 5:07-CV-00156, styled *ESN, LLC v. Cisco Systems, Inc.*, in the United States District Court for the Eastern District of Texas; or (3) the October 16-17, 2007 postings on www.trolltracker.blogspot.com.

4. All DOCUMENTS REFRRING or RELATING to COMMUNICATIONS with or responses posted to THE BLOG regarding (1) ESN, LLC (2) the filing of Civil Action No. 5:07-CV-00156, styled *ESN, LLC v. Cisco Systems, Inc.*, in the United States District Court for the Eastern District of Texas; or (3) the October 16-17, 2007 postings on www.trolltracker.blogspot.com.

5. All DOCUMENTS REFRRING or RELATING to COMMUNICATIONS with or responses posted to THE BLOG regarding (1) McAndrews Held and Malloy; (2) the filing of Civil Action No. 5:07-CV-00156, styled *ESN, LLC v. Cisco Systems, Inc.*, in the United States District Court for the Eastern District of Texas; or (3) the October 16-17, 2007 postings on www.trolltracker.blogspot.com.

6. All DOCUMENTS REFRRING or RELATING to the establishment, creation, maintenance and financial support for THE BLOG.

7. All DOCUMENTS exchanged between Google and Cisco regarding Gregg County, Texas Cause of Action, Gregg County No. 2007-2502-A.