IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

| | | |
|---|---|---|
| JOHN WARD, JR. | § § § | |
| | § | C. A. NO. 08-4022 |
| v. | § | JURY TRIAL DEMANDED |
| | § | |
| CISCO SYSTEMS, INC. | § | |

### ORDER DENYING PLAINTIFF'S MOTION TO COMPEL

The Court, having considered Plaintiff's Motion to Compel and any responses thereto in the above-referenced lawsuit, hereby ORDERS that:

The Motion is DENIED.

It is hereby ORDERED that Plaintiff's Motion to Compel is DENIED.

5442945v.1