# Ex. B

Dockets.Justia.com

## Patricia L. Peden

| | |
|---|---|
| **From:** | Turnock, Holly [hturnock@jw.com] |
| **Sent:** | Friday, February 06, 2009 10:20 AM |
| **To:** | nickpatton@texarkanalaw.com; ppeden@pedenlawfirm.com |
| **Cc:** | Parker, Crystal |
| **Subject:** | DOCSOPEN-#5427967-v1-WARD__Plaintiff_s_Protective_Order_REDLINED.DOC |
| **Attachments:** | DOCSOPEN-#5427967-v1-WARD__Plaintiff_s_Protective_Order_REDLINED.DOC |

<<DOCSOPEN-#5427967-v1-WARD__Plaintiff_s_Protective_Order_REDLINED.DOC>>
Nick and Patty - Here is a red lined version of your proposed protective order.