# Ex. C

Dockets.Justia.com

**Patricia L. Peden**

| | |
|---|---|
| **From:** | Patricia L. Peden [ppeden@pedenlawfirm.com] |
| **Sent:** | Wednesday, February 11, 2009 9:42 AM |
| **To:** | 'Parker, Crystal' |
| **Cc:** | 'Babcock, Chip'; 'Nick Patton' |
| **Subject:** | DOCSOPEN-#5427967-v1-WARD(Plaintiff's edits) |
| **Attachments:** | DOCSOPEN-#5427967-v1-WARD(Plaintiff's edits).doc |

Crystal:

Attached are Plaintiff's revisions and comments to your redline of our PO.  Please let me know when you are free for a telephone conference to discuss.  I am available most of today and tomorrow.

Thanks,

Patty