Ward v. Cisco Systems, Inc. et al
Case 4:08-cv-04022-JLH   Document 59-7   Filed 03/04/09   Page 1 of 2
Doc. 59 Att. 6

# Ex. G

| | |
|---|---|
| **From:** | Patent Troll <trolltracker@gmail.com> |
| **Sent:** | Sunday, August 26, 2007 6:53 PM |
| **To:** | John Noh (jnoh) <jnoh@cisco.com> |
| **Cc:** | Mallun Yen (myen) <myen@cisco.com> |
| **Subject:** | Fwd: Thomas John Ward Jr |

I don't know much about the New York Sun, but my sense is that it doesn't make sense for me to do this. Can't see any advantage for us. Let me know if you disagree.

Not sure whether to ignore requests like this or politely decline. Probably the latter, unless the paper's a real rag, then I'll ignore. The Sun seems legit. Far right wing, but legit.

---------- Forwarded message ----------
From: **Josh Gerstein** <jgerstein@nysun.com>
Date: Aug 24, 2007 8:39 PM
Subject: Thomas John Ward Jr
To: trolltracker@gmail.com

Hi

I'm a reporter working on a story about attorney Thomas John Ward Jr.

As I was pacer-checking him and googling him I noticed your blog.

Any chance we could chat about what's going on in TX ED and who this guy is?


Thanks


--
Josh Gerstein
National Reporter
The New York Sun
(415) 695-0484 voice
(703) 980-5029 cell
(415) 449-3551 fax
jgerstein@nysun.com e-mail