Page 1

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF TEXAS

TYLER DIVISION

ERIC M. ALBRITTON,

    Plaintiff,

vs.    No. 6:08-CV-00089

(1) CISCO SYSTEMS, INC.,
(2) RICHARD FRENKEL, (3) MALLUN YEN and (4) JOHN NOH,

    Defendants.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

DEPOSITION OF MARK CHANDLER

Tuesday, November 18, 2008

SHEILA CHASE & ASSOCIATES
REPORTING FOR:
West Court Reporting Services
221 Main Street, Suite 1250
San Francisco, California  94105
Phone:  (415) 321-2300
Fax:  (415) 618-0743

Reported by:
JANIS JENNINGS, CSR, CRP, CLR
CRS-100282-022

Page 34

1  effect.
2              MR. BABCOCK:  Object to the form.
3              MR. McWILLIAMS:  Objection.  Form.
4              THE WITNESS:  I don't know that.
5  BY MR. PATTON:
6       Q.   Okay.  Do you know whether or not he was
7  asked by Miss Yen or Mr. Noh to post this blog, the
8  October 18th blog?
9       A.   I know that it was suggested that he write
10 on the subject.
11      Q.   And it was suggested by his immediate
12 superior, Miss Yen, for one, was it not?
13             MR. BABCOCK:  Object to the form.
14             MR. McWILLIAMS:  Same objection.
15             THE WITNESS:  I believe so.
16 BY MR. PATTON:
17      Q.   And Mr. Noh also knew about that because
18 of some information he had that he thought that it
19 would be good to post this; correct?
20      A.   I believe Mr. Noh knew that he was going
21 to post on this subject.
22      Q.   And Miss Yen suggested that he do so?
23             MR. BABCOCK:  Object to the form.
24             THE WITNESS:  I don't recall who suggested
25 it.