Page 1

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF TEXAS

TYLER DIVISION

ERIC M. ALBRITTON,

       Plaintiff,

vs.                                                    No. 6:08-CV-00089

(1) CISCO SYSTEMS, INC.,
(2) RICHARD FRENKEL, (3) MALLUN
YEN and (4) JOHN NOH,

       Defendants.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

DEPOSITION OF JOHN NOH

Monday, November 17, 2008

SHEILA CHASE & ASSOCIATES
REPORTING FOR:
West Court Reporting Services
221 Main Street, Suite 1250
San Francisco, California  94105
Phone:  (415) 321-2300
Fax:  (415) 618-0743

Reported by:
JANIS JENNINGS, CSR, CRP, CLR
CRS-100282-020

Dockets.Justia.com
fcb66a41-8da8-4f7b-a684-de3defdb12bc

```
                                                          Page 40
 1        Q.   You still don't know?
 2        A.   No.
 3        Q.   Okay.  Did you tell anyone the identity of
 4   the Troll Tracker?
 5        A.   No.
 6        Q.   Did you ever suggest any topics to Troll
 7   Tracker?
 8        A.   Yes, one time.
 9        Q.   What was that?
10        A.   It was regarding this ESN matter.
11        Q.   Okay.  And that was you that suggested
12   that it might be a good idea to write a blog about
13   the ESN issue?
14        A.   Yes.
15        Q.   Okay.  You've seen the emails on that, I
16   gather?
17        A.   Yes.
18        Q.   Okay.  When did you see them last?
19        A.   When did I see them last?
20        Q.   Yes.
21        A.   Yesterday.
22        Q.   And who was present?
23        A.   My attorneys.
24        Q.   Well, would that be Mr. Babcock?
25        A.   Mr. Babcock, yes.
```