Defendants' Privilege Log

| Bates Begin | Bates End | Date | From | To | CC | BCC | Description | Privilege Type |
|---|---|---|---|---|---|---|---|---|
| CISCO PRIVILEGED. 000001 | CISCO PRIVILEGED. 000001 | 17-Oct-2007 | Rick Frenkel | Bart Showalter John Corcoran Kurt Pankratz Mallun Yen Mark Michels Marta Beckwith Michael Ritter | Dan Lang | | Email with attorney regarding litigation. | Attorney/Client Work Product |
| CISCO PRIVILEGED. 000002 | CISCO PRIVILEGED. 000003 | 17-Oct-2006 | Marta Beckwith | Bart Showalter Kurt Pankratz Mark Michels Michael Ritter Rick Frenkel | Dan Lang | | Email with attorney regarding litigation. | Attorney/Client Work Product |
| CISCO PRIVILEGED. 000004 | CISCO PRIVILEGED. 000004 | 18-Oct-2007 | Rick Frenkel | Bart Showalter Kurt Pankratz Mallun Yen Mark Michels Marta Beckwith Michael Ritter | | | Email with attorney regarding litigation. | Attorney/Client Work Product |
| CISCO PRIVILEGED. 000005 | CISCO PRIVILEGED. 000005 | 18-Sep-2007 | Kurt Pankratz | Bart Showalter Mallun Yen Mark Michels Marta Beckwith Michael Ritter Rick Frenkel | | | Email with attorney regarding litigation. | Attorney/Client Work Product |
| CISCO PRIVILEGED. 000006 | CISCO PRIVILEGED. 000006 | 18-Oct-2007 | Kurt Pankratz | Rick Frenkel Bart Showalter Marta Beckwith Mark Michels Mallun Yen Michael Ritter | Dan Lang | | Email with attorney regarding litigation. | Attorney/Client Work Product |
| CISCO PRIVILEGED. 000007 | CISCO PRIVILEGED. 000008 | 22-Oct-2007 | Kurt Pankratz | Jillian Powell | | | Email with attorney regarding litigation. | Attorney/Client Work Product |
| CISCO PRIVILEGED. 000009 | CISCO PRIVILEGED. 000009 | 22-Oct-2007 | Jillian Powell | Kurt Pankratz | | | Email with attorney's staff regarding litigation. | Attorney/Client Work Product |
| CISCO PRIVILEGED. | CISCO PRIVILEGED. | 22-Oct-2007 | Kurt Pankratz | Jillian Powell Steeve Schortgen | | | Email with attorney's staff regarding | Attorney/Client Work Product |

Dockets.Justia.com

Defendants' Privilege Log

| Bates Begin | Bates End | Date | From | To | CC | BCC | Description | Privilege Type |
|---|---|---|---|---|---|---|---|---|
| 000010 | 000010 | | | | | | litigation. | |
| CISCO PRIVILEGED. 000011 | CISCO PRIVILEGED. 000013 | 25-Feb-2008 | Mallun Yen | Mark Chandler Neal Rubin | Rick Frenkel | | Email with attorney regarding litigation. | Attorney/Client Work Product |
| CISCO PRIVILEGED. 000014 | CISCO PRIVILEGED. 000016 | 18-Oct-2007 | Rick Frenkel | John Noh Mallun Yen | | | Email with attorney regarding litigation. | Attorney/Client Work Product |
| CISCO PRIVILEGED. 000019 | CISCO PRIVILEGED. 000026 | 15-Oct-2007 | Rick Frenkel | Bart Showalter Kurt Pankratz Mallun Yen Marta Beckwith Michael Ritter | Dan Lang | | Email with attorney regarding litigation. | Attorney/Client Work Product |
| CISCO PRIVILEGED. 000027 | CISCO PRIVILEGED. 000027 | 15-Oct-2007 | Rick Frenkel | Mallun Yen Mark Michels Marta Beckwith Michael Ritter | | | Email with attorney regarding litigation. | Attorney/Client Work Product |
| CISCO PRIVILEGED. 000028 | CISCO PRIVILEGED. 000028 | 25-Oct-2007 | Mark R. Weinstein | Rick Frenkel | | | Email with attorney regarding litigation. | Attorney/Client Work Product |
| CISCO PRIVILEGED. 000029 | CISCO PRIVILEGED. 000029 | 31-Oct-2007 | sbaxter@McKoolSmith. com | Marta Beckwith (mabeckwi) | | | Email with attorney regarding representation in ESN litigation. | Attorney/Client Work Product |
| CISCO PRIVILEGED. 000030 | CISCO PRIVILEGED. 000030 | 24-Oct-2007 | Marta Beckwith (mabeckwi) | bart.showalter@bake rbotts.com | | | Email with attorney regarding representation in ESN litigation. | Attorney/Client Work Product |
| CISCO PRIVILEGED. 000031 | CISCO PRIVILEGED. 000031 | 25-Oct-2007 | kurt.pankratz@bakerbott s.com | Mark Michels (mmichels) Marta Beckwith (mabeckwi) Michael Ritter (micritte) Rick Frenkel (rfrenkel) | bart.showalter @bakerbotts.co m bryant.c.boren @bakerbotts.co m doug.kubehl@b akerbotts.com | | Email with attorney regarding legal strategy with respect to motion to stay filed in ESN litigation in Connecticut. | Attorney/Client Work Product |
| CISCO PRIVILEGED. 000032 | CISCO PRIVILEGED. 000032 | 31-Oct-2007 | Marta Beckwith (mabeckwi) | sbaxter@McKoolSmi th.com | | | Email with attorney regarding representation in ESN litigation. | Attorney/Client Work Product |

Defendants' Privilege Log

| Bates Begin | Bates End | Date | From | To | CC | BCC | Description | Privilege Type |
|---|---|---|---|---|---|---|---|---|
| CISCO PRIVILEGED. 000033 | CISCO PRIVILEGED. 000033 | 31-Oct-2007 | Marta Beckwith (mabeckwi) | sbaxter@McKoolSmith.com | | | Email with attorney regarding representation in ESN litigation. | Attorney/Client Work Product |
| CISCO PRIVILEGED. 000034 | CISCO PRIVILEGED. 000034 | 17-Oct-2007 | Marta Beckwith (mabeckwi) | Bucci, Michael A. Sicilian, James | Michael Ritter (micritte) | | Email regarding service of amended complaint in ESN litigation. | Attorney/Client Work Product |
| CISCO PRIVILEGED. 000035 | CISCO PRIVILEGED. 000036 | 19-Oct-2007 | Marta Beckwith (mabeckwi) | Charles K Verhoeven Victoria Maroulis | | | Email regarding research of ESN for purposes of ESN litigation. | Attorney/Client Work Product |
| CISCO PRIVILEGED. 000037 | CISCO PRIVILEGED. 000041 | 22-Oct-2007 | Marta Beckwith (mabeckwi) | | | 'edward.reines@weil.com' 'kurt.pankratz@bakerbotts.com' bart.showalter@bakerbotts.com Charles K Verhoeven doug.kubehl@bakerbotts.com matthew.powers@weil.com Victoria Maroulis | Email forwarding Michael Smith's article about the ESN litigation. | Attorney/Client Work Product |
| CISCO PRIVILEGED. 000042 | CISCO PRIVILEGED. 000042 | 19-Oct-2007 | Marta Beckwith (mabeckwi) | 'edward.reines@weil.com' matthew.powers@weil.com | | | Email with attorneys discussing filing of amended petition in ESN litigation. | Attorney/Client Work Product |

Defendants' Privilege Log

| Bates Begin | Bates End | Date | From | To | CC | BCC | Description | Privilege Type |
|---|---|---|---|---|---|---|---|---|
| CISCO PRIVILEGED. 000043 | CISCO PRIVILEGED. 000043 | 25-Feb-2008 | Marta Beckwith (mabeckwi) | Victoria Maroulis | Charles K Verhoeven | | Email with attorney informing them that Rick Frenkel was the Patent Troll Tracker. | Attorney/Client Work Product |
| CISCO PRIVILEGED. 000044 | CISCO PRIVILEGED. 000048 | 22-Oct-2007 | bart.showalter@bakerbotts.com | Marta Beckwith (mabeckwi) | | | Email attaching Michaels Smith's blog about the ESN litigation and discussing his impression of the article as it relates to the ESN litigation. | Attorney/Client Work Product |
| CISCO PRIVILEGED. 000049 | CISCO PRIVILEGED. 000049 | 30-Nov-2007 | bart.showalter@bakerbotts.com | Rick Frenkel (rfrenkel) | Marta Beckwith (mabeckwi) | | Email attaching analysis of ESN patent claims. | Attorney/Client Work Product |
| CISCO PRIVILEGED. 000050 | CISCO PRIVILEGED. 000063 | 30-Nov-2007 | | | | | Analysis of ESN patent claims. | Attorney/Client Work Product |
| CISCO PRIVILEGED. 000064 | CISCO PRIVILEGED. 000072 | 30-Nov-2007 | | | | | Analysis of ESN patent claims. | Attorney/ClientWork Product |
| CISCO PRIVILEGED. 000073 | CISCO PRIVILEGED. 000086 | 30-Nov-2007 | | | | | Analysis of ESN patent claims. | Attorney/Client Work Product |
| CISCO PRIVILEGED. 000087 | CISCO PRIVILEGED. 000087 | 25-Feb-2008 | Marta Beckwith (mabeckwi) | Samir.Bhavsar@bakerbotts.com | bart.showalter@bakerbotts.com | | Email with attorney informing them that Rick Frenkel was the Patent Troll Tracker. | Attorney/Client Work Product |
| CISCO PRIVILEGED. 000088 | CISCO PRIVILEGED. 000088 | 19-Oct-2007 | Marta Beckwith (mabeckwi) | Charles K Verhoeven Victoria Maroulis | | | Email among attorneys discussing ESN filing and declaratory judgment action in Connecticut. | Attorney/Client Work Product |

Defendants' Privilege Log

| Bates Begin | Bates End | Date | From | To | CC | BCC | Description | Privilege Type |
|---|---|---|---|---|---|---|---|---|
| CISCO PRIVILEGED. 000089 | CISCO PRIVILEGED. 000089 | 25-Feb-2008 | Marta Beckwith (mabeckwi) | 'bart.showalter@bakerbotts.com' | bryant.c.boren@bakerbotts.com chad.walters@bakerbotts.com doug.kubehl@bakerbotts.com Samir.Bhavsar@bakerbotts.com | | Email with attorney informing them that Rick Frenkel was the Patent Troll Tracker. | Attorney/Client Work Product |
| CISCO PRIVILEGED. 000090 | CISCO PRIVILEGED. 000090 | 31-Oct-2007 | sbaxter@McKoolSmith.com | Marta Beckwith (mabeckwi) | | | Email with attorney regarding representation in ESN litigation. | Attorney/Client Work Product |
| CISCO PRIVILEGED. 000091 | CISCO PRIVILEGED. 000092 | 19-Oct-2007 | Marta Beckwith (mabeckwi) | Charles K Verhoeven Victoria Maroulis | | | Email regarding subject-matter jurisdiction in ESN litigation. | Attorney/Client Work Product |
| CISCO PRIVILEGED. 000093 | CISCO PRIVILEGED. 000093 | 19-Oct-2007 | Marta Beckwith (mabeckwi) | Charles K Verhoeven Victoria Maroulis | | | Email regarding amended complaint in ESN litigation. | Attorney/Client Work Product |
| CISCO PRIVILEGED. 000094 | CISCO PRIVILEGED. 000094 | 25-Nov-2007 | Marta Beckwith (mabeckwi) | gchambers@McKoolSmith.com | | | Email regarding plans to discuss amendments to local rules in Eastern District of Texas. | Attorney/Client Work Product |
| CISCO PRIVILEGED. 000095 | CISCO PRIVILEGED. 000097 | 16-Oct-2007 | Paul Devinsky | Mark Michels (mmichels) Marta Beckwith (mabeckwi) | | | Email discussing claims made by ESN. | Attorney/Client Work Product |
| CISCO PRIVILEGED. 000098 | CISCO PRIVILEGED. 000098 | 17-Oct-2007 | Rick Frenkel (rfrenkel) | bart.showalter@bakerbotts.com John Corcoran (jocorcor) kurt.pankratz@bakerbotts.com Mallun Yen (myen) Mark Michels (mmichels) Marta Beckwith (mabeckwi) | Dan Lang (dlang) | | Email with attorney discussing amended complaint in the ESN litigation and the significance of the file date of the ESN litigation on strategy in the case. | Attorney/Client Work Product |

Defendants' Privilege Log

| Bates Begin | Bates End | Date | From | To | CC | BCC | Description | Privilege Type |
|---|---|---|---|---|---|---|---|---|
| | | | | Michael Ritter (micritte) | | | | |
| CISCO PRIVILEGED. 000099 | CISCO PRIVILEGED. 000100 | 17-Oct-2007 | Rick Frenkel (rfrenkel) | Mark Michels (mmichels) Marta Beckwith (mabeckwi) Michael Ritter (micritte) | John Corcoran (jocorcor) | | Email regarding ESN's claims in ESN litigation. | Attorney/Client Work Product |
| CISCO PRIVILEGED. 000101 | CISCO PRIVILEGED. 000101 | 15-Oct-2007 | Marta Beckwith (mabeckwi) | John Noh (jnoh) | | | Email regarding potentially filing declaratory judgment action in Connecticut. | Attorney/Client Work Product |
| CISCO PRIVILEGED. 000102 | CISCO PRIVILEGED. 000102 | 26-Oct-2007 | Mallun Yen (myen) | Marta Beckwith (mabeckwi) Michael Ritter (micritte) Rick Frenkel (rfrenkel) | | | Email regarding case strategy and determination of representation for ESN lawsuit. | Attorney/Client Work Product |
| CISCO PRIVILEGED. 000103 | CISCO PRIVILEGED. 000105 | 18-Oct-2007 | Marta Beckwith (mabeckwi) | Mallun Yen (myen) Michael Ritter (micritte) Rick Frenkel (rfrenkel) | | | Email regarding the legal effect of the filing of the ESN lawsuit before the patent issued and regarding hiring of local counsel. | Attorney/Client Work Product |
| CISCO PRIVILEGED. 000106 | CISCO PRIVILEGED. 000107 | 18-Oct-2007 | Marta Beckwith (mabeckwi) | Mallun Yen (myen) Mark Michels (mmichels) Michael Ritter (micritte) | | | Email regarding hiring of local counsel. | Attorney/Client Work Product |

Defendants' Privilege Log

| Bates Begin | Bates End | Date | From | To | CC | BCC | Description | Privilege Type |
|---|---|---|---|---|---|---|---|---|
| | | | | Rick Frenkel (rfrenkel) | | | | |
| CISCO PRIVILEGED. 000108 | CISCO PRIVILEGED. 000108 | 17-Oct-2007 | Mark Chandler (machandl) | Mallun Yen (myen) | | | Email regarding hiring local counsel. | Attorney/Client Work Product |
| CISCO PRIVILEGED. 000109 | CISCO PRIVILEGED. 000111 | 25-Feb-2008 | Mark Chandler (machandl) | Mallun Yen (myen) | | | Email regarding timing of events with respect to the October 17, 2008 Patent TrollTracker article. | Attorney/Client Work Product |
| CISCO PRIVILEGED. 000112 | CISCO PRIVILEGED. 000115 | 25-Feb-2008 | Mark Chandler (machandl) | Mallun Yen (myen) | | | Email regarding timing of events with respect to the October 17, 2008 Patent TrollTracker article | Attorney/Client Work Product |
| CISCO PRIVILEGED. 000116 | CISCO PRIVILEGED. 000118 | 25-Feb-2008 | Mallun Yen (myen) | Mark Chandler (machandl) | | | Email regarding timing of events with respect to the October 17, 2008 Patent TrollTracker article | Attorney/Client Work Product |
| CISCO PRIVILEGED. 000119 | CISCO PRIVILEGED. 000121 | 19-Oct-2007 | Mark Chandler (machandl) | Matthew Tanielian (mtanieli) | | | Email regarding patent statistics. | Attorney/Client |
| CISCO PRIVILEGED. 000122 | CISCO PRIVILEGED. 000125 | 25-Feb-2008 | Mallun Yen (myen) | Mark Chandler (machandl) | | | Email regarding timing of events with respect to the October 17, 2008 Patent TrollTracker article | Attorney/Client Work Product |
| CISCO PRIVILEGED. 000126 | CISCO PRIVILEGED. 000126 | 18-Oct-2007 | Mark Chandler (machandl) | Matthew Tanielian (mtanieli) | | | Email regarding potential conversation with local counsel regarding filing of ESN lawsuit. | Attorney/Client Work Product |

Defendants' Privilege Log

| Bates Begin | Bates End | Date | From | To | CC | BCC | Description | Privilege Type |
|---|---|---|---|---|---|---|---|---|
| CISCO PRIVILEGED. 000127 | CISCO PRIVILEGED. 000130 | 27-Oct-2007 | Rick Frenkel (rfrenkel) | 'Victoria Maroulis' Marta Beckwith (mabeckwi) | 'Katherine Bennett' 'Kevin Smith' 'Sayuri Sharper' Mark Michels (mmichels) Michael Ritter (micritte) | | Email concerning strategy with respect to subject-matter jurisdiction arguments. | Attorney/Client Work Product |
| CISCO PRIVILEGED. 000131 | CISCO PRIVILEGED. 000133 | 12-Nov-2007 | Rick Frenkel (rfrenkel) | Mark Michels (mmichels) Rick Frenkel (rfrenkel) | | | IP team monthly report with case summaries. | Attorney/Client Work Product |
| CISCO PRIVILEGED. 000134 | CISCO PRIVILEGED. 000135 | 17-Oct-2007 | John Corcoran (jocorcor) | Rick Frenkel (rfrenkel) | | | Comment in response to legal strategy regarding the timing of the filing of the ESN litigation. | Attorney/Client Work Product |
| CISCO PRIVILEGED. 000136 | CISCO PRIVILEGED. 000137 | 17-Oct-2007 | Rick Frenkel (rfrenkel) | John Corcoran (jocorcor) | | | Comment in response to legal strategy regarding the timing of the filing of the ESN litigation. | Attorney/Client Work Product |
| CISCO PRIVILEGED. 000138 | CISCO PRIVILEGED. 000140 | 19-Oct-2007 | Rick Frenkel (rfrenkel) | Matthew Tanielian (mtanieli) | | | Email regarding patent statistics. | Attorney/Client |
| CISCO PRIVILEGED. 000141 | CISCO PRIVILEGED. 000144 | 25-Feb-2008 | Mallun Yen (myen) | Rick Frenkel (rfrenkel) | | | Email regarding timing of events with respect to the October 17, 2008 Patent TrollTracker article | Attorney/Client Work Product |
| CISCO PRIVILEGED. 000145 | CISCO PRIVILEGED. 000145 | 18-Oct-2007 | kurt.pankratz@bakerbotts.com | Rick Frenkel (rfrenkel) | | | Email regarding similar case where filing party filed a motion to correct the docket. | Attorney/Client Work Product |
| CISCO PRIVILEGED. 000146 | CISCO PRIVILEGED. 000149 | 25-Feb-2008 | Rick Frenkel (rfrenkel) | Mallun Yen (myen) | | | Email regarding timing of events with respect to the October 17, 2008 Patent TrollTracker article | Attorney/Client Work Product |

Defendants' Privilege Log

| Bates Begin | Bates End | Date | From | To | CC | BCC | Description | Privilege Type |
|---|---|---|---|---|---|---|---|---|
| CISCO PRIVILEGED. 000150 | CISCO PRIVILEGED. 000151 | 15-Oct-2007 | Rick Frenkel (rfrenkel) | Marnie Willhoft (mwillhof) | | | Email regarding informing Cisco employee of ESN lawsuit. | Attorney/Client Work Product |
| CISCO PRIVILEGED. 000152 | CISCO PRIVILEGED. 000153 | 2-Nov-2007 | John Corcoran (jocorcor) | Rick Frenkel (rfrenkel) | | | Legal evaluation of potential agreement to dismiss declaratory judgment action and potential stay agreement. | Attorney/Client Work Product |
| CISCO PRIVILEGED. 000154 | CISCO PRIVILEGED. 000156 | 19-Oct-2007 | Matthew Tanielian (mtanieli) | Mark Chandler (machandl) Rick Frenkel (rfrenkel) | Dan Lang (dlang) Mallun Yen (myen) | | Email regarding patent litigation statistics | Attorney/Client |
| CISCO PRIVILEGED. 000157 | CISCO PRIVILEGED. 000158 | 19-Oct-2007 | Mark Michels (mmichels) | bart.showalter@bakerbotts.com doug.kubehl@bakerbotts.com kurt.pankratz@bakerbotts.com Mallun Yen (myen) Marta Beckwith (mabeckwi) Michael Ritter (micritte) Rich Renfree (rrenfree) Rick Frenkel (rfrenkel) | | | Email regarding service of ESN lawsuit. | Attorney/Client Work Product |
| CISCO PRIVILEGED. 000159 | CISCO PRIVILEGED. 000160 | 19-Oct-2007 | Victoria Maroulis | Charles K Verhoeven Marta Beckwith (mabeckwi) | Mark Michels (mmichels) Michael Ritter (micritte) Rick Frenkel (rfrenkel) | | Email regarding legal strategy with respect to declaratory judgment action. | Attorney/Client Work Product |
| CISCO PRIVILEGED. 000161 | CISCO PRIVILEGED. 000163 | 12-Nov-2007 | Mark Michels (mmichels) | Rick Frenkel (rfrenkel) | | | Email regarding status of various Cisco lawsuits. | Attorney/Client Work Product |

Defendants' Privilege Log

| Bates Begin | Bates End | Date | From | To | CC | BCC | Description | Privilege Type |
|---|---|---|---|---|---|---|---|---|
| CISCO PRIVILEGED. 000164 | CISCO PRIVILEGED. 000166 | 28-Oct-2007 | Mark Michels (mmichels) | Rick Frenkel (rfrenkel) | | | Email regarding case status and case strategy in the ESN litigation. | Attorney/Client Work Product |
| CISCO PRIVILEGED. 000167 | CISCO PRIVILEGED. 000168 | 18-Oct-2007 | Mallun Yen (myen) | 'bart.showalter@bakerbotts.com' 'kurt.pankratz@bakerbotts.com' Mark Michels (mmichels) Marta Beckwith (mabeckwi) Michael Ritter (micritte) Rick Frenkel (rfrenkel) | Dan Lang (dlang) | | Email regarding similar case where filing party filed a motion to correct the docket. | Attorney/Client Work Product |
| CISCO PRIVILEGED. 000169 | CISCO PRIVILEGED. 000169 | 18-Oct-2007 | kurt.pankratz@bakerbotts.com | bart.showalter@bakerbotts.com Mallun Yen (myen) Mark Michels (mmichels) Marta Beckwith (mabeckwi) Michael Ritter (micritte) Rick Frenkel (rfrenkel) | Dan Lang (dlang) | | Email attaching both online versions of the complaint in the ESN litigation. | Attorney/Client Work Product |
| CISCO PRIVILEGED. 000170 | CISCO PRIVILEGED. 000170 | 18-Oct-2007 | Rick Frenkel (rfrenkel) | Mallun Yen (myen) Marta Beckwith (mabeckwi) Michael Ritter (micritte) | bart.showalter @bakerbotts.com kurt.pankratz@ bakerbotts.com Mark Michels (mmichels) | | Email regarding ESN's motion to enjoin proceeding in Connecticut. | Attorney/Client Work Product |
| CISCO PRIVILEGED. 000171 | CISCO PRIVILEGED. 000171 | 2-Nov-2007 | Marta Beckwith (mabeckwi) | John Noh (jnoh) | Mark Michels (mmichels) Michael Ritter (micritte) Rick Frenkel | | Email regarding potential motion to dismiss and cooling off period. | Attorney/Client Work Product |

Defendants' Privilege Log

| Bates Begin | Bates End | Date | From | To | CC | BCC | Description | Privilege Type |
|---|---|---|---|---|---|---|---|---|
| | | | | | (rfrenkel) | | | |
| CISCO PRIVILEGED. 000172 | CISCO PRIVILEGED. 000174 | 27-Oct-2007 | Victoria Maroulis | Marta Beckwith (mabeckwi) Rick Frenkel (rfrenkel) | Katherine Bennett Kevin Smith Mark Michels (mmichels) Michael Ritter (micritte) Sayuri Sharper | | Email regarding new venue case and how it relates to case strategy. | Attorney/Client Work Product |
| CISCO PRIVILEGED. 000175 | CISCO PRIVILEGED. 000175 | 19-Oct-2007 | Mallun Yen (myen) | Marta Beckwith (mabeckwi) Michael Ritter (micritte) Rick Frenkel (rfrenkel) | Mark Michels (mmichels) | | Email regarding selection of local counsel and strategy for filing declaratory judgment action. | Attorney/Client Work Product |
| CISCO PRIVILEGED. 000176 | CISCO PRIVILEGED. 000176 | 29-Oct-2007 | Rick Frenkel (rfrenkel) | Marta Beckwith (mabeckwi) | Mark Michels (mmichels) Michael Ritter (micritte) | | Email regarding selection of local counsel. | Attorney/Client Work Product |
| CISCO PRIVILEGED. 000177 | CISCO PRIVILEGED. 000177 | 28-Nov-2007 | Rick Frenkel (rfrenkel) | Mark Michels (mmichels) Marta Beckwith (mabeckwi) Victoria Maroulis | | | Email regarding discussing revenue numbers with ESN. | Attorney/Client Work Product |
| CISCO PRIVILEGED. 000178 | CISCO PRIVILEGED. 000180 | 17-Oct-2007 | Rick Frenkel (rfrenkel) | Mallun Yen (myen) Mark Michels (mmichels) Marta Beckwith (mabeckwi) Michael Ritter (micritte) | | | Email regarding selection of counsel for ESN litigation. | Attorney/Client Work Product |

Defendants' Privilege Log

| Bates Begin | Bates End | Date | From | To | CC | BCC | Description | Privilege Type |
|---|---|---|---|---|---|---|---|---|
| CISCO PRIVILEGED. 000181 | CISCO PRIVILEGED. 000182 | 25-Oct-2007 | Rick Frenkel (rfrenkel) | Victoria Maroulis | Mark Michels (mmichels) Marta Beckwith (mabeckwi) Michael Ritter (micritte) | | Email regarding requirements to file declaratory judgment action in Connecticut. | Attorney/Client Work Product |
| CISCO PRIVILEGED. 000183 | CISCO PRIVILEGED. 000185 | 18-Oct-2007 | Rick Frenkel (rfrenkel) | Mallun Yen (myen) Mark Michels (mmichels) Marta Beckwith (mabeckwi) Michael Ritter (micritte) | | | Email regarding selection of counsel. | Attorney/Client Work Product |
| CISCO PRIVILEGED. 000186 | CISCO PRIVILEGED. 000187 | 17-Oct-2007 | Mark Michels (mmichels) | Mallun Yen (myen) Marta Beckwith (mabeckwi) Michael Ritter (micritte) Rick Frenkel (rfrenkel) | | | Email regarding selection of counsel. | Attorney/Client Work Product |
| CISCO PRIVILEGED. 000188 | CISCO PRIVILEGED. 000188 | 15-Oct-2007 | Marta Beckwith (mabeckwi) | Mallun Yen (myen) | John Noh (jnoh) | | Email regarding mechanics of filing declaratory judgment action. | Attorney/Client Work Product |
| CISCO PRIVILEGED. 000189 | CISCO PRIVILEGED. 000189 | 15-Oct-2007 | John Noh (jnoh) | Marta Beckwith (mabeckwi) | | | Email regarding filing declaratory judgment action. | Attorney/Client Work Product |
| CISCO PRIVILEGED. 000190 | CISCO PRIVILEGED. 000191 | 18-Oct-2007 | Neal Rubin (nrubin) | John Noh (jnoh) Mallun Yen (myen) Mark Chandler (machandl) Matthew Tanielian (mtanieli) | | | Email regarding local counsel. | Attorney/Client Work Product |
| CISCO PRIVILEGED. 000192 | CISCO PRIVILEGED. 000194 | 18-Oct-2007 | Michael Ritter (micritte) | Mallun Yen (myen) Marta Beckwith (mabeckwi) Rick Frenkel | | | Email regarding similar case where filing party filed a motion to correct the docket. | Attorney/Client Work Product |

Defendants' Privilege Log

| Bates Begin | Bates End | Date | From | To | CC | BCC | Description | Privilege Type |
|---|---|---|---|---|---|---|---|---|
| | | | | (rfrenkel) | | | | |
| CISCO PRIVILEGED. 000195 | CISCO PRIVILEGED 000197 | 16-Oct-2007 | kurt.pankratz@bakerbotts.com | Mallun Yen (myen) Marta Beckwith (mabeckwi) | bart.showalter @bakerbotts.com Michael Ritter (micritte) Rick Frenkel (rfrenkel) | | Email regarding status of filings in the ESN case and filing of the declaratory judgment action. | Attorney/Client Work Product |
| CISCO PRIVILEGED. 000198 | CISCO PRIVILEGED. 000199 | 19-Oct-2007 | doug.kubehl@bakerbotts.com | bart.showalter@bakerbotts.com doug.kubehl@bakerbotts.com kurt.pankratz@bakerbotts.com Mallun Yen (myen) Mark Michels (mmichels) Marta Beckwith (mabeckwi) Michael Ritter (micritte) Rick Frenkel (rfrenkel) | | | Email regarding service of complaint and motion to enjoin in Connecticut. | Attorney/Client Work Product |
| CISCO PRIVILEGED. 000200 | CISCO PRIVILEGED. 000201 | 16-Oct-2007 | kurt.pankratz@bakerbotts.com | bart.showalter@bakerbotts.com Mallun Yen (myen) Marta Beckwith (mabeckwi) Michael Ritter (micritte) Rick Frenkel (rfrenkel) | Dan Lang (dlang) | | Email regarding legal analysis of complaint and filing of declaratory judgment action. | Attorney/Client Work Product |

Defendants' Privilege Log

| Bates Begin | Bates End | Date | From | To | CC | BCC | Description | Privilege Type |
|---|---|---|---|---|---|---|---|---|
| CISCO PRIVILEGED. 000202 | CISCO PRIVILEGED. 000203 | 15-Oct-2007 | Rick Frenkel (rfrenkel) | O'Shaughnessy, William | Bright, William Giarratana, Mark Marta Beckwith (mabeckwi) Michael Ritter (micritte) | | Email regarding possible representation in Connecticut. | Attorney/Client Work Product |
| CISCO PRIVILEGED. 000204 | CISCO PRIVILEGED. 000204 | 17-Oct-2007 | Zahner, Gail | kurt.pankratz@baker botts.com Marta Beckwith (mabeckwi) Michael Ritter (micritte) | Bucci, Michael A. Sicilian, James | | Email attaching papers served on ESN and notices from court. | Attorney/Client Work Product |
| CISCO PRIVILEGED. 000205 | CISCO PRIVILEGED. 000207 | 27-Oct-2007 | Victoria Maroulis | Marta Beckwith (mabeckwi) Rick Frenkel (rfrenkel) | Katherine Bennett Kevin Smith Mark Michels (mmichels) Michael Ritter (micritte) Sayuri Sharper | | Email regarding legal strategy in dealing with subject-matter jurisdiction. | Attorney/Client Work Product |
| CISCO PRIVILEGED. 000208 | CISCO PRIVILEGED. 000211 | 27-Oct-2007 | Marta Beckwith (mabeckwi) | 'Victoria Maroulis' Rick Frenkel (rfrenkel) | 'Katherine Bennett' 'Kevin Smith' 'Sayuri Sharper' Mark Michels (mmichels) Michael Ritter (micritte) | | Email regarding legal strategy in dealing with subject-matter jurisdiction. | Attorney/Client Work Product |
| CISCO PRIVILEGED. 000212 | CISCO PRIVILEGED. 000212 | 18-Oct-2007 | Marta Beckwith (mabeckwi) | 'kurt.pankratz@baker botts.com' bart.showalter@bake rbotts.com | Mallun Yen (myen) Michael Ritter (micritte) Rick Frenkel (rfrenkel) | | Email attaching filings in a similar case where filing party filed a motion to correct the docket. | Attorney/Client Work Product |

Defendants' Privilege Log

| Bates Begin | Bates End | Date | From | To | CC | BCC | Description | Privilege Type |
|---|---|---|---|---|---|---|---|---|
| CISCO PRIVILEGED. 000213 | CISCO PRIVILEGED. 000214 | 18-Oct-2007 | Mallun Yen (myen) | Marta Beckwith (mabeckwi) Michael Ritter (micritte) Rick Frenkel (rfrenkel) | | | Email regarding legal analysis subject-matter jurisdiction argument. | Attorney/Client Work Product |
| CISCO PRIVILEGED. 000215 | CISCO PRIVILEGED. 000217 | 15-Oct-2007 | Marta Beckwith (mabeckwi) | Rick Frenkel (rfrenkel) | Michael Ritter (micritte) | | Email regarding selection of counsel and filing of declaratory judgment action. | Attorney/Client Work Product |
| CISCO PRIVILEGED. 000218 | CISCO PRIVILEGED. 000220 | 27-Oct-2007 | Rick Frenkel (rfrenkel) | 'Victoria Maroulis' Marta Beckwith (mabeckwi) | 'Katherine Bennett' 'Kevin Smith' 'Sayuri Sharper' Mark Michels (mmichels) Michael Ritter (micritte) | | Email regarding status of declaratory judgment action and local counsel. | Attorney/Client Work Product |
| CISCO PRIVILEGED. 000221 | CISCO PRIVILEGED. 000224 | 27-Oct-2007 | Rick Frenkel (rfrenkel) | 'Victoria Maroulis' Marta Beckwith (mabeckwi) | 'Katherine Bennett' 'Kevin Smith' 'Sayuri Sharper' Mark Michels (mmichels) Michael Ritter (micritte) | | Email regarding case law on venue. | Attorney/Client Work Product |
| CISCO PRIVILEGED. 000225 | CISCO PRIVILEGED. 000226 | 16-Oct-2007 | Mark Michels (mmichels) | Mallun Yen (myen) Marta Beckwith (mabeckwi) Michael Ritter (micritte) Rick Frenkel (rfrenkel) | Dan Lang (dlang) | | Email regarding facts about ESN. | Attorney/Client Work Product |

Defendants' Privilege Log

| Bates Begin | Bates End | Date | From | To | CC | BCC | Description | Privilege Type |
|---|---|---|---|---|---|---|---|---|
| CISCO PRIVILEGED. 000227 | CISCO PRIVILEGED. 000228 | 19-Oct-2007 | Rich Renfree (rrenfree) | 'bart.showalter@baker rbotts.com' 'doug.kubehl@bakerb otts.com' 'kurt.pankratz@baker botts.com' Mallun Yen (myen) Mark Michels (mmichels) Marta Beckwith (mabeckwi) Michael Ritter (micritte) Rick Frenkel (rfrenkel) | | | Email attaching ESN's amended complaint. | Attorney/Client Work Product |
| CISCO PRIVILEGED. 000229 | CISCO PRIVILEGED. 000230 | 18-Oct-2007 | Rick Frenkel (rfrenkel) | bart.showalter@bake rbotts.com kurt.pankratz@baker botts.com Mallun Yen (myen) Mark Michels (mmichels) Marta Beckwith (mabeckwi) Michael Ritter (micritte) | Dan Lang (dlang) | | Email regarding legal strategy for dealing with the filing of the ESN lawsuit. | Attorney/Client Work Product |
| CISCO PRIVILEGED. 000231 | CISCO PRIVILEGED. 000233 | 1-Nov-2007 | Michael Ritter (micritte) | 'Victoria Maroulis' | | | Email regarding trying to get in touch by phone to discuss response to ESN motion. | Attorney/Client Work Product |
| CISCO PRIVILEGED. 000234 | CISCO PRIVILEGED. 000237 | 18-Oct-2007 | Marta Beckwith (mabeckwi) | Mallun Yen (myen) Michael Ritter (micritte) Rick Frenkel (rfrenkel) | | | Email regarding status of a similar case where filing party filed a motion to correct the docket. | Attorney/Client Work Product |

Defendants' Privilege Log

| Bates Begin | Bates End | Date | From | To | CC | BCC | Description | Privilege Type |
|---|---|---|---|---|---|---|---|---|
| CISCO PRIVILEGED. 000238 | CISCO PRIVILEGED. 000238 | 19-Oct-2007 | doug.kubehl@bakerbotts.com | bart.showalter@bakerbotts.com kurt.pankratz@bakerbotts.com Mallun Yen (myen) Mark Michels (mmichels) Marta Beckwith (mabeckwi) Michael Ritter (micritte) Rick Frenkel (rfrenkel) | | | Email regarding plans to discuss ESN's motion to enjoin proceeding in Connecticut. | Attorney/Client Work Product |
| CISCO PRIVILEGED. 000239 | CISCO PRIVILEGED. 000241 | 31-Oct-2007 | Victoria Maroulis | Michael Ritter (micritte) | | | Email regarding status of motion to transfer venue. | Attorney/Client Work Product |
| CISCO PRIVILEGED. 000242 | CISCO PRIVILEGED. 000243 | 17-Oct-2007 | Mallun Yen (myen) | Mark Michels (mmichels) Marta Beckwith (mabeckwi) Michael Ritter (micritte) Rick Frenkel (rfrenkel) | | | Email regarding selection of counsel. | Attorney/Client Work Product |
| CISCO PRIVILEGED. 000244 | CISCO PRIVILEGED. 000244 | 18-Oct-2007 | Rick Frenkel (rfrenkel) | Mallun Yen (myen) Marta Beckwith (mabeckwi) Michael Ritter (micritte) | Mark Michels (mmichels) | | Email regarding timing of filing of declaratory judgment action. | Attorney/Client Work Product |
| CISCO PRIVILEGED. 000245 | CISCO PRIVILEGED. 000249 | 27-Oct-2007 | Victoria Maroulis | Marta Beckwith (mabeckwi) Rick Frenkel (rfrenkel) | Katherine Bennett Kevin Smith Mark Michels (mmichels) Michael Ritter (micritte) Sayuri Sharper | | Email regarding conference call and evaluation of ESN's connections with Texas. | Attorney/Client Work Product |

Defendants' Privilege Log

| Bates Begin | Bates End | Date | From | To | CC | BCC | Description | Privilege Type |
|---|---|---|---|---|---|---|---|---|
| CISCO PRIVILEGED. 000250 | CISCO PRIVILEGED. 000251 | 18-Oct-2007 | Mallun Yen (myen) | Marta Beckwith (mabeckwi) Michael Ritter (micritte) Rick Frenkel (rfrenkel) | | | Email regarding status of a similar case where filing party filed a motion to correct the docket. | Attorney/Client Work Product |
| CISCO PRIVILEGED. 000252 | CISCO PRIVILEGED. 000252 | 15-Oct-2007 | Mallun Yen (myen) | Marta Beckwith (mabeckwi) | John Noh (jnoh) Mark Chandler (machandl) | | Email regarding procedure for filing in Connecticut. | Attorney/Client Work Product |
| CISCO PRIVILEGED. 000253 | CISCO PRIVILEGED. 00253 | 18-Oct-2007 | Mark Chandler (machandl) | Mallun Yen (myen) | | | Email asking response from potential counsel. | Attorney/Client Work Product |
| CISCO PRIVILEGED. 000254 | CISCO PRIVILEGED. 000254 | 19-Oct-2007 | Mallun Yen (myen) | Marta Beckwith (mabeckwi) Michael Ritter (micritte) Rick Frenkel (rfrenkel) | Mark Michels (mmichels) | | Email regarding selection of counsel. | Attorney/Client Work Product |
| CISCO PRIVILEGED. 000255 | CISCO PRIVILEGED. 000255 | 25-Nov-2007 | Marta Beckwith (mabeckwi) | ip-disputes-team(mailer list) | | | Email regarding proposed amendments to the local rules of the Eastern District of Texas. | Attorney/Client Work Product |
| CISCO PRIVILEGED. 000256 | CISCO PRIVILEGED. 000256 | 18-Oct-2007 | Mallun Yen (myen) | John Noh (jnoh) Mark Chandler (machandl) | | | Email regarding calling potential counsel. | Attorney/Client Work Product |
| CISCO PRIVILEGED. 000257 | CISCO PRIVILEGED. 000260 | 18-Oct-2007 | Rick Frenkel (rfrenkel) | Mallun Yen (myen) Marta Beckwith (mabeckwi) Michael Ritter (micritte) | | | Email regarding status of a similar case where filing party filed a motion to correct the docket. | Attorney/Client Work Product |

Defendants' Privilege Log

| Bates Begin | Bates End | Date | From | To | CC | BCC | Description | Privilege Type |
|---|---|---|---|---|---|---|---|---|
| CISCO PRIVILEGED. 000261 | CISCO PRIVILEGED. 000261 | 17-Oct-2007 | kurt.pankratz@bakerbotts.com | bart.showalter@bakerbotts.com<br>John Corcoran (jocorcor)<br>Mallun Yen (myen)<br>Mark Michels (mmichels)<br>Marta Beckwith (mabeckwi)<br>Michael Ritter (micritte)<br>Rick Frenkel (rfrenkel) | Dan Lang (dlang) | | Email attaching exhibits to complaint in ESN litigation. | Attorney/Client Work Product |
| CISCO PRIVILEGED. 000262 | CISCO PRIVILEGED. 000263 | 18-Oct-2007 | Mallun Yen (myen) | John Noh (jnoh)<br>Mark Chandler (machandl)<br>Matthew Tanielian (mtanieli) | | | Update on claims made by ESN concerning the filing of the ESN litigation. | Attorney/Client Work Product |
| CISCO PRIVILEGED. 000264 | CISCO PRIVILEGED. 000265 | 18-Oct-2007 | Mallun Yen (myen) | John Noh (jnoh)<br>Mark Chandler (machandl)<br>Matthew Tanielian (mtanieli)<br>Neal Rubin (nrubin) | | | Email regarding rumors about the ESN filing. | Attorney/Client Work Product |
| CISCO PRIVILEGED. 000266 | CISCO PRIVILEGED. 000268 | 18-Oct-2007 | Mallun Yen (myen) | Marta Beckwith (mabeckwi)<br>Michael Ritter (micritte)<br>Rick Frenkel (rfrenkel) | | | Email regarding selection of local counsel. | Attorney/Client Work Product |
| CISCO PRIVILEGED. 000269 | CISCO PRIVILEGED. 000272 | 18-Oct-2007 | Mallun Yen (myen) | Marta Beckwith (mabeckwi)<br>Michael Ritter (micritte)<br>Rick Frenkel (rfrenkel) | | | Email regarding status of a similar case where filing party filed a motion to correct the docket. | Attorney/Client Work Product |
| CISCO PRIVILEGED. | CISCO PRIVILEGED. | 18-Oct-2007 | Mallun Yen (myen) | Mark Chandler (machandl) | | | Email regarding selection of cousel. | Attorney/Client Work Product |

Defendants' Privilege Log

| Bates Begin | Bates End | Date | From | To | CC | BCC | Description | Privilege Type |
|---|---|---|---|---|---|---|---|---|
| 000273 | 000274 | | | | | | | |
| CISCO PRIVILEGED. 000275 | CISCO PRIVILEGED. 000275 | 17-Oct-2007 | Mallun Yen (myen) | John Noh (jnoh) Marta Beckwith (mabeckwi) | Michael Ritter (micritte) | | Update about status of filings in ESN litigation. | Attorney/Client Work Product |
| CISCO PRIVILEGED. 000276 | CISCO PRIVILEGED. 000277 | 16-Oct-2007 | bart.showalter@bakerbotts.com | kurt.pankratz@bakerbotts.com Mallun Yen (myen) Marta Beckwith (mabeckwi) Michael Ritter (micritte) Rick Frenkel (rfrenkel) | Dan Lang (dlang) | | Email concerning contents of complaint and subject-matter jurisdiction. | Attorney/Client |
| CISCO PRIVILEGED. 000278 | CISCO PRIVILEGED. 000281 | 18-Oct-2007 | Mallun Yen (myen) | Marta Beckwith (mabeckwi) Michael Ritter (micritte) Rick Frenkel (rfrenkel) | | | Email regarding status of a similar case where filing party filed a motion to correct the docket. | Attorney/Client Work Product |
| CISCO PRIVILEGED. 000282 | CISCO PRIVILEGED. 000283 | 15-Oct-2007 | Mallun Yen (myen) | Mark Chandler (machandl) | | | Email regarding summary of claims in ESN litigation. | Attorney/Client Work Product |
| CISCO PRIVILEGED. 000284 | CISCO PRIVILEGED. 000284 | 17-Oct-2007 | Mallun Yen (myen) | Mark Chandler (machandl) | | | Email regarding filing of amended complaint by ESN. | Attorney/Client Work Product |
| CISCO PRIVILEGED. 000285 | CISCO PRIVILEGED. 000286 | 15-Oct-2007 | Mark Chandler (machandl) | Mallun Yen (myen) | | | Email regarding topics for meeting. | Attorney/Client Work Product |
| CISCO PRIVILEGED. 000287 | CISCO PRIVILEGED. 000287 | 18-Oct-2007 | Mallun Yen (myen) | John Noh (jnoh) | | | Email forwarding both versions of complaint showing different filing dates. | Attorney/Client Work Product |
| CISCO PRIVILEGED. 000288 | CISCO PRIVILEGED. 000323 | | | | | | Chart of patent lawsuits. | Attorney/Client Work Product |
| CISCO PRIVILEGED. | CISCO PRIVILEGED. | 17-Oct-2007 | Mallun Yen (myen) | John Noh (jnoh) | | | Email attaching amended complaint. | Attorney/Client Work Product |

Defendants' Privilege Log

| Bates Begin | Bates End | Date | From | To | CC | BCC | Description | Privilege Type |
|---|---|---|---|---|---|---|---|---|
| 000324 | 000324 | | | | | | | |
| CISCO PRIVILEGED. 000325 | CISCO PRIVILEGED. 000326 | 15-Oct-2007 | Rick Frenkel (rfrenkel) | Mallun Yen (myen) Mark Michels (mmichels) Marta Beckwith (mabeckwi) Michael Ritter (micritte) Rick Frenkel (rfrenkel) | Dan Lang (dlang) | | Email discussing facts about ESN. | Attorney/Client Work Product |
| CISCO PRIVILEGED. 000327 | CISCO PRIVILEGED. 000331 | 18-Oct-2007 | Rick Frenkel (rfrenkel) | Mallun Yen (myen) Marta Beckwith (mabeckwi) Michael Ritter (micritte) | | | Email regarding transfer of ESN case to Texas. | Attorney/Client Work Product |