# HOW TO ELECTRONICALLY FILE A NEW CASE
## Texas Eastern District Court
(Revised November 28, 2006)

Effective November 1, 2006, attorneys can electronically file the initial document in a new case if:

(1) the required filing fee will be paid with a credit card over the internet;
(2) the case is being filed in forma pauperis; or
(3) the filing fee is waived.

**Step by Step Instructions:**

1. Email a **civil cover sheet** (JS44), **a prepared summons**[†] (AO440) in pdf, and a **list of the parties**[*] *in the exact order they are listed* on the complaint to the appropriate email address below:

   | | |
   |---|---|
   | Tyler Cases: | newcasetyl@txed.uscourts.gov |
   | Beaumont Cases: | newcasebmt@txed.uscourts.gov |
   | Marshall Cases: | newcasemsh@txed.uscourts.gov |
   | Lufkin Cases: | newcaseluf@txed.uscourts.gov |
   | Sherman Cases: | newcaseshm@txed.uscourts.gov |
   | Texarkana Cases: | newcasetxk@txed.uscourts.gov |

   [†]Please use the summons form posted on our website:
   http://www.txed.uscourts.gov/Forms/Civil/A0440-Civil_Summons-Modified.pdf
   [*]If you are filing a notice of removal, please make sure the state court case number is included on the same page as your list of parties. This will assist the clerk's office in processing your request.

2. The clerk's office will add the information and enter the parties. *The case is not officially opened until you file the complaint in the following step.* You will be contacted by email with your case number.

3. After receiving your case number from the clerk's office, you must file your complaint (or other initiating document) and pay the fee within 24 hours. Please note the following conditions:
   1. You must attach the exhibits as separate attachments. Please do not combine all of your exhibits into a single pdf.
   2. When filing a notice of removal, please attach the state court petition, court docket sheet, and any answers to petition as separate attachments.
   3. Judge Clark, Judge Crone, Judge Schell and Judge Bush request that a courtesy copy of the complaint be mailed to their office.
   4. If you are filing a motion to *proceed in forma pauperis*, it must be filed as a separate document.

Powell
EXHIBIT NO. 4
3-27-09
K. HASSELL

Dockets.Justia.com

     5. If you are filing a *patent case*, please file the patent form as a separate document.
     6. Please indicate the case number on the complaint.

*For detailed filing instructions, see section two of this document, Filing the Initiating Document/Pleading.*

4. After you file your complaint, the clerk's office will receive electronic notification of the filing and will assign a judge and magistrate judge, if appropriate. You will receive email notice of the judge(s) assigned to the case.

5. The clerk's office will electronically sign and seal the summons and email them to you.

6. After you serve the summons, don't forget to file the returns in paper form.

## SECTION TWO - FILING THE INITIATING DOCUMENT/PLEADING

**Step by Step Instructions:**

1. Log into CM/ECF with your CM/ECF login and password.

2. Click on Civil

3. Click on Complaints and Other Initiating Documents

   Select the document you are filing
      Click Next

   Enter the case number
      Next

   Select the party who is filing the complaint
      Next

   Check the box to set up your attorney/client relationship. Check Lead if you are lead counsel. Do NOT remove the check by Notice.
      Next

   Select the party(ies) the complaint is filed against
      Next

   Select the pdf document - either type in the name or use the Browse button

If there are attachments, click Yes - the system will loop back to let you add all of your attachments.
Next

4. You will see a screen with two questions
   Is this filed with an Application to Proceed without Prepayment of Fees Y/N?
   or
   Is this complaint filed on behalf of the USA Y/N?

   Type N in the white box if you are going to pay the fee with a credit card.
   Next

5. You will see a warning message. ***Please read this message.*** The amount of the filing fee appears
   Next

6. You will see a message "Now loading the payment processing screen..."

NOTE: Once you enter the payment process you must not press the BACK button or you may end up being *charged twice*.

7. The online payment screen appears

   Fill in the fields marked with a red asterisk. The information should match the credit card holder's name and billing address.
   Click Continue with Plastic Card Payment

8. You will see an authorization screen with your information entered. Verify that your information is correct. Enter your email address if you want to receive confirmation of the charge.

   Check the block to authorize payment

   Click on Submit Payment.

9. You will see the text of your docket entry. You can add text in the white block if needed.
   Next

10. Your final text will appear.
    Press Next to complete the transaction.

    Wait to see the Notice of Electronic Filing.

**Congratulations, the transaction is complete.**

CM/ECF LIVE - U.S. District Court:txed                                Page 1 of 2

## Complaints and Other Initiating Documents
5:07-cv-00156-DF-CMC ESN LLC v. Cisco Systems Inc et al

U.S. District Court [LIVE]

Eastern District of TEXAS LIVE

Notice of Electronic Filing

The following transaction was received from Albritton, Eric M. entered on 10/16/2007 at 0:01 AM CDT and filed on 10/15/2007
**Case Name:**     ESN LLC v. Cisco Systems Inc et al
**Case Number:**   5:07-cv-156
**Filer:**         ESN LLC
**Document Number:** 1

**Docket Text:**
COMPLAINT against Cisco Systems Inc, Cisco-Linksys LLC ( Filing fee $ 350 receipt number 1298562.), filed by ESN LLC. (Attachments: # (1) Exhibit A - Part 1# (2) Exhibit A - Part 2# (3) Exhibit B# (4) Exhibit C# (5) Civil Cover Sheet)(Albritton, Eric)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1041545818 [Date=10/16/2007] [FileNumber=1999808-0] [11dab535caf6b25e86b84e750b6ced1c83e8d914f02333753ea54a7c893a014da1
015c132b35e5e0465388bf1920b2f22c94e82a75641a800b2b38f74ae3e8cc]]
**Document description:** Exhibit A - Part 1
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1041545818 [Date=10/16/2007] [FileNumber=1999808-1] [a0f854e44a9c7ea78c55335faaa2227149a51b5da9a88ce30814cdb08bb2a03302
6ee7a9d038e911b6b0fbf8b6d48b4dc0e85b3d5630fcf8c235e212c4f2aec1]]
**Document description:** Exhibit A - Part 2
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1041545818 [Date=10/16/2007] [FileNumber=1999808-2] [3eb955ec8c333fe4efd475f351702c16ec8eb589d2a4ad9b27a82f7f3577debf16
f4d059dbd6d41fa09d5edaf5016ed5600b70e21333147cc9f91a4f7f68dd7e]]
**Document description:** Exhibit B
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1041545818 [Date=10/16/2007] [FileNumber=1999808-3] [9efc50bce8aaa6c136284bd27620f51fd28d9f362a9b9c11091abea7207e4185e9
f8f638882ff3e39f49191141801fad31d38abe31da39cc69fc14cb1944fe7e6]]
**Document description:** Exhibit C
**Original filename:** n/a



https://ecf.txed.uscourts.gov/cgi-bin/Dispatch.pl?185648410585475                CISCO.000088

**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1041545818 [Date=10/16/2007] [FileNumber=1999808-4] [a81e1563c4c62bfd15faaa460d3e4b030154fa1a7d5b41fa50a7078e3bc30c5d533b7900a914edd73bfc9fdf71773f3cd192119113128a4cb63c4a8bf218d7f47]]
**Document description:** Civil Cover Sheet
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1041545818 [Date=10/16/2007] [FileNumber=1999808-5] [0b0b8395740116e07d4d05061f4e88598d90345fc5d166dfd388dd095c85e730f51f870dbdde5d7edb8d073366de548670d41d48922784e9283ae8c59eae0ca5c]]

**5:07-cv-156 Notice will be electronically mailed to:**

Eric M. Albritton    ema@emafirm.com, ajm@emafirm.com; ecfdocket@emafirm.com

**5:07-cv-156 Notice will be delivered by other means to:**