Ward v. Cisco Systems, Inc. et al                                                    Doc. 62 Att. 3
Case 4:08-cv-04022-JLH   Document 62-4   Filed 05/11/09   Page 1 of 2

# Patent Troll Tracker

THURSDAY, OCTOBER 18, 2007

### ESN Convinces EDTX Court Clerk To Alter Documents To Try To Manufacture Subject Matter Jurisdiction Where None Existed

I got a couple of anonymous emails this morning, pointing out that the docket in ESN v. Cisco (the Texas docket, not the Connecticut docket), had been altered. One email suggested that ESN's local counsel called the EDTX court clerk, and convinced him/her to change the docket to reflect an October 16 filing date, rather than the October 15 filing date. I checked, and sure enough, that's exactly what happened - the docket was altered to reflect an October 16 filing date and the complaint was altered to change the filing date stamp from October 15 to October 16. Only the EDTX Court Clerk could have made such changes.

Of course, there are a couple of flaws in this conspiracy. First, ESN counsel Eric Albritton signed the Civil Cover Sheet stating that the complaint had been filed on October 15. Second, there's tons of proof that ESN filed on October 15. Heck, Dennis Crouch may be subpoenaed as a witness!

You can't change history, and it's outrageous that the Eastern District of Texas may have, wittingly or unwittingly, helped a non-practicing entity to try to manufacture subject matter jurisdiction. Even if this was a "mistake," which I can't see how it could be, given that someone emailed me a printout of the docket from Monday showing the case, the proper course of action should be a motion to correct the docket.

(*n.b.*: don't be surprised if the docket changes back once the higher-ups in the Court get wind of this, making this post completely irrelevant).

EDIT: You can't change history, but you can change a blog entry based on information emailed to you from a helpful reader.

Posted by Troll Tracker at 1:13 PM

### About Me

Troll Tracker
Just a lawyer, interested in patent cases, but not intere in publicity

View my complete profi



### Blogs TrollTracker Reads

Dennis Crouch's Patently

Peter Zura's 271 Patent E

Patent Prospector

Michael Smith's EDTX Blo

Delaware IP Law Blog

Chicago IP Litigation Blo

Phillip Brooks' Patent Infringement Updates

Just a Patent Examiner

SCOTUSBlog

Patently Silly

### Subscribe Now: Feed Icon

Subscribe in a reader

Google

Newer Post     Home     Older Post     [+ Add to Google]

**Blog Archive**

▼ 2007 (96)
  ▼ November (3)
  Plutus (???) Sues Goog Yahoo and Faceboo
  Statistics Don't Suppor Crouch's Conclusio.
  Wi-LAN Changes Venu Ottawa to the Pate Cap...

  ► October (27)
  ► September (27)
  ► August (20)
  ► July (11)
  ► June (3)
  ► May (5)

## Sitemeter

[sitemeter]