# EXHIBIT "D"

Dockets.Justia.com

Case 4:08-cv-04022-JLH   Document 63-4   Filed 05/11/09   Page 2 of 6
30(b)(6) Deposition of Richard G. Frenkel
CONFIDENTIAL - Subject to the Protective Order
11/18/2008

Page 1

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF TEXAS

TYLER DIVISION

CERTIFIED COPY

ERIC M. ALBRITTON,

      Plaintiff,

vs.                     No. 6:08-CV-00089

(1) CISCO SYSTEMS, INC.,
(2) RICHARD FRENKEL, (3) MALLUN
YEN and (4) JOHN NOH,

      Defendants.


CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

DEPOSITION OF RICHARD G. FRENKEL

Tuesday, November 18, 2008


SHEILA CHASE & ASSOCIATES
REPORTING FOR:
West Court Reporting Services
221 Main Street, Suite 1250
San Francisco, California  94105
Phone:  (415) 321-2300
Fax:  (415) 618-0743

Reported by:
JANIS JENNINGS, CSR, CRP, CLR
CRS-100282-023

**30(b)(6) Deposition of Richard G. Frenkel**                    11/18/2008
**CONFIDENTIAL - Subject to the Protective Order**

Page 7

1              RICHARD G. FRENKEL,

2        The deponent herein, was sworn and

3        testified as follows:

4

5        THE VIDEOGRAPHER:  Please begin.

6

7                  EXAMINATION

8    BY MR. PATTON:

9        Q.   State your name, please.

10       A.   Richard Frenkel.

11       Q.   Where do you live?

12       A.   I live in Palo Alto, California.

13       Q.   Your address?

14       A.   My work or my home address?

15       Q.   Give me your home address and number first

16   and then your work address and number second.

17       A.   I live at 3229 Morris Drive in Palo Alto,

18   and I work at 650 Page Mill Road, also in Palo Alto,

19   California.

20       Q.   Telephone number at your work?

21       A.   650-849-3201.

22       Q.   Do you now work for Wilson Sonsini?

23       A.   Yes.

24       Q.   And what is your status there?

25       A.   My title is of counsel.

Page 122

1    not?

2         A.   I don't remember using the word "engaged."

3         Q.   Okay.  What word would you use?

4         A.   We asked Baker Botts to call the clerk's

5    office, and they did.

6         Q.   Okay.  And?

7         A.   And we found out that the clerk's office

8    had told -- Baker Botts told us that the clerk's

9    office said that Mr. Albritton's office had called

10   the court clerk to ask them to change the date from

11   October 15th to October 16th.

12        Q.   All right.  Who --

13        A.   Which was consistent with what I had

14   observed by looking at the docket myself.

15        Q.   Who at Baker Botts told you that?

16        A.   I believe that the conversation was not

17   with me but with Marta Beckwith or Mallun Yen.

18        Q.   Okay.  By the Baker Botts people?

19        A.   Yes.

20        Q.   Okay.  Do you know if anyone -- if Baker

21   Botts was asked to ask the clerk to return the

22   filing date to the 15th?

23        A.   Could you repeat the question.  I lost it.

24        Q.   Do you know if anyone at Baker Botts on

25   behalf of Cisco asked the clerk to return the filing

Page 160

1              DECLARATION

2

3     I hereby declare under penalty of perjury that the

4   foregoing is my deposition under oath; that these are

5   the questions asked of me and my answers thereto; and

6   that I have read my deposition and have made the

7   corrections, additions, or changes to my answers that I

8   deem necessary.

9         In witness whereof, I hereby subscribe my name

10  this    day of                    , 2008.

11

12

13

14

15                   RICHARD G. FRENKEL

16

17

18

19

20

21

22

23

24

25

1                   CERTIFICATE OF REPORTER

2

3          I, JANIS L. JENNINGS, a Certified Shorthand

4   Reporter of the State of California, do hereby certify:

5          That the foregoing proceedings were taken

6   before me at the time and place herein set forth; that

7   any witnesses in the foregoing proceedings, prior to

8   testifying, were placed under oath; that a verbatim

9   record of the proceedings was made by me using machine

10   shorthand which was thereafter transcribed under my

11   direction; further, that the foregoing is an accurate

12   transcription thereof.

13          I further certify that I am neither

14   financially interested in the action nor a relative or

15   employee of any attorney of any of the parties.

16          IN WITNESS WHEREOF, I have this date

17   subscribed my name.

18

19   Dated:  November 20, 2008.

20

21                          _____

22                  JANIS JENNINGS
                     CSR NO. 3942, CLR, CRP

23

24

25