IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

| | | |
|---|---|---|
| JOHN WARD, JR. | § § § | |
| | § | C. A. NO. 08-4022 |
| v. | § | JURY TRIAL DEMANDED |
| | § § | |
| CISCO SYSTEMS, INC. | § | |

## ORDER DENYING WARD'S MOTION TO COMPEL COMPLIANCE WITH COURT'S MARCH 30, 2009 ORDER AND FOR SANCTIONS

The Court, having considered Ward's Motion to Compel Compliance with the Court's March 30 2009 Order and for Sanctions, and any responses thereto in the above-referenced lawsuit, hereby ORDERS that:

The Motion is DENIED.

It is hereby ORDERED that Ward's Motion to Compel Compliance with the Court's March 30 2009 Order and for Sanctions is DENIED.

5509840v.1