IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

JOHN WARD, JR.                    §
                                  §
                                  §     C. A. NO. 08-4022
v.                                §     JURY TRIAL DEMANDED
                                  §
CISCO SYSTEMS, INC.               §

**CISCO SYSTEMS, INC.'S AMENDED RESPONSES TO
PLAINTIFF'S FIRST SET OF REQUESTS FOR ADMISSIONS**

TO:    John Ward, Jr., by and through his attorney of record, Nicholas H. Patton, Patton, Tidwell & Schroeder, LLP, 4605 Texas Boulevard, Texarkana, Texas.

Pursuant to FED.R.CIV.P. 36, Defendant Cisco Systems, Inc. serves these Amended Responses to Plaintiff's First Set of Requests for Admissions.

Respectfully submitted,

JACKSON WALKER L.L.P.

By: /s/ Charles L. Babcock
    Charles L. Babcock
    Federal Bar No.: 10982
    Email: cbabcock@jw.com
    Crystal J. Parker
    Federal Bar No.: 621142
    Email: cparker@jw.com
    1401 McKinney
    Suite 1900
    Houston, Texas 77010
    (713) 752-4200
    (713) 752-4221 – Fax

ATTORNEYS FOR DEFENDANT
CISCO SYSTEMS, INC.

Dockets.Justia.com

**Request No. 30**:  Admit that prior to posting the October 18, 2007 post attached hereto as Exh. 3, Cisco knew that ESN's counsel had told the Eastern District of Texas court clerk's office that ESN had filed the ESN complaint on Oct. 16, 2007.

**RESPONSE:**

Denied.

**Request No. 31**:  Admit that prior to posting the October 18, 2007 post attached hereto as Exh. 2, Baker Botts knew that ESN's counsel had told the Eastern District of Texas court clerk's office that ESN had filed the ESN complaint on Oct. 16, 2007.

**RESPONSE:**

Defendant can neither admit nor deny because the request calls for speculation about the knowledge of a third party.  Therefore the request denied.

**Request No. 32**:  Admit that prior to posting the October 18, 2007 post attached hereto as Exh. 3, Baker Botts knew that ESN's counsel had told the Eastern District of Texas court clerk's office that ESN had filed the ESN complaint on Oct. 16, 2007.

**RESPONSE:**

Defendant can neither admit nor deny because the request calls for speculation about the knowledge of a third party.  Therefore the request denied.

**Request No. 33**:  Admit that pursuant to Federal Rule of Civil Procedure 3, "a civil action is commenced by filing a complaint with the court."

**RESPONSE:**

Admitted that the quoted words are contained in Rule 3 of the Federal Rules of Civil Procedure. Object that the remaining of the request calls for a conclusion of law and is therefore denied.

**Request No. 34**:  Admit that at the time the ESN complaint was filed, Cisco did not have counsel of record for the ESN v. Cisco litigation.

**RESPONSE:**

Admitted.

**Request No. 35**:  Admit that if ESN had sent Cisco a copy of the ESN complaint, the sending of the complaint would not have perfected service pursuant to Federal Rule of Civil Procedure 4.

**RESPONSE:**