30(b)(6) Deposition of Richard G. Frenkel 11/18/2008
CONFIDENTIAL - Subject to the Protective Order

Page 1

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF TEXAS

TYLER DIVISION

ERIC M. ALBRITTON,

    Plaintiff,

vs.                      No. 6:08-CV-00089

(1) CISCO SYSTEMS, INC.,
(2) RICHARD FRENKEL, (3) MALLUN
YEN and (4) JOHN NOH,

    Defendants.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

DEPOSITION OF RICHARD G. FRENKEL

Tuesday, November 18, 2008

SHEILA CHASE & ASSOCIATES
REPORTING FOR:
West Court Reporting Services
221 Main Street, Suite 1250
San Francisco, California 94105
Phone: (415) 321-2300
Fax: (415) 618-0743

Reported by:
JANIS JENNINGS, CSR, CRP, CLR
CRS-100282-023

Dockets.Justia.com
f9695ea9-0325-4125-be8e-b712ff1393dc

30(b)(6) Deposition of Richard G. Frenkel  11/18/2008
CONFIDENTIAL - Subject to the Protective Order

Page 121

1        MR. McWILLIAMS:  Objection.  Form.
2        THE WITNESS:  It confirmed for me that the
3   original stamp that was placed on the complaint in
4   the docket of October 15th, 2007, were indeed
5   correct.
6   BY MR. PATTON:
7        Q.   That the case was filed on the 15th was
8   correct?
9        A.   Yes.
10       Q.   Have you ever asked anybody in the clerk's
11  office whether or not that statement is correct?
12       MR. McWILLIAMS:  Objection.  Form.
13       THE WITNESS:  We asked Baker Botts to call
14  the clerk's office to find out what had happened,
15  and they informed us that they had changed the date
16  from October 15th to October 16th.
17  BY MR. PATTON:
18       Q.   So you were -- you didn't engage Baker
19  Botts until after you had already posted it, did
20  you?  Did you post it before or after you engaged
21  Baker Botts?
22       A.   Engaged?  I'm sorry.  I don't understand
23  what you mean.
24       Q.   I thought you had hired -- I thought you
25  said we engaged Baker Botts to do something, did you

30(b)(6) Deposition of Richard G. Frenkel  11/18/2008
CONFIDENTIAL - Subject to the Protective Order

Page 127

1  violation, so I don't know what you're talking about
2  right now.
3        Q.   Well, I thought that was pretty simple.
4  Did you call the clerk yourself?  That's a pretty
5  simple question.  Did you?
6        A.   Did me, Rick Frenkel, call the clerk?
7        Q.   Uh-huh.
8        A.   No, I had somebody do it for me.
9        Q.   You had the lawyers in Dallas do that?
10       A.   Yes.
11       Q.   And did they give you information that
12  satisfied you that some bad thing had occurred?
13            MR. McWILLIAMS:  Objection.  Form.
14            MR. BABCOCK:  Same objection.
15            THE WITNESS:  I mean it satisfied me that
16  the date had been changed based on a call to the
17  clerk's office.
18  BY MR. PATTON:
19       Q.   Did the correspondence you received from
20  Baker Botts give you pause that this might not be
21  real clear-cut?
22            MR. McWILLIAMS:  Objection.  Form.
23            THE WITNESS:  No.
24  BY MR. PATTON:
25       Q.   Do you recall the comment in the email,