IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

| | |
|---|---|
| JOHN WARD, JR., § | |
| § | |
| Plaintiff, § | |
| § | C.A. NO. 08-4022 |
| v. § | JURY TRIAL DEMANDED |
| § | |
| CISCO SYSTEMS, INC., § | |
| § | |
| Defendant. § | |

## JOINT MOTION TO MODIFY THE SCHEDULING ORDER

Plaintiff John Ward Jr. and Defendant Cisco Systems, Inc. file this Joint Motion to Modify the Scheduling Order. The parties anticipate the need to take numerous depositions that cannot reasonably be completed before the current July 1, 2009 discovery deadline. Therefore, Plaintiff and Defendant request that the Court modify the Scheduling Order of December 9, 2009, in the following respects:

| Event | Current Schedule | Proposed Schedule |
|---|---|---|
| Fact discovery deadline | 07/01/2009 | 10/01/2009 |
| Discovery motions must be brought to the Court's attention in time for the Court to make a ruling by this date | 07/01/2009 | 10/01/2009 |
| Motions for dismissal, summary judgment, or other relief that would dispose of the case without trial | 07/08/2009 | 10/12/2009 |
| Motions to amend the pleadings | 07/17/2009 | 10/19/2009 |
| Jury trial | 08/31/2009 | 12/30/2009[1] |

For these reasons, Plaintiff and Defendants request that the Court grant this motion and modify the Final Scheduling Order as described above.

---

[1] Or as the Court's schedule permits.

**JOINT MOTION TO MODIFY
THE SCHEDULING ORDER**   **PAGE 1**

        Respectfully submitted,

*Nicholas H. Patton*

Nicholas H. Patton
State Bar No. 15631000
Patton, Tidwell & Schroeder, LLP
4605 Texas Boulevard
Texarkana, Texas 75503
903.792.7080 / 903.792.8233 (Fax)
Email:  nickpatton@texarkanalaw.com

Patricia L. Peden
California Bar No. 206440
LAW OFFICE OF PATRICIA L. PEDEN
5901 Christie Ave., Suite 201
Emeryville, California 94608
Telephone: 510.268.8033
Email:  ppeden@pedenlawfirm.com

ATTORNEYS FOR PLAINTIFF


By:   /s/ Charles L. Babcock
Charles L. Babcock
Federal Bar No. 10982
Email: cbabcock@jw.com
Crystal J. Parker
Federal Bar No. 621142
Email: cparker@jw.com
1401 McKinney
Suite 1900
Houston, Texas 77010
713.752.4200
713.752.4221 (Fax)

ATTORNEYS FOR DEFENDANT