Ward v. Cisco Systems, Inc. et al — Doc. 66 Att. 1
Case 4:08-cv-04022-JLH   Document 66-2   Filed 06/02/09   Page 1 of 2
Patent Troll Tracker — Page 1 of 10

|SEARCH BLOG|   |FLAG BLOG|Next Blog»   Create Blog | Sign In

# Patent Troll Tracker

**THURSDAY, OCTOBER 18, 2007**

### ESN Convinces EDTX Court Clerk To Alter Documents To Try To Manufacture Subject Matter Jurisdiction Where None Existed

I got a couple of anonymous emails this morning, pointing out that the docket in ESN v. Cisco (the Texas docket, not the Connecticut docket), had been altered. One email suggested that ESN's local counsel called the EDTX court clerk, and convinced him/her to change the docket to reflect an October 16 filing date, rather than the October 15 filing date. I checked, and sure enough, that's exactly what happened - the docket was altered to reflect an October 16 filing date and the complaint was altered to change the filing date stamp from October 15 to October 16. Only the EDTX Court Clerk could have made such changes.

Of course, there are a couple of flaws in this conspiracy. First, ESN counsel Eric Albritton signed the Civil Cover Sheet stating that the complaint had been filed on October 15. Second, there's tons of proof that ESN filed on October 15. Heck, Dennis Crouch may be subpoenaed as a witness!

You can't change history, and it's outrageous that the Eastern District of Texas is apparently, wittingly or unwittingly, conspiring with a non-practicing entity to try to manufacture subject matter jurisdiction. This is yet another example of the abusive nature of litigating patent cases in the Banana Republic of East Texas.

(n.b.: don't be surprised if the docket changes back once the higher-ups in the Court get wind of this, making this post completely irrelevant).

Posted by Troll Tracker at 1:13 PM   0 comments

**WEDNESDAY, OCTOBER 17, 2007**

### Troll Jumps the Gun, Sues Cisco Too Early

Well, I knew the day would come. I'm getting my troll news from Dennis Crouch now. According to Dennis, a company called ESN sued Cisco for patent infringement on October 15th, while the patent did not issue until October 16th. I looked, and ESN appears to be a shell entity managed by the President and CEO of DirectAdvice, an online financial website. And, yes, he's a lawyer. He clerked for a federal judge in Connecticut, and was an attorney at Day, Berry & Howard. Now he's suing Cisco on behalf of a non-practicing entity.

**Send email**

email TrollTracker

**About Me**

Troll Tracker
Just a lawyer, interested in patent cases, but not interested in publicity

View my complete profile



**Blogs TrollTracker Reads**

- Dennis Crouch's Patently-O Blog
- Peter Zura's 271 Patent Blog
- Patent Prospector
- Michael Smith's EDTX Blog
- Delaware IP Law Blog
- Chicago IP Litigation Blog
- Phillip Brooks' Patent Infringement Updates
- Just a Patent Examiner
- SCOTUSBlog
- Patently Silly

**Subscribe Now: Feed Icon**

Subscribe in a reader

**Google**



I asked myself, can ESN do this? I would think that the court would lack subject matter jurisdiction, since ESN owned no property right at the time of the lawsuit, and the passage of time should not cure that. And, in fact, I was right:

> A declaratory judgment of "invalidity" or "noninfringement" with respect to Elk's pending patent application would have had no legal meaning or effect. The fact that the patent was about to issue and would have been granted before the court reached the merits of the case is of no moment. Justiciability must be judged as of the time of filing, not as of some indeterminate future date when the court might reach the merits and the patent has issued. We therefore hold that a threat is not sufficient to create a case or controversy unless it is made with respect to a patent that has issued before a complaint is filed. Thus, the district court correctly held that there was no justiciable case or controversy in this case at the time the complaint was filed. GAF contends, however, that the issuance of the '144 patent cured any jurisdictional defect. We disagree. Later events may not create jurisdiction where none existed at the time of filing.

*GAF Building Materials Corp. v. Elk Corp. of Texas*, 90 F.3d 479, 483 (Fed. Cir. 1996) (citations and quotations omitted).

One other interesting tidbit: Cisco appeared to pick up on this, very quickly. Cisco filed a declaratory judgment action (in Connecticut) yesterday, the day after ESN filed its null complaint. Since Cisco's lawsuit was filed after the patent issued, it should stick in Connecticut.

Perhaps realizing their fatal flaw (as a couple of other bloggers/news items have pointed out), ESN (represented by Chicago firm McAndrews Held & Malloy and local counsel Eric Albritton and T. Johnny Ward) filed an amended complaint in Texarkana today - amending to change absolutely nothing at all, by the way, except the filing date of the complaint. Survey says? XXXXXX (insert "Family Feud" sound here). Sorry, ESN. You're on your way to New Haven. Wonder how Johnny Ward will play there?

Posted by Troll Tracker at 7:00 PM                    1 comments

### TrollSurfing: Monts & Ware, Ward & Olivo, and Their Clients

Similar to surfing the web, I started by checking out a hunch I had about Monts & Ware being behind all sorts of troll cases. Then I trollsurfed through a bunch of cases, and I ended up not only with Monts & Ware (Dallas litigation firm), but also Ward & Olivo (patent lawyers from New York/New Jersey), as a thread behind a bunch of

**Blog Archive**

▼ 2007 (83)
  ▼ October (17)
    ESN Convinces EDTX Court Clerk To Alter Documents ...
    Troll Jumps the Gun, Sues Cisco Too Early
    TrollSurfing: Monts & Ware, Ward & Olivo, and Thei...
    Orion, the Hunted
    Texas Judge Bans Using Term "Patent Troll" In Tria...
    A Look at the Fortune 100 and Patent Litigation, P...
    Adendum to Part 1, Fortune 100
    A Look at the Fortune 100 and Patent Litigation, P...
    Last Week Wasn't Even the First Time Niro Scavone ...
    Acacia Targets Linux in New Lawsuit Against Red Ha...
    Patent Troll Sues Fish & Richardson
    Bill Gates, Steve Jobs, Hugh Hefner and Larry Flyn...
    Troll Call and Other Patent Stats for September 20...
    Ode to Patent Trolls
    Wednesday Miscellany
    Unveiling TrollTracker's Troll Severity Assessment...
    Patent Reform, Front and Center in the News -- and...
  ► September (27)
  ► August (20)
  ► July (11)
  ► June (3)
  ► May (5)

## Sitemeter