IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

| | | |
|---|---|---|
| JOHN WARD, JR. | § | |
| | § | |
| | § | C. A. NO. 08-4022 |
| v. | § | JURY TRIAL DEMANDED |
| | § | |
| CISCO SYSTEMS, INC. | § | |

**ORDER REGARDING PLAINTIFF'S
MOTION TO COMPEL COMPLIANCE WITH THE COURT'S
MARCH 30, 2009 ORDER AND FOR SANCTIONS AND
DEFENDANTS' MOTION TO AMEND OR CLARIFY
THE MARCH 30, 2009 ORDER REGARDING
<u>WAIVER OF ATTORNEY-CLIENT PRIVILEGE</u>**

CAME TO BE HEARD John Ward, Jr.'s ("Ward") Motion to Compel Compliance with the Court's March 30, 2009 Order and for Sanctions (the "Motion for Sanctions") and Defendants' Motion to Amend or Clarify the March 30, 2009 Order Regarding Waiver of Attorney-Client Privilege ("Motion to Amend or Clarify").

The Court, having considered the motions and responses of the parties and responses, if any, is of the opinion that the Motion for Sanctions should be DENIED and that the Motion to Amend or Clarify should be GRANTED.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that:

Plaintiff's Motion for Sanctions is DENIED.

Defendants' Motion to Amend or Clarify is GRANTED. The Court hereby modifies its Order dated March 30, 2009 clarifying that (1) the Order relates only to Cisco's interrogatory responses; (2) there has been no waiver of Cisco's attorney-client privilege; (3) there has been no waiver of Cisco's work product protection.

5528752v.1

SIGNED this _____ day of _____, 2008

_____
JUDGE PRESIDING

5528752v.1