Ward v. Cisco Systems, Inc. et al
Case 4:08-cv-04022-JLH  Document 70-3  Filed 06/12/09  Page 1 of 3
Doc. 70 Att. 2

# EXHIBIT C

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

| | | |
|---|---|---|
| JOHN WARD, JR. | § | |
| | § | |
| Plaintiff | § | No. 08-4022 |
| | § | |
| V. | § | JURY TRIAL DEMANDED |
| | § | |
| CISCO SYSTEMS, INC. and RICK FRENKEL | § | |
| | § | |
| Defendants. | § | |

STATE OF TEXAS

COUNTY OF BOWIE

### VERIFICATION

BEFORE ME, the undersigned authority, on this day personally appeared John Ward, Jr., who being by me duly sworn on his oath deposed and said that 1) he has read the claim made the subject of the above captioned matter; and 2) to the best of his knowledge, information and belief formed after reasonable inquiry, the claim is well grounded in fact and is warranted by existing law or a good faith argument for the extension, modification, or reversal of existing law; 3) the act forming the basis for the claim is not a privileged communication and 3) the claim is not asserted for any improper purpose such as to suppress the right of free speech or right to petition government of a person or entity to harass, or to cause unnecessary delay or needless increase in the cost of litigation.

_____
John Ward, Jr.

SUBSCRIBED AND SWORN TO BEFORE ME, a Notary Public, on this 10th day of April, 2008.

_____
Notary Public
Commission Expires: 08-31-2010

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

| | | |
|---|---|---|
| JOHN WARD, JR. | § | |
| | § | |
| Plaintiff | § | No. 08-4022 |
| | § | |
| V. | § | JURY TRIAL DEMANDED |
| | § | |
| CISCO SYSTEMS, INC. and RICK FRENKEL | § | |
| | § | |
| Defendants. | § | |

STATE OF TEXAS

COUNTY OF BOWIE

## VERIFICATION

BEFORE ME, the undersigned authority, on this day personally appeared Nicholas H. Patton, who being by me duly sworn on his oath deposed and said that 1) he is the attorney of record and has read the claim made the subject of the above captioned matter; and 2) to the best of his knowledge, information and belief formed after reasonable inquiry, the claim is well grounded in fact and is warranted by existing law or a good faith argument for the extension, modification, or reversal of existing law; 3) the act forming the basis for the claim is not a privileged communication and 4) the claim is not asserted for any improper purpose such as to suppress the right of free speech or right to petition government of a person or entity to harass, or to cause unnecessary delay or needless increase in the cost of litigation.

Nicholas H. Patton

SUBSCRIBED AND SWORN TO BEFORE ME, a Notary Public, on this 10th day of April, 2008.

Notary Public
Commission Expires: 08-31-2010