Ward v. Cisco Systems, Inc. et al    Case 4:08-cv-04022-JLH   Document 70-5   Filed 06/12/09   Page 1 of 2    Doc. 70 Att. 4

Patent Troll Tracker: ESN Convinces EDTX Court Clerk To Alter Documents To Try To Manufacture Subject Matter Jurisdiction Where None Existed

# Patent Troll Tracker

An alternative look at patent litigation trends, focusing on the increasing number of patent lawsuits brought by shell corporations that make or sell no goods or services.

Thursday, October 18, 2007

## ESN Convinces EDTX Court Clerk To Alter Documents To Try To Manufacture Subject Matter Jurisdiction Where None Existed

I got a couple of anonymous emails this morning, pointing out that the docket in ESN v. Cisco (the Texas docket, not the Connecticut docket), had been altered. One email suggested that ESN's local counsel called the EDTX court clerk, and convinced him/her to change the docket to reflect an October 16 filing date, rather than the October 15 filing date. I checked, and sure enough, that's exactly what happened - the docket was altered to reflect an October 16 filing date and the complaint was altered to change the filing date stamp from October 15 to October 16. Only the EDTX Court Clerk could have made such changes.

Of course, there are a couple of flaws in this conspiracy. First, ESN counsel Eric Albritton signed the Civil Cover Sheet stating that the complaint had been filed on October 15. Second, there's tons of proof that ESN filed on October 15. Heck, Dennis Crouch may be subpoenaed as a witness!

You can't change history, and it's outrageous that the Eastern District of Texas may have, wittingly or unwittingly, helped a non-practicing entity to try to manufacture subject matter jurisdiction. Even if this was a "mistake," which I can't see how it could be, given that someone emailed me a printout of the docket from Monday showing the case, the proper course of action should be a motion to correct the docket.

### Email Rick

trolltracker@gmail.com

### About Me

Rick Frenkel
Patent lawyer, trying to gather and organize information about patent litigation in an informative and useful way.

View my complete profile



EFF is helping bloggers protect their Constitutional right to anonymous speech



### Blogs I Read

- Above The Law (People Magazine, for Lawyers)
- Anticipate This!

Case 4:08-cv-04022-JLH   Document 70-5   Filed 06/12/09   Page 2 of 2

Patent Troll Tracker: ESN Convinces EDTX Court Clerk To Alter Documents To Try To Manufacture Subject Matter Jurisdiction Where None Existed

(*n.b.*: don't be surprised if the docket changes back once the higher-ups in the Court get wind of this, making this post completely irrelevant).

EDIT: You can't change history, but you can change a blog entry based on information emailed to you from a helpful reader.

Posted by Rick Frenkel at 1:13 PM

Labels: Cisco, ECF, Eric Albritton, ESN, magically changing docket dates

**0 comments:**

Post a Comment

Newer Post        Home        Older Post

Subscribe to: Post Comments (Atom)

- Benefit of Hindsight
- Chicago IP Litigation Blog
- Delaware IP Law Blog
- Dennis Crouch's Patently-O Blog (the Godfather of Patent Blogs)
- How Appealing (Howard Bashman)
- IAM Magazine Blog (Euro-focused)
- Ideation Lab
- IP Dragon (China)
- IP Geek (Euro-focused)
- IP Kat (UK)
- Just a Patent Examiner
- Michael Smith's EDTX Blog
- Overlawyered
- Patent Baristas
- Patent Demand
- Patent Prospector
- Patently Absurd Inventions Archive
- Patently Silly
- Peter Zura's 271 Patent Blog
- Phillip Brooks' Patent Infringement Updates
- SCOTUSBlog
- Spicy IP (India)
- Techdirt
- The Volokh Conspiracy
- Washington State Patent Law Blog
- WSJ Law Blog