IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

| JOHN WARD, JR. | § | |
| --- | --- | --- |
| | § | |
| | § | C. A. NO. 08-4022 |
| v. | § | JURY TRIAL DEMANDED |
| | § | |
| CISCO SYSTEMS, INC. | § | |

## ORDER DENYING PLAINTIFF'S CLAIMS

CAME TO BE HEARD Cisco System, Inc.'s Motion to Dismiss for Failure to State a Claim upon Which Relief May Be Granted.

The Court, having considered the motions and responses of the parties is of the opinion that:

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED all of Plaintiff's claim are dismissed with prejudice are DISMISSED;

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that all pending motions or hearings are STAYED until the Court rules of Cisco System, Inc.'s Motion to Dismiss for Failure to State a Claim upon Which Relief May Be Granted.

SIGNED this _____ day of _____, 2009.

JUDGE PRESIDING

5535191v.1