# WARD V. CISCO
# PLAINTIFF'S PROPOSED SUBMISSION LOG

**Documents produced in the *Albritton v. Cisco* litigation in the Eastern District of Texas:**[1]

| Begin Bates No.[2] | End Bates No. | People - To | People - From | People - CC | Main Date | Type | Title | Description |
|---|---|---|---|---|---|---|---|---|
| CISCO PRIVILEGED.000001 | CISCO PRIVILEGED.000001 | Bart Showalter John Corcoran Kurt Pankratz Mallun Yen Mark Michels Marta Beckwith Michael Ritter | Rick Frenkel | Dan Lang | 17-Oct-2007 | E-Mail | Amended ESN Complaint | Email with attorney regarding ESN litigation. |
| CISCO PRIVILEGED.000002 | CISCO PRIVILEGED.000003 | Bart Showalter Kurt Pankratz Mark Michels Michael Ritter Rick Frenkel | Marta Beckwith | Dan Lang | 17-Oct-2007 | E-Mail | RE: Amended ESN Complaint | Email with attorney regarding ESN litigation. |
| CISCO PRIVILEGED.000004 | CISCO PRIVILEGED.000004 | Bart Showalter Kurt Pankratz Mallun Yen Mark Michels Marta Beckwith Michael Ritter | Rick Frenkel | | 18-Oct-2007 | E-Mail | ESN | Email with attorney regarding ESN litigation. |
| CISCO PRIVILEGED.000005 | CISCO PRIVILEGED.000005 | Bart Showalter Mallun Yen Mark Michels Marta Beckwith Michael Ritter Rick Frenkel | Kurt Pankratz | | 18-Oct-2007 | E-Mail | RE: ESN | Email with attorney regarding ESN litigation. |
| CISCO PRIVILEGED.000006 | CISCO PRIVILEGED.000006 | Bart Showalter Kurt Pankratz Mallun Yen Mark Michels | Kurt Pankratz Rick Frenkel | Dan Lang | 18-Oct-2007 | E-Mail | RE: ESN | Email with attorney regarding ESN litigation. |

---

[1] Plaintiff believes that these documents should be produced pursuant to this Court's March 30, 2009 Order and the holding in *In re Chrysler Motors Corp. Overnight Evaluation Program Litigation*, 860 F.2d 844, 847 (8th Cir. 1988).

[2] Cisco's privilege log entries do not include the electronic header information for each document that was later produced in the *Albritton* case. If the Court orders these documents produced, Ward requests that Cisco's production also include the electronic header information for each email.

| Begin Bates No.[2] | End Bates No. | People - To | People - From | People - CC | Main Date | Type | Title | Description |
|---|---|---|---|---|---|---|---|---|
| | | Marta Beckwith Michael Ritter Rick Frenkel | | | | | | |
| CISCO PRIVILEGED.000007 | CISCO PRIVILEGED.000008 | Bart Showalter Jillian Powell Kurt Pankratz | Kurt Pankratz Rick Frenkel | | 22-Oct-2007 | E-Mail | FW: Urgent - please read - ESN | Email with attorney regarding litigation. |
| CISCO PRIVILEGED.000009 | CISCO PRIVILEGED.000009 | Kurt Pankratz | Jillian Powell | | 22-Oct-2007 | E-Mail | RE: ESN | Email with attorney's staff regarding litigation. |
| CISCO PRIVILEGED.000010 | CISCO PRIVILEGED.000010 | Jillian Powell Steve Schortgen | Kurt Pankratz | | 22-Oct-2007 | E-Mail | Re: ESN | Email with attorney's staff regarding litigation. |
| CISCO PRIVILEGED.000011 | CISCO PRIVILEGED.000013 | Mark Chandler | Mallun Yen | Rick Frenkel | 25-Feb-2008 | E-Mail | FW: ESN - PRIVILEGED AND CONFIDENTIAL | Email with attorney regarding ESN litigation. |
| CISCO PRIVILEGED.000014 | CISCO PRIVILEGED.000014 | John Noh, Cisco Public Relations Mallun Yen, Cisco | Rick Frenkel, Cisco | | 18-Oct-2007 | E-Mail | CISCO HAS AGREED TO PRODUCE THIS DOCUMENT | Email with attorney regarding ESN litigation |
| CISCO PRIVILEGED.000015 | CISCO PRIVILEGED.000016 | Mark Chandler Matthew Tanielian Neal Rubin John Noh | Mallun Yen | | 18-Oct-2007 | E-Mail | RE: ESN | Email with attorney regarding ESN litigation. |
| CISCO PRIVILEGED.000019 | CISCO PRIVILEGED.000026 | Bart Showalter Kurt Pankratz Mallun Yen Marta Beckwith Michael Ritter | Rick Frenkel | Dan Lang | 15-Oct-2007 | E-Mail | Urgent - please read - ESN | Email with attorney regarding ESN litigation. |
| CISCO PRIVILEGED.000027 | CISCO PRIVILEGED.000027 | Mallun Yen Mark Michels Marta Beckwith Michael Ritter | Rick Frenkel | | 15-Oct-2007 | E-Mail | We were just sued by ESN, LLC | Email with attorney regarding ESN litigation. |
| CISCO PRIVILEGED.000028 | CISCO PRIVILEGED.000028 | Rick Frenkel | Mark R. Weinstein | | 25-Oct-2007 | E-Mail | ESN Filing Date - From the Blogs - A/C Privileged | Email with attorney regarding ESN litigation. |
| CISCO PRIVILEGED.000037 | CISCO PRIVILEGED.000041 | | Marta Beckwith (mabeckwi) | BCC: Edward Reines, Weil Gotshal; Kurt Pankratz, Baker Botts; Bart Showalter, Baker Botts, Charles Verhoeven, Quinn Emanuel; Doug Kubehl, Baker Botts, Matthew Powers, Weil Gotshal, Victoria Maroulis, Quinn Emanuel | 22-Oct-2007 | E-Mail | In case you haven't seen this about your DJ case in ESN | Email forwarding Michael Smith's article about the ESN litigation. |
| CISCO PRIVILEGED.000043 | CISCO PRIVILEGED.000043 | Victoria Maroulis | Marta Beckwith (mabeckwi) | Charles K Verhoeven | 25-Feb-2008 | E-Mail | Troll Tracker | Email with attorney informing them that Rick Frenkel was the Patent Troll Tracker. |

| Begin Bates No.[2] | End Bates No. | People - To | People - From | People - CC | Main Date | Type | Title | Description |
|---|---|---|---|---|---|---|---|---|
| CISCO PRIVILEGED.000044 | CISCO PRIVILEGED.000048 | Marta Beckwith (mabeckwi) | bart.showalter@bakerbotts.com | | 22-Oct-2007 | E-Mail | In case you haven't seen this about your DJ case in ESN | Email attaching Michael Smith's blog about the ESN litigation and discussing his impression of the article as it relates to the ESN litigation. |
| CISCO PRIVILEGED.000087 | CISCO PRIVILEGED.000087 | Samir.Bhavsar@bakerbotts.com | Marta Beckwith (mabeckwi) | bart.showalter@bakerbotts.com | 25-Feb-2008 | E-Mail | Troll Tracker | Email with attorney informing them that Rick Frenkel was the Patent Troll Tracker |
| CISCO PRIVILEGED.000089 | CISCO PRIVILEGED.000089 | 'bart.showalter@bakerbotts.com' | Marta Beckwith (mabeckwi) | bryant.c.boren@bakerbotts.com chad.walters@bakerbotts.com doug.kubehl@bakerbotts.com Samir.Bhavsar@bakerbotts.com | 25-Feb-2008 | E-Mail | Troll Tracker | Email with attorney informing them that Rick Frenkel was the Patent Troll Tracker. |
| CISCO PRIVILEGED.000094 | CISCO PRIVILEGED.000094 | gchambers@McKoolSmith.com | Marta Beckwith (mabeckwi) | | 25-Nov-2007 | E-Mail | New local rules | Email regarding plans to discuss amendments to local rules in Eastern District of Texas |
| CISCO PRIVILEGED.000103 | CISCO PRIVILEGED.000105 | Mallun Yen (myen) Michael Ritter (micritte) Rick Frenkel (rfrenkel) | Marta Beckwith (mabeckwi) | | 18-Oct-2007 | E-Mail | ESN | Email regarding the legal effect of the filing of the ESN lawsuit before the patent issued and regarding hiring local counsel. |
| CISCO PRIVILEGED.000109 | CISCO PRIVILEGED.000111 | Mallun Yen (myen) | Mark Chandler (machandl) | | 25-Feb-2008 | E-Mail | ESN - PRIVILEGED AND CONFIDENTIAL | Email regarding timing of events with respect to the October 17, 2008 Patent Troll Tracker article. |
| CISCO PRIVILEGED.000112 | CISCO PRIVILEGED.000115 | Mallun Yen (myen) | Mark Chandler (machandl) | | 25-Feb-2008 | E-Mail | ESN - PRIVILEGED AND CONFIDENTIAL | Email regarding timing of events with respect to the October 17, 2008 Patent Troll Tracker article. |
| CISCO PRIVILEGED.000116 | CISCO PRIVILEGED.000118 | Mark Chandler (machandl) | Mallun Yen (myen) | | 25-Feb-2008 | E-Mail | ESN - PRIVILEGED AND CONFIDENTIAL | Email regarding timing of events with respect to the October 17, 2008 Patent Troll Tracker article. |
| CISCO PRIVILEGED.000122 | CISCO PRIVILEGED.000125 | Mark Chandler (machandl) | Mallun Yen (myen) | | 25-Feb-2008 | E-Mail | ESN - PRIVILEGED AND CONFIDENTIAL | Email regarding timing of events with respect to |

| Begin Bates No.[2] | End Bates No. | People - To | People - From | People - CC | Main Date | Type | Title | Description |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | the October 17, 2008 Patent Troll Tracker article. |
| CISCO PRIVILEGED.000126 | CISCO PRIVILEGED.000126 | Matthew Tanielian (mtanieli) | Mark Chandler (machandl) | | 18-Oct-2007 | E-Mail | ESN | Email regarding potential conversation with local counsel regarding filing of ESN lawsuit. |
| CISCO PRIVILEGED.000134 | CISCO PRIVILEGED.000135 | Rick Frenkel (rfrenkel) | John Corcoran (jocorcor) | | 17-Oct-2007 | E-Mail | Amended ESN Complaint | Comment in response to legal strategy regarding the timing of the filing of the ESN litigation. |
| CISCO PRIVILEGED.000136 | CISCO PRIVILEGED.000137 | John Corcoran (jocorcor) | Rick Frenkel (rfrenkel) | | 17-Oct-2007 | E-Mail | Amended ESN Complaint | Comment in response to legal strategy regarding the timing of the filing of the ESN litigation. |
| CISCO PRIVILEGED.000138 | CISCO PRIVILEGED.000140 | Matthew Tanielian (mtanieli) | Rick Frenkel (rfrenkel) | | 19-Oct-2007 | E-Mail | Fair Comparison of Patent Litigation Statistics, 1990 v. 2006 v. 2007 | Email regarding patent statistics. |
| CISCO PRIVILEGED.000141 | CISCO PRIVILEGED.000144 | Rick Frenkel (rfrenkel) | Mallun Yen (myen) | | 25-Feb-2008 | E-Mail | ESN - PRIVILEGED AND CONFIDENTIAL | Email regarding timing of events with respect to the October 17, 2008 Patent Troll Tracker article. |
| CISCO PRIVILEGED.000146 | CISCO PRIVILEGED.000149 | Mallun Yen (myen) | Rick Frenkel (rfrenkel) | | 25-Feb-2008 | E-Mail | ESN - PRIVILEGED AND CONFIDENTIAL | Email regarding timing of events with respect to the October 17, 2008 Patent Troll Tracker article. |
| CISCO PRIVILEGED.000154 | CISCO PRIVILEGED.000156 | Mark Chandler (machandl) Rick Frenkel (rfrenkel) | Matthew Tanielian (mtanieli) | Dan Lang (dlang) Mallun Yen (myen) | 19-Oct-2007 | E-Mail | Fair Comparison of Patent Litigation Statistics, 1990 v. 2006 v. 2007 | Email regarding patent litigation statistics. |
| CISCO PRIVILEGED.000167 | CISCO PRIVILEGED.000168 | 'bart.showalter@bakerbotts.com' 'kurt.pankratz@bakerbotts.com' Mark Michels (mmichels) Marta Beckwith (mabeckwi) Michael Ritter (micritte) Rick Frenkel (rfrenkel) | Mallun Yen (myen) | Dan Lang (dlang) | 18-Oct-2007 | E-Mail | ESN | Email regarding similar case where filing party filed a motion to correct the docket. |
| CISCO | CISCO | bart.showalter@bak | kurt.pankratz@bakerbo | Dan Lang (dlang) | 18-Oct-2007 | E-Mail | ESN | Email attaching both |

| Begin Bates No.[2] | End Bates No. | People - To | People - From | People - CC | Main Date | Type | Title | Description |
|---|---|---|---|---|---|---|---|---|
| PRIVILEGED.000169 | PRIVILEGED.000169 | erbotts.com Mallun Yen (myen) Mark Michels (mmichels) Marta Beckwith (mabeckwi) Michael Ritter (micritte) Rick Frenkel (rfrenkel) | tts.com | | | | | online version of the complaint in the ESN litigation. |
| CISCO PRIVILEGED.000192 | CISCO PRIVILEGED.000194 | Mallun Yen (myen) Marta Beckwith (mabeckwi) Rick Frenkel (rfrenkel) | Michael Ritter (micritte) | | 18-Oct-2007 | E-Mail | ESN | Email regarding similar case where filing party filed a motion to correct the docket. |
| CISCO PRIVILEGED.000204 | CISCO PRIVILEGED.000204 | kurt.pankratz@bakerbotts.com Marta Beckwith (mabeckwi) Michael Ritter (micritte) | Zahner, Gail | Bucci, Michael A. Sicilian, James | 17-Oct-2007 | E-Mail | Complaint for Declaratory Judgment - Cisco v ESN LLC | Email attaching papers served on ESN and notices from court. |
| CISCO PRIVILEGED.000212 | CISCO PRIVILEGED.000212 | 'kurt.pankratz@bakerbotts.com' 'bart.showalter@bakerbotts.com' | Marta Beckwith (mabeckwi) | Mallun Yen (myen) Michael Ritter (micritte) Rick Frenkel (rfrenkel) | 18-Oct-2007 | E-Mail | Re: Hertz/TSD Motion to Correct Docket | Email attaching filings in similar case where filing party filed a motion to correct the docket. . |
| CISCO PRIVILEGED.000227 | CISCO PRIVILEGED.000228 | 'bart.showalter@bakerbotts.com' 'doug.kubehl@bakerbotts.com' 'kurt.pankratz@bakerbotts.com' Mallun Yen (myen) Mark Michels (mmichels) Marta Beckwith (mabeckwi) Michael Ritter (micritte) Rick Frenkel (rfrenkel) | Rich Renfree (rrenfree) | | 19-Oct-2007 | E-Mail | ESN Files Motion to Enjoin Cisco's CT Case | Email attaching ESN's amended complaint. |
| CISCO PRIVILEGED.000231 | CISCO PRIVILEGED.000233 | 'Victoria Maroulis' | Michael Ritter (micritte) | | 1-Nov-2007 | E-Mail | ESN v. Cisco -- Conference Call | Email regarding trying to get in touch by phone to discuss response to ESN motion. |
| CISCO | CISCO | Mallun Yen (myen) | Marta Beckwith | | 18-Oct-2007 | E-Mail | ESN | Email regarding status of |

| Begin Bates No.[2] | End Bates No. | People - To | People - From | People - CC | Main Date | Type | Title | Description |
|---|---|---|---|---|---|---|---|---|
| PRIVILEGED.000234 | PRIVILEGED.000237 | Michael Ritter (micritte) Rick Frenkel (rfrenkel) | (mabeckwi) | | | | | similar case where filing party filed a motion to correct the docket. |
| CISCO PRIVILEGED.000250 | CISCO PRIVILEGED.000251 | Marta Beckwith (mabeckwi) Michael Ritter (micritte) Rick Frenkel (rfrenkel) | Mallun Yen (myen) | | 18-Oct-2007 | E-Mail | ESN | Email regarding status of similar case where filing party filed a motion to correct the docket. |
| CISCO PRIVILEGED.000254 | CISCO PRIVILEGED.000254 | Marta Beckwith (mabeckwi) Michael Ritter (micritte) Rick Frenkel (rfrenkel) | Mallun Yen (myen) | Mark Michels (mmichels) | 19-Oct-2007 | E-Mail | Go ahead and contact Quinn and Weil as the short list. | Email regarding selection of counsel. |
| CISCO PRIVILEGED.000255 | CISCO PRIVILEGED.000255 | ip-disputes-team(mailer list) | Marta Beckwith (mabeckwi) | | 25-Nov-2007 | E-Mail | New EDTx rules | Email regarding proposed amendments to the local rules of the Eastern District of Texas. |
| CISCO PRIVILEGED.000256 | CISCO PRIVILEGED.000256 | John Noh (jnoh) Mark Chandler (machandl) | Mallun Yen (myen) | | 18-Oct-2007 | E-Mail | ESN | Email regarding calling potential counsel. |
| CISCO PRIVILEGED.000257 | CISCO PRIVILEGED.000260 | Mallun Yen (myen) Marta Beckwith (mabeckwi) Michael Ritter (micritte) | Rick Frenkel (rfrenkel) | | 18-Oct-2007 | E-Mail | ESN | Email regarding status of similar case where filing party filed a motion to correct the docket. |
| CISCO PRIVILEGED.000261 | CISCO PRIVILEGED.000261 | bart.showalter@bakerbotts.com John Corcoran (jocorcor) Mallun Yen (myen) Mark Michels (mmichels) Marta Beckwith (mabeckwi) Michael Ritter (micritte) Rick Frenkel (rfrenkel) | kurt.pankratz@bakerbotts.com | Dan Lang (dlang) | 17-Oct-2007 | E-Mail | Amended ESN Complaint | Email attaching exhibits to complaint in ESN litigation. |
| CISCO PRIVILEGED.000264 | CISCO PRIVILEGED.000265 | John Noh (jnoh) Mark Chandler (machandl) Matthew Tanielian | Mallun Yen (myen) | | 18-Oct-2007 | E-Mail | ESN | Email regarding rumors about the ESN filing. |

| Begin Bates No.[2] | End Bates No. | People - To | People - From | People - CC | Main Date | Type | Title | Description |
|---|---|---|---|---|---|---|---|---|
| | | (mtanieli) Neal Rubin (nrubin) | | | | | | |
| CISCO PRIVILEGED.000269 | CISCO PRIVILEGED.000272 | Marta Beckwith (mabeckwi) Michael Ritter (micritte) Rick Frenkel (rfrenkel) | Mallun Yen (myen) | | 18-Oct-2007 | E-Mail | ESN | Email regarding status of similar case where filing party filed a motion to correct the docket. |
| CISCO PRIVILEGED.000276 | CISCO PRIVILEGED.000277 | kurt.pankratz@bakerbotts.com Mallun Yen (myen) Marta Beckwith (mabeckwi) Michael Ritter (micritte) Rick Frenkel (rfrenkel) | bart.showalter@bakerbotts.com | Dan Lang (dlang) | 16-Oct-2007 | E-Mail | Urgent - please read - ESN | Email concerning contents of complaint and subject-matter jurisdiction. |
| CISCO PRIVILEGED.000278 | CISCO PRIVILEGED.000281 | Marta Beckwith (mabeckwi) Michael Ritter (micritte) Rick Frenkel (rfrenkel) | Mallun Yen (myen) | | 18-Oct-2007 | E-Mail | ESN | Email regarding status of similar case where filing party filed a motion to correct the docket. |
| CISCO PRIVILEGED.000287 | CISCO PRIVILEGED.000287 | John Noh (jnoh) | Mallun Yen (myen) | | 18-Oct-2007 | E-Mail | ESN | Email forwarding both versions of complaint showing different filing dates. |
| CISCO PRIVILEGED.000324 | CISCO PRIVILEGED.000324 | John Noh (jnoh) | Mallun Yen (myen) | | 17-Oct-2007 | E-Mail | Amended ESN Complaint | Email attaching amended complaint. |
| CISCO PRIVILEGED.000327 | CISCO PRIVILEGED.000331 | Mallun Yen (myen) Marta Beckwith (mabeckwi) Michael Ritter (micritte) | Rick Frenkel (rfrenkel) | | 18-Oct-2007 | E-Mail | ESN | Email regarding transfer of ESN case to Texas. |
| BB_0001-Privileged | BB_0006-Privileged | Kurt Pankratz, Bart Showalter, Baker Botts, Marta Beckwith, Mallun Yen, and Michael Ritter, Cisco | Rick Frenkel | Dan Lang, Cisco | 22-Oct-2007 | E-Mail | | |
| | | Jillian Powell, paralegal at Baker Botts | Kurt Pankratz | | | E-Mail | | |

7

| Begin Bates No.[2] | End Bates No. | People - To | People - From | People - CC | Main Date | Type | Title | Description |
|---|---|---|---|---|---|---|---|---|
| BB_0007-Privileged | BB_0009-Privileged | Jillian Powell, Baker Botts paralegal | Steve Schortgen, Baker Botts | Kurt Pankratz, Baker Botts | 22-Oct-2007 | E-Mail | | |
| | | Steve Schortgen, Baker Botts | Jillian Powell, Baker Botts paralegal | Kurt Pankratz, Baker Botts | 22-Oct-2007 | E-Mail | | |
| BB_0010-Privileged | BB_0012-Privileged | Steve Schortgen, Baker Botts | Jillian Powell, Baker Botts paralegal | Kurt Pankratz, Baker Botts | 22-Oct-2007 | E-Mail | | |
| | | Jillian Powell and Steve Schortgen, Baker Botts | Kurt Pankratz, Baker Botts | | 22-Oct-2007 | E-Mail | | |
| BB_0013-Privileged | BB_0016-Privileged | Kurt Pankratz and Bart Showalter, Baker Botts Mallun Yen, Marta Beckwith, Michael Ritter, and John Corcoran, Cisco | Rick Frenkel, Cisco | Dan Lang, Cisco | 17-Oct-2007 | E-Mail | | |
| BB_0017-Privileged | BB_0017-Privileged | Bart Showalter and Kurt Pankratz, Baker Botts Mallun Yen, Marta Beckwith, Mark Michels, and Michael Ritter, Cisco | Rick Frenkel, Cisco | Dan Lang, Cisco | 18-Oct-2007 | E-Mail | | |
| | | Rick Frenkel, Mallun Yen, Marta Beckwith, Mark Michels and Michael Ritter, Cisco Bart Showalter, Baker Botts | Kurt Pankratz, Cisco | Dan Lang, Cisco | 18-Oct-2007 | E-Mail | | |
| BB_0018-Privileged | BB_0018-Privileged | Rick Frenkel, Bart Showalter, Marta Beckwith, Mallun Yen and | Kurt Pankratz | Dan Lang | 18-Oct-2007 | E-Mail | | . |

8

| Begin Bates No.[2] | End Bates No. | People - To | People - From | People - CC | Main Date | Type | Title | Description |
|---|---|---|---|---|---|---|---|---|
| | | Michael Ritter | | | | | | |
| BB_0019-Privileged | BB_0023-Privileged | Kurt Pankratz, Bart Showalter, Marta Beckwith, Michael Ritter and Mallun Yen | Rick Frenkel | Dan Lang | 16-Oct-2007 | E-Mail | | |
| BB_0024-Privileged | BB_0026-Privileged | Kurt Pankratz and Bart Showalter, Baker Botts Mallun Yen, Marta Beckwith and Michael Ritter, Cisco | Rick Frenkel, Cisco | Dan Lang, Cisco | 16-Oct-2007 | E-Mail | | |
| | | Rick Frenkel, Mallun Yen, Marta Beckwith and Michael Ritter, Cisco Kurt Pankratz, Baker Botts | Bart Showalter, Baker Botts | Dan Lang, Cisco | 16-Oct-2007 | E-Mail | | |
| BB_0027-Privileged | BB_0028-Privileged | Bart Showalter and Kurt Pankratz, Baker Botts Mallun Yen, Marta Beckwith, Mark Michels, and Michael Ritter, Cisco | Rick Frenkel, Cisco | Dan Lang, Cisco | 18-Oct-2007 | E-Mail | | |
| | | Rick Frenkel, Mallun Yen, Marta Beckwith, Mark Michels and Michael Ritter, Cisco Bart Showalter, Baker Botts | Kurt Pankratz, Baker Botts | Dan Lang, Cisco | 18-Oct-2007 | E-Mail | | |
| BB_0029-Privileged | BB_0033-Privileged | Bart Showalter and Kurt Pankratz, Baker Botts Mallun Yen, Marta Beckwith, Mark Michels, and Michael Ritter, Cisco | Rick Frenkel, Cisco | Dan Lang, Cisco | 18-Oct-2007 | E-Mail | | |

...

| Begin Bates No.[2] | End Bates No. | People - To | People - From | People - CC | Main Date | Type | Title | Description |
|---|---|---|---|---|---|---|---|---|
| | | Rick Frenkel, Mallun Yen, Marta Beckwith, Mark Michels, Michael Ritter, Cisco Bart Showalter, Baker Botts | Kurt Pankratz, Baker Botts | Dan Lang, Cisco | 18-Oct-2007 | E-Mail | | |
| | | Bart Showalter and Kurt Pankratz, Baker Botts Mallun Yen, Marta Beckwith, Mark Michels, and Michael Ritter, Cisco | Rick Frenkel, Cisco | Dan Lang, Cisco | 18-Oct-2007 | E-Mail | | |
| | | Bart Showalter and Kurt Pankratz, Baker Botts Mallun Yen, Marta Beckwith, Mark Michels, and Michael Ritter, Cisco | Mallun Yen, Cisco | Dan Lang, Cisco | 18-Oct-2007 | E-Mail | | |

**Documents not produced in the Albritton v. Cisco litigation in the Eastern District of Texas but that Plaintiff believes are likely to contain information that falls within the subject-matter waiver of this Court's March 30, 2007 Order**:[3]

| Begin Bates No. | End Bates No. | People - To | People - From | People - CC | Date | Type | Title | Description |
|---|---|---|---|---|---|---|---|---|
| CISCO PRIVILEGED.000030 | CISCO PRIVILEGED.000030 | Bart Showalter, Baker Botts | Marta Beckwith, Cisco | | 24-Oct-2007 | E-Mail | | Email with attorney regarding representation in ESN litigation. |
| CISCO PRIVILEGED.000031 | CISCO PRIVILEGED.000031 | Rick Frenkel, Michael Ritter, | Kurt Pankratz, Baker Botts | Doug Kubehl, Bryant C. Boren, Bart Showalter, | 25-Oct-2007 | E-Mail | | Email with attorney regarding legal strategy |

---

[3] Plaintiff selected these documents because they were written on dates corresponding to the publication of the accused articles, October 17, 18, and 19, 2007, were written or received by Richard Frenkel and/or the Cisco employees (Yen and Noh) who encouraged Frenkel to write the accused articles, are correspondence with counsel upon whom Frenkel relied for information concerning events written about in his posts, contain document descriptions that include the same subject matter as Frenkel's posts, likely include facts concerning Cisco and Frenkel's motives for defaming Ward, and/or because they are communications with persons who are not attorneys (Noh, Tanielian and Willhoft) for which Plaintiff believes Defendant's claim of privilege is unwarranted.

10

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | Marta Beckwith, Mark Michels, Cisco Attorneys | | Baker Botts | | | | with respect to motion to stay filed in ESN litigation in Connecticut. |
| CISCO PRIVILEGED.000034 | CISCO PRIVILEGED.000034 | Michael Bucci and James Sicilian, Day Pitney | Marta Beckwith, Cisco | | 17-Oct-2007 | E-Mail | | Email regarding service of amended complaint in ESN litigation. |
| CISCO PRIVILEGED.000035 | CISCO PRIVILEGED.000036 | Charles Verhoeven, Quinn Emanuel Victoria Maroulis, Quinn Emanuel | Marta Beckwith, Cisco | | 19-Oct-2007 | E-Mail | | Email regarding research of ESN for purposes of ESN litigation. |
| CISCO PRIVILEGED.000042 | CISCO PRIVILEGED.000042 | Edward Reines and Matthew Powers, Weil Gotshal | Marta Beckwith, Cisco | | 19-Oct-2007 | E-Mail | | Email with attorneys discussing filing of amended petition in ESN litigation. |
| CISCO PRIVILEGED.000088 | CISCO PRIVILEGED.000088 | Charles K. Verhoeven, Victoria Maroulis, Quinn Emanuel | Marta Beckwith, Cisco | | 19-Oct-2007 | E-Mail | | Email among attorneys discussing ESN filing and declaratory judgment action in Connecticut |
| CISCO PRIVILEGED.000091 | CISCO PRIVILEGED.000092 | Charles K. Verhoeven, Victoria Maroulis, Quinn Emanuel | Marta Beckwith, Cisco | | 19-Oct-2007 | E-Mail | | Email regarding subject-matter jurisdiction in ESN litigation |
| CISCO PRIVILEGED.000093 | CISCO PRIVILEGED.000093 | Charles K. Verhoeven, Victoria Maroulis, Quinn Emanuel | Marta Beckwith, Cisco | | 19-Oct-2007 | E-Mail | | Email regarding amended complaint in ESN litigation |
| CISCO PRIVILEGED.000095 | CISCO PRIVILEGED.000097 | Marta Beckwith, Cisco Mark Michels, Cisco | Paul Devinsky, McDermott Will & Emery | | 16-Oct-2007 | E-Mail | | Email discussing claims made by ESN |
| CISCO PRIVILEGED.000098 | CISCO PRIVILEGED.000098 | Bart Showalter, Baker Botts John Corcoran, Cisco Kurt Pankratz, Baker Botts Mallun Yen, Cisco Mark Michels, Cisco Michael Ritter, Cisco | Rick Frenkel, Cisco | Dan Lang, Cisco | 17-Oct-2007 | E-Mail | | Email with attorney discussing amended complaint in the ESN litigation and the significance of the file date of the ESN litigation on strategy in the case. |
| CISCO PRIVILEGED.000099 | CISCO PRIVILEGED.000100 | Mark Michels, Cisco Marta Beckwith, Cisco Michael Ritter, Cisco | Rick Frenkel, Cisco | John Corcoran, Cisco | 17-Oct-2007 | E-Mail | | Email regarding ESN's claims in ESN litigation |
| CISCO | CISCO | John Noh, Cisco | Marta Beckwith, Cisco | | 15-Oct-2007 | E-Mail | | Email regarding |

11

| Bates Begin | Bates End | From | To | CC | Date | Type | | Description |
|---|---|---|---|---|---|---|---|---|
| PRIVILEGED.000101 | PRIVILEGED.000101 | Public Relations | | | | | | potentially filing declaratory judgment action in Connecticut. |
| CISCO PRIVILEGED.000106 | CISCO PRIVILEGED.000107 | Rick Frenkel, Cisco Michael Ritter, Cisco Mark Michels, Cisco Mallun Yen, Cisco | Marta Beckwith, Cisco | | 18-Oct-2007 | E-Mail | | Email regarding hiring of local counsel |
| CISCO PRIVILEGED.000108 | CISCO PRIVILEGED.000108 | Mallun Yen, Cisco | Mark Chandler, Cisco | | 17-Oct-2007 | E-Mail | | Email regarding hiring local counsel |
| CISCO PRIVILEGED.000119 | CISCO PRIVILEGED.000121 | Matthew Tanielian, Cisco Director of Governmental Affairs | Mark Chandler, Cisco | | 19-Oct-2007 | E-Mail | | Email regarding patent statistics |
| CISCO PRIVILEGED.000145 | CISCO PRIVILEGED.000145 | Rick Frenkel, Cisco | Kurt Pankratz, Baker Botts | | 18-Oct-2007 | E-Mail | | Email regarding similar case where filing party filed a motion to correct the docket |
| CISCO PRIVILEGED.000150 | CISCO PRIVILEGED.000151 | Marnie Willhoft, Cisco | Rick Frenkel | | 15-Oct-2007 | E-Mail | | Email regarding informing Cisco employee of ESN lawsuit. |
| CISCO PRIVILEGED.000157 | CISCO PRIVILEGED.000158 | Rick Frenkel, Cisco Rich Renfree, Cisco Michael Ritter, Cisco Marta Beckwith, Cisco Mallun Yen, Cisco Kurt Pankratz, Baker Botts Doug Kubehl, Baker Botts Bart Showalter, Baker Botts | Mark Michels, Cisco | | 19-Oct-2007 | E-Mail | | Email regarding service of ESN lawsuit |
| CISCO PRIVILEGED.000159 | CISCO PRIVILEGED.000160 | Marta Beckwith, Cisco Charles Verhoeven, Quinn Emanuel | Victoria Maroulis, Quinn Emanuel | Rick Frenkel, Cisco Michael Ritter, Cisco Mark Michels, Cisco | 19-Oct-2007 | E-Mail | | Email regarding legal strategy with respect to declaratory judgment action. |
| CISCO PRIVILEGED.000170 | CISCO PRIVILEGED.000170 | Mallun Yen, Cisco Marta Beckwith, Cisco Michael Ritter, Cisco | Rick Frenkel, Cisco | Bart Showalter, Baker Botts Kurt Pankratz, Baker Botts Mark Michels, Cisco | 18-Oct-2007 | E-Mail | | Email regarding ESN's motion to enjoin proceeding in Connecticut. |
| CISCO PRIVILEGED.000171 | CISCO PRIVILEGED.000171 | John Noh, Cisco Public Relations | Marta Beckwith, Cisco | Rick Frenkel, Cisco Michael Ritter, Cisco Mark Michels, Cisco | 2-Nov-2007 | E-Mail | | Email regarding potential motion to dismiss and cooling off period. |

| Bates Begin | Bates End | To | From | CC | Date | Type | | Description |
|---|---|---|---|---|---|---|---|---|
| CISCO PRIVILEGED.000175 | CISCO PRIVILEGED.000175 | Rick Frenkel, Cisco Michael Ritter, Cisco Marta Beckwith, Cisco | Mallun Yen, Cisco | Mark Michels, Cisco | 19-Oct-2007 | E-Mail | | Email regarding selection of local counsel and strategy for filing declaratory judgment action. |
| CISCO PRIVILEGED.000178 | CISCO PRIVILEGED.000180 | Mallun Yen, Cisco Mark Michels, Cisco Marta Beckwith, Cisco Michael Ritter, Cisco | Rick Frenkel, Cisco | | 17-Oct-2007 | E-Mail | | Email regarding selection of local counsel for ESN litigation. |
| CISCO PRIVILEGED.000183 | CISCO PRIVILEGED.000185 | Mallun Yen, Cisco Mark Michels, Cisco Marta Beckwith, Cisco Michael Ritter, Cisco | Rick Frenkel, Cisco | | 18-Oct-2007 | E-Mail | | Email regarding selection of local counsel |
| CISCO PRIVILEGED.000186 | CISCO PRIVILEGED.000187 | Mallun Yen, Cisco Marta Beckwith, Cisco Michael Ritter, Cisco Rick Frenkel, Cisco | Mark, Michels, Cisco | | 17-Oct-2007 | E-Mail | | Email regarding selection of local counsel |
| CISCO PRIVILEGED.000188 | CISCO PRIVILEGED.000188 | Mallun Yen, Cisco | Marta Beckwith, Cisco | John Noh, Cisco | 15-Oct-2007 | E-Mail | | Email regarding mechanics of filing declaratory judgment action. |
| CISCO PRIVILEGED.000189 | CISCO PRIVILEGED.000189 | Marta Beckwith, Cisco | John Noh, Cisco public relations | | 15-Oct-2007 | E-Mail | | Email regarding filing declaratory judgment action |
| CISCO PRIVILEGED.000190 | CISCO PRIVILEGED.000191 | John Noh, Cisco Public Relations Mallun Yen, Cisco Mark Chandler, Cisco Matthew Tanielian, Cisco Governmental Affairs | Neal Rubin, Cisco | | 18-Oct-2007 | E-Mail | | Email regarding local counsel |
| CISCO PRIVILEGED.000195 | CISCO PRIVILEGED.000197 | Mallun Yen, Cisco Marta Beckwith, Cisco | Kurt Pankratz, Baker Botts | Rick Frenkel, Cisco Bart Showalter, Baker Botts Michael Ritter, Cisco | 16-Oct-2007 | E-Mail | | Email regarding status of filings in the ESN case and filing of the declaratory judgment action. |
| CISCO PRIVILEGED.000198 | CISCO PRIVILEGED.000199 | Rick Frenkel, Cisco Michael Ritter, Cisco Marta Beckwith, Cisco Mark Michels, Cisco Mallun Yen, Cisco Kurt Pankratz, Baker Botts Doug Kubehl, Baker Botts Bart Showalter, Baker | Doug Kubehl, Baker Botts | | 19-Oct-2007 | E-Mail | | Email regarding service of complaint and motion to enjoin in Connecticut. |

13

| Bates Begin | Bates End | From | To | CC | Date | Type | | Description |
|---|---|---|---|---|---|---|---|---|
| | | Botts | | | | | | |
| CISCO PRIVILEGED.000200 | CISCO PRIVILEGED.000201 | Bart Showalter, Baker Botts<br>Mallun Yen, Cisco<br>Marta Beckwith, Cisco<br>Michael Ritter, Cisco<br>Rick Frenkel, Cisco | Kurt Pankratz, Baker Botts | Dan Lang, Cisco | 16-Oct-2007 | E-Mail | | Email regarding legal analysis of complaint and filing of declaratory judgment action. |
| CISCO PRIVILEGED.000202 | CISCO PRIVILEGED.000203 | William O'Shaughnessy, McCarter & English | Rick Frenkel, Cisco | William Bright and Mark Giarratana, McCarter & English<br>Marta Beckwith, Cisco<br>Michael Ritter, Cisco | 15-Oct-2007 | E-Mail | | Email regarding possible representation in Connecticut. |
| CISCO PRIVILEGED.000205 | CISCO PRIVILEGED.000207 | Rick Frenkel, Cisco<br>Marta Beckwith, Cisco | Victoria Maroulis, Quinn Emanuel | Katherine Bennett, Quinn Emanuel<br>Kevin Smith, Quinn Emanuel<br>Mark Michels, Cisco<br>Michael Ritter, Cisco<br>Sayuri Sharper, Quinn Emanuel | 27-Oct-2007 | E-Mail | | Email regarding legal strategy in dealing with subject-matter jurisdiction |
| CISCO PRIVILEGED.000208 | CISCO PRIVILEGED.000211 | Rick Frenkel, Cisco<br>Victoria Maroulis, Quinn Emanuel | Marta Beckwith, Cisco | Katherine Bennett, Quinn Emanuel<br>Kevin Smith, Quinn Emanuel<br>Sayuri Sharper, Quinn Emanuel<br>Mark Michels, Cisco<br>Michael Ritter, Cisco | 27-Oct-2007 | E-Mail | | Email regarding legal strategy in dealing with subject matter jurisdiction |
| CISCO PRIVILEGED.000213 | CISCO PRIVILEGED.000214 | Rick Frenkel, Cisco<br>Michael Ritter, Cisco<br>Marta Beckwith, Cisco | Mallun Yen, Cisco | | 18-Oct-2007 | E-Mail | | Email regarding legal analysis subject-matter jurisdiction argument |
| CISCO PRIVILEGED.000215 | CISCO PRIVILEGED.000217 | Rick Frenkel, Cisco | Marta Beckwith, Cisco | Michael Ritter, Cisco | 15-Oct-2007 | E-Mail | | Email regarding selection of counsel and filing of declaratory judgment action. |
| CISCO PRIVILEGED.000225 | CISCO PRIVILEGED.000226 | Rick Frenkel, Cisco<br>Michael Ritter, Cisco<br>Marta Beckwith, Cisco<br>Mallun Yen, Cisco | Mark Michels, Cisco | Dan Lang, Cisco | 16-Oct-2007 | E-Mail | | Email regarding facts about ESN |
| CISCO PRIVILEGED.000229 | CISCO PRIVILEGED.000230 | Bart Showalter, Baker Botts<br>Kurt Pankratz, Baker Botts<br>Mallun Yen, Cisco<br>Mark Michels, Cisco<br>Marta Beckwith, Cisco | Rick Frenkel, Cisco | Dan Lang, Cisco | 18-Oct-2007 | E-Mail | | Email regarding legal strategy for dealing with the filing of the ESN lawsuit |

14

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | Michael Ritter, Cisco | | | | | | |
| CISCO PRIVILEGED.000238 | CISCO PRIVILEGED.000238 | Rick Frenkel, Cisco Michael Ritter, Cisco Marta Beckwith, Cisco Mark Michels, Cisco Mallun Yen, Cisco Kurt Pankratz, Baker Botts Bart Showalter, Baker Botts | Doug Kubehl, Baker Botts | | 19-Oct-2007 | E-Mail | | Email regarding plans to discuss ESN's motion to enjoin proceedings in Connecticut. |
| CISCO PRIVILEGED.000242 | CISCO PRIVILEGED.000243 | Rick Frenkel, Cisco Michael Ritter, Cisco Marta Beckwith, Cisco Mark Michels, Cisco | Mallun Yen, Cisco | | 17-Oct-2007 | E-Mail | | Email regarding selection of counsel |
| CISCO PRIVILEGED.000244 | CISCO PRIVILEGED.000244 | Mallun Yen, Cisco Marta Beckwith, Cisco Michael Ritter, Cisco | Rick Frenkel, Cisco | Mark Michels, Cisco | 18-Oct-2007 | E-Mail | | Email regarding timing of filing declaratory judgment action |
| CISCO PRIVILEGED.000252 | CISCO PRIVILEGED.000252 | Marta Beckwith, Cisco | Mallun Yen, Cisco | John Noh, Cisco Public Relations Mark Chandler, Cisco | 15-Oct-2007 | E-Mail | | Email regarding procedure for filing in Connecticut |
| CISCO PRIVILEGED.000253 | CISCO PRIVILEGED.000253 | Mallun Yen, Cisco | Mark Chandler, Cisco | | 18-Oct-2007 | E-Mail | | Email asking response from potential counsel |
| CISCO PRIVILEGED.000262 | CISCO PRIVILEGED.000263 | John Noh, Cisco Public Relations Mark Chandler, Cisco Matthew Tanielian, Cisco Governmental Affairs | Mallun Yen, Cisco | | 18-Oct-2007 | E-Mail | | Update on claims made by ESN concerning the filing of the ESN litigation. |
| CISCO PRIVILEGED.000266 | CISCO PRIVILEGED.000268 | Rick Frenkel, Cisco Michael Ritter, Cisco Marta Beckwith, Cisco | Mallun Yen, Cisco | | 18-Oct-2007 | E-Mail | | Email regarding selection of local counsel |
| CISCO PRIVILEGED.000273 | CISCO PRIVILEGED.000274 | Mark Chandler, Cisco | Mallun Yen, Cisco | | 18-Oct-2007 | E-Mail | | Email regarding selection of local counsel |
| CISCO PRIVILEGED.000275 | CISCO PRIVILEGED.000275 | John Noh, Cisco Public Relations Marta Beckwith, Cisco | Mallun Yen, Cisco | Michael Ritter, Cisco | 17-Oct-2007 | E-Mail | | Update about status of filings in ESN litigation |
| CISCO PRIVILEGED.000282 | CISCO PRIVILEGED.000283 | Mark Chandler, Cisco | Mallun Yen, Cisco | | 15-Oct-2007 | E-Mail | | Email regarding summary of claims in ESN litigation |
| CISCO PRIVILEGED.000284 | CISCO PRIVILEGED.000284 | Mark Chandler, Cisco | Mallun Yen, Cisco | | 17-Oct-2007 | E-Mail | | Email regarding filing of amended complaint by ESN |
| CISCO PRIVILEGED.000285 | CISCO PRIVILEGED.000286 | Mallun Yen, Cisco | Mark Chandler, Cisco | | 15-Oct-2007 | E-Mail | | Email regarding topics for meeting |

| Begin Bates No | End Bates No | People - To | People - From | People - CC | Date | Type | Title | Description |
|---|---|---|---|---|---|---|---|---|
| CISCO PRIVILEGED.000288[4] | CISCO PRIVILEGED.000323 | | | | | | | Chart of patent lawsuits |
| CISCO PRIVILEGED.000325 | CISCO PRIVILEGED.000326 | Rick Frenkel, Cisco Michael Ritter, Cisco Marta Beckwith, Cisco Mark Michels, Cisco Mallun Yen, Cisco | Rick Frenkel, Cisco | Dan Lang, Cisco | 15-Oct-2007 | E-Mail | | Email discussing facts about ESN |

**Documents not produced in the Albritton v. Cisco litigation in the Eastern District of Texas but that Plaintiff believes may contain information that falls within the subject-matter waiver of this Court's March 30, 2007 Order.[5]**

| Begin Bates No | End Bates No. | People - To | People - From | People - CC | Date | Type | Title | Description |
|---|---|---|---|---|---|---|---|---|
| CISCO PRIVILEGED.000029 | CISCO PRIVILEGED.000029 | Marta Beckwith, Cisco | S. Baxter, McKool Smith | | 31-Oct-2007 | E-Mail | | Email with attorney regarding representation in ESN litigation. |
| CISCO PRIVILEGED.000032 | CISCO PRIVILEGED.000032 | Marta Beckwith, Cisco | S. Baxter, McKool Smith | | 31-Oct-2007 | E-Mail | | Email with attorney regarding representation in ESN litigation. |
| CISCO PRIVILEGED.000033 | CISCO PRIVILEGED.000033 | Marta Beckwith, Cisco | S. Baxter, McKool Smith | | 31-Oct-2007 | E-Mail | | Email with attorney regarding representation in ESN litigation. |
| CISCO PRIVILEGED.000049 | CISCO PRIVILEGED.000049 | Rick Frenkel, Cisco | Bart Showalter, Baker Botts | Marta Beckwith, Cisco | 30-Nov-2007 | E-Mail | | Email attaching analysis of ESN patent claims |
| CISCO PRIVILEGED.000050 | CISCO PRIVILEGED.000063 | Not included on Cisco's privilege log | Not included on Cisco's privilege log | Not included on Cisco's privilege log | 30-Nov-2007 | Not included on Cisco's privilege log | | Analysis of ENS patent claims |
| CISCO PRIVILEGED.000064 | CISCO PRIVILEGED.000072 | Not included on Cisco's privilege log | Not included on Cisco's privilege log | Not included on Cisco's privilege log | 30-Nov-2007 | Not included on Cisco's privilege log | | Analysis of ENS patent claims |
| CISCO PRIVILEGED.000073 | CISCO PRIVILEGED.000086 | Not included on Cisco's privilege log | Not included on Cisco's privilege log | Not included on Cisco's privilege log | 30-Nov-2007 | Not included on Cisco's privilege log | | Analysis of ENS patent claims |

---

[4] This document is included because Cisco's privilege log does not include sufficient information for Plaintiff to evaluate the document.

[5] To the extent that these documents include information concerning the filing of the ESN Complaint, the Amended Complaint, subject-matter jurisdiction in the ESN v. Cisco litigation, the truth or falsity of any of the statements contained in the accused Troll Tracker posts, Cisco and Frenkel's negligence, knowledge of falsity, or recklessness in libeling Ward, or motive for libeling Ward they should be produced. Many of the issues in the ESN case, including subject-matter jurisdiction and venue, have long been resolved and there is little to no harm to Cisco if documents regarding those topics are produced. However, some of these documents may contain legal analysis concerning the patent infringement issues in the underlying ESN v. Cisco litigation; an ongoing issue in that case. The Court should permit Cisco to redact theses documents to ensure that its infringement analysis in the ESN v. Cisco litigation is not disclosed.

5536654v.2

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| CISCO PRIVILEGED.000090 | CISCO PRIVILEGED.000090 | Marta Beckwith, Cisco | S. Baxter, McKool Smith | | 31-Oct-2007 | E-Mail | | Email with attorney regarding representation in ESN litigation. |
| CISCO PRIVILEGED.000102 | CISCO PRIVILEGED.000102 | Rick Frenkel, Cisco Michael Ritter, Cisco Marta Beckwith, Cisco | Mallun Yen, Cisco | | 26-Oct-2007 | E-Mail | | Email regarding case strategy and determination of representation for ESN lawsuit. |
| CISCO PRIVILEGED.000127 | CISCO PRIVILEGED.000130 | Victoria Maroulis, Quinn Emanuel Marta Beckwith, Cisco | Rick Frenkel, Cisco | Katherine Bennett, Kevin Smith, and Sayuri Sharper, Quinn Emanuel Mark Michels, Cisco Michael Ritter, Cisco | 27-Oct-2007 | Email | | Email regarding strategy with respect to subject matter jurisdiction arguments |
| CISCO PRIVILEGED.000131 | CISCO PRIVILEGED.000133 | Rick Frenkel, Cisco Mark Michels, Cisco | Rick Frenkel, Cisco | | 12-Nov-2007 | | | IP team monthly report with case summaries. |
| CISCO PRIVILEGED.000152 | CISCO PRIVILEGED.000153 | Rick Frenkel, Cisco | John Corcoran, Cisco | | 2-Nov-2007 | | | Legal evaluation of potential agreement to dismiss declaratory judgment action and potential stay agreement |
| CISCO PRIVILEGED.000161 | CISCO PRIVILEGED.000163 | Mark Michels, Cisco | Rick Frenkel, Cisco | | 12-Nov-2007 | E-Mail | | Email regarding case status of various Cisco lawsuits |
| CISCO PRIVILEGED.000164 | CISCO PRIVILEGED.000166 | Mark Michels, Cisco | Rick Frenkel, Cisco | | 28-Oct-2007 | E-Mail | | Email regarding case status and case strategy in the ESN litigation |
| CISCO PRIVILEGED.000172 | CISCO PRIVILEGED.000174 | Rick Frenkel, Cisco Marta Beckwith, Cisco | Victoria Maroulis, Quinn Emanuel | Katherine Bennett, Kevin Smith, and Sayuri Sharper, Quinn Emanuel Mark Michels, Cisco Michael Ritter, Cisco | 27-Oct-2007 | E-Mail | | Email regarding new venue case and how it relates to case strategy |
| CISCO PRIVILEGED.000176 | CISCO PRIVILEGED.000176 | Marta Beckwith, Cisco | Rick Frenkel, Cisco | Mark Michels, Cisco Michael Ritter, Cisco | 29-Oct-2007 | E-Mail | | Email regarding selection of local counsel |
| CISCO PRIVILEGED.000177 | CISCO PRIVILEGED.000177 | Mark Michels, Cisco Marta Beckwith, Cisco Victoria Maroulis, Quinn Emanuel | Rick Frenkel, Cisco | | 28-Nov-2007 | E-Mail | | Email regarding discussing revenue numbers with ESN. |
| CISCO PRIVILEGED.000181 | CISCO PRIVILEGED.000182 | Victoria Maroulis, Quinn Emanuel | Rick Frenkel, Cisco | Mark Michels, Cisco Marta Beckwith, Cisco Michael Ritter, Cisco | 25-Oct-2007 | E-Mail | | Email regarding requirements to file declaratory judgment action in Connecticut. |
| CISCO PRIVILEGED.000218 | CISCO PRIVILEGED.000220 | Victoria Maroulis, Quinn Emanuel Marta Beckwith, Cisco | Rick Frenkel, Cisco | Katherine Bennett, Kevin Smith, and Sayuri Sharper, Quinn Emanuel Mark Michels, Cisco Michael Ritter, Cisco | 27-Oct-2007 | E-Mail | | Email regarding status of declaratory judgment action and local counsel |

17

| CISCO PRIVILEGED.000221 | CISCO PRIVILEGED.000224 | Victoria Maroulis, Quinn Emanuel Marta Beckwith, Cisco | Rick Frenkel, Cisco | Katherine Bennett, Kevin Smith, and Sayuri Sharper, Quinn Emanuel Mark Michels, Cisco Michael Ritter, Cisco | 27-Oct-2007 | E-Mail | | Email regarding case law on venue. |
|---|---|---|---|---|---|---|---|---|
| CISCO PRIVILEGED.000239 | CISCO PRIVILEGED.000241 | Michael Ritter, Cisco | Victoria Maroulis, Quinn Emanuel | | 31-Oct-2007 | E-Mail | | Email regarding status of motion to transfer venue |
| CISCO PRIVILEGED.000245 | CISCO PRIVILEGED.000249 | Rick Frenkel, Cisco Marta Beckwith, Cisco | Victoria Maroulis, Quinn Emanuel | Katherine Bennett, Kevin Smith, and Sayuri Sharper, Quinn Emanuel Mark Michels, Cisco Michael Ritter, Cisco | 27-Oct-2007 | E-Mail | | Email regarding conference call and evaluation of ESN's connections with Texas. |

**Exhibits:**

Plaintiff believes the following Exhibits will be helpful to the Court in examining the documents contained on this submission log:

Exhibit 1—October 17, 2007 Troll Tracker Blog Post
Exhibit 2—October 18, 2007 Troll Tracker Blog Post
Exhibit 3—October 18, 2007 Troll Tracker Blog Post after it was edited by Rick Frenkel on October 19, 2007
Exhibit 4—The internal correspondence among Cisco employees and agents that Cisco has produced in this case, totaling 22 pages.