Ward v. Cisco Systems, Inc. et al
Case 4:08-cv-04022-JLH   Document 77-3   Filed 06/30/09   Page 1 of 19
Doc. 77 Att. 2

# TAB A-7

## Parker, Crystal

**From:** Parker, Crystal
**Sent:** Friday, June 19, 2009 3:13 PM
**To:** 'Patricia L. Peden'; nickpatton@texarkanalaw.com
**Cc:** Babcock, Chip; Flynn-DuPart, Mary Lou; Adair, Kathy; 'Marcie Long'
**Subject:** RE: Ward v. Cisco submission log

Patty,

We all agreed that Cisco would produce to the Court *in camera* the privileged
documents Cisco produced in the Albritton case. I believe the log contains all of those documents. If you will let me know whether there are any documents produced in the Albritton case that were not identified, we will add them to the list. Otherwise, we will get the documents to the Court.

Thanks,

Crystal J. Parker
Jackson Walker L.L.P.
713-752-4217

---

**From:** Patricia L. Peden [mailto:ppeden@pedenlawfirm.com]
**Sent:** Wednesday, June 17, 2009 12:32 PM
**To:** Parker, Crystal; nickpatton@texarkanalaw.com
**Cc:** Babcock, Chip; Flynn-DuPart, Mary Lou; Adair, Kathy; 'Marcie Long'
**Subject:** RE: Ward v. Cisco submission log

Crystal:
We will look through the list and confirm that it includes all of the documents produced in the Albritton case. It will take us a day or two to do that and get back to you. Cisco's submission log should also include the documents that Baker Botts gave Cisco for production in the Albritton case. Also, there are documents on Cisco's privilege log separate and apart from the documents produced in the Albritton case that should be submitted. We will identify those documents for inclusion on Cisco's list. Can you confirm for me that Cisco's privilege log has not changed since it was last produced to Ward? If additional documents have been logged on Cisco's privilege log, please provide us with an updated privilege log so that we can identify the documents we would like submitted to Judge Hendren. Finally, you may want to include a column on the far left of the submission log that numbers the documents. If the Court has questions about the documents and wants further argument, it helps to be able to discuss the documents by number.
Thanks,
Patty

**From:** Parker, Crystal [mailto:cparker@jw.com]
**Sent:** Wednesday, June 17, 2009 7:58 AM
**To:** ppeden@pedenlawfirm.com; nickpatton@texarkanalaw.com
**Cc:** Babcock, Chip; Flynn-DuPart, Mary Lou; Adair, Kathy
**Subject:** Ward v. Cisco submission log

<<DOCSOPEN-#5536654-v2-Privileged_Documents_Produced_in_Albritton_v__Cisco_case.DOC>>

6/26/2009

Patty and Nick,

Attached is the submission log containing all the privileged documents produced under the Protective Order and non-waiver agreements in the Albritton v. Cisco case (except one as described below). As we agreed in our hearing with Judge Hendren, Cisco will submit these documents for in camera inspection on or before next Friday. Judge Hendren asked us to come to an agreement regarding this list. Please confirm that these are all the privileged documents produced under the Protective Order and non-waiver agreements in the Albritton v. Cisco case. You will notice that one document is missing: CISCO PRIVILEGED.000014, which was inadvertently produced as a privileged document, when it is only responses to privileged documents but not itself privileged. I will have it bates labeled and produced to you as a non-privileged document before we submit these documents to Judge Hendren.

Take care,


Crystal J. Parker
Jackson Walker L.L.P.
1400 McKinney, Suite 1900
Houston, TX 77010
713-752-4200 (main)
713-752-4217 (direct)
713-752-4221 (main fax)
713-754-6717 (direct fax)
Email: cparker@jw.com

Internet Email Confidentiality

Privileged/Confidential Information may be contained in this message. If you are not the addressee indicated in this message (or responsible for delivery of the message to the addressee), you may not copy or deliver this message to anyone. In such case, you should destroy this message and kindly notify the sender by reply email. The statements contained herein are not intended to and do not constitute an opinion as to any tax or other matter. They are not intended or written to be used, and may not be relied upon, by you or any other person for the purpose of avoiding penalties that may be imposed under any Federal tax law or otherwise.

6/26/2009

# TAB A-8

# TAB A-8

# WARD V. CISCO
# CISCO'S SUBMISSION LOG

| No. | Begin Bates No. | End Bates No. | To | From | CC | Main Date | Title | Description | Privilege |
|---|---|---|---|---|---|---|---|---|---|
| 1 | CISCO PRIVILEGED.000001 | CISCO PRIVILEGED.000001 | Bart Showalter[1] (Baker Botts) John Corcoran Kurt Pankratz (Baker Botts) Mallun Yen Mark Michels Marta Beckwith Michael Ritter | Rick Frenkel | Dan Lang | 17-Oct-2007 1:47 p.m. | Amended ESN Complaint | Email regarding ESN's filing of an amended complaint. | Attorney Client Work Product (ordinary) |
| 2a | CISCO PRIVILEGED.000002 | CISCO PRIVILEGED.000003 | Bart Showalter (Baker Botts) Kurt Pankratz (Baker Botts) Mark Michels Michael Ritter Rick Frenkel | Marta Beckwith | Dan Lang | 17-Oct-2007 4:47 p.m. | RE: Amended ESN Complaint | Email regarding attachment to ESN's amended complaint | Attorney Client Work Product (ordinary) |
| 2b | | | Kurt Pankratz (Baker Botts) Marta Beckwith Mallun Yen Michael Ritter Mark Michels Bart Showalter (Baker Botts) John Corcoran | Rick Frenkel | Dan Lang | 17-Oct-2007 4:45 p.m. | RE: Amended ESN Complaint | Email regarding attachment to ESN's amended complaint and legal strategy with respect to same | Attorney Client Work Product (ordinary and opinion) |
| 2c | | | Marta Beckwith Mallun Yen Michael Ritter Mark Michels Bart Showalter (Baker Botts) John Corcoran | Kurt Pankratz | Dan Lang | 17-Oct-2007 4:32 p.m. | RE: Amended ESN Complaint | Email regarding attachment to ESN's amended complaint | Attorney Client Work Product (ordinary) |
| 2d | | | (logged at 1) | | | | | | |
| 3 | CISCO PRIVILEGED.0 | CISCO PRIVILEGED. | Bart Showalter (Baker Botts) | Rick Frenkel | | 18-Oct-2007 | ESN | Email regarding the court clerk's changing | Attorney Client Work Product (ordinary) |

---

[1] Every person listed in the "From" and "To" categories was a Cisco employee unless otherwise indicated.

| No. | Begin Bates No. | End Bates No. | To | From | CC | Main Date | Title | Description | Privilege |
|---|---|---|---|---|---|---|---|---|---|
|  | 00004 | 000004 | Kurt Pankratz (Baker Botts) Mallun Yen Mark Michels Marta Beckwith Michael Ritter |  |  | 9:23 a.m. |  | of the docket. |  |
| 4a | CISCO PRIVILEGED.0 00005 | CISCO PRIVILEGED. 000005 | Rick Frenkel Bart Showalter (Baker Botts) Marta Beckwith Mark Michels Mallun Yen Michael Ritter | Kurt Pankratz (Baker Botts) | Dan Lang | 18-Oct-2007 11:27 a.m. | RE: ESN | Email regarding the court clerk's changing of the docket and expressing legal opinion | Attorney Client Work Product (ordinary and opinion) |
| 4b |  |  | (logged at 3) |  |  |  |  |  |  |
| 5 | CISCO PRIVILEGED.0 00006 | CISCO PRIVILEGED. 000006 | Rick Frenkel Bart Showalter (Baker Botts) Marta Beckwith Mark Michels Mallun Yen Michael Ritter Dan Lang | Kurt Pankratz (Baker Botts) | Dan Lang | 18-Oct-2007 11:29 a.m. | RE: ESN | Email regarding court clerk changing date of ESN compliant and opinion regarding same | Attorney Client Work Product (ordinary and opinion) |
| 5b |  |  | (logged at 3) |  |  |  |  |  |  |
| 6a | CISCO PRIVILEGED.0 00007 | CISCO PRIVILEGED. 000008 | Kurt Pancratz (Baker Botts) | Jillian Powell (Baker Botts) |  | 22-Oct-2007 10:18 a.m. | FW: Urgent - please read - ESN | Email between Baker Botts attorneys attaching ESN original complaint | Attorney Client Work Product (ordinary) |
| 6b |  |  | Kurt Pancratz (Baker Botts) Bart Showalter (Baker Botts) Marta Beckwith Micheal Ritter Mallun Yen | Rick Frenkel | Dan Lang | 16-Oct-2007 1:34 a..m. | FW: Urgent - please read – ESN | Email attaching complaint and discussing legal opinions relating to same | Attorney Client Work Product (ordinary and opinion) |
| 7a | CISCO PRIVILEGED.0 00009 | CISCO PRIVILEGED. 000009 | Steve Shortgen (Baker Botts) | Jillian Powell (Baker Botts) | Kurt Pancratz (Baker Botts) | 22-Oct-2007 11:48 a.m. | RE: ESN | Email between Baker Botts attorneys/paralegals regarding call to the court clerk regarding changing of the date of the ESN complaint | Attorney Client Work Product (ordinary) |

| No. | Begin Bates No. | End Bates No. | To | From | CC | Main Date | Title | Description | Privilege |
|---|---|---|---|---|---|---|---|---|---|
| 7b | | | Jillian Powell (Baker Botts) | Steve Shortgen (Baker Botts) | Kurt Pancratz (Baker Botts) | 22-Oct-2007 10:58 a.m. | RE: ESN | Email between Baker Botts attorneys asking Jillian about her call to the court clerk regarding the ESN complaint | Attorney Client Work Product (ordinary) |
| 8a | CISCO PRIVILEGED.000010 | CISCO PRIVILEGED.000010 | Jillian Powell (Baker Botts) Steve Schortgen (Baker Botts) | Kurt Pankratz (Baker Botts) | | 22-Oct-2007 11:50 a.m. | Re: ESN | Email between Baker Botts attorneys regarding calls made by Plaintiff | Attorney Client Work Product (ordinary) |
| 8b | | | (logged at 7a) | | | | | | |
| 8c | | | (logged at 7b) | | | | | | |
| 9a | CISCO PRIVILEGED.000011 | CISCO PRIVILEGED.000013 | Mark Chandler | Mallun Yen | Rick Frenkel | 25-Feb-2008 9:32 p.m. | FW: ESN - PRIVILEGED AND CONFIDENTIAL | Email regarding Yen's lack of involvement with the article at issue | Attorney Client Work Product (ordinary) |
| 9b | | | John Noh | Mallun Yen | Rick Frenkel | 18-Oct-2007 10:06 a.m. | RE: ESN | Produced-not privileged | Produced-not privileged |
| 9c | | | Mallun Yen | John Noh | Rick Frenkel | 18-Oct-2007 10:04 a.m. | Re: ESN | Produced- not privileged | Produced-not privileged |
| 9d | | | Mark Chandler Matthew Tanielian Neal Rubin John Noh | Mallun Yen | | 18-Oct-2007 9:47 a.m. | Re: ESN | Email regarding sources that local counsel persuaded the court clerk to change the date, discussing the lawsuit and asking whether there is a news story | Attorney Client Work Product (ordinary) |
| 9e | | | (logged at 5a) | | | | | | |
| 9f | | | (logged at 5b) | | | | | | |
| 10 | CISCO PRIVILEGED.000019 | CISCO PRIVILEGED.000026 | (logged at 6b) | | | | | | |
| 11 | CISCO PRIVILEGED.000027 | CISCO PRIVILEGED.000027 | Mallun Yen Mark Michels Marta Beckwith | Rick Frenkel | | 15-Oct-2007 | We were just sued by ESN, LLC | Email discussing lawsuit filed by ESN against Cisco | Attorney Client Work Product (ordinary) |

| No. | Begin Bates No. | End Bates No. | To | From | CC | Main Date | Title | Description | Privilege |
|---|---|---|---|---|---|---|---|---|---|
| | | | Michael Ritter | | | 3:00 p.m. | | | |
| 12 | CISCO PRIVILEGED.000028 | CISCO PRIVILEGED.000028 | Rick Frenkel | Mark R. Weinstein (White & Case) | | 25-Oct-2007 11:44 a.m. | ESN Filing Date - From the Blogs - A/C Privileged | Email with attorney regarding alteration of docket and discussing speculation regarding same | Attorney Client Work Product (ordinary) |
| 13 | CISCO PRIVILEGED.000037 | CISCO PRIVILEGED.000041 | | Marta Beckwith | | 22-Oct-2007 10:47 a.m. | In case you haven't seen this about your DJ case in ESN | Email forwarding article about the ESN filing to legal team | Attorney Client Work Product (ordinary) |
| 14 | CISCO PRIVILEGED.000043 | CISCO PRIVILEGED.000043 | Victoria Maroulis (Quinn Emanuel) | Marta Beckwith | Charles K Verhoeven (Quinn Emanuel) | 25-Feb-2008 4:01 p.m. | Troll Tracker | Email informing Cisco's counsel that Frenkel has been revealed as the Patent Troll Tracker | Attorney Client Work Product (ordinary) |
| 15 | CISCO PRIVILEGED.000044 | CISCO PRIVILEGED.000048 | Marta Beckwith | Bart Showalter (Baker Botts) | | 22-Oct-2007 11:01 a.m. | In case you haven't seen this about your DJ case in ESN | Response to article written about ESN lawsuit and expressing opinion about the bias of the same | Attorney Client Work Product (ordinary) |
| 16a | CISCO PRIVILEGED.000087 | CISCO PRIVILEGED.000087 | Samir Bhavsar (Baker Botts) | Marta Beckwith | Bart Showalter (Baker Botts) | 25-Feb-2008 4:07 p.m. | Troll Tracker | Response to question from Cisco's counsel regarding Frenkel being revealed as the Patent Troll Tracker | Attorney Client Work Product (ordinary) |
| 16b | | | Marta Beckwith | Samir Bhevsar (Baker Botts) | Bart Showalter (Baker Botts) | 25-Feb-2008 4:01 p.m. | Troll Tracker | Question from Cisco's counsel regarding Frenkel being revealed as the Patent Troll Tracker | Attorney Client Work Product (ordinary) |
| 16c | | | Bart Showalter (Baker Botts) | Marta Beckwith | Doug Kubeh (Baker Botts) Bryant Boren (Baker Botts Samir Bhavsar (Baker Botts) Chad Walters (Baker Botts) | 25-Feb-2008 5:56 p.m. | Troll Tracker | Email to Cisco's Counsel regarding Frenkel being revealed as Patent Troll Tracker | Attorney Client Work Product (ordinary) |
| 17 | CISCO PRIVILEGED.0 | CISCO PRIVILEGED. | Bart Showalter (baker Botts) | Marta Beckwith | Bryant Boren | 25-Feb-2008 | Troll Tracker | Email informing counsel that Frenkel | Attorney Client Work Product (ordinary) |

| No. | Begin Bates No. | End Bates No. | To | From | CC | Main Date | Title | Description | Privilege |
|---|---|---|---|---|---|---|---|---|---|
|  | 00089 | 000089 | (Baker Botts) |  | (Baker Botts) Chad Walters (Baker Botts) Doug Kubeh (Baker Botts) Samir Bhavsar (Baker Botts) | 3:56 p.m. |  | has been revealed as the Patent Troll Tracker |  |
| 18 | CISCO PRIVILEGED.000094 | CISCO PRIVILEGED.000094 | Greg Chambers (McKook Smith) | Marta Beckwith |  | 25-Nov-2007 8:13 a.m. | New local rules | Email asking for analysis of changes to the local rules | Attorney Client Work Product (ordinary) |
| 19a | CISCO PRIVILEGED.000103 | CISCO PRIVILEGED.000105 | Mallun Yen Michael Ritter Rick Frenkel | Marta Beckwith |  | 18-Oct-2007 9:23 a.m. | ESN | Email about contacting attorneys who handled a motion to correct the docket | Attorney Client Work Product (ordinary) |
| 19b |  |  | Michael Ritter Marta Beckwith Rick Frenkel | Mallun Yen |  | 18-Oct-2007 11:43 AM | RE: ESN | Email about contacting local counsel about legal advice | Attorney Client Work Product (ordinary) |
| 19c |  |  | Mallun Yen Marta Beckwith Rick Frenkel | Michael Ritter |  | 18-Oct-2007 11:44 AM | RE: ESN | Email about contacting local counsel about legal advice | Attorney Client Work Product (ordinary) |
| 19d |  |  | Marta Beckwith Rick Frenkel Michael Ritter | Mallun Yen |  | 18-Oct-2007 11:40 AM | FW: ESN | Email about contacting attorneys who handled a motion to correct the docket | Attorney Client Work Product (ordinary) |
| 19e |  |  | Rick Frenkel Kurt Pankratz (Baker Botts) Bart Showalter (Baker Botts) Marta Beckwith Mark Michels Michael Ritter | Mallun Yen | Dan Lang | 18-Oct-2007 11:38 AM | RE: ESN | Email about contacting attorneys who handled a motion to correct the docket | Attorney Client Work Product (ordinary) |
| 19f |  |  | Kurt Pankratz (Baker Botts) Bart Showalter (Baker Botts) Marta Beckwith | Rick Frenkel | Dan Lang | 18-Oct-2007 11:33 AM | RE:ESN | Email about legal opinions concerning enforcement of filing dates and legal strategy regarding | Attorney Client Work Product (ordinary and opinion) |

| No. | Begin Bates No. | End Bates No. | To | From | CC | Main Date | Title | Description | Privilege |
|---|---|---|---|---|---|---|---|---|---|
| 22g | | | (logged at 5a) | | | | | | |
| 22h | | | (logged at 5b) | | | | | | |
| 23a | CISCO PRIVILEGED.000122 | CISCO PRIVILEGED.000125 | Mark Chandler | Mallun Yen | | 25-Feb-2008 10:14 PM | ESN - PRIVILEGED AND CONFIDENTIAL | Email regarding Yen's lack of involvement in article at issue | Attorney Client Work Product (ordinary) |
| 23b | | | (logged at 21a) | | | | | | |
| 23c | | | (logged at 21b) | | | | | | |
| 23d | | | (logged at 9a) | | | | | | |
| 23e | | | (logged at 9b) | | | | | | |
| 23f | | | (logged at 9c) | | | | | | |
| 23g | | | (logged at 9d) | | | | | | |
| 23h | | | (logged at 5a) | | | | | | |
| 23i | | | (logged at 5b) | | | | | | |
| 24a | CISCO PRIVILEGED.000126 | CISCO PRIVILEGED.000126 | Matthew Tanielian | Mark Chandler | | 18-Oct-2007 9:40 a.m. | ESN | Email forwarding email concerning calling local counsel | Attorney Client Work Product (ordinary) |
| 24b | | | (logged at 3) | | | | | | |
| 25a | CISCO PRIVILEGED.000134 | CISCO PRIVILEGED.000135 | Rick Frenkel | John Corcoran | | 17-Oct-2007 4:46 p.m. | Re: Amended ESN Complaint | Email responding to proposed legal strategy | Attorney Client Work Product (ordinary) |
| 25b | | | (logged at 2b) | | | | | | |
| 25c | | | (logged at 2c) | | | | | | |
| 25d | | | (logged at 2d) | | | | | | |
| 26a | CISCO PRIVILEGED.000136 | CISCO PRIVILEGED.000137 | John Corcoran | Rick Frenkel | | 17-Oct-2007 4:47 p.m. | Amended ESN Complaint | Email responding to proposed legal strategy | Attorney Client Work Product (ordinary) |
| 26b | | | (logged at 25a) | | | | | | |
| 26c | | | (logged at 2b) | | | | | | |
| 26d | | | (logged at 2c) | | | | | | |
| 26e | | | (logged at 2d) | | | | | | |
| 27a | CISCO PRIVILEGED.000138 | CISCO PRIVILEGED.000140 | Matthew Tanielian | Rick Frenkel | | 19-Oct-2007 12:47 p.m. | Fair Comparison of Patent Litigation Statistics, 1990 v. 2006 v. 2007 | Email regarding sending statistics to patent reform coalition | Attorney Client |

| No. | Begin Bates No. | End Bates No. | To | From | CC | Main Date | Title | Description | Privilege |
|---|---|---|---|---|---|---|---|---|---|
| 27b | | | Rick Frenkel Mark Chandler | Matthew Tanielian | Mallun Yen Dan Lang | 19-Oct-2007 12:29 p.m. | Fair Comparison of Patent Litigation Statistics, 1990 v. 2006 v. 2007 | Email regarding sending statistics to patent reform coalition | Attorney Client |
| 27c | | | Mark Chandler Matthew Tanielian | Rick Frenkel | Mallun Yen Dan Lang | 18-Oct-2007 9:47 p.m. | Fair Comparison of Patent Litigation Statistics, 1990 v. 2006 v. 2007 | Email regarding busiest jurisdictions for patent cases | Attorney Client |
| 28a | CISCO PRIVILEGED.000141 | CISCO PRIVILEGED.000144 | Rick Frenkel | Mallun Yen | | 25-Feb-2008 9:51 p.m. | ESN - PRIVILEGED AND CONFIDENTIAL | Email discussing Yen's lack of involvement in the article at issue | Attorney Client Work Product (ordinary) |
| 28b | | | Mallun Yen | Rick Frenkel | | 25-Feb-2008 9:51 p.m. | ESN - PRIVILEGED AND CONFIDENTIAL | Email discussing Yen's lack of involvement in the article at issue | Attorney Client Work Product (ordinary) |
| 28c | | | (logged at 9a) | | | | | | |
| 28d | | | (logged at 9b) | | | | | | |
| 28e | | | (logged at 9c) | | | | | | |
| 28f | | | (logged at 9d) | | | | | | |
| 28g | | | (logged at 5a) | | | | | | |
| 28h | | | (logged at 5b) | | | | | | |
| 29a | CISCO PRIVILEGED.000146 | CISCO PRIVILEGED.000149 | (logged at 28b) | | | | | | |
| 29b | | | (logged at 9a) | | | | | | |
| 29c | | | (logged at 9b) | | | | | | |
| 29d | | | (logged at 9c) | | | | | | |
| 29e | | | (logged at 9d) | | | | | | |
| 29f | | | (logged at 5a) | | | | | | |
| 29g | | | (logged at 5b) | | | | | | |

| No. | Begin Bates No. | End Bates No. | To | From | CC | Main Date | Title | Description | Privilege |
|---|---|---|---|---|---|---|---|---|---|
| 30a | CISCO PRIVILEGED.000154 | CISCO PRIVILEGED.000156 | (logged at 27b) | | | | | | |
| 30b | | | (logged at 27c) | | | | | | |
| 31a | CISCO PRIVILEGED.000167 | CISCO PRIVILEGED.000168 | (logged at 19e) | | | | | | |
| 31b | | | (logged at 19f) | | | | | | |
| 31c | | | (logged at 19g) | | | | | | |
| 31d | | | (logged at 19h) | | | | | | |
| 32a | CISCO PRIVILEGED.000169 | CISCO PRIVILEGED.000169 | Bart Showalter (Baker Botts) Mallun Yen Mark Michels Marta Beckwith Michael Ritter Rick Frenkel | Kurt Pankratz (Baker Botts) | Dan Lang (dlang) | 18-Oct-2007 9:36 a.m. | ESN | Email regarding the clerk's changing of the date for the ESN complaint and discussing proof of filing on October 15 | Attorney Client Work Product (ordinary) |
| 32b | | | (logged at 3) | | | | | | |
| 33a | CISCO PRIVILEGED.000192 | CISCO PRIVILEGED.000194 | (logged at 19c) | | | | | | |
| 33b | | | (logged at 19d) | | | | | | |
| 33c | | | (logged at 19e) | | | | | | |
| 33d | | | (logged at 19f) | | | | | | |
| 33e | | | (logged at 3) | | | | | | |
| 33f | | | (logged at 4a) | | | | | | |
| 34 | CISCO PRIVILEGED.000204 | CISCO PRIVILEGED.000204 | Kurt Pankratz (Baker Botts) Marta Beckwith Michael Ritter | Zahner, Gail (Day Pitney) | Bucci, Michael A. (Day Pitney) Sicilian, James (Day Pitney) | 17-Oct-2007 2:00 p.m. | Complaint for Declaratory Judgment - Cisco v ESN LLC | Email regarding service of complaint for declaratory judgment on ESN | Attorney Client Work Product (ordinary) |
| 35a | CISCO PRIVILEGED.000212 | CISCO PRIVILEGED.000212 | Kurt Pancratz (Baker Botts) Bart Showalter (Baker Botts) | Marta Beckwith | Mallun Yen Michael Ritter Rick Frenkel | 18-Oct-2007 11:57 a.m. | Re: Hertz/TSD Motion to Correct Docket | Email forwarding pleadings in another case | Attorney Client Work Product (ordinary) |
| 35b | | | Marta Beckwith | Anthony J. Downs | Mallun Yen Michael Ritter Rick Frenkel | 18-Oct-2007 11:21 | Re: Hertz/TSD Motion to Correct | Email sending pleadings in another case. | Attorney Client Work Product (ordinary) |

| No. | Begin Bates No. | End Bates No. | To | From | CC | Main Date | Title | Description | Privilege |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | a.m. | Docket | | |
| 36a | CISCO PRIVILEGED.000227 | CISCO PRIVILEGED.000228 | Kurt Pancratz (Baker Botts) Bart Showalter (Baker Botts) Doug Kubehl (Baker Botts) Mallun Yen Mark Michels Marta Beckwith Michael Ritter Rick Frenkel | Rich Renfree | | 19-Oct-2007 10:01 a.m. | RE: ESN Files Motion to Enjoin Cisco's CT Case | Email attaching ESN's amended complaint and discussing service | Attorney Client Work Product (ordinary) |
| 36b | | | Doug Kubehl (Baker Botts) Bart Showlater (Baker Botts) Kurt Pankratz (Baker Botts) Rick Frenkel Marta Beckwith Michael Ritter Mallun Yen Rich Renfree | Mark Michels | | 19-Oct-2007 9:57 a.m. | Re: ESN Files Motion to Enjoin Cisco's CT Case | Email discussing service of ESN complaint and amended complaint | Attorney Client Work Product (ordinary) |
| 36c | | | Bart Showlater (Baker Botts) Kurt Pankratz (Baker Botts) Rick Frenkel Marta Beckwith Michael Ritter Mallun Yen Rich Renfree | Doug Kubehl (Baker Botts) | | 19-Oct-2007 8:59 a.m. | Re: ESN Files Motion to Enjoin Cisco's CT Case | Email discussing service of ESN complaint | Attorney Client Work Product (ordinary) |
| 36d | | | Bart Showlater (Baker Botts) Kurt Pankratz (Baker Botts) Rick Frenkel Marta Beckwith Michael Ritter Mallun Yen Mark Michels | Doug Kubehl (Baker Botts) | | 19-Oct-2007 10:56 a.m. | Re: ESN Files Motion to Enjoin Cisco's CT Case | Email asking for a return call | Attorney Client Work Product (ordinary) |
| 36e | | | Doug Kubehl (Baker Botts) Kurt Pancratz | Bart Showalter | | 19-Oct-2007 | FW: ESN Files Motion to Enjoin | Email regarding getting started with work on the ESN case | Attorney Client Work Product (ordinary) |

| No. | Begin Bates No. | End Bates No. | To | From | CC | Main Date | Title | Description | Privilege |
|---|---|---|---|---|---|---|---|---|---|
| | | | (Baker Botts) | | | 7:55 a.m. | Cisco's CT Case | | |
| 36f | | | Marta Beckwith Mallun Yen Micheal Ritter | Rick Frenkel | Mark Michels Bart Showalter Kurt Pancratz | 19-Oct-2007 1:30 a.m. | ESN Files Motion to Enjoin Cisco's CT Case | Email regarding ESN's motion to enjoin and discussing strategy regarding same | Attorney Client Work Product (ordinary and opinion) |
| 37a | CISCO PRIVILEGED.000231 | CISCO PRIVILEGED.000233 | 'Victoria Maroulis' (Quinn Emanuel) | Michael Ritter | | 1-Nov-2007 9:10 a.m. | Re: ESN v. Cisco -- Conference Call | Email discussing status of potential settlement regarding venue issues | Attorney Client Work Product (ordinary) |
| 37b | | | Michael Ritter | Victoria Maroulis | | 31-Oct-2007 6:47 p.m. | Re: ESN v. Cisco -- Conference Call | Email discussing status of potential settlement regarding venue issues | Attorney Client Work Product (ordinary) |
| 37c | | | Kevin Smith (Quinn Emanuel) Rick Frenkel Marta Beckwith | Michael Ritter | Mark Michels Victoria Maroulis (Quinn Emanuel) Charles K. Verhoeven (Quinn Emanuel) | 31-Oct-2007 5:04 p.m. | Re: ESN v. Cisco -- Conference Call | Email discussing comments to draft opposition to motion to stay | Attorney Client Work Product (ordinary and opinion) |
| 37d | | | Rick Frenkel Marta Beckwith | Kevin Smith (Quinn Emanuel) | Michael Ritter Mark Michels Victoria Maroulis (Quinn Emanuel) Charles K. Verhoeven (Quinn Emanuel) | 30-Oct-2007 3:24 p.m. | Re: ESN v. Cisco -- Conference Call | Email discussing comments to draft opposition to motion to stay | Attorney Client Work Product (ordinary and opinion) |
| 37e | | | Kevin Smith (Quinn Emanuel) Marta Beckwith | Rick Frenkel | Michael Ritter Mark Michels Victoria Maroulis (Quinn Emanuel) Charles K. Verhoeven (Quinn Emanuel) | 30-Oct-2007 2:38 p.m. | Re: ESN v. Cisco -- Conference Call | Email discussing comments to draft opposition to motion to stay | Attorney Client Work Product (ordinary and opinion) |

| No. | Begin Bates No. | End Bates No. | To | From | CC | Main Date | Title | Description | Privilege |
|---|---|---|---|---|---|---|---|---|---|
| 37f | | | Rick Frenkel Marta Beckwith | Kevin Smith | Michael Ritter Mark Michels Victoria Maroulis Charles K. Verhoeven | 30-Oct-2007 11:06 a.m. | ESN v. Cisco -- Conference Call | Email discussing draft opposition to opposition to motion to stay | Attorney Client Work Product (ordinary and opinion) |
| 38a | CISCO PRIVILEGED.000234 | CISCO PRIVILEGED.000237 | Mallun Yen Michael Ritter Rick Frenkel | Marta Beckwith | | 18-Oct-2007 12:21 p.m. | Re: ESN | Email discussing another case in which another firm filed a motion to correct the docket | Attorney Client Work Product (ordinary) |
| 38b | | | Rick Frenkel Marta Beckwith Michael Ritter | Mallun Yen | | 18-Oct-2007 11:57 a.m. | Re:ESN | Email discussing another case in which another case filed a motion to correct the docket | Attorney Client Work Product (ordinary) |
| 38c | | | Marta Beckwith Mallun Yen Michael Ritter | Rick Frenkel | | 18-Oct-2007 11:54 a.m. | Re: ESN | Email discussing another case in which another case filed a motion to correct the docket | Attorney Client Work Product (ordinary) |
| 38d | | | (logged at 19a) | | | | | | |
| 38e | | | (logged at 19b) | | | | | | |
| 38f | | | (logged at 19c) | | | | | | |
| 38g | | | (logged at 19d) | | | | | | |
| 38h | | | (logged at 19e) | | | | | | |
| 38i | | | (logged at 19f) | | | | | | |
| 38j | | | (logged at 4a) | | | | | | |
| 38k | | | (logged at 3) | | | | | | |
| 39a | CISCO PRIVILEGED.000250 | CISCO PRIVILEGED.000251 | (logged at 19d) | | | | | | |
| 39b | | | (logged at 19e) | | | | | | |
| 39c | | | (logged at 19f) | | | | | | |
| 39d | | | (logged at 4a) | | | | | | |
| 39e | | | (logged at 3) | | | | | | |
| 40a | CISCO PRIVILEGED.000254 | CISCO PRIVILEGED.000254 | Marta Beckwith Michael Ritter Rick Frenkel | Mallun Yen | Mark Michels | 19-Oct-2007 8:11 a.m. | Re: | Email about selection of counsel | Attorney Client Work Product (ordinary) |
| 40b | | | Rick Frenkel Mallun Yen Michael Ritter | Marta Beckwith | Mark Michels | 19-Oct-2007 7:19 a.m. | Re: | Email about case strategy and selection of counsel | Attorney Client Work Product (ordinary and opinion) |

| No. | Begin Bates No. | End Bates No. | To | From | CC | Main Date | Title | Description | Privilege |
|---|---|---|---|---|---|---|---|---|---|
| 40c | | | Marta Beckwith Mallun Yen Michael Ritter | Rick Frenkel | Mark Michels | 11:51 p.m. | | Email about case strategy | Attorney Client Work Product (ordinary and opinion) |
| 41 | CISCO PRIVILEGED.000255 | CISCO PRIVILEGED.000255 | ip-disputes-team(Cisco IP team mailer list) | Marta Beckwith | | 25-Nov-2007 | New EDTx rules | Email about change to local rules | Attorney Client Work Product (ordinary) |
| 42a | CISCO PRIVILEGED.000256 | CISCO PRIVILEGED.000256 | John Noh ( Mark Chandler | Mallun Yen | | 18-Oct-2007 | ESN | Email regarding clerk changing date of ESN docket and calling counsel to discuss same | Attorney Client Work Product (ordinary) |
| 42b | | | (logged at 3) | | | | | | |
| 43a | CISCO PRIVILEGED.000257 | CISCO PRIVILEGED.000260 | (logged at 38c) | | | | | | |
| 43b | | | (logged at 19a) | | | | | | |
| 43c | | | (logged at 19b) | | | | | | |
| 43d | | | (logged at 19c) | | | | | | |
| 43e | | | (logged at 19d) | | | | | | |
| 43f | | | (logged at 19e) | | | | | | |
| 43g | | | (logged at 19f) | | | | | | |
| 43h | | | (logged at 4a) | | | | | | |
| 43i | | | (logged at 3) | | | | | | |
| 44a | CISCO PRIVILEGED.000261 | CISCO PRIVILEGED.000261 | (logged at 2c) | | | | | | |
| 44b | | | (logged at 2d) | | | | | | |
| 45a | CISCO PRIVILEGED.000264 | CISCO PRIVILEGED.000265 | (logged at 9d) | | | | | | |
| 45b | | | (logged at 5a) | | | | | | |
| 45c | | | (logged at 5b) | | | | | | |
| 46a | CISCO PRIVILEGED.000269 | CISCO PRIVILEGED.000272 | (logged at 38b) | | | | | | |
| 46b | | | (logged at 38c) | | | | | | |
| 46c | | | (logged at 19a) | | | | | | |
| 46d | | | (logged at 19b) | | | | | | |
| 46e | | | (logged at 19c) | | | | | | |
| 46f | | | (logged at 19d) | | | | | | |
| 46g | | | (logged at 19e) | | | | | | |
| 46h | | | (logged at 19f) | | | | | | |
| 46i | | | (logged at 4a) | | | | | | |

| No. | Begin Bates No. | End Bates No. | To | From | CC | Main Date | Title | Description | Privilege |
|---|---|---|---|---|---|---|---|---|---|
| 46j | | | (logged at 3) | | | | | | |
| 47a | CISCO PRIVILEGED.000276 | CISCO PRIVILEGED.000277 | Kurt Pancratz (Baker Botts) Mallun Yen Marta Beckwith Michael Ritter Rick Frenkel | Bart Showalter (Baker Botts) | Dan Lang | 16-Oct-2007 | Urgent - please read - ESN | Email regarding amended complaint and legal opinions regarding same | Attorney Client Work Product (ordinary and opinion) |
| 47b | | | (logged at 6b) | | | | | | |
| 48a | CISCO PRIVILEGED.000278 | CISCO PRIVILEGED.000281 | Marta Beckwith Michael Ritter Rick Frenkel | Mallun Yen | | 18-Oct-2007 1:09 p.m. | ESN | Email discussing a motion to correct the docket in another case | Attorney Client Work Product (ordinary) |
| 48b | | | (logged at 38a) | | | | | | |
| 48c | | | (logged at 38b) | | | | | | |
| 48d | | | (logged at 19a) | | | | | | |
| 48e | | | (logged at 19b) | | | | | | |
| 48f | | | (logged at 19c) | | | | | | |
| 48g | | | (logged at 19d) | | | | | | |
| 48h | | | (logged at 19e) | | | | | | |
| 48i | | | (logged at 19f) | | | | | | |
| 48j | | | (logged at 4a) | | | | | | |
| 48k | | | (logged at 3) | | | | | | |
| 49a | CISCO PRIVILEGED.000287 | CISCO PRIVILEGED.000287 | John Noh | Mallun Yen | | 18-Oct-2007 10:54 a.m. | ESN | Email forwarding earlier email about changing of the docket | Attorney Client Work Product (ordinary) |
| 49b | | | (logged at 32a) | | | | | | |
| 49c | | | (logged at 3) | | | | | | |
| 50a | CISCO PRIVILEGED.000324 | CISCO PRIVILEGED.000324 | John Noh | Mallun Yen | | 17-Oct-2007 6:28 p.m. | Amended ESN Complaint | Email forwarding ESN's amended complaint | Attorney Client Work Product (ordinary) |
| 50b | | | (logged at 1) | | | | | | |
| 51a | CISCO PRIVILEGED.000327 | CISCO PRIVILEGED.000331 | Mallun Yen Marta Beckwith Michael Ritter | Rick Frenkel | | 18-Oct-2007 | ESN | Email discussing how venue reform would affect the case | Attorney Client Work Product (ordinary) |
| 51b | | | (logged at 48a) | | | | | | |
| 51c | | | (logged at 38a) | | | | | | |
| 51d | | | (logged at 38b) | | | | | | |
| 51e | | | (logged at 19a) | | | | | | |
| 51f | | | (logged at 19b) | | | | | | |

| No. | Begin Bates No. | End Bates No. | To | From | CC | Main Date | Title | Description | Privilege |
|---|---|---|---|---|---|---|---|---|---|
| 51g | | | (logged at 19c) | | | | | | |
| 51h | | | (logged at 19d) | | | | | | |
| 51i | | | (logged at 19e) | | | | | | |
| 51j | | | (logged at 19f) | | | | | | |
| 51k | | | (logged at 4a) | | | | | | |
| 51l | | | (logged at 3) | | | | | | |

6111v.4