TAB A-9

Dockets.Justia.com

**Cisco's Log of Documents Not Produced in *Albritton v. Cisco***

| Number | Bates Begin | Bates End | Date | From | To | CC | Title | Description | Privilege Type |
|---|---|---|---|---|---|---|---|---|---|
| 1a | CISCO PRIVILEGED. 000029 | CISCO PRIVILEGED. 000029 | 31-Oct-2007 5:51 PM | Sam Baxter[1] (McKool Smith) | Marta Beckwith | | RE: ESN | Email with attorney regarding discussions with ESN | Attorney/Client Work Product (ordinary) |
| 1b | | | 31-Oct-2007 3:22 PM | Marta Beckwith | Sam Baxter (McKool Smith) | | RE: ESN | Email with attorney regarding engaging him and finding counsel for urgent issues in case | Attorney/Client Work Product (ordinary) |
| 1c | | | 31-Oct-2007 1:04 PM | Sam Baxter (McKool Smith) | Marta Beckwith | | RE: ESN | Email from attorney regarding phone call to discuss case | Attorney/Client Work Product (ordinary) |
| 1d | | | 31-Oct-2007 1:22 PM (CST) | Marta Beckwith | Sam Baxter (McKool Smith) | Garret Chambers (McKool Smith) | ESN | Email from attorney regarding phone call to discuss case | Email from attorney regarding phone call to discuss case |
| 2a | CISCO PRIVILEGED. 000030 | CISCO PRIVILEGED. 000030 | 24-Oct-2007 1:39 PM | Marta Beckwith | Bart Showalter (Baker Botts) | | RE: ESN | Email with attorney regarding representation in ESN litigation. | Attorney/Client Work Product (ordinary) |
| 2b | | | 24-Oct-2007 4:17 AM | Bart Showalter (Baker Botts) | Marta Beckwith | | ESN | Email with attorney regarding representation in ESN litigation. | Attorney/Client Work Product (ordinary) |
| 3a | CISCO PRIVILEGED. 000031 | CISCO PRIVILEGED. 000031 | 25-Oct-2007 12:25 PM | Kurt Pancratz (Baker Botts) | Mark Michels Marta Beckwith Michael Ritter Rick Frenkel | Bartt Showalter (Baker Botts) Bryant Boren (Baker Botts) Doug Kubehl (Baker Botts) | FW: Cisco/ESN | Email forwarding email with attorney regarding legal strategy with respect to motion to stay filed in ESN litigation in Connecticut. | Attorney/Client Work Product (ordinary) |
| 3b | | | 25-Oct-2007 2:19 PM | Michael A. Bucci (Day Pitney) | Kurt Pankratz (Baker Botts) | Bart Showalter (Baker Botts) | Cisco/ESN | Email with attorney regarding legal strategy with respect to motion to stay filed in ESN litigation in Connecticut. | Attorney/Client Work Product (ordinary and opinion) |
| 4a | CISCO PRIVILEGED. 000032 | CISCO PRIVILEGED. 000032 | 31-Oct-2007 | (logged at 1b) | | | | | |

---

[1] Every person listed in the "From" and "To" categories was a Cisco employee unless otherwise indicated.

**Cisco's Log of Documents Not Produced in *Albritton v. Cisco***

| Number | Bates Begin | Bates End | Date | From | To | CC | Title | Description | Privilege Type |
|---|---|---|---|---|---|---|---|---|---|
| 4b | | | | (logged at 1c) | | | | | |
| 4c | | | | (logged at 1d) | | | | | |
| 5a | CISCO PRIVILEGED. 000033 | CISCO PRIVILEGED. 000033 | 31-Oct-2007 9:16 PM | Marta Beckwith | Sam Baxter (McKool Smith) | | RE: ESN | Email with attorney regarding representation in ESN litigation. | Attorney/Client Work Product (ordinary) |
| 5b | | | | (logged at 1a) | | | | | |
| 5c | | | | (logged at 1b) | | | | | |
| 5d | | | | (logged at 1c) | | | | | |
| 5e | | | | (logged at 1d) | | | | | |
| 6a | CISCO PRIVILEGED. 000034 | CISCO PRIVILEGED. 000034 | 17-Oct-2007 1:50 PM | Marta Beckwith | Bucci, Michael A. (Day Pitney) Sicilian, James (Day Pitney) | Michael Ritter | FW: Amended ESN Complaint | Email regarding service of amended complaint in ESN litigation. | Attorney/Client Work Product (ordinary) |
| 6b | | | | (this email was produced in the Albritton case and has already been logged—Cisco Privileged.000001) | | | | | |
| 7a | CISCO PRIVILEGED. 000035 | CISCO PRIVILEGED. 000036 | 19-Oct-2007 12:49 PM | Marta Beckwith | Charles K Verhoeven (Quinn Emamuel) Victoria Maroulis (Quinn Emanuel) | | FW: We were just sued by ESN, LLC | Email forwarding research of ESN for purposes of ESN litigation. | Attorney/Client Work Product (ordinary) |
| 7b | | | 15-Oct-2007 3:25 PM | Rick Frenkel | Rick Frenkel Mallun Yen Marta Beckwith Michael Ritter Mark Michels | Dan Lang | RE: We were just sued by ESN, LLC | Email regarding research of ESN for purposes of ESN litigation. | Attorney/Client Work Product (ordinary) |

Cisco's Log of Documents Not Produced in *Albritton v. Cisco*

| Number | Bates Begin | Bates End | Date | From | To | CC | Title | Description | Privilege Type |
|---|---|---|---|---|---|---|---|---|---|
| 7c | | | | (this email was produced in the Albritton case and has already been logged—Cisco Privileged.000027) | | | | | |
| 8a | CISCO PRIVILEGED. 000042 | CISCO PRIVILEGED. 000042 | 19-Oct-2007 1:50 PM | Marta Beckwith | Edward Reines (Weil Gotshal) Matthew Powers (Weil Gotshal) | | FW: Amended ESN Complaint | Email forwarding email with attorneys discussing filing of amended petition in ESN litigation. | Attorney/Client Work Product (ordinary) |
| 8b | | | | (this email was produced in the Albritton case and has already been logged—Cisco Privileged.000001) | | | | | |
| 9 | CISCO PRIVILEGED. 000049 | CISCO PRIVILEGED. 000049 | 30-Nov-2007 1:12 PM | Bart Showalter (Baker Botts) | Rick Frenkel | Marta Beckwith | FW: ESN | Email attaching invalidity analysis of ESN patent claims. | Attorney/Client Work Product (ordinary and opinion) |
| 10 | CISCO PRIVILEGED. 000050 | CISCO PRIVILEGED. 000063 | 30-Nov-2007 | | | | | Invalidity analysis of ESN patent claims (attachment to No. 9) | Attorney/Client Work Product (ordinary and opinion) |
| 11 | CISCO PRIVILEGED. 000064 | CISCO PRIVILEGED. 000072 | 30-Nov-2007 | | | | | Invalidity analysis of ESN patent claims (attachment to No. 9) | Attorney/Client Work Product (ordinary and opinion) |
| 12 | CISCO PRIVILEGED. 000073 | CISCO PRIVILEGED. 000086 | 30-Nov-2007 | | | | | Invalidity analysis of ESN patent claims (attachment to No. 9) | Attorney/Client Work Product (ordinary and opinion) |

## Cisco's Log of Documents Not Produced in *Albritton v. Cisco*

| Number | Bates Begin | Bates End | Date | From | To | CC | Title | Description | Privilege Type |
|---|---|---|---|---|---|---|---|---|---|
| 13a | CISCO PRIVILEGED. 000088 | CISCO PRIVILEGED. 000088 | 19-Oct-2007 12:48 PM | Marta Beckwith | Charles K Verhoeven (Quinn Emanuel) Victoria Maroulis (Quinn Emanuel) | | FW: We were just sued by ESN, LLC | Email forwarding among attorneys discussing ESN filing, declaratory judgment action in Connecticut and strategy relating to same. | Attorney/Client Work Product (ordinary) |
| 13b | | | | (logged at 7) | | | | | |
| 14a | CISCO PRIVILEGED. 000090 | CISCO PRIVILEGED. 000090 | 31-Oct-2007 1:48 PM | Sam Baxter (McKool Smith) | Marta Beckwith | | RE: ESN | Email with attorney regarding representation in ESN litigation. | Attorney/Client Work Product (ordinary) |
| 14b | | | | (logged at 1b) | | | | | |
| 14c | | | | (logged at 1c) | | | | | |
| 14d | | | | (logged at 1d) | | | | | |
| 15a | CISCO PRIVILEGED. 000091 | CISCO PRIVILEGED. 000092 | 19-Oct-2007 12:50 PM | Marta Beckwith | Charles K Verhoeven (Quinn Emanuel) Victoria Maroulis (Quinn Emanuel) | | FW: Urgent – please read- ESN | Email forwarding email regarding subject-matter jurisdiction in ESN litigation and legal opinions regarding same. | Attorney/Client Work Product (ordinary) |
| 15b | | | | (this email was produced in the Albritton case and has already been logged—Cisco Privileged.000019) | | | \ | | |
| 16a | CISCO PRIVILEGED. 000093 | CISCO PRIVILEGED. 000093 | 19-Oct-2007 12:50 PM | Marta Beckwith | Charles K Verhoeven (Quinn Emanuel) Victoria Maroulis (Quinn Emanuel) | | FW: Amended ESN Complaint | Email forwarding email regarding amended complaint in ESN litigation. | Attorney/Client Work Product (ordinary) |
| 16b | | | | (this email was produced in the Albritton case and has already been logged—Cisco Privileged.000001) | | | | | |

**Cisco's Log of Documents Not Produced in *Albritton v. Cisco***

| Number | Bates Begin | Bates End | Date | From | To | CC | Title | Description | Privilege Type |
|---|---|---|---|---|---|---|---|---|---|
| 17a | CISCO PRIVILEGED. 000095 | CISCO PRIVILEGED. 000097 | 16-Oct-2007 1:49 PM | Paul Devinsky (McDermott Will & Emery) | Mark Michels Marta Beckwith | | Re: Cisco – McDermott Will & Emery IP Teleconference | Email discussing legal analysis of claims made by ESN | Attorney/Client Work Product (ordinary and opinion) |
| 17b | | | 16-Oct-2007 3:58 PM | Paul Devinsky (McDermott Will & Emery) | Mark Michels | Marta Beckwith | Re: Cisco – McDermott Will & Emery IP Teleconference | Email forwarding basic information about the ESN lawsuit | Attorney/Client Work Product (ordinary) |
| 18a | CISCO PRIVILEGED. 000098 | CISCO PRIVILEGED. 000098 | 17-Oct-2007 4:45 PM | (this email was produced in the Albritton case and has already been logged—Cisco Privileged.000002) | | | | | |
| 18b | | | | (this email was produced in the Albritton case and has already been logged—Cisco Privileged.000002) | | | | | |
| 19a | CISCO PRIVILEGED. 000099 | CISCO PRIVILEGED. 000100 | 17-Oct-2007 2:41 PM | Rick Frenkel | Mark Michels Marta Beckwith Michael Ritter | John Corcoran | FW: Amended ESN Complaint | Email analyzing issue with ESN's claims in ESN litigation. | Attorney/Client Work Product (ordinary and opinion) |
| 19b | | | 17-Oct-2007 1:59 PM | John Corcoran | Rick Frenkel | John Corcoran | RE: Amended ESN Complaint | Email analyzing issue with ESN's claims in ESN litigation. | Attorney/Client Work Product (ordinary and opinion) |
| 19c | | | | (this email was produced in the Albritton case and | | | | | |

**Cisco's Log of Documents Not Produced in *Albritton v. Cisco***

| Number | Bates Begin | Bates End | Date | From | To | CC | Title | Description | Privilege Type |
|---|---|---|---|---|---|---|---|---|---|
| | | | | has already been logged—Cisco Privileged.000001) | | | | | |
| 20a | CISCO PRIVILEGED. 000101 | CISCO PRIVILEGED. 000101 | 15-Oct-2007 4:01 PM | Marta Beckwith | John Noh | | FW: We were just sued by ESN, LLC | Email regarding potentially filing declaratory judgment action in Connecticut. | Attorney/Client Work Product (ordinary) |
| 20b | | | | (this email was produced in the Albritton case and has already been logged—Cisco Privileged.000027) | | | | | |
| 21 | CISCO PRIVILEGED. 000102 | CISCO PRIVILEGED. 000102 | 26-Oct-2007 5:38 PM | Mallun Yen | Marta Beckwith Michael Ritter Rick Frenkel | | ESN | Email regarding case strategy and determination of representation for ESN lawsuit. | Attorney/Client Work Product (ordinary and opinion) |
| 22a | CISCO PRIVILEGED. 000106 | CISCO PRIVILEGED. 000107 | 18-Oct-2007 7:26 AM | Marta Beckwith | Mallun Yen Mark Michels Michael Ritter Rick Frenkel | | RE: Amended ESN Complaint | Email regarding hiring of local counsel. | Attorney/Client Work Product (ordinary) |
| 22b | | | 17-Oct-2007 10:03 PM | Mark Michels | Mallun Yen Marta Beckwith Michael Ritter Rick Frenkel | | RE: Amended ESN Complaint | Email regarding hiring of local counsel. | Attorney/Client Work Product (ordinary) |
| 22c | | | 17-Oct-2007 9:32 PM | Mallun Yen | Marta Beckwith Michael Ritter Rick Frenkel Mark Michels | | FW: Amended ESN Complaint | Email regarding strategy with respect to hiring local counsel | Attorney/Client Work Product (ordinary and opinion) |
| 22d | | | 17-Oct-2007 2:41 PM | Mark Chandler | Mallun Yen | | RE: Amended ESN Complaint | Email regarding strategy with respect to hiring local counsel | Attorney/Client Work Product (ordinary and opinion) |
| 22e | | | 17-Oct-2007 2:32 PM | Mallun Yen | Mark Chandler | | FW: Amended ESN Complaint | Email forwarding email regarding ESN filing an amended complaint | Attorney/Client Work Product (ordinary) |

Cisco's Log of Documents Not Produced in *Albritton v. Cisco*

| Number | Bates Begin | Bates End | Date | From | To | CC | Title | Description | Privilege Type |
|---|---|---|---|---|---|---|---|---|---|
| 22f | | | | (this email was produced in the Albritton case and has already been logged—Cisco Privileged.000027) | | | | | |
| 23a | CISCO PRIVILEGED. 000108 | CISCO PRIVILEGED. 000108 | 17-Oct-2007 | (logged at 22d) | | | | | |
| 23b | | | | (logged at 22e) | | | | | |
| 23c | | | | (this email was produced in the Albritton case and has already been logged—Cisco Privileged.000027) | | | | | |
| 24a | CISCO PRIVILEGED. 000119 | CISCO PRIVILEGED. 000121 | 19-Oct-2007 12:30 PM | Mark Chandler | Matthew Tanielian | | RE: Fair Comparison of Patent Litigation Statistics, 1990 v. 2006 v. 2007 | Email regarding patent statistics. | Attorney/Client |
| 24b | | | | (this email was produced in the Albritton case and has already been logged—Cisco Privileged.000154) | | | | | |
| 24c | | | 18-Oct-2007 9:47 PM EST | Rick Frenkel | Mark Chandler Matthew Tanielian | Mallun Yen Dan Lang | Fair Comparison of Patent Litigation Statistics, 1990 v. 2006 v. 2007 | | |

Cisco's Log of Documents Not Produced in *Albritton v. Cisco*

| Number | Bates Begin | Bates End | Date | From | To | CC | Title | Description | Privilege Type |
|---|---|---|---|---|---|---|---|---|---|
| 25a | CISCO PRIVILEGED. 000127 | CISCO PRIVILEGED. 000130 | 27-Oct-2007 11:27 AM | Rick Frenkel | Victoria Maroulis (Quinn Emanuel) Marta Beckwith | Katherine Bennett (Quinn Emanuel) Kevin Smith (Quinn Emanuel) Sayuri Sharper (Quinn Emanuel) Mark Michels Michael Ritter | Re: ESN v. Cisco update and important new date in CT case | Email concerning strategy with respect to venue. | Attorney/Client Work Product (ordinary and opinion) |
| 25b | | | 27-Oct-2007 10:21 AM PST | Victoria Maroulis (Quinn Emanuel) | Rick Frenkel Marta Beckwith | Michael Ritter Mark Michels Sayuri Sharper Kevin Smith Katherine Bennett | Re: ESN v. Cisco update and important new date in CT case | Email concerning strategy with respect to venue. | Attorney/Client Work Product (ordinary and opinion) |
| 25c | | | 27-Oct-2007 10:00 AM | Rick Frenkel | Victoria Maroulis (Quinn Emanuel) Marta Beckwith | Michael Ritter Mark Michels Sayuri Sharper Kevin Smith Katherine Bennett | Re: ESN v. Cisco update and important new date in CT case | Email concerning strategy with respect to venue and communications with counsel. | Attorney/Client Work Product (ordinary and opinion) |
| 25d | | | 27-Oct-2007 6:54 AM | Victoria Maroulis (Quinn Emanuel) | Marta Beckwith | Michael Ritter Rick Frenkel Mark Michels Sayuri Sharper Kevin Smith Katherine Bennett | Re: ESN v. Cisco update and important new date in CT case | Email concerning case strategy and legal opinions | Attorney/Client Work Product (ordinary and opinion) |
| 26a | CISCO PRIVILEGED. 000131 | CISCO PRIVILEGED. 000133 | 12-Nov-2007 4:35 PM | Rick Frenkel | Mark Michels Rick Frenkel | | RE: IP Team Monthly Report Please Respond by 11/16 | IP team monthly report with case summaries and legal opinions regarding various litigation (redacting all parts not related to ESN lawsuit) | Attorney/Client Work Product (ordinary and opinion) |
| 26b | | | 12-Nov-2007 11:44 | Rick Frenkel | Mark Michels | Rick Frenkel | RE: IP Team Monthly Report Please Respond by 11/16 | Email correspondence regarding writing a summary of the ESN lawsuit | Attorney/Client Work Product (ordinary) |
| 26c | | | 12-Nov-2007 11:30 AM | Mark Michels | Rick Frenkel | | RE: IP Team Monthly Report Please Respond by 11/16 | Email correspondence regarding writing a summary of the ESN lawsuit and regarding | Attorney/Client Work Product (ordinary) |

**Cisco's Log of Documents Not Produced in _Albritton v. Cisco_**

| Number | Bates Begin | Bates End | Date | From | To | CC | Title | Description | Privilege Type |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | making sure the summary is privileged | |
| 26d | | | 12-Nov-2007 11:28 AM | Rick Frenkel | Mark Michels | | RE: IP Team Monthly Report Please Respond by 11/16 | Email correspondence regarding writing a summary of the ESN lawsuit and regarding making sure the summary is privileged | Attorney/Client Work Product (ordinary) |
| 26e | | | 11-Nov-2007 7:11 PM | Mark Michels | ip-team(mailer list of Cisco's intellectual property and legal team) | | IP Team Monthly Report Please Respond by 11/16 | Email correspondence regarding writing a summary of the ESN lawsuit | Attorney/Client Work Product (ordinary) |
| 27a | CISCO PRIVILEGED. 000145 | CISCO PRIVILEGED. 000145 | 18-Oct-2007 12:31 PM | Kurt Pankratz (Baker Botts) | Rick Frenkel | | RE: Re: Hertz/TSD Motion to Correct Docket | Email attaching exhibit to email regarding similar case where filing party filed a motion to correct the docket. | Attorney/Client Work Product (ordinary) |
| 27b | | | | (this email was produced in the Albritton case and has already been logged—Cisco Privileged.000212) | | | | | |
| 28a | CISCO PRIVILEGED. 000150 | CISCO PRIVILEGED. 000151 | 15-Oct-2007 3:04 PM | Rick Frenkel | Marnie Willhoft | | FW: We were just sued by ESN, LLC | Email regarding informing Cisco employee of ESN lawsuit. | Attorney/Client Work Product (ordinary) |
| 28b | | | | (this email was produced in the Albritton case and has already been logged—Cisco Privileged.000027) | | | | | |
| 29a | CISCO PRIVILEGED. 000152 | CISCO PRIVILEGED. 000153 | 2-Nov-2007 3:22 PM | John Corcoran | Rick Frenkel | | RE: ESN | Response to legal evaluation of potential agreement to dismiss declaratory judgment action and potential stay agreement. | Attorney/Client Work Product (ordinary) |

**Cisco's Log of Documents Not Produced in *Albritton v. Cisco***

| Number | Bates Begin | Bates End | Date | From | To | CC | Title | Description | Privilege Type |
|---|---|---|---|---|---|---|---|---|---|
| 29b | | | 02-Nov-2007 3:22 PM | Rick Frenkel | John Corcoran | | FW: ESN | Legal evaluation of potential agreement to dismiss declaratory judgment action and potential stay agreement. | Attorney/Client Work Product (ordinary and opinion) |
| 29c | | | 2-Nov-2007 8:34 AM | Marta Beckwith | John Noh | Mark Michels | ESN | Legal evaluation of potential agreement to dismiss declaratory judgment action and potential stay agreement. | Attorney/Client Work Product (ordinary and opinion) |
| 30a | CISCO PRIVILEGED. 000157 | CISCO PRIVILEGED. 000158 | 19-Oct-2007 9:57 AM | (This email was produced in the Albritton case and has already been logged—Cisco Privileged.000227) | | | | | |
| 30b | | | | (This email was produced in the Albritton case and has already been logged—Cisco Privileged.000227) | | | | | |
| 30c | | | | (This email was produced in the Albritton case and has already been logged—Cisco Privileged.000227) | | | | | |
| 30d | | | | (This email was produced in the Albritton case and has already been logged—Cisco | | | | | |

**Cisco's Log of Documents Not Produced in *Albritton v. Cisco***

| Number | Bates Begin | Bates End | Date | From | To | CC | Title | Description | Privilege Type |
|---|---|---|---|---|---|---|---|---|---|
| | | | | Privileged.000027) | | | | | |
| 30e | | | | (This email was produced in the Albritton case and has already been logged— Cisco Privileged.000027) | | | | | |
| 31a | CISCO PRIVILEGED. 000159 | CISCO PRIVILEGED. 000160 | 19-Oct-2007 1:16 PM | Victoria Maroulis | Charles K Verhoeven (Quinn Emanuel) Marta Beckwith | Mark Michels Michael Ritter Rick Frenkel | RE: ESN | Email regarding beginning work on ESN matter | Attorney/Client Work Product (ordinary) |
| 31b | | | 19-Oct-2007 12:48 PM | Marta Beckwith | Victoria Maroulis Charles K Verhoeven | Michael Ritter Mark Michels Rick Frenkel | ESN | Email regarding legal strategy with respect to declaratory judgment action. | Attorney/Client Work Product (ordinary and opinion) |
| 32a | CISCO PRIVILEGED. 000161 | CISCO PRIVILEGED. 000163 | 12-Nov-2007 4:36 PM | Mark Michels | Rick Frenkel | | RE: IP Team Monthly Report Please Respond by 11/16 | Email responding to status of various Cisco lawsuits. | Attorney/Client Work Product (ordinary) |
| 32b | | | | (logged at 26a) | | | | | |
| 32c | | | | (logged at 26b) | | | | | |
| 32d | | | | (logged at 26c) | | | | | |
| 32e | | | | (logged at 26d) | | | | | |
| 32f | | | | (logged at 26e) | | | | | |
| 33a | CISCO PRIVILEGED. 000164 | CISCO PRIVILEGED. 000166 | 28-Oct-2007 7:55 PM | Mark Michels | Rick Frenkel | | Re: ESN v. Cisco update and important new date in CT case | Email responding to scheduling call regarding case strategy. | Attorney/Client Work Product (ordinary) |

Cisco's Log of Documents Not Produced in *Albritton v. Cisco*

| Number | Bates Begin | Bates End | Date | From | To | CC | Title | Description | Privilege Type |
|---|---|---|---|---|---|---|---|---|---|
| 33b | | | | (logged at 25a) | | | | | |
| 33c | | | | (logged at 25b) | | | | | |
| 33d | | | | (logged at 25c) | | | | | |
| 33e | | | | (logged at 25d) | | | | | |
| 34 | CISCO PRIVILEGED. 000170 | CISCO PRIVILEGED. 000170 | 18-Oct-2007 11:30 PM | (This email was produced in the Albritton case and has already been logged—Cisco Privileged.000228) | | | | | |
| 35 | CISCO PRIVILEGED. 000171 | CISCO PRIVILEGED. 000171 | 2-Nov-2007 8:34 AM | Marta Beckwith | John Noh | Mark Michels Michael Ritter Rick Frenkel | ESN | Email regarding potential agreed motion to dismiss and cooling off period. | Attorney/Client Work Product (ordinary and opinion) |
| 36a | CISCO PRIVILEGED. 000172 | CISCO PRIVILEGED. 000174 | 27-Oct-2007 12:14 PM | Victoria Maroulis (Quinn Emanuel) | Marta Beckwith Rick Frenkel | Katherine Bennett (Quinn Emanuel) Kevin Smith (Quinn Emanuel) Mark Michels Michael Ritter Sayuri Sharper (Quinn Emanuel) | Re: ESN v. Cisco update and important new date in CT case | Email regarding new venue case and how it relates to case strategy. | Attorney/Client Work Product (ordinary and opinion) |
| 36b | | | | (logged at 25a) | | | | | |
| 36c | | | | (logged at 25b) | | | | | |
| 36d | | | | (logged at 25c) | | | | | |

Cisco's Log of Documents Not Produced in *Albritton v. Cisco*

| Number | Bates Begin | Bates End | Date | From | To | CC | Title | Description | Privilege Type |
|---|---|---|---|---|---|---|---|---|---|
| 36e | | | | (logged at 25d) | | | | | |
| 37a | CISCO PRIVILEGED. 000175 | CISCO PRIVILEGED. 000175 | 19-Oct-2007 8:10 AM | Mallun Yen | Marta Beckwith Michael Ritter Rick Frenkel | Mark Michels | RE: | Email responding to email regarding selection of local counsel and strategy for filing declaratory judgment action. | Attorney/Client Work Product (ordinary and opinion) |
| 37b | | | 19-Oct-2007 7:19 AM | Marta Beckwith | Rick Frenkel Mallun Yen Michael Ritter | Mark Michels | RE: | Email regarding selection of local counsel and strategy for filing declaratory judgment action. | Attorney/Client Work Product (ordinary and opinion) |
| 37c | | | 18-Oct-2007 11:51 PM | Rick Frenkel | Marta Beckwith Mallun Yen Michael Ritter | Mark Michels | | Email regarding strategy for filing declaratory judgment action. | Attorney/Client Work Product (ordinary and opinion) |
| 38a | CISCO PRIVILEGED. 000176 | CISCO PRIVILEGED. 000176 | 29-Oct-2007 8:16 PM | Rick Frenkel | Marta Beckwith | Mark Michels Michael Ritter | RE: Otis | Email regarding selection of local counsel | Attorney/Client Work Product (ordinary) |
| 38b | | | 29-Oct-2007 7:53 PM | Marta Beckwith | Rick Frenkel | Michael Ritter Mark Michels | Otis | Email regarding selection of local counsel and case strategy | Attorney/Client Work Product (ordinary and opinion) |
| 39 | CISCO PRIVILEGED. 000177 | CISCO PRIVILEGED. 000177 | 28-Nov-2007 1:30 PM | Rick Frenkel | Mark Michels Marta Beckwith Victoria Maroulis (Quinn Emanuel) | | ESN | Email regarding strategy with respect to discussing revenue numbers with ESN. | Attorney/Client Work Product (ordinary and opinion) |
| 40a | CISCO PRIVILEGED. 000178 | CISCO PRIVILEGED. 000180 | 17-Oct-2007 9:50 PM | Rick Frenkel | Mallun Yen Mark Michels Marta Beckwith Michael Ritter | | RE: Amended ESN Complaint | Email regarding selection of counsel for ESN litigation. | Attorney/Client Work Product (ordinary) |

**Cisco's Log of Documents Not Produced in *Albritton v. Cisco***

| Number | Bates Begin | Bates End | Date | From | To | CC | Title | Description | Privilege Type |
|---|---|---|---|---|---|---|---|---|---|
| 40b | | | 17-Oct-2007 9:31 PM (PST) | (logged at 22c) | | | | | |
| 40c | | | 17-Oct-2007 2:41 PM | (logged at 22d) | Mallun Yen | | RE: Amended ESN Complaint | | |
| 40d | | | | (logged at 22e) | | | | | |
| 40e | | | | (this email was produced in the Albritton case and has already been logged—Cisco Privileged.000027) | | | | | |
| 41a | CISCO PRIVILEGED. 000181 | CISCO PRIVILEGED. 000182 | 25-Oct-2007 12:28 PM | Rick Frenkel | Victoria Maroulis (Quinn Emanuel) | Mark Michels Marta Beckwith Michael Ritter | FW: Cisco/ESN | Email regarding requirements to file motion in Connecticut. | Attorney/Client Work Product (ordinary) |
| 41b | | | 25-Oct-2007 12:25 PM | Kurt Pankratz (Baker Botts) | Marta Beckwith Rick Frenkel Michael Ritter Mark Michels | Bart Showalter (Baker Botts) Doug Kubehl (Baker Botts) Bryant. Boren (Baker Botts) | FW: Cisco/ESN | Emailin forwarding email regarding analysis of pleadings filed in Connecticut action | Attorney/Client Work Product (ordinary) |
| 41c | | | 25-Oct-2007 | Michael A. Bucci (Day Pitney) | Kurt Pankratz (Baker Botts) | Bart Showalter (Baker Botts) | Cisco/ESN | Email regarding analysis of pleadings filed in Connecticut action | Attorney/Client Work Product (ordinary) |
| 42a | CISCO PRIVILEGED. 000183 | CISCO PRIVILEGED. 000185 | 18-Oct-2007 8:09 AM | Rick Frenkel | Mallun Yen Mark Michels Marta Beckwith Michael Ritter | | RE: Amended ESN Complaint | Email regarding selection of counsel. | Attorney/Client Work Product (ordinary and opinion) |

**Cisco's Log of Documents Not Produced in *Albritton v. Cisco***

| Number | Bates Begin | Bates End | Date | From | To | CC | Title | Description | Privilege Type |
|---|---|---|---|---|---|---|---|---|---|
| 42b | | | | (logged at 22a) | | | | | |
| 42c | | | | (logged at 22b) | | | | | |
| 42d | | | | (logged at 22c) | | | | | |
| 42e | | | | (logged at 22d) | | | | | |
| 42f | | | | (logged at 22e) | | | | | |
| 42g | | | | (this email was produced in the Albritton case and has already been logged—Cisco Privileged.000027) | | | | | |
| 43a | CISCO PRIVILEGED. 000186 | CISCO PRIVILEGED. 000187 | 17-Oct-2007 10:03 PM | (logged at 22b) | Mallun Yen Marta Beckwith Michael Ritter Rick Frenkel | | RE: Amended ESN Complaint | Email regarding selection of counsel. | Attorney/Client Work Product (ordinary) |
| 43b | | | | (logged at 22c) | | | | | |
| 43c | | | | (logged at 22d) | | | | | |
| 43d | | | | (logged at 22e) | | | | | |

Cisco's Log of Documents Not Produced in *Albritton v. Cisco*

| Number | Bates Begin | Bates End | Date | From | To | CC | Title | Description | Privilege Type |
|---|---|---|---|---|---|---|---|---|---|
| 43e | | | | (this email was produced in the Albritton case and has already been logged—Cisco Privileged.000027) | | | | | |
| 44 | CISCO PRIVILEGED. 000188 | CISCO PRIVILEGED. 000188 | 15-Oct-2007 8:31 PM | Marta Beckwith | Mallun Yen | John Noh | ESN Complaint | Email regarding mechanics and strategy fro filing declaratory judgment action. | Attorney/Client Work Product (ordinary) |
| 45a | CISCO PRIVILEGED. 000189 | CISCO PRIVILEGED. 000189 | 15-Oct-2007 4:02 PM | John Noh | Marta Beckwith | | RE: We were just sued by ESN, LLC | Email responding to email regarding strategy for filing declaratory judgment action. | Attorney/Client Work Product (ordinary) |
| 45b | | | 15-Oct-2007 4:01 PM | Marta Beckwith | John Noh | | FW: We were just sued by ESN, LLC | Email responding to email regarding strategy for filing declaratory judgment action. | Attorney/Client Work Product (ordinary) |
| 45c | | | | (this email was produced in the Albritton case and has already been logged—Cisco Privileged.000027) | | | | | |
| 46a | CISCO PRIVILEGED. 000190 | CISCO PRIVILEGED. 000191 | 18-Oct-2007 9:57 AM | Neal Rubin | John Noh Mallun Yen Mark Chandler Matthew Tanielian | | RE: ESN | Email regarding local counsel in another case | Attorney/Client Work Product (ordinary) |
| 46b | | | | (this email was produced in the Albritton case and has already been logged—Cisco Privileged.000011) | | | FW: ESN | | |
| 46c | | | | (this email was produced in the Albritton case and has already been logged—Cisco Privileged.000011) | | | | | |

Cisco's Log of Documents Not Produced in *Albritton v. Cisco*

| Number | Bates Begin | Bates End | Date | From | To | CC | Title | Description | Privilege Type |
|---|---|---|---|---|---|---|---|---|---|
| 46d | | | | (this email was produced in the Albritton case and has already been logged—Cisco Privileged.000011) | | | | | |
| 47a | CISCO PRIVILEGED. 000195 | CISCO PRIVILEGED 000197 | 16-Oct-2007 9:14 PM | Kurt. Pankratz (Baker Botts) | Mallun Yen Marta Beckwith | Bart Showalter (Baker Botts) Michael Ritter Rick Frenkel | Re: Complaint for Declaratory Judgment | Email regarding status of filings in the ESN case | Attorney/Client Work Product (ordinary) |
| 47b | | | 16-Oct-2007 10:43 PM | Mallun Yen | Marta Beckwith | Bart Showalter (Baker Botts) Rick Frenkel Michael Ritter | Re: Complaint for Declaratory Judgment | Email regarding status of filings in the ESN case | Attorney/Client Work Product (ordinary) |
| 47c | | | 16-Oct-2007 1:39 PM | Marta Beckwith | Michael A Bucci (Day Pitney) Kurt Pankratz (Baker Botts) James Sicilian (Day Pitney) | Bart Showalter (Baker Botts) Mallun Yen | Re: Complaint for Declaratory Judgment | Response to update regarding service of papers in Connecticut lawsuit | Attorney/Client Work Product (ordinary) |
| 47d | | | 16-Oct-2007 12:39 PM | Michael A Bucci (Day Pitney) | Marta Beckwith Kurt Pankratz (Baker Botts) | Bart Showalter (Baker Botts) | Re: Complaint for Declaratory Judgment | Update regarding service of papers in Connecticut lawsuit | Attorney/Client Work Product (ordinary) |
| 47e | | | 16-Oct-2007 12:29 PM | Marta Beckwith | Michael A Bucci (Day Pitney) Kurt. Pankratz (Baker Botts) James Sicilian (Day Pitney) | Bart Showalter (Barker Botts) | Re: Complaint for Declaratory Judgment | Email asking about filing and service of papers in Connecticut lawsuit | Attorney/Client Work Product (ordinary) |

**Cisco's Log of Documents Not Produced in *Albritton v. Cisco***

| Number | Bates Begin | Bates End | Date | From | To | CC | Title | Description | Privilege Type |
|---|---|---|---|---|---|---|---|---|---|
| 47f | | | 16-Oct-2007 7:35 AM | Michael A Bucci (Day Pitney) | Marta Beckwith Kurt Pancratz (Baker Botts) James Sicilian (Day Pitney) | Bart Showalter (Baker Botts) | Re: Complaint for Declaratory Judgment | Email discussing complaint and summons for declaratory judgment in Connecticut | Attorney/Client Work Product (ordinary and opinion) |
| 47g | | | 16-Oct-2007 10:26 AM | Marta Beckwith | Michael A Bucci (Day Pitney) Kurt Pancratz (Baker Botts) James Sicilian (Day Pitney) | Bart Showalter (Baker Botts) | Re: Complaint for Declaratory Judgment | Email discussing change to complaint and summons for declaratory judgment in Connecticut | Attorney/Client Work Product (ordinary and opinion) |
| 47h | | | 16-Oct-2007 6:53 AM | Michael A Bucci | Kurt Pancratz (Baker Botts) James Sicilian (Day Pitney) | Marta Beckwith Bart Showalter (Baker Botts) | Re: Complaint for Declaratory Judgment | Email discussing complaint and summons for declaratory judgment in Connecticut | Attorney/Client Work Product (ordinary and opinion) |
| 47i | | | 16-Oct-2007 8:59 AM | 'kurt.pankratsz@bakerbotts.com' | James Sicilian (Day Pitney) Michael A Bucci (Day Pitney) | Marta Beckwith Bart Showalter (Baker Botts) | Complaint for Declaratory Judgment | Email discussing complaint and summons for declaratory judgment in Connecticut | Attorney/Client Work Product (ordinary and opinion) |
| 48a | CISCO PRIVILEGED. 000198 | CISCO PRIVILEGED. 000199 | 19-Oct-2007 8:59 AM | (this email was produced in the Albritton case and has already been logged—Cisco Privileged.000227) | | | | | |

Cisco's Log of Documents Not Produced in *Albritton v. Cisco*

| Number | Bates Begin | Bates End | Date | From | To | CC | Title | Description | Privilege Type |
|---|---|---|---|---|---|---|---|---|---|
| 48b | | | 19-Oct-2007 10:56 AM | (this email was produced in the Albritton case and has already been logged—Cisco Privileged.000227) | | | | | |
| 48c | | | | (this email was produced in the Albritton case and has already been logged—Cisco Privileged.000227) | | | | | |
| 48d | | | | (this email was produced in the Albritton case and has already been logged—Cisco Privileged.000227) | | | | | |
| 49a | CISCO PRIVILEGED. 000200 | CISCO PRIVILEGED. 000201 | 16-Oct-2007 4:43 AM | Kurt Pankratz (Baker Botts) | Bart Showalter (Baker Botts) Mallun Yen Marta Beckwith Michael Ritter Rick Frenkel | Dan Lang | Re: Urgent – please read – ESN | Email regarding timing of filing of complaint in the Connecticut lawsuit | Attorney/Client Work Product (ordinary) |
| 49b | | | 16-Oct-2007 1:34 AM | (this email was produced in the Albritton case and has already been logged—Cisco Privileged.000008) | | | | | |
| 50a | CISCO PRIVILEGED. 000202 | CISCO PRIVILEGED. 000203 | 15-Oct-2007 8:08 PM | Rick Frenkel | O'Shaughnessy, William (McCarter) | Bright, William (MCarter) Giarratana, Mark (MCarter) Marta Beckwith Michael Ritter | RE: Conflict Check | Email regarding possible representation in Connecticut. | Attorney/Client Work Product (ordinary) |

Cisco's Log of Documents Not Produced in *Albritton v. Cisco*

| Number | Bates Begin | Bates End | Date | From | To | CC | Title | Description | Privilege Type |
|---|---|---|---|---|---|---|---|---|---|
| 50b | | | 15-Oct-2007 6:47 PM | William O'Shaughnessy (McCarter) | Rick Frenkel | William Bright (MCarter) Mark Giarratana (McCarter) | RE: Conflict Check | Email regarding possible representation in Connecticut. | Attorney/Client Work Product (ordinary) |
| 50c | | | 15-Oct-2007 7:40 PM | Rick Frenkel | William O'Shaughnessy (McCarter) | | Conflict Check | Email regarding possible representation in Connecticut. | Attorney/Client Work Product (ordinary) |
| 51a | CISCO PRIVILEGED. 000205 | CISCO PRIVILEGED. 000207 | 27-Oct-2007 10:21 AM | (logged at 25b) | | Katherine Bennett (Quinn Emanuel) Kevin Smith (Quinn Emanuel) Mark Michels Michael Ritter Sayuri Sharper (Quinn Emanuel) | Re: ESN v. Cisco: update and important new date in CT case | Email regarding legal strategy in dealing with venue issues. | Attorney/Client Work Product (ordinary and opinion) |
| 51b | | | 27-Oct-2007 10:00 AM | (logged at 25c) | | | | | |
| 51c | | | 27-Oct-2007 6:54 AM PST | (logged at 25d) | | | | | |
| 52a | CISCO PRIVILEGED. 000208 | CISCO PRIVILEGED. 000211 | 27-Oct-2007 6:49 PM | Marta Beckwith | Victoria Maroulis (Quinn Emanuel) Rick Frenkel | Katherine Bennett (Quinn Emanuel) Kevin Smith (Quinn Emanuel) Sayuri Sharper (Quinn Emanuel) Mark Michels Michael Ritter | Re: ESN v. Cisco: update and important new date in CT case | Email regarding legal advice from regarding case strategy | Attorney/Client Work Product (ordinary and opinion) |

Cisco's Log of Documents Not Produced in *Albritton v. Cisco*

| Number | Bates Begin | Bates End | Date | From | To | CC | Title | Description | Privilege Type |
|---|---|---|---|---|---|---|---|---|---|
| 52b | | | 27-Oct-2007 12:54 PM | Rick Frenkel | Victoria Maroulis (Quinn Emanuel) | Michael Ritter Mark Michels Sayuri Sharper (Quinn Emanuel) Kevin Smith (Quinn Emanuel) Katherine Bennett (Quinn Emanuel) | Re: ESN v. Cisco: update and important new date in CT case | Email regarding ESN's lack of contacts with the Eastern District of Texas | Attorney/Client Work Product (ordinary and opinion) |
| 52c | | | 27-Oct-2007 12:14 PM PST | Victoria Maroulis (Quinn Emanuel) | Rick Frenkel Marta Beckwith | Michael Ritter Mark Michels Sayuri Sharper (Quinn Emanuel) Kevin Smith (Quinn Emanuel) Katherine Bennett (Quinn Emanuel) | Re: ESN v. Cisco: update and important new date in CT case | Email regarding new case law regarding venue | Attorney/Client Work Product (ordinary and opinion) |
| 52d | | | 27-Oct-2007 11:26 AM | Rick Frenkel | Victoria Maroulis (Quinn Emanuel) Marta Beckwith | Michael Ritter Mark Michels Sayuri Sharper (Quinn Emanuel) Kevin Smith (Quinn Emanuel) Katherine Bennett (Quinn Emanuel) | Re: ESN v. Cisco: update and important new date in CT case | Email regarding call and new case law regarding venue. | Attorney/Client Work Product (ordinary and opinion) |
| 52e | | | | (logged at 25b) | | | | | |
| 52f | | | | (logged at 25c) | | | | | |
| 52g | | | | (logged at 25d) | | | | | |
| 53a | CISCO PRIVILEGED. 000213 | CISCO PRIVILEGED. 000214 | 18-Oct-2007 9:08 PM | Mallun Yen | Marta Beckwith Michael Ritter Rick Frenkel | | RE: Nuance | Email regarding the proper way to handle a problem with a filing | Attorney/Client Work Product (ordinary and opinion) |
| 53b | | | 18-Oct-2007 6:01 PM | Rick Frenkel | Marta Beckwith Mallun Yen Michael Ritter | | RE: Nuance | Email regarding research and analysis regarding ESN litigation | Attorney/Client Work Product (ordinary and |

**Cisco's Log of Documents Not Produced in *Albritton v. Cisco***

| Number | Bates Begin | Bates End | Date | From | To | CC | Title | Description | Privilege Type |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | opinion) |
| 53c | | | 18-Oct-2007 5:53 PM | Marta Beckwith | Mallun Yen Rick Frenkel Michael Ritter | | Nuance | Email analysis regarding ESN litigation and possible local counsel | Attorney/Client Work Product (ordinary and opinion) |
| 54a | CISCO PRIVILEGED. 000215 | CISCO PRIVILEGED. 000217 | 15-Oct-2007 8:48 PM | Marta Beckwith | Rick Frenkel | Michael Ritter | RE: Conflict Check | Email regarding selection of counsel and filing of declaratory judgment action. | Attorney/Client Work Product (ordinary and opinion) |
| 54b | | | 15-Oct-2007 8:45 PM | Rick Frenkel | Marta Beckwith | Michael Ritter | RE: Conflict Check | Email regarding suspicions regarding filing of complaint and legal strategy and opinion regarding same. | Attorney/Client Work Product (ordinary and opinion) |
| 54c | | | 15-Oct-2007 8:13 PM | Marta Beckwith | Rick Frenkel | Michael Ritter | RE: Conflict Check | Email regarding selection of counsel and filing of declaratory judgment action. | Attorney/Client Work Product (ordinary) |
| 54d | | | | (logged at 50a) | | | | | |
| 54e | | | | (logged at 50b) | | | | | |
| 54f | | | | (logged at 50c) | | | | | |
| 55a | CISCO PRIVILEGED. 000218 | CISCO PRIVILEGED. 000220 | 27-Oct-2007 10:10 AM | (logged at 25c) | Victoria Maroulis (Quinn Emanuel) Marta Beckwith | Katherine Bennett' (Quinn Emanuel) Kevin Smith (Quinn Emanuel) Sayuri Sharper (Quinn Emanuel) Mark Michels Michael Ritter | Re: ESN v. Cisco: update and important new date in CT case | Email regarding status of declaratory judgment action and local counsel. | Attorney/Client Work Product (ordinary and opinion) |
| 55b | | | | (logged at 25d) | | | | | |

Cisco's Log of Documents Not Produced in *Albritton v. Cisco*

| Number | Bates Begin | Bates End | Date | From | To | CC | Title | Description | Privilege Type |
|---|---|---|---|---|---|---|---|---|---|
| 56a | CISCO PRIVILEGED. 000221 | CISCO PRIVILEGED. 000224 | 27-Oct-2007 12:54 PM | (logged at 52b) | | | | | |
| 56b | | | | (logged at 52c) | | | | | |
| 56c | | | | (logged at 52d) | | | | | |
| 56d | | | | (logged at 25b) | | | | | |
| 56e | | | | (logged at 25c) | | | | | |
| 56f | | | | (logged at 25d) | | | | | |
| 57a | CISCO PRIVILEGED. 000225 | CISCO PRIVILEGED. 000226 | 16-Oct-2007 8:33 PM | Mark Michels | Mallun Yen Marta Beckwith Michael Ritter Rick Frenkel | Dan Lang | RE: We were just sued by ESN, LLC | Email regarding opinions regarding Girard in another case | Attorney/Client Work Product (ordinary and opinion) |
| 57b | | | | (logged at 7b) | | | | | |
| 57c | | | | (logged at 7c) | | | | | |
| 58a | CISCO PRIVILEGED. 000229 | CISCO PRIVILEGED. 000230 | 18-Oct-2007 11:33 AM | (this email was produced in the Albritton case and has already been logged—Cisco Privileged.0000105) | | | | | |

Cisco's Log of Documents Not Produced in *Albritton v. Cisco*

| Number | Bates Begin | Bates End | Date | From | To | CC | Title | Description | Privilege Type |
|--------|-------------|-----------|------|------|-----|-----|-------|-------------|----------------|
| 58b | | | 18-Oct-2007 11:27 AM | (this email was produced in the Albritton case and has already been logged—Cisco Privileged.0000105) | | | | | |
| 58c | | | | (this email was produced in the Albritton case and has already been logged—Cisco Privileged.0000105) | | | | | |
| 59a | CISCO PRIVILEGED. 000238 | CISCO PRIVILEGED. 000238 | 19-Oct-2007 8:56 AM | (This email was produced in the Albritton case and has already been logged—Cisco Privileged.000227) | | | | | |
| 59b | | | | (This email was produced in the Albritton case and has already been logged—Cisco Privileged.000227) | | | | | |
| 59c | | | | (This email was produced in the Albritton case and has already been logged—Cisco Privileged.000227) | | | | | |
| 60a | CISCO PRIVILEGED. 000239 | CISCO PRIVILEGED. 000241 | 31-Oct-2007 6:47 PM | (This email was produced in the Albritton case and has already been logged— | | | | | |

**Cisco's Log of Documents Not Produced in *Albritton v. Cisco***

| Number | Bates Begin | Bates End | Date | From | To | CC | Title | Description | Privilege Type |
|--------|-------------|-----------|------|------|-----|-----|-------|-------------|----------------|
| | | | | Cisco Privileged.000231) | | | | | |
| 60b | | | 31-Oct-2007 5:04 PM | (This email was produced in the Albritton case and has already been logged— Cisco Privileged.000231) | | | | | |
| 60c | | | 30-Oct-2007 3:24 PM | (This email was produced in the Albritton case and has already been logged— Cisco Privileged.000231) | | | | | |
| 60d | | | 30-Oct-2007 2:38 PM | (This email was produced in the Albritton case and has already been logged— Cisco Privileged.000231) | | | | | |
| 60e | | | 30-Oct-2007 11:06 AM | (This email was produced in the Albritton case and has already been logged— Cisco Privileged.000227) | | | | | |
| 61a | CISCO PRIVILEGED 000242 | CISCO PRIVILEGED. 000243 | 17-Oct-2007 | (logged at 22c) | | | | | |
| 61b | | | | (logged at 22d) | | | | | |
| 61c | | | | (logged at 22e) | | | | | |
| 61d | | | | (this email was produced in the Albritton case and | | | | | |

Cisco's Log of Documents Not Produced in *Albritton v. Cisco*

| Number | Bates Begin | Bates End | Date | From | To | CC | Title | Description | Privilege Type |
|---|---|---|---|---|---|---|---|---|---|
| | | | | has already been logged—Cisco Privileged.000027) | | | | | |
| 62 | CISCO PRIVILEGED. 000244 | CISCO PRIVILEGED. 000244 | 18-Oct-2007 11:51 PM | (this email was produced in the Albritton case and has already been logged—Cisco Privileged.000254) | | | | | |
| 63a | CISCO PRIVILEGED. 000245 | CISCO PRIVILEGED. 000249 | 27-Oct-2007 10:19 PM | Victoria Maroulis (Quinn Emanuel) | Marta Beckwith Rick Frenkel | Katherine Bennett (Quinn Emanuel) Kevin Smith (Quinn Emanuel) Mark Michels Michael Ritter Sayuri Sharper (Quinn Emanuel) | Re: ESN v. Cisco: update and important new date in CT case | Email regarding conference call and evaluation of ESN's connections with Texas. | Attorney/Client Work Product (ordinary and opinion) |
| 63b | | | | (logged at 52a) | | | | | |
| 63c | | | | (logged at 52b) | | | | | |
| 63d | | | | (logged at 52c) | | | | | |
| 63e | | | | (logged at 52d) | | | | | |
| 63f | | | | (logged at 25b) | | | | | |
| 63g | | | | (logged at 25c) | | | | | |
| 63h | | | | (logged at 25d) | | | | | |
| 64a | CISCO PRIVILEGED. 000252 | CISCO PRIVILEGED. 000252 | 15-Oct-2007 8:52 PM | Mallun Yen | Marta Beckwith | John Noh Mark Chandler | RE: ESN complaint | Email thanking Marta for the update | Attorney/Client Work Product (ordinary) |

**Cisco's Log of Documents Not Produced in *Albritton v. Cisco***

| Number | Bates Begin | Bates End | Date | From | To | CC | Title | Description | Privilege Type |
|---|---|---|---|---|---|---|---|---|---|
| 64b | | | | (logged at 44) | | | | | |
| 65a | CISCO PRIVILEGED. 000253 | CISCO PRIVILEGED. 00253 | 18-Oct-2007 5:08 PM | Mark Chandler | Mallun Yen | | RE: ESN | Email asking about response from potential counsel. | Attorney/Client Work Product (ordinary) |
| 65b | | | 18-Oct-2007 9:26 AM | Mallum Yen | Mark Chandler John Noh | | FW: ESN | Email about calling counsel about legal issues. | Attorney/Client Work Product (ordinary) |
| 65c | | | | (this email was produced in the Albritton case and has already been logged—Cisco Privileged.000004) | | | | | |
| 66a | CISCO PRIVILEGED. 000262 | CISCO PRIVILEGED. 000263 | 18-Oct-2007 9:06 PM | Mallun Yen | John Noh Mark Chandler Matthew Tanielian | | FW: Nuance | Email regarding legal analysis and opinion regarding ESN lawsuit | Attorney/Client Work Product (ordinary and opinion) |
| 66b | | | | (logged at 53b) | | | | | |
| 66c | | | | (logged at 53c) | | | | | |
| 67a | CISCO PRIVILEGED. 000266 | CISCO PRIVILEGED. 000268 | 18-Oct-2007 11:43 AM | (this email was produced in the Albritton case and has already been logged—Cisco Privileged.0000103) | | | | | |
| 67b | | | 18-Oct-2007 11:44 AM | (this email was produced in the Albritton case and has already been logged—Cisco Privileged.000103) | | | | | |
| 67c | | | 18-Oct-2007 11:40 Am | (this email was produced in the Albritton case and has already been | | | | | |

**Cisco's Log of Documents Not Produced in *Albritton v. Cisco***

| Number | Bates Begin | Bates End | Date | From | To | CC | Title | Description | Privilege Type |
|---|---|---|---|---|---|---|---|---|---|
| | | | | logged—Cisco Privileged.0000103) | | | | | |
| 67d | | | 18-Oct-2007 11:38 AM | (this email was produced in the Albritton case and has already been logged—Cisco Privileged.0000103) | | Dan Lang | RE: ESN | | |
| 67e | | | 18-Oct-2007 11:33 AM | (this email was produced in the Albritton case and has already been logged—Cisco Privileged.0000103) | | | | | |
| 67f | | | 18-Oct-2007 11:27 AM | (this email was produced in the Albritton case and has already been logged—Cisco Privileged.0000103) | | | | | |
| 67g | | | 18-Oct-2007 11:23 AM | (this email was produced in the Albritton case and has already been logged—Cisco Privileged.0000103) | | | | | |
| 68a | CISCO PRIVILEGED. 000273 | CISCO PRIVILEGED. 000274 | 18-Oct-2007 9:08 PM | Mallun Yen | Mark Chandler | | RE: ESN | Email regarding selection of counsel. | Attorney/Client Work Product (ordinary and opinion) |
| 68b | | | | (logged at 65a) | | | | | |
| 68c | | | | (logged at 65b) | | | | | |
| 68d | | | | (this email was produced in the Albritton case and has already been logged—Cisco Privileged.000004) | | | | | |

**Cisco's Log of Documents Not Produced in *Albritton v. Cisco***

| Number | Bates Begin | Bates End | Date | From | To | CC | Title | Description | Privilege Type |
|---|---|---|---|---|---|---|---|---|---|
| 69a | CISCO PRIVILEGED. 000275 | CISCO PRIVILEGED. 000275 | 17-Oct-2007 6:26 PM | Mallun Yen | John Noh Marta Beckwith | Michael Ritter | RE: ESN complaint | Update about status of filings in ESN litigation. | Attorney/Client Work Product (ordinary) |
| 69b | | | 17-Oct-2007 6:11 PM | John Noh | Marta Beckwith Mallun Yen | | RE: ESN complaint | Request for update about status of filings in ESN litigation | Attorney/Client Work Product (ordinary) |
| 69c | | | | (logged at 44) | | | | | |
| 70a | CISCO PRIVILEGED. 000282 | CISCO PRIVILEGED. 000283 | 15-Oct-2007 4:13 PM | Mallun Yen | Mark Chandler | | FW: We were just sued by ESN, LLC | Email regarding summary of claims and strategy in ESN litigation. | Attorney/Client Work Product (ordinary and opinion) |
| 70b | | | | (this email was produced in the Albritton case and has already been logged—Cisco Privileged.000027) | | | | | |
| 71a | CISCO PRIVILEGED. 000284 | CISCO PRIVILEGED. 000284 | 17-Oct-2007 2:32 PM | (logged at 22e) | | | | | |
| 71b | | | | (this email was produced in the Albritton case and has already been logged—Cisco Privileged.000027) | | | | | |
| 72a | CISCO PRIVILEGED. 000285 | CISCO PRIVILEGED. 000286 | 15-Oct-2007 | Mark Chandler | Mallun Yen | | | Email regarding topics for meeting. | Attorney/Client Work Product (ordinary) |
| 72b | | | | (logged at 70a) | | | | | |
| 72c | | | | (this email was produced in the Albritton case and has already been logged—Cisco Privileged.000027) | | | | | |
| 73 | CISCO PRIVILEGED. 000288 | CISCO PRIVILEGED. 000323 | | | | | | Chart of patent lawsuits (redacting parts unrelated to ESN litigation) | Attorney/Client Work Product (ordinary) |

Cisco's Log of Documents Not Produced in *Albritton v. Cisco*

| Number | Bates Begin | Bates End | Date | From | To | CC | Title | Description | Privilege Type |
|---|---|---|---|---|---|---|---|---|---|
| 74a | CISCO PRIVILEGED. 000325 | CISCO PRIVILEGED. 000326 | 15-Oct-2007 3:25 PM | (logged at 7b) | | | | | |
| 74b | | | 15-Oct-2007 3:00 PM | (this email was produced in the Albritton case and has already been logged—Cisco Privileged.000027) | | | | | |