IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

| | | |
|---|---|---|
| JOHN WARD, JR. | § § § | |
| | § | C. A. NO. 08-4022 |
| v. | § | JURY TRIAL DEMANDED |
| | § § | |
| CISCO SYSTEMS, INC. | § | |

# ORDER DENYING PLAINTIFF'S MOTION FOR AN ORDER DIRECTING CISCO TO PROVIDE IDENTIFIED DOCUMENTS TO THE COURT FOR *IN CAMERA* REVIEW

The Court, having considered Defendant Cisco Systems, Inc.'s Response to Plaintiff's Submission Log and Motion for an Order Directing Cisco to Provide Identified Documents to the Court for *In Camera* Review, and any responses thereto in the above-referenced lawsuit, hereby ORDERS that:

Plaintiff's Submission Log and Motion for an Order Directing Cisco to Provide Identified Documents to the Court for *In Camera* Review is DENIED.

It is hereby ORDERED that Plaintiff's Submission Log and Motion for an Order Directing Cisco to Provide Identified Documents to the Court for *In Camera* Review is DENIED.

5550288v.1