Ward v. Cisco Systems, Inc. et al
Case 4:08-cv-04022-JLH   Document 78-6   Filed 07/01/09   Page 1 of 14
Doc. 78 Att. 5

# EXHIBIT "F"

**5:08-cv-00020-DF** ESN LLC v. Cisco Systems, Inc. et al
David Folsom, presiding
**Date filed:** 01/31/2008
**Date of last filing:** 06/25/2009

# Attorneys

| | | |
|---|---|---|
| **Eric M. Albritton**<br>Albritton Law Firm<br>PO Box 2649<br>Longview, TX 75606<br>903-757-8449<br>903-758-7397 (fax)<br>ema@emafirm.com<br>*Assigned: 01/31/2008*<br>*ATTORNEY TO BE NOTICED* | representing | **ESN LLC**<br>*(Counter Defendant)* |
| | | **ESN LLC**<br>*(Plaintiff)* |
| **Matthew N Allison**<br>McAndrews Held & Malloy<br>500 W Madison Street<br>Suite 3400<br>Chicago, IL 60661<br>312/775-8000<br>312/775-8100 (fax)<br>mallison@mcandrews-ip.com<br>*Assigned: 03/25/2008*<br>*ATTORNEY TO BE NOTICED* | representing | **ESN LLC**<br>*(Plaintiff)* |
| **Katherine H Bennett**<br>Quinn Emanuel Urquhart Oliver & Hedges LLP - San Francisco<br>50 California Street<br>22nd Floor<br>San Francisco, CA 94111<br>415/875-6600<br>415/875-6700 (fax)<br>katherinebennett@quinnemanuel.com<br>*Assigned: 03/20/2008*<br>*TERMINATED: 03/03/2009* | representing | **Cisco Systems, Inc.**<br>*(Defendant)* |

| | | |
|---|---|---|
| | | **Cisco-Linksys LLC** *(Defendant)* |
| **Heather Bjella** <br> McAndrews Held & Malloy <br> 500 W Madison Street <br> Suite 3400 <br> Chicago, IL 60661 <br> 312-775-8000 <br> 312-775-8100 (fax) <br> hbjella@mcandrews-ip.com <br> *Assigned: 11/19/2008* <br> *PRO HAC VICE* <br> *ATTORNEY TO BE NOTICED* | representing | **ESN LLC** *(Counter Defendant)* |
| | | **ESN LLC** *(Plaintiff)* |
| **Matthew D Cannon** <br> Quinn Emanuel Urquhart Oliver & Hedges LLP - San Francisco <br> 50 California Street <br> 22nd Floor <br> San Francisco, CA 94111 <br> 415/875-6600 <br> 415/875-6700 (fax) <br> matthewcannon@quinnemanuel.com <br> *Assigned: 12/15/2008* <br> *PRO HAC VICE* <br> *ATTORNEY TO BE NOTICED* | representing | **Cisco Systems, Inc.** *(Counter Claimant)* |
| | | **Cisco Systems, Inc.** *(Defendant)* |
| | | **Cisco-Linksys LLC** *(Counter Claimant)* |
| | | **Cisco-Linksys LLC** *(Defendant)* |

| | | |
|---|---|---|
| **Garret Wesley Chambers**<br>McKool Smith - Dallas<br>300 Crescent Court<br>Suite 1500<br>Dallas, TX 75201<br>214/978-4000<br>12149784044 (fax)<br>gchambers@mckoolsmith.com<br>*Assigned: 03/06/2008*<br>*TERMINATED: 03/23/2009* | representing | **Cisco Systems, Inc.**<br>*(Counter Claimant)* |
| | | **Cisco Systems, Inc.**<br>*(Defendant)* |
| | | **Cisco-Linksys LLC**<br>*(Counter Claimant)* |
| | | **Cisco-Linksys LLC**<br>*(Defendant)* |
| | | **Cisco Systems, Inc.**<br>*(Counter Claimant)* |
| **Michael Edwin Jones**<br>Potter Minton PC<br>110 N College<br>Suite 500<br>PO Box 359<br>Tyler, TX 75710-0359<br>903/597/8311<br>9035930846 (fax)<br>mikejones@potterminton.com<br>*Assigned: 03/23/2009*<br>*ATTORNEY TO BE NOTICED* | representing | **Cisco Systems, Inc.**<br>*(Defendant)* |
| | | **Cisco-Linksys LLC**<br>*(Defendant)* |

| | | |
|---|---|---|
| **Victoria Fishman Maroulis**<br>Quinn Emanuel Urquhart Oliver & Hedges - Redwood<br>555 Twin Dolphin Dr<br>Suite 560<br>Redwood Shores, CA 94065<br>650/801-5000<br>650/801-5100 (fax)<br>victoriamaroulis@quinnemanuel.com<br>*Assigned: 03/24/2008*<br>*ATTORNEY TO BE NOTICED* | representing | **Cisco Systems, Inc.**<br>*(Defendant)* |
| | | **Cisco-Linksys LLC**<br>*(Defendant)* |
| | | **Cisco Systems, Inc.**<br>*(Counter Claimant)* |
| | | **Cisco-Linksys LLC**<br>*(Counter Claimant)* |
| **George P McAndrews**<br>McAndrews Held & Malloy<br>500 W Madison Street<br>Suite 3400<br>Chicago, IL 60661<br>312.775.8000<br>312.775.8100 (fax)<br>gmcandrews@mcandrews-ip.com<br>*Assigned: 03/25/2008*<br>*ATTORNEY TO BE NOTICED* | representing | **ESN LLC**<br>*(Plaintiff)* |
| **Paul McAndrews**<br>McAndrews Held & Malloy<br>500 W Madison Street<br>Suite 3400<br>Chicago, IL 60661<br>312.775.8000<br>312.775.8100 (fax)<br>pwmcandrews@mcandrews-ip.com<br>*Assigned: 03/25/2008* | representing | **ESN LLC**<br>*(Plaintiff)* |

*ATTORNEY TO BE NOTICED*

**Peter J McAndrews**
McAndrews Held & Malloy
500 W Madison Street
Suite 3400
Chicago, IL 60661
312.775.8000
312.775.8100 (fax)
pmcandrews@mcandrews-ip.com
 *Assigned: 03/25/2008*
 *ATTORNEY TO BE NOTICED*

representing

**ESN LLC**
*(Plaintiff)*

**Sayuri K Sharper**
Quinn Emanuel Urquhart Oliver & Hedges - Redwood
555 Twin Dolphin Dr
Suite 560
Redwood Shores, CA 94065
650/801-5000
650/801-5100 (fax)
sayurisharper@quinnemanuel.com
 *Assigned: 03/20/2008*
 *ATTORNEY TO BE NOTICED*

representing

**Cisco Systems, Inc.**
*(Defendant)*

**Cisco-Linksys LLC**
*(Defendant)*

**Kevin A Smith**
Quinn Emanuel Urquhart Oliver & Hedges LLP - San Francisco
50 California Street
22nd Floor
San Francisco, CA 94111
415/875-6383
415/875-6700 (fax)
kevinsmith@quinnemanuel.com
 *Assigned: 03/20/2008*
 *ATTORNEY TO BE NOTICED*

representing

**Cisco Systems, Inc.**
*(Defendant)*

**Cisco-Linksys LLC**
*(Defendant)*

| | | |
|---|---|---|
| **Charles K Verhoeven**<br>Quinn Emanuel Urquhart Oliver & Hedges LLP - San Francisco<br>50 California Street<br>22nd Floor<br>San Francisco, CA 94111<br>415/875-6600<br>415/875-6700 (fax)<br>charlesverhoeven@quinnemanuel.com<br>*Assigned: 03/20/2008*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* | representing | **Cisco Systems, Inc.**<br>*(Defendant)* |
| | | **Cisco-Linksys LLC**<br>*(Defendant)* |
| **Thomas John Ward, Jr**<br>Ward & Smith Law Firm<br>P O Box 1231<br>Longview, TX 75606-1231<br>903/757-6400<br>903/757-2323 (fax)<br>jw@jwfirm.com<br>*Assigned: 03/06/2008*<br>*ATTORNEY TO BE NOTICED* | representing | **ESN LLC**<br>*(Counter Defendant)* |
| | | **ESN LLC**<br>*(Plaintiff)* |
| **Gerald C Willis, Jr**<br>McAndrews Held & Malloy<br>500 W Madison Street<br>Suite 3400<br>Chicago, IL 60661<br>312.775.8000<br>312.775.8100 (fax)<br>jwillis@mcandrews-ip.com<br>*Assigned: 03/25/2008*<br>*ATTORNEY TO BE NOTICED* | representing | **ESN LLC**<br>*(Plaintiff)* |

**Thomas J Wimbiscus**
McAndrews Held & Malloy
500 W Madison Street
Suite 3400

Chicago, IL 60661  
312/775-8000  
312/775-8100 (fax)  
twimbiscus@mcandrews-ip.com  
*Assigned: 03/25/2008*  
*ATTORNEY TO BE NOTICED*

representing **ESN LLC**  
*(Plaintiff)*

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 06/30/2009 16:53:16 | | | |
| **PACER Login:** | jw0015 | **Client Code:** | 132824.00001 cjp2 review |
| **Description:** | Attorney List | **Search Criteria:** | 5:08-cv-00020-DF |
| **Billable Pages:** | 3 | **Cost:** | 0.24 |

**5:07-cv-00156-DF-CMC** ESN LLC v. Cisco Systems Inc et al
David Folsom, presiding
Caroline Craven, referral
**Date filed:** 10/15/2007
**Date terminated:** 11/20/2007
**Date of last filing:** 11/20/2007

# Attorneys

| | | |
|---|---|---|
| **Eric M. Albritton**<br>Albritton Law Firm<br>PO Box 2649<br>Longview, TX 75606<br>903-757-8449<br>903-758-7397 (fax)<br>ema@emafirm.com<br>*Assigned: 10/15/2007*<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* | representing | **ESN LLC**<br>*(Plaintiff)* |
| **George P McAndrews**<br>McAndrews Held & Malloy<br>500 W Madison Street<br>Suite 3400<br>Chicago, IL 60661<br>312.775.8000<br>312.775.8100 (fax)<br>gmcandrews@mcandrews-ip.com<br>*Assigned: 10/29/2007*<br>*ATTORNEY TO BE NOTICED* | representing | **ESN LLC**<br>*(Plaintiff)* |
| **Paul McAndrews**<br>McAndrews Held & Malloy<br>500 W Madison Street<br>Suite 3400<br>Chicago, IL 60661<br>312.775.8000<br>312.775.8100 (fax)<br>pwmcandrews@mcandrews-ip.com<br>*Assigned: 10/29/2007*<br>*ATTORNEY TO BE NOTICED* | representing | **ESN LLC**<br>*(Plaintiff)* |
| **Peter J McAndrews**<br>McAndrews Held & Malloy | | |

|  |  |  |
|---|---|---|
| 500 W Madison Street<br>Suite 3400<br>Chicago, IL 60661<br>312.775.8000<br>312.775.8100 (fax)<br>pmcandrews@mcandrews-ip.com<br>*Assigned: 10/29/2007*<br>*ATTORNEY TO BE NOTICED* | representing | **ESN LLC**<br>*(Plaintiff)* |
| **Thomas John Ward, Jr**<br>Ward & Smith Law Firm<br>P O Box 1231<br>Longview, TX 75606-1231<br>903/757-6400<br>903/757-2323 (fax)<br>jw@jwfirm.com<br>*Assigned: 10/16/2007*<br>*ATTORNEY TO BE NOTICED* | representing | **ESN LLC**<br>*(Plaintiff)* |
| **Gerald C Willis, Jr**<br>McAndrews Held & Malloy<br>500 W Madison Street<br>Suite 3400<br>Chicago, IL 60661<br>312.775.8000<br>312.775.8100 (fax)<br>jwillis@mcandrews-ip.com<br>*Assigned: 10/29/2007*<br>*ATTORNEY TO BE NOTICED* | representing | **ESN LLC**<br>*(Plaintiff)* |
| **Thomas J Wimbiscus**<br>McAndrews Held & Malloy<br>500 W Madison Street<br>Suite 3400<br>Chicago, IL 60661<br>312/775-8000<br>312/775-8100 (fax)<br>twimbiscus@mcandrews-ip.com<br>*Assigned: 10/29/2007*<br>*ATTORNEY TO BE NOTICED* | representing | **ESN LLC**<br>*(Plaintiff)* |

| PACER Service Center |||
|---|---|---|
| Transaction Receipt |||
| 06/30/2009 16:54:10 |||
| PACER | jw0015 | Client Code: | 132824.00001 cjp2 |

| Login: | | | review |
|---|---|---|---|
| Description: | Attorney List | Search Criteria: | 5:07-cv-00156-DF-CMC |
| Billable Pages: | 1 | Cost: | 0.08 |

**4:08-cv-04022-JLH** Ward v. Cisco Systems, Inc.
Jimm Larry Hendren, presiding
Date filed: 03/13/2008
Date of last filing: 06/30/2009

# Attorneys

| | | |
|---|---|---|
| **Charles L. Babcock, IV**<br>Jackson Walker, LLP<br>1401 McKinney<br>Suite 1900<br>Houston, TX 77010<br>713-752-4200<br>713-752-4221 (fax)<br>cbabcock@jw.com<br>  *Assigned: 04/29/2008*<br>  *LEAD ATTORNEY*<br>  *ATTORNEY TO BE NOTICED* | representing | **Cisco Systems, Inc.**<br>*(Counter Claimant)*<br><br><br>**Cisco Systems, Inc.**<br>*(Defendant)* |
| **Michael D Barnes**<br>Wright Lindsey and Jennings LLP<br>200 W. Capitol Ave.<br>Suite 2300<br>Little Rock, AR 72201<br>501-212-1228<br>501-376-9442 (fax)<br>mbarnes@wlj.com<br>  *Assigned: 04/24/2008*<br>  *LEAD ATTORNEY*<br>  *ATTORNEY TO BE NOTICED* | representing | **Rick Frenkel**<br>*TERMINATED: 08/28/2008*<br><br>*(Defendant)* |
| **Richard E. Griffin**<br>Jackson Walker L.L.P.<br>1401 McKinney Street<br>Suite 1900<br>Houston, TX 77010<br>(713) 752-4200<br>(713) 752-4221 (fax)<br>rgriffin@jw.com<br>  *Assigned: 04/08/2008*<br>  *LEAD ATTORNEY*<br>  *ATTORNEY TO BE NOTICED* | representing | **Cisco Systems, Inc.**<br>*(Counter Claimant)* |

|  |  |  |
|---|---|---|
| | | Cisco Systems, Inc.<br>*(Defendant)* |
| **George L McWilliams**<br>Law Office of George L. McWilliams, P.C.<br><br>406 Walnut<br>Texarkana, AR 71854<br>(870) 772-2055<br>(870) 773-2967 (fax)<br>glmlawoffice@gmail.com<br>  *Assigned: 06/04/2008*<br>  *ATTORNEY TO BE NOTICED* | representing | **Rick Frenkel**<br>*TERMINATED: 08/28/2008*<br><br>*(Defendant)* |
| **Crystal J. Parker**<br>Jackson Walker LLP<br>1401 McKinney<br>Suite 1900<br>Houston, TX 77010<br>(713) 752-4217<br>cparker@jw.com<br>  *Assigned: 07/10/2008*<br>  *ATTORNEY TO BE NOTICED* | representing | **Cisco Systems, Inc.**<br>*(Counter Claimant)*<br><br><br>**Cisco Systems, Inc.**<br>*(Defendant)* |
| **Nicholas H. Patton**<br>Patton, Tidwell & Schroeder, L.L.P.<br>4605 Texas Boulevard<br>P.O. Box 5398<br>Texarkana, TX 75505-5398<br>(903) 792-7080<br>(903) 792-8233 (fax)<br>nickpatton@texarkanalaw.com<br>  *Assigned: 03/13/2008*<br>  *LEAD ATTORNEY*<br>  *ATTORNEY TO BE NOTICED* | representing | **John Ward, Jr.**<br>*(Counter Defendant)*<br><br><br>**John Ward, Jr.**<br>*(Plaintiff)* |
| **Patricia L. Peden**<br>Law Offices of Patricia L. Peden | | |

western District of Arkansas-Query Attorneys
Case 4:08-cv-04022-JLH   Document 78-6   Filed 07/01/09   Page 14 of 14
Page 3 of 3

610 16th Street
Suite 400
Oakland, CA 94612
(510) 268-8033
ppeden@pedenlawfirm.com
*Assigned: 03/19/2008*
*ATTORNEY TO BE NOTICED*

representing

**John Ward, Jr.**
*(Counter Defendant)*

**John Ward, Jr.**
*(Plaintiff)*

| PACER Service Center |||| 
|---|---|---|---|
| Transaction Receipt ||||
| 06/30/2009 16:55:43 ||||
| **PACER Login:** | jw0015 | **Client Code:** | 132824.00001 CJP2 review |
| **Description:** | Attorney List | **Search Criteria:** | 4:08-cv-04022-JLH |
| **Billable Pages:** | 1 | **Cost:** | 0.08 |