IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

| | | |
|---|---|---|
| JOHN WARD, JR. | § | |
| | § | |
| | § | C. A. NO. 08-4022 |
| v. | § | JURY TRIAL DEMANDED |
| | § | |
| CISCO SYSTEMS, INC. | § | |

# ORDER GRANTING DEFENDANT'S MOTION TO COMPEL RESPONSES TO FIRST SET OF INTERROGATORIES

The Court, having considered Defendant Cisco Systems, Inc.'s ("Cisco") Motion to Compel Responses to Cisco System, Inc.'s First Set of Interrogatories ("Motion"), and any responses thereto in the above-referenced lawsuit, hereby ORDERS that the Motion is Granted:

IT IS THEREFORE:

> Ordered that Plaintiff submit an amended response to Cisco's First Set of Interrogatories that supersedes his former responses and that removes any objections or commentary stated within objections that was not included in Plaintiff's first response to the interrogatories.

> Ordered that all of Plaintiff's objections that the interrogatories are "premature" and that his response was "based on the information known to him at this time upon such investigation as is reasonable for Plaintiff to undertake under the circumstances" are overruled; Plaintiff is ordered to withdraw these objections and respond fully to all interrogatories with all information known to Plaintiff at this time and/or state that he has no other responsive information.

> Ordered that all of Plaintiff's blanket objections that interrogatories are "overly broad, overly burdensome and oppressive" or "neither relevant nor reasonably calculated to lead to the discovery of admissible evidence" are overruled; Plaintiff is ordered to withdraw these objections and fully respond to the interrogatories and/or state that he has no other responsive information.

> Ordered that all objections to Interrogatories 2, 8, 9 and 12 are overruled; Plaintiff is ordered to respond fully to each of these interrogatories and/or state that he has no other responsive information.

5551792v.1