# EX. C

## Marcie Long

**From:** Marcie Long
**Sent:** Friday, June 19, 2009 4:13 PM
**To:** ppeden@pedenlawfirm.com; Nick Patton
**Subject:** Ward v. Cisco - Conference Call with Judge Hendren

Nick/Patty: Erin with Judge Hendren's office called back and said she contacted opposing counsel and "urged them to work things out when lead counsel returned." If this does not get resolved we can contact the court and set up a conference call for later in the week.

Marcie Long
Paralegal to Nicholas H. Patton
PATTON, TIDWELL & SCHROEDER, L.L.P.
P.O. Box 5398
Texarkana, TX 75505-5398
903.792.7080
903.792.8233 (Fax)


Confidentiality Note:

The information in this electronic mail ("e-mail") message may be confidential and for use of only the named recipient. The information may be protected by privilege, work product immunity, or other applicable law. If you are not the intended recipient, the retention, dissemination, distribution, or copying of this e-mail message is strictly prohibited. If you receive this e-mail in error, please notify me immediately by telephone at (903) 792-7080 or by e-mail at mlong@texarkanalaw.com . Further, since e-mail can be altered electronically, the integrity of this communication cannot be guaranteed

1