# EX. D

## Marcie Long

| | |
|---|---|
| **From:** | Parker, Crystal [cparker@jw.com] |
| **Sent:** | Monday, June 22, 2009 11:25 AM |
| **To:** | Marcie Long |
| **Cc:** | Patricia L. Peden; Nick Patton; Babcock, Chip; Flynn-DuPart, Mary Lou; Adair, Kathy |
| **Subject:** | RE: Revised version of proposed submission log |

Marcie,

Please get this to us as soon as possible since we will have to come to an agreement regarding this, collect the documents, and get them to the Court by Friday.

Thank you,

Crystal J. Parker
Jackson Walker L.L.P.
713-752-4217

---

**From:** Marcie Long [mailto:mlong@texarkanalaw.com]
**Sent:** Monday, June 22, 2009 11:06 AM
**To:** Parker, Crystal
**Subject:** Revised version of proposed submission log

Crystal: So we won't have competing versions and the issues that creates, I wanted to give you a heads up that we will be sending a revised version of the submission log either today or tomorrow. Marcie

Marcie Long
Paralegal to Nicholas H. Patton
PATTON, TIDWELL & SCHROEDER, L.L.P.
P.O. Box 5398
Texarkana, TX 75505-5398
903.792.7080
903.792.8233 (Fax)


Confidentiality Note:

The information in this electronic mail ("e-mail") message may be confidential and for use of only the named recipient. The information may be protected by privilege, work product immunity, or other applicable law. If you are not the intended recipient, the retention, dissemination, distribution, or copying of this e-mail message is strictly prohibited. If you receive this e-mail in error, please notify me immediately by telephone at (903) 792-7080 or by e-mail at mlong@texarkanalaw.com . Further, since e-mail can be altered electronically, the integrity of this communication cannot be guaranteed

Checked by AVG - www.avg.com
Version: 8.5.339 / Virus Database: 270.12.85/2193 - Release Date: 06/22/09 06:54:00

1