# EX. E

# Marcie Long

| | |
|---|---|
| **From:** | Marcie Long |
| **Sent:** | Monday, June 22, 2009 6:48 PM |
| **To:** | Parker, Crystal |
| **Cc:** | Patricia L. Peden |
| **Subject:** | Joint Submission Log Attached |
| **Attachments:** | Joint Submission Log 06 22 09.docx |

Joint Submission Log is attached.

Marcie Long
Paralegal to Nicholas H. Patton
PATTON, TIDWELL & SCHROEDER, L.L.P.
P.O. Box 5398
Texarkana, TX 75505-5398
903.792.7080
903.792.8233 (Fax)


Confidentiality Note:

The information in this electronic mail ("e-mail") message may be confidential and for use of only the named recipient. The information may be protected by privilege, work product immunity, or other applicable law. If you are not the intended recipient, the retention, dissemination, distribution, or copying of this e-mail message is strictly prohibited. If you receive this e-mail in error, please notify me immediately by telephone at (903) 792-7080 or by e-mail at mlong@texarkanalaw.com . Further, since e-mail can be altered electronically, the integrity of this communication cannot be guaranteed

1