# EX. G

# Marcie Long

| | |
|---|---|
| **From:** | Parker, Crystal [cparker@jw.com] |
| **Sent:** | Wednesday, June 24, 2009 2:44 PM |
| **To:** | Patricia L. Peden |
| **Cc:** | Babcock, Chip; Nick Patton; Marcie Long |
| **Subject:** | RE: Ward submission log |

We are working on it and will get it to you as soon as possible.

Thanks,

Crystal J. Parker
Jackson Walker L.L.P.
713-752-4217

---

**From:** Patricia L. Peden [mailto:ppeden@pedenlawfirm.com]
**Sent:** Wednesday, June 24, 2009 12:34 PM
**To:** Parker, Crystal
**Cc:** Babcock, Chip; nickpatton@texarkanalaw.com; 'Marcie Long'
**Subject:** Ward submission log

Crystal:
We sent you our revisions to your proposed submission log on Monday. If Cisco has made any changes to the submission log, please provide a revised version to me today. We will need time to review it and get it back to Cisco in time for Friday's filing.
Thanks,
Patty

Patricia Peden
Law Offices of Patricia L. Peden
5901 Christie Ave, Suite 201
Emeryville, CA 94608
510-268-8033
ppeden@pedenlawfirm.com

*This email and any attachments may be confidential or privileged. If you are not the intended recipient, be advised that any disclosure, copying, distribution, or use of this email is prohibited. If you receive this email in error, please notify us by reply mail and immediately destroy all copies of this communication.*

Checked by AVG - www.avg.com
Version: 8.5.339 / Virus Database: 270.12.89/2197 - Release Date: 06/24/09 06:23:00

1