# EX. I

Dockets.Justia.com

# Marcie Long

| | |
|---|---|
| **From:** | Parker, Crystal [cparker@jw.com] |
| **Sent:** | Monday, June 29, 2009 9:45 AM |
| **To:** | Patricia L. Peden; Nick Patton; Marcie Long |
| **Cc:** | Babcock, Chip; Griffin, Richard; glmlawoffice@gmail.com |
| **Subject:** | Violation of Rules and Protective Order-Urgent |
| **Importance:** | High |

Patty and Nick,

It has come to my attention that you have filed as a public document a "Submission Log" that contains Cisco's privileged information, which is a violation of the Protective Order in the Albritton case. For instance, you have even quoted from Cisco's privileged documents in this public filing. As you know, Cisco was to submit its submission log *in camera*, not through a public filing. Please withdraw your filing immediately.

Take care,


Crystal J. Parker
Jackson Walker L.L.P.
1400 McKinney, Suite 1900
Houston, TX 77010
713-752-4200 (main)
713-752-4217 (direct)
713-752-4221 (main fax)
713-754-6717 (direct fax)
Email: cparker@jw.com

Internet Email Confidentiality

Privileged/Confidential Information may be contained in this message. If you are not the addressee indicated in this message (or responsible for delivery of the message to the addressee), you may not copy or deliver this message to anyone. In such case, you should destroy this message and kindly notify the sender by reply email. The statements contained herein are not intended to and do not constitute an opinion as to any tax or other matter. They are not intended or written to be used, and may not be relied upon, by you or any other person for the purpose of avoiding penalties that may be imposed under any Federal tax law or otherwise.

Checked by AVG - www.avg.com
Version: 8.5.339 / Virus Database: 270.12.89/2197 - Release Date: 06/29/09 05:54:00