# EX. L

Page 1

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF TEXAS

TYLER DIVISION

ERIC M. ALBRITTON,

    Plaintiff,

vs.                                         No. 6:08-CV-00089

(1) CISCO SYSTEMS, INC.,
(2) RICHARD FRENKEL, (3) MALLUN
YEN and (4) JOHN NOH,

    Defendants.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

DEPOSITION OF RICHARD G. FRENKEL

Tuesday, November 18, 2008

SHEILA CHASE & ASSOCIATES
REPORTING FOR:
West Court Reporting Services
221 Main Street, Suite 1250
San Francisco, California  94105
Phone:  (415) 321-2300
Fax:  (415) 618-0743

Reported by:
JANIS JENNINGS, CSR, CRP, CLR
CRS-100282-023

Page 122

1  not?
2  A.  I don't remember using the word "engaged."
3  Q.  Okay. What word would you use?
4  A.  We asked Baker Botts to call the clerk's
5  office, and they did.
6  Q.  Okay. And?
7  A.  And we found out that the clerk's office
8  had told -- Baker Botts told us that the clerk's
9  office said that Mr. Albritton's office had called
10 the court clerk to ask them to change the date from
11 October 15th to October 16th.
12 Q.  All right. Who --
13 A.  Which was consistent with what I had
14 observed by looking at the docket myself.
15 Q.  Who at Baker Botts told you that?
16 A.  I believe that the conversation was not
17 with me but with Marta Beckwith or Mallun Yen.
18 Q.  Okay. By the Baker Botts people?
19 A.  Yes.
20 Q.  Okay. Do you know if anyone -- if Baker
21 Botts was asked to ask the clerk to return the
22 filing date to the 15th?
23 A.  Could you repeat the question. I lost it.
24 Q.  Do you know if anyone at Baker Botts on
25 behalf of Cisco asked the clerk to return the filing

30(b)(6) Deposition of Richard G. Frenkel  11/18/2008
CONFIDENTIAL - Subject to the Protective Order

Page 123

1  date to the 15th of October instead of the 16th?
2      A.   I don't think so.
3      Q.   Okay.  Under the circumstance -- you still
4  contend it was filed on the 15th, don't you?
5      A.   Yes.
6      Q.   Don't you think under the circumstances
7  that you should have asked them to return that file
8  date to the 15th?
9           MR. McWILLIAMS:  Objection.  Form.
10          THE WITNESS:  No, not necessarily.
11 BY MR. PATTON:
12     Q.   Why not?
13     A.   Because we wanted to settle the case with
14 ESN.
15          Is this privileged?  I'm sorry.  Excuse
16 me.
17          MR. BABCOCK:  Yeah, yeah.  Cisco is going
18 to assert a privilege about what your strategy was
19 for dealing with the case -- the ESN case going
20 forward, so don't talk about that.
21          MR. PATTON:  Well, you've submitted emails
22 on it, Chip.
23          MR. BABCOCK:  Not about that.
24          MR. McWILLIAMS:  Not about ESN.
25          THE WITNESS:  I can say this --