IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

| | | |
|---|---|---|
| **JOHN WARD, JR.** | § § | |
| **Plaintiff** | § § | No. 08-4022 |
| v. | § § | JURY TRIAL DEMANDED |
| **CISCO SYSTEMS, INC.** | § § | |
| **Defendant.** | § § | |

**PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION TO COMPEL
RESPONSES TO CISCO SYSTEM, INC.'S FIRST SET OF INTERROGATORIES**

# Exhibit C

## IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF ARKANSAS
## TEXARKANA DIVISION

| | |
|---|---|
| **JOHN WARD, JR.** | § <br> § <br> § <br> §    **C.A. NO. 08-4022** |
| v. | §    **JURY TRIAL DEMANDED** <br> § |
| **CISCO SYSTEMS, INC.** | § <br> § |

### DEFENDANT CISCO SYSTEMS, INC.'S FIRST SET OF INTERROGATORIES

TO:   Plaintiff John Ward, Jr., by and through his attorney of record, Nicholas H. Patton, Patton, Tidwell & Schroeder, LLP, 4605 Texas Boulevard, P.O. Box 5398, Texarkana, Texas 75505-5398.

Pursuant to Rule 33 of the Federal Rules of Civil Procedure, you are requested to respond to the following Interrogatories separately, in writing and under oath, on or before thirty (30) days after receipt of these Interrogatories.

### I.
### INSTRUCTIONS

1.   All responsive, non-privileged information which is in your possession or the possession of your agents and representatives is to be divulged.

2.   Where an individual Interrogatory calls for an answer which involves more than one part, each part of the answer shall be clearly set out so that it is understandable.

3.   These questions are continuing in nature and require supplemental answers in the event that you or your attorneys become aware of further information between the time its answers are given and the time of trial.

5398166v.1

## II.
## DEFINITIONS

As used in these Interrogatories, the following terms have specific meanings as defined in this section:

1. <u>You</u>. "You" or "Your" refers to John Ward, Jr., the plaintiff herein, and/or his respective past and present agents and representatives, including anyone who has ever acted on behalf of or at the direction of John Ward, Jr.

2. <u>ESN</u>. "ESN" means ESN, LLC.

3. <u>ESN Texas Case</u>. "ESN Texas Case" means ESN, LLC v. Cisco Systems, Inc. v. Cisco-Linksys, LLC, Civil Action No. 5:07-cv-156-DF-CMC in the United States District Court for the Eastern District of Texas, Texarkana Division.

4. <u>ESN Connecticut Case</u>. "ESN Connecticut Case" means Cisco Systems, Inc. et al v. ESN LLC, Civil Action No. 3:07-cv-01528-MRK in the United States District Court, District of Connecticut.

5. <u>Frenkel</u>. "Frenkel" means Richard Frenkel, formerly a defendant herein, and/or his respective past and present agents and representatives.

6. <u>Cisco</u>. "Cisco" means Cisco Systems, Inc., the defendant herein, and/or its respective past and present agents and representatives.

7. <u>Patent</u>. "Patent" means the patent referenced in the ESN Texas Case as United States Patent no. 7,283,519 titled "Distributed Edge Switching System for Voice-Over-Packet Multiservice Network."

8. <u>Complaint</u>. "Complaint" means Plaintiff's Original Complaint in this lawsuit and any amendments or supplements thereto.

5398166v.1

9. <u>Article</u>. "Article" means the allegedly defamatory publication attached as Exhibit A to the Complaint.

10. <u>Person(s)</u>. "Person" or "persons" means any and all natural persons, male or female, and all types and kinds of businesses or other entities, including, but not limited to, corporations, partnerships, joint ventures, and sole proprietorships.

11. <u>Communications</u>. "Communications" means any statement or utterance, whether written or oral, made by one person to another, or in the presence of another, or any document delivered or sent from one person to another.

12. <u>Evidencing</u>. "Evidencing" means constituting, showing or tending to show the existence or non-existence of a matter.

13. <u>Relating</u>. "Relating" means, in addition to its customary and usual meaning, discussing, referring to, pertaining to, reflecting, evidencing, showing, or recording.

14. <u>Document(s)</u>. "Document" and "documents" mean the original, or a copy thereof if the original is not available, of every written, printed, typed, recorded, reported, electronic, or graphic record or material of every type and description, including every draft and/or non-identical copy thereof, that is in the actual or constructive possession, custody or control of Defendant or his attorney, including, but not limited to, all correspondence, letters, communications, memoranda, notes, files, records, agreements, contracts, proposed contracts or agreements, whether or not actually consummated, reports, logs, studies, summaries, agendas, bulletins, notices, announcements, instructions, charts, manuals, models, graphs, photographs, diagrams, slides, brochures, publications, books, minutes, including minutes of board of directors meetings and executive meetings, partnership meeting and management or executive partnership committee meetings, computer printouts, computer programs including object and source code,

computer-based data, including all information held, stored or compiled by or on computer software or data-processing equipment, schedules, drawings, emails, tapes, tape recordings, voice recordings, sound recordings, transcripts, presentations, simulations, inter-office memoranda, articles of newspapers, magazines and other publications, telegrams, telexes, purchase orders, lists, proposals, invoices, plans, specifications, estimates, forecasts, projections, research and development documents, exhibits, addenda, statements, receipts, confirmation slips, evidence of payments, bills, diaries, calendars, bills of lading, cancelled checks, and any copy of a document bearing notations, markings or writings of any kind or nature different from the original.

15. <u>Identify (With Respect to Persons)</u>. When referring to a person, "to identify" means to give, to the extent known, the person's full name, present or last address, and when referring to a natural person, additionally, the present or last known place of employment. Once a person has been identified in accordance with this subparagraph, only the name of that person need be listed in response to subsequent discovery requesting the identification of that person.

16. <u>Identify (With Respect to Documents)</u>. When referring to documents, "to identify" means to give, to the extent known, the (i) type of document; (ii) general subject matter; (iii) date of the document; and (iv) author(s), addressee(s), and recipient(s). This need not be provided if the document itself is produced and sets forth all of the requested information.

17. <u>Identify (With Respect to Statements)</u>. When referring to statements "to identify" means to give, the extent known, (i) exact statement made; (ii) date and time the statement was made; (iii) identify the persons to whom the statement was made; and (iv) identity of the person who made the statement.

18. The following rules of construction apply to all discovery requests: