IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

| | |
|---|---|
| JOHN WARD, JR. § | |
| § | C.A. NO. 08-4022 |
| v. § | |
| § | JURY TRIAL DEMANDED |
| CISCO SYSTEMS, INC. § | |

**PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE A SUR-REPLY TO CISCO'S REPLY TO PLAINTIFF'S RESPONSE TO CISCO'S MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM UPON <u>WHICH RELIEF MAY BE GRANTED</u>**

To the Honorable Court:

Plaintiff John Ward, Jr. respectfully requests that the Court grant him an extension of time to file a Sur-Reply to Cisco's Reply to Plaintiff's Response to Cisco's Motion to Dismiss for Failure to State a Claim Upon Which Relief May Be Granted and would show unto the Court as follows:

1. On or about July 10, 2009, Defendant filed its Reply to Plaintiff's Response to Cisco's Motion to Dismiss for Failure to State a Claim Upon Which Relief May Be Granted (DE #82).

2. On or about July 17, 2009, Plaintiff's counsel contacted Defendant's counsel and asked for additional time to respond to Defendant's Reply.

3. Defendant's counsel has agreed to Plaintiff's request allowing Plaintiff to file his Sur- Reply to Defendant's Reply on or before July 30, 2009.

Wherefore, Plaintiff requests it be granted to and including July 30, 2009 to file a Sur-Reply to Cisco's Reply to Plaintiff's Response to Cisco's Motion to Dismiss for Failure to State a Claim Upon Which Relief May Be Granted.

Respectfully Submitted,

_____
Nicholas H. Patton
State Bar No. 63035
Patton, Tidwell & Schroeder, LLP
4605 Texas Boulevard
Texarkana, Texas 75503
903.792.7080 / 903.792.8233 (Fax)

Patricia L. Peden
LAW OFFICE OF PATRICIA L. PEDEN
1316 67th Street
Oakland, California 94612
Telephone: 510-268-8033

ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

This is to certify that on this 20th day of July, 2009, a true and correct copy of the foregoing was served electronically upon:

| | |
|---|---|
| Richard E. Griffin<br>Charles Babcock<br>Crystal Parker<br>JACKSON WALKER, LLP<br>1401 McKinney<br>Suite 1900<br>Houston, Texas 77010 | Attorney for Defendant Cisco Systems, Inc. |

_____
Nicholas H. Patton