IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

| | | |
|---|---|---|
| JOHN WARD, JR. | § § § | |
| v. | § § | C.A. NO. 08-4022 |
| | § | JURY TRIAL DEMANDED |
| CISCO SYSTEMS, INC AND RICK FRENKEL | § § | |

## MOTION TO APPEAR PRO HAC VICE

TO THE HONORABLE COURT:

Richard E. Griffin, counsel for Defendant Cisco Systems, Inc. ("Cisco") files this motion for Kurt A. Schwarz to appear pro hac vice on behalf of Cisco in the above-referenced case.

1. Kurt A. Schwarz is a partner at Jackson Walker L.L.P., located at 901 Main St., Suite 6000, Dallas, Texas 75202.

2. Kurt A. Schwarz is an attorney for Cisco.

3. Kurt A. Schwarz is a member in good standing of the Texas Bar and Federal Bar and is admitted to practice before all state courts in the State of Texas, as well as the following courts: United States District Courts for the Northern, Eastern, Western, and Southern Districts of Texas, the Northern District of New York, the Central District of Illinois, the Fifth Circuit Court of Appeals, and the United States Supreme Court. Mr. Schwarz served as a law clerk to the Honorable Barefoot Sanders, then Chief Judge of the United States District Court for the Northern District of Texas, following his graduation from the University of Texas School of Law in 1990; since 1991 he has been engaged continuously in the practice of law in the State of Texas.

5570288v.1

4. Kurt A. Schwarz is of good moral character and is of good personal and professional character. He has not been the subject of any disciplinary proceedings, investigations, actions or grievance procedures, has not been disbarred in other courts, and has not been denied admission to the courts of any states or any federal court.

5. Kurt A. Schwarz is competent to practice before this Court.

6. Subject to an investigation of his fitness, competency and qualifications, Kurt A. Schwarz should be granted admission to the Bar of this Honorable Court and entitled to practice as an attorney in the above-referenced case.

DATED: July 27, 2009.

Respectfully submitted,

JACKSON WALKER L.L.P.

By: /s/ Richard E. Griffin
Richard E. Griffin
Arkansas Bar No.: 63020
Email: rgriffin@jw.com
Charles L. Babcock
Federal Bar No.: 10982
Email: cbabcock@jw.com
Crystal J. Parker
Federal Bar No.: 621142
Email: cparker@jw.com
1401 McKinney
Suite 1900
Houston, Texas 77010
(713) 752-4200
(713) 752-4221 – Fax

ATTORNEY FOR DEFENDANT
CISCO SYSTEMS, INC.

- 3 -

## CERTIFICATE OF SERVICE

This is to certify that on this 27th day of July, 2009, a true and correct copy of the foregoing was served via electronic mail upon:

Patricia L. Peden  
Law Offices of Patricia L. Peden  
5901 Christie Avenue  
Suite 201  
Emeryville, CA 94608  
***Attorney for Plaintiff John Ward, Jr.***

Nicholas H. Patton  
Patton, Tidwell & Schroeder, LLP  
4605 Texas Boulevard  
P.O. Box 5398  
Texarkana, Texas 75505-5398  
***Attorney for Plaintiff John Ward, Jr.***

/s/ *Richard E. Griffin*  
Richard E. Griffin