IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

| | |
|---|---|
| JOHN WARD, JR. § | |
| § | |
| v. § | C.A. NO. 08-4022 |
| § | JURY TRIAL DEMANDED |
| CISCO SYSTEMS, INC AND § | |
| RICK FRENKEL § | |

## NOTICE OF APPEARANCE BY KURT A. SCHWARZ

To the Clerk of this Court and all parties of record:

Please enter my appearance as additional counsel in this case for Defendant, Cisco Systems, Inc. I certify that I am admitted *pro hac vice* to practice in this court.

Respectfully submitted,

JACKSON WALKER L.L.P.

By:  /s/ Kurt A. Schwarz
Charles L. Babcock
Federal Bar No.: 10982
Email: cbabcock@jw.com
Richard E. Griffin
Arkansas Bar No.: 63020
Email: rgriffin@jw.com
Crystal J. Parker
Federal Bar No.: 621142
Email: cparker@jw.com
1401 McKinney, Suite 1900
Houston, Texas 77010
(713) 752-4200
(713) 752-4221 – Fax
Kurt A. Schwarz
901 Main St., Suite 6000
Dallas, Texas 75202
(214) 953-6000
(214) 953-5822 -Fax
Email: kschwarz@jw.com

ATTORNEYS FOR DEFENDANT
CISCO SYSTEMS, INC.

5571678v.1

- 2 -

## CERTIFICATE OF SERVICE

    This is to certify that on this 28th day of July, 2009, a true and correct copy of the foregoing Notice of Appearance of Kurt A. Schwarz was served electronically, upon:

| | |
|---|---|
| Patricia L. Peden<br>Law Offices of Patricia L. Peden<br>5901 Christie Avenue<br>Suite 201<br>Emeryville, CA 94608<br>***Attorney for Plaintiff John Ward, Jr.*** | Nicholas H. Patton<br>Patton, Tidwell & Schroeder, LLP<br>4605 Texas Boulevard<br>P.O. Box 5398<br>Texarkana, Texas 75505-5398<br>***Attorney for Plaintiff John Ward, Jr.*** |

                                        /s/ Kurt A. Schwarz
                                        Kurt A. Schwarz