| | |
|---|---|
| **From:** | Parker, Crystal [cparker@jw.com] |
| **Sent:** | Wednesday, June 17, 2009 9:58 AM |
| **To:** | ppeden@pedenlawfirm.com; Nick Patton |
| **Cc:** | Babcock, Chip; Flynn-DuPart, Mary Lou; Adair, Kathy |
| **Subject:** | Ward v. Cisco submission log |
| **Attachments:** | DOCSOPEN-#5536654-v2-Privileged_Documents_Produced_in_Albritton_v__Cisco_case.DOC |

<<DOCSOPEN-#5536654-v2-Privileged_Documents_Produced_in_Albritton_v__Cisco_case.DOC>>
Patty and Nick,

Attached is the submission log containing all the privileged documents produced under the Protective Order and non-waiver agreements in the Albritton v. Cisco case (except one as described below).  As we agreed in our hearing with Judge Hendren, Cisco will submit these documents for in camera inspection on or before next Friday.  Judge Hendren asked us to come to an agreement regarding this list.  Please confirm that these are all the privileged documents produced under the Protective Order and non-waiver agreements in the Albritton v. Cisco case.  You will notice that one document is missing: CISCO PRIVILEGED.000014, which was inadvertently produced as a privileged document, when it is only responses to privileged documents but not itself privileged.  I will have it bates labeled and produced to you as a non-privileged document before we submit these documents to Judge Hendren.

Take care,


Crystal J. Parker
Jackson Walker L.L.P.
1400 McKinney, Suite 1900
Houston, TX 77010
713-752-4200 (main)
713-752-4217 (direct)
713-752-4221 (main fax)
713-754-6717 (direct fax)
Email:  cparker@jw.com

<u>Internet Email Confidentiality</u>

Privileged/Confidential Information may be contained in this message.  If you are not the addressee indicated in this message (or responsible for delivery of the message to the addressee), you may not copy or deliver this message to anyone.  In such case, you should destroy this message and kindly notify the sender by reply email.  The statements contained herein are not intended to and do not constitute an opinion as to any tax or other matter.  They are not intended or written to be used, and may not be relied upon, by you or any other person for the purpose of avoiding penalties that may be imposed under any Federal tax law or otherwise.

Checked by AVG - www.avg.com
Version: 8.5.339 / Virus Database: 270.12.73/2180 - Release Date: 06/17/09 05:53:00

Dockets.Justia.com