# United States Court of Appeals
*For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Michael E. Gans**
*Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

September 01, 2009

Mr. Charles L. Babcock IV
Richard E. Griffin
Ms. Crystal J. Parker
Jackson Walker, LLP
1401 McKinney
Suite 1900
Houston, TX  77010

Mr. Kurt A. Schwarz
JACKSON & WALKER
901 Main Street
Suite 6000
Dallas, TX  75202

     RE:  09-3055  In Re: Cisco Systems

Dear Counsel:

     A petition for a writ has been filed under the referenced number. Receipt for docketing fee will be sent through the mail.

     Also filed are the brief in support and the Emergency motion for stay & brief in support. We are awaiting digital copies of the record.  The digital record will be forwarded to the court upon receipt.

     The filed documents will be submitted to a panel of judges, and you will be advised of the Court's ruling.

     On June 1, 2007, the Eighth Circuit implemented the appellate version of CM/ECF. Electronic filing is now mandatory for attorneys and voluntary for pro se litigants proceeding without an attorney. Information about electronic filing can be found at www.ca8.uscourts.gov/files/cmecfstandingorder.pdf. In order to become an authorized Eighth

Circuit filer, you must register with the PACER Service Center at https://pacer.psc.uscourts.gov/psco/cgi-bin/cmecf/ea-regform.pl. Questions about CM/ECF may be addressed to the Clerk's office.

                        Michael E. Gans
                        Clerk of Court

JMH

Enclosures

cc:    Honorable Jimm Larry Hendren
       Mr. Christopher R. Johnson

        District Court Case Number:  4:08-cv-04022-JLH

**Caption For Case Number:   09-3055**

**In re: Cisco Systems, Inc.,**

       **Petitioner**

**Addresses For Case Participants:   09-3055**

Mr. Charles L. Babcock IV
Richard E. Griffin
Ms. Crystal J. Parker
Jackson Walker, LLP
1401 McKinney
Suite 1900
Houston,  TX  77010

Mr. Kurt A. Schwarz
JACKSON & WALKER
901 Main Street
Suite 6000
Dallas, TX  75202

Honorable Jimm Larry Hendren
Suite 559
35 E. Mountain
Fayetteville, AR  72701

Mr. Christopher R. Johnson
U.S. DISTRICT COURT
Western District of Arkansas Clerk's Office
500 N. State Line Avenue
Room 302
Texarkana, AR  71854-5961