# EXHIBIT "D"

# JOHN WARD, JR. PRIVILEGE LOG

05/29/2009

| No. | Pages | From | To | Other Recipients | Date | Description | Privilege |
|---|---|---|---|---|---|---|---|
| 1 | 1 | P. McAndrews | John Ward, Jr. Eric Albritton | | 3/08/08 | Discussion of filing of ESN lawsuit | AC WP |
| 2 | 1 | Chiaviello, Bob | John Ward, Jr | | 3/14/08 | Re Ward v. Cisco | WP |
| 3 | 1 | Eric Albritton | John Ward, Jr. Eric Albritton | | 10/16/07 | Attorney communications regarding filing of ESN litigation | AC WP |
| 4 | 2 | Eric Albritton | Paul McAndrews Eric Albritton John Ward, Jr. Jason Saunders | Gmcandrews pmcandrews | 10/18/07 | Communications regarding litigation strategy in ESN v. Cisco | AC WP |
| 5 | 2 | Eric Albritton | Paul McAndrews Eric Albritton John Ward, Jr. Jason Saunders | Gmcandrews pmcandrews | 10/18/07 | Communications regarding litigation strategy in ESN v. Cisco | AC WP |
| 6 | 1 | D. Pridham | John Ward, Jr. | | 11/06/07 | Work product and litigation strategy regarding Ward v. Cisco | AC WP |
| 7 | 2 | P. McAndrews | Eric Albritton | John Ward, Jr. | 2/25/08 | Attorney client communications regarding discussions with Cisco | AC WP |
| 8 | 1 | P. McAndrews | Eric Albritton John Ward, Jr. | | 3/9/08 | Re filing of ESN lawsuit | AC WP |
| 9 | 1 | Eric Albritton | John Ward, Jr. | | 10/16/07 | Re filing of ESN lawsuit | AC WP |
| 10 | 1 | Eric Albritton | John Ward, Jr. | | 10/17/08 | Re filing of ESN lawsuit | AC WP |
| 11 | 1 | Eric Albritton | Jason Saunders, John Ward, Jr. and Amie Mathis | | 10/18/07 | Litigation strategy in ESN lawsuit | AC WP |
| 12 | 2 | John Ward, Jr. | Eric Albritton | | 10/17/07 | Litigation strategy in ESN lawsuit | AC WP |
| 13 | 1 | Terry Fokas | John Ward, Jr. | | 1/22/08 | Comment regarding pending | AC WP |

| | | | Kevin Meek | | | lawsuit and Troll Tracker post | |
|---|---|---|---|---|---|---|---|
| 14 | 1 | Bruce Lagerman | John Ward, Jr. | | 4/5/08 | Emails re potential case and comment regarding Troll Tracker post | AC WP |
| 15. | 1 | Eric Albritton | Jason Saunders | Johnny Ward, Amie Mathis | 10/18/07 | Email re filing of ESN lawsuit | AC WP |
| 16. | 9 | P. McAndrews | Eric Albritton | Amie Mathis | 10/18/07 | Emails re filing of ESN lawsuit | AC WP |
| 17. | 2 | Eric Albritton | Eric Albritton, T. Wimbiscus, P.W.McAndrews, Eric Albritton, Johnny Ward, Jason Saunders | GMcAndrews, PMcAndrews | 10/18/07 | Email re filing of ESN lawsuit | AC WP |
| 18. | 2 | Eric Albritton | Jason Saunders, Johnny Ward, Amie Mathis | | 10/18/07 | Email re filing of ESN lawsuit | AC WP |
| 19. | 2 | Eric Albritton | T. Wimbiscus, P.W. McAndrews, Eric Albritton, Johnny Ward, Jason Saunders | GMcAndrews, PMcAndrews | 10/18/07 | Email communication regarding filing of ESN lawsuit | AC WP |
| 20. | 1 | Eric Albritton | Johnny Ward | | 10/17/07 | Email re filing of ESN lawsuit | AC WP |
| 21. | 1 | Eric Albritton | Johnny Ward, Eric Albritton | | 10/16/07 | Email re filing of ESN lawsuit | AC WP |
| 22. | 3 | Eric Albritton | Johnny Ward | | 10/16/07 | Email re filing of ESN lawsuit | AC WP |
| 23. | 2 | Johnny Ward | Eric Albritton | | 10/17/07 | Email re filing of ESN lawsuit | AC WP |