Ward v. Cisco Systems, Inc. et al    Case 4:08-cv-04022-JLH   Document 101-9   Filed 09/11/09   Page 1 of 3    Doc. 101 Att. 8

Ward v. Cisco Systems, Inc. et al  
Case 4:08-cv-04022-JLH   Document 101-9   Filed 09/11/09   Page 1 of 3  
Doc. 101 Att. 8

# EXHIBIT "I"

Dockets.Justia.com

## Parker, Crystal

| | |
|---|---|
| **From:** | Patricia L. Peden [ppeden@pedenlawfirm.com] |
| **Sent:** | Tuesday, May 12, 2009 9:23 PM |
| **To:** | Babcock, Chip |
| **Cc:** | 'Nick Patton'; Parker, Crystal; gpc@texarkanalaw.com |
| **Subject:** | Ward deposition |
| **Follow Up Flag:** | Follow up |
| **Due By:** | Wednesday, June 03, 2009 12:00 AM |
| **Flag Status:** | Red |

Chip:

I reviewed your April 23, 2009 letter concerning depositions in the Ward case. I will get back to you soon with dates for both John Ward, Jr. and Nell Cooley Ward. We are going to have an issue with you asking John Ward or his wife about tax returns, financial information, medical information and other highly private matters that have no relevance to the issues in this case and for which you were denied discovery in the Albritton case. If we can agree that you won't ask those questions of Johnny or his wife, we have no problem offering dates. If, however, you plan to ask those questions, we will instruct the witness not to answer and will seek a protective order, if necessary. Let me know how you would like to proceed.

I am also in receipt of the discovery letters you sent today. I will respond to them as soon as possible, but it is unlikely that I will be able to do so before next Tuesday.

Regards,
Patty

Patricia Peden
Law Offices of Patricia L. Peden
5901 Christie Ave, Suite 201
Emeryville, CA 94608
510-268-8033
ppeden@pedenlawfirm.com

*This email and any attachments may be confidential or privileged. If you are not the intended recipient, be advised that any disclosure, copying, distribution, or use of this email is prohibited. If you receive this email in error, please notify us by reply mail and immediately destroy all copies of this communication.*

September 11, 2009
Page 2

---

bcc:    Bruce Pottash
        Joseph Jerome

        C. Babcock
        N. Hamilton
        A. Bush
        K. Adair

5607812v.1