IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

| JOHN WARD, JR. | § | |
|---|---|---|
| | § | |
| | § | |
| | § | C.A. NO. 08-4022 |
| v. | § | JURY TRIAL DEMANDED |
| | § | |
| CISCO SYSTEMS, INC. | § | |

ORDER GRANTING DEFENDANT CISCO SYSTEMS, INC.'S
MOTION TO COMPEL RESPONSES TO CISCO SYSTEM, INC.,'S
FIRST REQUEST FOR PRODUCTION AND BRIEF IN SUPPORT THEREOF

The court, having considered Cisco System, Inc.'s, Motion to Compel Responses to Cisco System, Inc.'s First Request for Production and Brief in Support Thereof, finds that the motion is well taken and should be GRANTED.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the Plaintiff respond fully to all of Cisco's First Request for Production including but not limited to producing or logging all documents responsive to request numbers: 4-5, 9, 10-13, 14-15, 17-18, 23-26 and 26 (incorrectly numbered).

IT IS SO ORDERED.

Signed this _____ day of _____ at _____, Arkansas.

5608009v.1 132824/00001