IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

JOHN WARD, JR.                                                    PLAINTIFF

      v.           Civil No. 08-4022

CISCO SYSTEMS, INC.                                               DEFENDANT

### ORDER

Now on this 16th day of September, 2009, comes on for consideration **Plaintiff's Motion to Stay Discovery Deadline (document #102)** and defendant's response thereto. The Court, being well and sufficiently advised, finds and orders that, for the sake of judicial economy, the motion should be, and it hereby is, **granted.** The discovery deadline is stayed pending a resolution of the issue currently before the Eighth Circuit Court of Appeals. All other deadlines remain the same.

**IT IS SO ORDERED.**

                                    /s/ Jimm Larry Hendren
                                    JIMM LARRY HENDREN
                                    UNITED STATES DISTRICT JUDGE