# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF ARKANSAS
## TEXARKANA DIVISION

| | | |
|---|---|---|
| **JOHN WARD, JR.** | § | |
| | § | |
| **Plaintiff** | § | No.  4:08cv4022 |
| | § | |
| **V.** | § | JURY TRIAL DEMANDED |
| | § | |
| **CISCO SYSTEMS, INC.** | § | |
| | § | |
| | § | |
| **Defendant.** | § | |

## MOTION TO APPEAR PRO HAC VICE

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW Nicholas H. Patton, counsel for Plaintiff, and files this Motion for Courtney Towle to appear *pro hac vice* on behalf of said Plaintiff in the above-captioned case.

1. Courtney Towle of Patton Tidwell & Schroeder, LLP located at 4605 Texas Blvd., Texarkana, Texas is one of the attorneys for Plaintiff.

2. Courtney Towle is a member in good standing of the California Bar, and is admitted to practice before all Courts of the States of California and the United States District Court of the Ninth Circuit, among others. She is of good moral and professional character and is a member in good standing of the State and Federal Bars in which she is licensed.

3. Courtney Towle has not been the subject of any disciplinary proceedings, investigation, action or grievance procedure, has not been disbarred in other courts and has not been denied admission to the courts of any states or any court of the United States. Courtney Towle is competent to practice before this Court,

and is of good personal and professional character. Subject to the investigation of her fitness, competency, and qualifications, she should be granted admission to the Bar of this Honorable Court and entitled to practice as an attorney of record in the above-entitled and numbered cause.

DATED this 16th day of September, 2009.

    Respectfully submitted,

    /s/ Nicholas H. Patton

Nicholas H. Patton (SBN: 63035)
PATTON, TIDWELL & SCHROEDER, LLP
4605 Texas Boulevard - P. O. Box 5398
Texarkana, Texas 7550505398
(903) 792-7080        (903) 792-8233 (fax)

Patricia L. Peden
LAW OFFICE OF PATRICIA L. PEDEN
610 16th Street, Suite 400
Oakland, California 94612
Telephone: 510-268-8033

ATTORNEYS FOR PLAINTIFF

**CERTIFICATE OF SERVICE**

    This is to certify that on this 16th day of September, 2009, a true and correct copy of the foregoing Motion to Appear Pro Hac Vice was served electronically upon:

| | |
|---|---|
| Richard E. Griffin | Attorney for Defendant Cisco Systems, Inc. |
| Charles Babcock | |
| Crystal Parker | |
| JACKSON WALKER, LLP | |
| 1401 McKinney | |
| Suite 1900 | |
| Houston, Texas 77010 | |

_____
Nicholas H. Patton