# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF ARKANSAS
## TEXARKANA DIVISION

| | | |
|---|---|---|
| **JOHN WARD, JR.** | § | |
| | § | |
| **Plaintiff** | § | No. 08-4022 JLH |
| | § | |
| **V.** | § | JURY TRIAL DEMANDED |
| | § | |
| **CISCO SYSTEMS, INC.** | § | |
| | § | |
| **Defendant.** | § | |

## NOTICE OF APPEARANCE

COMES NOW Courtney Towle, of Patton, Tidwell & Schroeder, LLP, and hereby enters her appearance as attorney of record for Plaintiff John Ward, Jr. in the above styled and numbered cause.

Respectfully Submitted,

By: *Courtney Towle*
Courtney Towle
California Bar No. 221698
PATTON, TIDWELL & SCHROEDER, LLP
4605 Texas Blvd.
P.O. Box 5398
Texarkana, TX 75505-5398
E-mail: ctowle@texarkanalaw.com

ATTORNEY FOR PLAINTIFF

## **CERTIFICATE OF SERVICE**

This is to certify that on this 18th day of September, 2009, a true and correct copy of the foregoing document was served electronically via the Court's CM/ECF system upon:

| | |
|---|---|
| Richard E. Griffin<br>Charles Babcock<br>Crystal Parker<br>JACKSON WALKER, LLP<br>1401 McKinney<br>Suite 1900<br>Houston, Texas 77010 | Attorney for Defendant Cisco Systems, Inc. |

*/s/ Courtney Towle*
Courtney Towle