IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

| | |
|---|---|
| JOHN WARD, JR. | § |
| | §    C.A. NO. 08-4022 |
| v. | § |
| | §    JURY TRIAL DEMANDED |
| CISCO SYSTEMS, INC. | § |

## NOTICE OF APPEARANCE

COMES NOW Geoffrey P. Culbertson of Patton, Tidwell & Schroeder, L.L.P. and hereby enters his appearance as an attorney of record for Plaintiff John Ward, Jr. in the above-styled and numbered cause.

Respectfully submitted,

*/s/ Geoffrey P. Culbertson*
Geoffrey P. Culbertson
Texas Bar No. 24045732
(Admitted in the Western District of Arkansas)
Nicholas H. Patton
State Bar No. 63035
Patton, Tidwell & Schroeder, LLP
4605 Texas Boulevard
Texarkana, Texas 75503
903.792.7080 / 903.792.8233 (Fax)

Patricia L. Peden
LAW OFFICE OF PATRICIA L. PEDEN
1316 67th Street
Oakland, California 94612
Telephone: 510-268-8033

ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of September 2009, I electronically filed the foregoing with the Clerk of Court using the CM/ECF System which will send notification of such filing to the following:

| | |
|---|---|
| Richard E. Griffin | Attorney for Defendant Cisco Systems, Inc. |
| Charles Babcock | |
| Crystal Parker | |
| JACKSON WALKER, LLP | |
| 1401 McKinney, Suite 1900 | |
| Houston, Texas 77010 | |

*/s/ Geoffrey P. Culbertson*