IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

| | | |
|---|---|---|
| JOHN WARN, JR. | § | |
| | § | |
| | § | C. A. NO. 08-4022 |
| v. | § | JURY TRIAL DEMANDED |
| | § | |
| CISCO SYSTEMS, INC. | § | |

## NOTICE OF WITHDRAWAL OF CISCO SYSTEMS, INC.'S MOTION TO COMPEL RESPONSES FROM NONPARTY ROBERT CHIAVIELLO, JR.

TO THE HONORABLE COURT:

On October 1, 2009, Defendant Cisco Systems, Inc. ("Cisco") inadvertently filed in this Court a Motion to Compel relating to nonparty Robert Chiaviello. That Motion should have been filed in the United States District Court for the Northern District of Texas, as that was the court from which the deposition subpoena issued.

Accordingly, Cisco withdraws its Motion to Compel from consideration by this Court. The undersigned counsel for Cisco apologizes for any inconvenience.

Respectfully submitted,

JACKSON WALKER L.L.P.

By: /s/ Kurt Schwarz
    Charles L. Babcock
    Federal Bar No.: 10982
    Email: cbabcock@jw.com
    Crystal J. Parker
    Federal Bar No.: 621142
    Email: cparker@jw.com
    1401 McKinney
    Suite 1900
    Houston, Texas 77010
    (713) 752-4200
    (713) 752-4221 – Fax
    Kurt A. Schwarz
    Texas Bar No.: 17871550.
    901 Main Street, Suite 6000
    Dallas, Texas 75202
    Telephone: (214) 953-6000
    Telecopier: (214) 953-5822
    Email: kschwarz@jw.com

ATTORNEYS FOR DEFENDANT
CISCO SYSTEMS, INC.

## CERTIFICATE OF SERVICE

This is to certify that on this 2nd day of October, 2009, a true and correct copy of the foregoing was served via electronic mail upon:

| | |
|---|---|
| Patricia L. Peden | Nicholas H. Patton |
| Law Offices of Patricia L. Peden | Patton, Tidwell & Schroeder, LLP |
| 5901 Christie Avenue | 4605 Texas Boulevard |
| Suite 201 | P.O. Box 5398 |
| Emeryville, CA 94608 | Texarkana, Texas 75505-5398 |
| ***Attorney for Plaintiff John Ward, Jr.*** | ***Attorney for Plaintiff John Ward, Jr.*** |

In addition, this motion was served on counsel for Robert Chiaviello by certified mail, return receipt requested, and electronic mail:

Joni Collins
Fulbright & Jaworski, LLP
2200 Ross Avenue
Suite 2800
Dallas, TX 75201-2784

/s/ Kurt Schwarz
Kurt Schwarz