IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

| | | |
|---|---|---|
| JOHN WARD, JR., | § | |
| | § | |
| Plaintiff, | § | |
| | § | C.A. NO. 08-4022 |
| v. | § | JURY TRIAL DEMANDED |
| | § | |
| CISCO SYSTEMS, INC., | § | |
| | § | |
| Defendant. | § | |

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT CISCO SYSTEMS INC.'S MOTION TO COMPEL RESPONSES TO CISCO SYSTEMS, INC.'S FIRST REQUEST FOR PRODUCTION**

Comes now Plaintiff, John Ward, Jr., and for his Unopposed Motion for Extension of Time to Respond to Defendant Cisco Systems, Inc.'s Motion to Compel Responses to Cisco System, Inc.'s, First Request for Production (DE #101) would show unto the Court as follows:

1. Defendant has agreed to grant Plaintiff to and including Monday, October 5, 2009, to file his response to Defendant's Cisco Systems, Inc.'s Motion to Compel Responses to Cisco System, Inc.'s, First Request for Production.

2. Plaintiff, John Ward, Jr., requests that the Court enter an order granting this extension of time to respond.

Respectfully Submitted,

*/s/ Nicholas H. Patton*

Nicholas H. Patton
AR Bar No. 63035
Patton, Tidwell & Schroeder, LLP
4605 Texas Boulevard
Texarkana, Texas 75503
903.792.7080
903.792.8233 (Fax)

Patricia L. Peden
LAW OFFICE OF PATRICIA L. PEDEN
1316 67th Street, Suite 6
Emeryville, California 94608
Telephone: 510.268.8033

ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

      This is to certify that on this 2nd day of October, 2009, a true and correct copy of the foregoing was served electronically via the Court's CM/ECF electronic filing system upon:

Richard E. Griffin
Charles Babcock
Crystal Parker
JACKSON WALKER, LLP
1401 McKinney
Suite 1900Houston, Texas 77010

*Attorneys for Defendant Cisco Systems, Inc.*

Nicholas H. Patton