# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 09-3055

In re: Cisco Systems, Inc.,

Petitioner

___

Appeal from U.S. District Court for the Western District of Arkansas - Texarkana
(4:08-cv-04022-JLH)

___

## MANDATE

In accordance with the judgment of 10/05/2009, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

October 05, 2009

Clerk, U.S. Court of Appeals, Eighth Circuit