# Ex. C

# Marcie Long

| | |
|---|---|
| **From:** | Parker, Crystal [cparker@jw.com] |
| **Sent:** | Wednesday, August 26, 2009 2:55 PM |
| **To:** | Parker, Crystal; Patricia L. Peden; Nick Patton |
| **Cc:** | Babcock, Chip; Schwarz, Kurt; Adair, Kathy; Zimmerman, Amanda |
| **Subject:** | RE: Motion to Stay |

Patty, please let me hear from you on this today.

Thank you,

Crystal J. Parker
Jackson Walker L.L.P.
713-752-4217

---

**From:** Parker, Crystal
**Sent:** Tuesday, August 25, 2009 5:43 PM
**To:** 'Patricia L. Peden'; 'Nick Patton'
**Cc:** Babcock, Chip; Schwarz, Kurt; Adair, Kathy; Zimmerman, Amanda
**Subject:** Motion to Stay

Patty,

I have not been able to confirm whether we will seek a motion to stay pending appeal only with respect to the Court's order regarding production of privileged documents or a broader order seeking to stay the entire case. You mentioned today on our call that you were opposed to the former but not sure about the latter. Please go ahead and meet and confer with your team on that issue and let me know by 10:00 a.m. tomorrow. As I mentioned on the phone, we need to file the motion as soon as possible because of the short deadline to produce the documents.

Thank you,

Crystal J. Parker
Jackson Walker L.L.P.
1400 McKinney, Suite 1900
Houston, TX 77010
713-752-4200 (main)
713-752-4217 (direct)
713-752-4221 (main fax)
713-754-6717 (direct fax)
Email: cparker@jw.com

Internet Email Confidentiality

Privileged/Confidential Information may be contained in this message. If you are not the addressee indicated in this message (or responsible for delivery of the message to the addressee), you may not copy or deliver this message to anyone. In such case, you should destroy this message and kindly notify the sender by reply email. The statements contained herein are not intended to and do not constitute an opinion as to any tax or other matter. They are not intended or written to be used, and may not be relied upon, by you or any other person for the purpose of avoiding penalties that may be imposed under any Federal tax law or otherwise.

No virus found in this incoming message.
Checked by AVG - www.avg.com
Version: 8.5.409 / Virus Database: 270.13.61/2314 - Release Date: 08/25/09 18:07:00