Ward v. Cisco Systems, Inc. et al
Case 4:08-cv-04022-JLH   Document 115-6   Filed 10/13/09   Page 1 of 5
Doc. 115 Att. 5

# EXHIBIT "F"

Dockets.Justia.com

CASREF, CLOSED, PATENT/TRADEMARK

# U.S. District Court [LIVE]
## Eastern District of TEXAS (Texarkana)
### CIVIL DOCKET FOR CASE #: 5:07-cv-00156-DF-CMC

ESN LLC v. Cisco Systems Inc et al
Assigned to: Judge David Folsom
Referred to: Magistrate Judge Caroline Craven
Related Case: 6:08-cv-00089-RAS
Cause: 28:1338 Patent Infringement

Date Filed: 10/15/2007
Date Terminated: 11/20/2007
Jury Demand: Plaintiff
Nature of Suit: 830 Patent
Jurisdiction: Federal Question

**Plaintiff**

**ESN LLC**　　　　　　　　　　　　　represented by **Eric M. Albritton**
Albritton Law Firm
PO Box 2649
Longview, TX 75606
903-757-8449
Fax: 903-758-7397
Email: ema@emafirm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**George P McAndrews**
McAndrews Held & Malloy
500 W Madison Street
Suite 3400
Chicago, IL 60661
312.775.8000
Fax: 312.775.8100
Email: gmcandrews@mcandrews-ip.com
*ATTORNEY TO BE NOTICED*

**Gerald C Willis, Jr**
McAndrews Held & Malloy
500 W Madison Street
Suite 3400
Chicago, IL 60661
312.775.8000
Fax: 312.775.8100
Email: jwillis@mcandrews-ip.com
*ATTORNEY TO BE NOTICED*

**Paul McAndrews**
McAndrews Held & Malloy

500 W Madison Street
Suite 3400
Chicago , IL 60661
312.775.8000
Fax: 312.775.8100
Email: pwmcandrews@mcandrews-ip.com
*ATTORNEY TO BE NOTICED*

**Peter J McAndrews**
McAndrews Held & Malloy
500 W Madison Street
Suite 3400
Chicago , IL 60661
312.775.8000
Fax: 312.775.8100
Email: pmcandrews@mcandrews-ip.com
*ATTORNEY TO BE NOTICED*

**Thomas John Ward , Jr**
Ward & Smith Law Firm
P O Box 1231
Longview , TX 75606-1231
903/757-6400
Fax: 903/757-2323
Email: jw@jwfirm.com
*ATTORNEY TO BE NOTICED*

**Thomas J Wimbiscus**
McAndrews Held & Malloy
500 W Madison Street
Suite 3400
Chicago , IL 60661
312/775-8000
Fax: 312/775-8100
Email: twimbiscus@mcandrews-ip.com

*ATTORNEY TO BE NOTICED*

V.
**Defendant**
**Cisco Systems Inc**

**Defendant**
**Cisco-Linksys LLC**

| Date Filed | # | Docket Text |
|---|---|---|
| 10/16/2007 | 1 | COMPLAINT against Cisco Systems Inc, Cisco-Linksys LLC ( Filing fee $ 350 receipt number 1298562.), filed by ESN LLC. (Attachments: # 1 Exhibit A - Part 1# 2 Exhibit A - Part 2# 3 Exhibit B# 4 Exhibit C# 5 Civil Cover Sheet)(Albritton, Eric) Modified on 10/17/2007 (fnt, ). (Entered: 10/16/2007) |
| 10/16/2007 | 2 | NOTICE of Attorney Appearance by Thomas John Ward, Jr on behalf of ESN LLC (Ward, Thomas) (Entered: 10/16/2007) |
| 10/16/2007 |   | STANDING ORDER REFERRING 40% of CASES to Magistrate Judge Caroline Craven for pretrial. Signed by Judge David Folsom on 10/16/2007. (sm, ) (Entered: 10/19/2007) |
| 10/17/2007 | 3 | AMENDED COMPLAINT against Cisco Systems Inc, Cisco-Linksys LLC, filed by ESN LLC. (Attachments: # 1 Exhibit A - Part 1# 2 Exhibit A - Part 2# 3 Exhibit B - Part 1# 4 Exhibit B - Part 2# 5 Exhibit C# 6 Exhibit D)(Albritton, Eric) (Entered: 10/17/2007) |
| 10/17/2007 | 4 | Notice of Filing of Patent/Trademark Form (AO 120). AO 120 mailed to the Director of the U.S. Patent and Trademark Office. (Albritton, Eric) (Entered: 10/17/2007) |
| 10/17/2007 | 5 | E-GOV SEALED SUMMONS Issued as to Cisco Systems Inc, Cisco-Linksys LLC. (Attachments: # 1 summons CiscoLinksys)(rml, ) (Entered: 10/17/2007) |
| 10/18/2007 | 6 | MOTION to Enjoin Defendants Cisco and Linksys From Prosecuting Later-Filed Parallel Litigation in Connecticut by ESN LLC. (Attachments: # 1 Text of Proposed Order # 2 Exhibit A# 3 Exhibit B# 4 Exhibit C# 5 Exhibit D# 6 Exhibit E# 7 Exhibit F# 8 Exhibit G)(Albritton, Eric) (Entered: 10/18/2007) |
| 10/29/2007 | 7 | APPLICATION to Appear Pro Hac Vice by Attorney Thomas J Wimbiscus for ESN LLC. (PAID - RECEIPT #2-1-3165) (sm, ) (Entered: 10/29/2007) |
| 10/29/2007 | 8 | APPLICATION to Appear Pro Hac Vice by Attorney George P McAndrews for ESN LLC. (APPROVED)(FEE PAID) 2-1-3165(ch, ) (Entered: 10/30/2007) |
| 10/29/2007 | 9 | APPLICATION to Appear Pro Hac Vice by Attorney Peter J McAndrews for ESN LLC. (APPROVED)(FEE PAID) 2-1-3165 (ch, ) (Entered: 10/30/2007) |
| 10/29/2007 | 10 | APPLICATION to Appear Pro Hac Vice by Attorney Gerald C Willis, Jr for ESN LLC. (APPROVED)(FEE PAID) 2-1-3165 (ch, ) (Entered: 10/30/2007) |
| 10/29/2007 | 11 | APPLICATION to Appear Pro Hac Vice by Attorney Paul McAndrews for ESN LLC. (APPROVED)(FEE PAID) 2-1-3165 (ch, ) (Entered: 10/30/2007) |
| 11/02/2007 | 12 | STIPULATION of Dismissal *without Prejudice* by ESN LLC, Cisco Systems Inc, Cisco-Linksys LLC. (Attachments: # 1 Text of Proposed Order)(Albritton, Eric) (Entered: 11/02/2007) |
| 11/20/2007 | 13 | ORDER OF DISMISSAL WITHOUT PREJUDICE. Signed by Judge David Folsom on 11/19/07. (mrm, ) (Entered: 11/20/2007) |

| PACER Service Center ||||
|---|---|---|---|
| Transaction Receipt ||||
| 10/13/2009 14:38:12 ||||
| PACER Login: | jw0015 | Client Code: | 132824.00001 cjp2 review |
| Description: | Docket Report | Search Criteria: | 5:07-cv-00156-DF-CMC |
| Billable Pages: | 3 | Cost: | 0.24 |