# EXHIBIT "G"

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

JOHN WARD, JR.,          *
                         *
V.                       *  C.A. NO. 08-4022
                         *  JURY TRIAL DEMANDED
CISCO SYSTEMS, INC.      *

*CERTIFIED COPY*

---

ORAL AND VIDEOTAPED DEPOSITION OF

THOMAS JOHN WARD, JR.

AUGUST 10, 2009

---

ORAL AND VIDEOTAPED DEPOSITION of THOMAS JOHN WARD, JR., produced as a witness at the instance of the Defendant, and duly sworn, was taken in the above-styled and -numbered cause on the 10th day of August, 2009, from 9:44 a.m. to 1:21 p.m., before Stacy L. Jordan, CSR in and for the State of Texas, reported by machine shorthand, taken in the law offices of John Ward, Jr., 111 West Tyler Street, City of Longview, County of Gregg, State of Texas, pursuant to the Federal Rules of Civil Procedure.

1  reading them, and so yes, it was something that had me
2  very agitated --
3       Q.  Okay.
4       A.  -- angry, frustrated, upset about.
5       Q.  Okay.  And focusing on the -- on the
6  sleeplessness, your wife estimated that it was three to
7  four times a week that you would wake up, and she
8  attributed it to the Patent Troll Tracker.
9              My question to you, since you're the only
10 one that would know:  Was it three to four times a week
11 that you were waken up for that four-month period?
12      A.  It's hard to pinpoint.  I think it's gotten
13 better over time.  I think she's a better judge, because
14 I -- I have a bad habit of waking her up when I'm having
15 trouble sleeping.  I can't disagree that it was three or
16 four nights because I don't -- I don't have a good feel
17 for it.
18      Q.  And in that -- you say "it's gotten better."
19 When did it get better?
20      A.  Well, she forgot that I take Tylenol PM every
21 night, and I didn't take that before.  It's gotten
22 better since I take Tylenol PM.  I've got a friend who's
23 an ER doctor, and I said:  I'm not sleeping.
24              And I didn't attribute it to -- it to
25 anything but I'm having trouble sleeping.

1        He said:  Try taking Tylenol PM before you
2  get to something harder.
3        Q.   What's the name of the doctor?
4        A.   Brian Mendenhall, a good friend of mine, ER
5  doctor.
6        Q.   And when did you talk to Dr. -- Mendenhall,
7  did you say?
8        A.   Mendenhall.  I know it was when we lived at
9  101 Fountain Valley Court.  I want to say it was over a
10 year ago.
11       Q.   Have you been taking Tylenol PM for a year
12 every night?
13       A.   Yeah, one.
14       Q.   One -- one tablet?
15       A.   One tablet.
16       Q.   Okay.  And now are you sleeping through the
17 night every night?
18       A.   I didn't last night, but pretty much, yeah.
19 I've had --
20       Q.   You were worried about me, right?
21       A.   Well, I was worried about my wife, what -- how
22 my wife was going to --
23       Q.   She seemed --
24       A.   -- hold up.
25       Q.   She seemed okay.

1    A.   A lovely lady, but I can't recall her name,
2    sitting here.
3    Q.   Okay. And -- and your wife gave a
4    recollection of that conversation. Give me yours.
5    A.   Hers was pretty close to mine. I -- you know,
6    we had gone out there just kind of to keep business
7    contacts going. It was nice to go have dinner with
8    these folks. And something came up about the Cisco
9    case. I mean, that's the only case that Pete and I have
10   together. And his wife said: Oh, you're the one. And
11   clearly, they had talked about it.
12              And I said: Yeah, I'm the one.
13              And Pete -- I don't think he would have
14   ever told me if he'd known it was going to end up in
15   get- -- getting his deposition taken -- told about this
16   time where he was meeting with some in-house counsel at
17   some company. And I don't know if they were
18   contemplating filing a lawsuit in the Eastern District
19   or what. And he said: We've got good local counsel
20   down there, Johnny Ward and Eric Albritton.
21              And they relayed to him they'd have
22   nothing to do with us; they'd read about us; they knew
23   that we were unethical or engaged in bad acts, and not
24   to raise our names again as hiring us as local counsel.
25   That's my recollection of --

```
 1        Q.    Okay.
 2        A.    -- what was said.
 3        Q.    Did you do anything to follow up on that and
 4   say: Hey, you know, I assume you told the in-house
 5   counsel that we're good guys and --
 6        A.    I didn't -- I mean, I was kind of surprised
 7   that I'm hearing this.  I -- I had suspected that that
 8   had gone on, but it's hard -- people don't call me and
 9   say: Hey, you were in the running, but we're not hiring
10   you because of what we read about you.
11        Q.    Uh-huh.
12        A.    So it kind of confirmed my suspicion.
13              And I subsequently talked to Pete and
14   said: I know we were having this over-a-casual-dinner
15   conversation, but it's important to me.  Would you mind
16   me telling my lawyers about it and letting them know
17   that I have confirmation?
18              And he said -- he's a stand-up guy, and he
19   said: Have at it.  The facts are the facts.
20        Q.    Do you remember the name of the in-house
21   counsel?
22        A.    No.  He -- he -- he would know because he
23   called them by name and company.
24        Q.    Okay.  And you didn't make any effort to
25   contact the in-house counsel or the company yourself
```

```
 1    to --
 2         A.    I think that --
 3         Q.    -- talk to --
 4         A.    I think that'd be improper, but I wouldn't
 5    have done that.
 6         Q.    Okay.  In any event, improper or not, you
 7    didn't do it?
 8         A.    I did not do it.
 9         Q.    Okay.  And did Pete at dinner specify the
10    Patent Troll Tracker as the source of this in-house
11    counsel's comment to him about you and Mr. Albritton?
12         A.    That's the only place I've been accused of a
13    crime and unethical behavior.  So maybe I just assumed
14    that that's what the source of his information was.
15         Q.    Okay.  But he didn't mention it?
16         A.    I -- I can't recall, sitting here.  I -- I
17    would defer to Pete whether or not he mentioned it or
18    not.
19         Q.    Okay.  As lawyers, we all, from time to
20    tame -- time to time, get -- get in beauty contests,
21    what they call, the counsels -- I mean the companies
22    trying to pick counsel.
23         A.    I -- I understand that goes on in the big
24    firms.  I hear about it because -- Jackson Walker, Baker
25    Botts, or Vinson & Elkins, they get interviewed by
```

1   clients, and I've heard that goes on.  I don't

2   typically -- we're not --

3        Q.   You don't do --

4        A.   -- involved -- my name's brought up, and

5   that's how I found out about another instance where

6   someone had a negative reaction to me.

7        Q.   Okay.  But you typically don't do the beauty

8   contests like the big firms do?

9        A.   No.

10       Q.   Okay.

11       A.   I've got lawyers that use me as local counsel,

12  and they tend to come back to me.

13       Q.   Okay.  You say there was another instance,

14  other than the Peter McAndrews matter, where somebody

15  was reporting what somebody else had said?

16       A.   Right.

17       Q.   And who was that?

18       A.   Bob Chiaviello at Fulbright & Jaworski.

19       Q.   And what did Mr. Chiaviello say?

20       A.   Same general type of thing.  They were

21  enrolled in a beauty contest, and he brought up that:

22  Hey, we use Johnny Ward as local counsel.  We could help

23  you out.

24            You know, it would've had to have been a

25  case filed in Judge Davis' court or Judge Folsom's

```
 1    court --
 2        Q.   Sure.
 3        A.   -- defense case.
 4             And whoever his contact -- and he said it
 5    happened on more than one occasion.  He didn't give a
 6    client name to me.  He just said that people have said:
 7    We've -- we've heard about that guy; we've read about
 8    him; we're not going to use him.
 9             And he attributed it to the Patent Troll
10    Tracker specifically.
11        Q.   Okay.
12        A.   So I assume that these folks raised the
13    articles to him.
14        Q.   Okay.  And Chiaviello said that he heard about
15    it from how many clients?
16        A.   I don't know if it was one or several.  It
17    seems like it was on more -- more than one occasion that
18    he had been trying to land some business and had
19    referenced me by name and --
20        Q.   Okay.
21        A.   He did not specify a client, though.
22        Q.   Okay.
23        A.   And I kind of had the same conversation: Bob,
24    I hate to put you in this situation, but can I give your
25    name to my lawyers?  Would you be willing to talk to
```

```
 1   them about what's happened?
 2       Q.   Uh-huh.  And he -- he said yes?
 3       A.   He said --
 4       Q.   Okay.
 5       A.   -- whatever you need to do.
 6       Q.   Is there anybody of this nature, like Pete
 7   McAndrews and Bob Chiaviello, who you've asked
 8   permission who have denied it, said:  No, you can't give
 9   my name to the lawyers?
10       A.   Yes.
11       Q.   Who is that?
12       A.   I don't -- they don't want their names out
13   there, and I -- I don't -- I'm not comfortable giving
14   them to you.  I think it's confidential.  They've had
15   clients who've -- and I can't -- obviously, if I
16   can't -- if I don't give it to you now, I'm not going to
17   get to talk about it at trial, and I understand I live
18   and die by that.
19       Q.   Okay.  Are you claiming economic damages in
20   this case?
21            MS. PEDEN:  Objection to form.
22       A.   I don't believe so.  I think I'm claiming
23   pain, suffering, mental anguish, and reputational
24   damage.  I think I've lost business, but, you know, I
25   can't ever -- again, I can't prove who's not hiring me
```

|  |  |
|---|---|
| 1 | because of this, so I can't put any dollar value on it. |
| 2 | Q.   (BY MR. BABCOCK)  You could prove, however, |
| 3 | that a bunch of people are hiring you.  I mean -- |
| 4 | A.   I've -- |
| 5 | Q.   -- you've got a pretty active docket. |
| 6 | A.   I've got an active docket, yes.  This has, by |
| 7 | no means, shut my practice down. |
| 8 | Q.   Okay.  So there's Pete McAndrews, Bob |
| 9 | Chiaviello, and one or more people that you won't name? |
| 10 | A.   One.  One lawyer. |
| 11 | Q.   Okay.  One lawyer that you won't name. |
| 12 | A.   And Mr. Fokas has told me that he would not |
| 13 | have hired me if he did not know me prior to this and |
| 14 | know this to be untrue about me.  That's hindsight, |
| 15 | but -- |
| 16 | Q.   Uh-huh. |
| 17 | A.   -- he's made that comment to me.  I think he's |
| 18 | very happy with my representation of him, so I'm not |
| 19 | worried about losing him as a client. |
| 20 | Q.   All right.  Okay.  Anybody -- anybody else, |
| 21 | other than McAndrews, Chiaviello, the one lawyer you |
| 22 | won't tell us, who has said that because of this Patent |
| 23 | Troll Tracker article -- were you even quoting somebody |
| 24 | else? |
| 25 | A.   Quoting some- -- |

1   Q.   Yeah.

2   A.   Who he would not identify.

3   Q.   Right.

4   A.   He said: I'm not going to testify.

5   Q.   Okay. So anybody else other than those
6   people?

7   A.   No.

8   Q.   Okay.

9   A.   Not -- not that I know of.

10  Q.   Okay. Is there -- is there anybody outside of
11  your professional life -- and I understand the patent
12  bar is a small bar and talks and everything. But
13  anybody outside of your professional life that has made
14  comments -- disparaging comments to you about the Patent
15  Troll Tracker? I mean, anybody at church or at school
16  or --

17  A.   Nobody.

18  Q.   Okay.

19  A.   I mean, people, obviously, read about it when
20  we sued and it turned out to be Cisco, but no one's said
21  anything disparaging to me.

22  Q.   Okay.

23  A.   But, obviously, there are folks outside of the
24  profession that have read about it now.

25  Q.   Because there has been -- there has been some