# Ex. D

```
              IN THE UNITED STATES DISTRICT COURT
                 WESTERN DISTRICT OF ARKANSAS
                       TEXARKANA DIVISION

JOHN WARD, JR.,                *
                               *
V.                             *  C.A. NO. 08-4022
                               *  JURY TRIAL DEMANDED
CISCO SYSTEMS, INC.            *
```

---

ORAL AND VIDEOTAPED DEPOSITION OF

THOMAS JOHN WARD, JR.

AUGUST 10, 2009

---

ORAL AND VIDEOTAPED DEPOSITION of THOMAS JOHN WARD, JR., produced as a witness at the instance of the Defendant, and duly sworn, was taken in the above-styled and -numbered cause on the 10th day of August, 2009, from 9:44 a.m. to 1:21 p.m., before Stacy L. Jordan, CSR in and for the State of Texas, reported by machine shorthand, taken in the law offices of John Ward, Jr., 111 West Tyler Street, City of Longview, County of Gregg, State of Texas, pursuant to the Federal Rules of Civil Procedure.

1   (Off the record 1:15-1:18.)
2   THE VIDEOGRAPHER: Back on the record,
3   1:18.
4   Q.  (BY MR. BABCOCK) Have you ever engaged in any
5   lobbying efforts in Washington regarding patent reform
6   or the patent laws?
7   MS. PEDEN: Objection, vague and
8   ambiguous.
9   You can --
10  Q.  (BY MR. BABCOCK) Go -- go ahead and answer.
11  A.  Yeah.
12  MS. PEDEN: If you can.
13  A.  Yeah. When you say "have engaged in," have I
14  gone to D.C.? Have I called congressmen? You know,
15  what is it that you're wanting to know?
16  Q.  (BY MR. BABCOCK) All right. Good questions,
17  all of them --
18  A.  Okay.
19  Q.  -- since you're a trial -- I bet you're a
20  trial lawyer.
21  Have you ever gone to Washington, D.C. in
22  connection with patent law?
23  A.  No.
24  Q.  Have you ever called any members of Congress
25  regarding -- regarding issues of patent law?

```
 1        A.   No.
 2        Q.   Okay.  Have you ever been involved with any
 3   organizations that have been on one side or the other of
 4   the patent reform law debate?
 5        A.   I think the American Association for Justice
 6   got involved, and so -- I send money to them.  I don't
 7   believe the Texas Trial Lawyers Association has weighed
 8   in on it.  So only the AAJ.
 9        Q.   Have you ever been to Washington, D.C. on
10   business?
11        A.   Yes.
12        Q.   And while in Washington, D.C., did you ever
13   meet with a member of Congress, either a senator or a
14   representative --
15        A.   Never.
16        Q.   -- or their staff?
17        A.   Never.
18        Q.   Okay.  Did you ever meet with a lobbyist,
19   somebody who -- either for AAJ or for the -- anybody
20   else who's lobbying Congress?
21        A.   Face-to-face meetings, no.
22        Q.   How about telephone meetings?
23        A.   Never on the telephone.
24        Q.   Okay.  You said that the notice of electronic
25   filing was available online.  Could you tell -- I think
```