## IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF ARKANSAS
## TEXARKANA DIVISION

**JOHN WARD, JR.**                                             **PLAINTIFF(S)**

**V.**                          **No. 08-4022**

**CISCO SYSTEMS, INC.**                                        **DEFENDANT(S)**

## <u>NOTICE RE DEFICIENCY</u>

Defendant CISCO SYSTEMS, INC. filed a Motion for Partial Summary Judgment in the above entitled proceeding on October 13, 2009, Document #114, which appears to contain one or more deficiencies as indicated.

1. _____ Pleading is not signed in compliance with Local Rule 5.5(c)(1).

2. _____ Pleading is not completely retyped in compliance with Local Rule 5.5(e).

3. _____ Pleading does not comply with Local Rule 6.2(b) - Motions for extension of time - statement that adverse party has been contacted.

4. _____ Pleading is not in compliance with Local Rule 7.2.

      1. No brief in support
      2. Not set forth in separate pleading - see Other below
      3. No statement re conference with opposing counsel (motions to compel discovery, discovery enforcement motions, and motions for protective orders)

5. _X_ Pleading is not in compliance with Local Rule 56.1 (Summary Judgment Motions).

      1. No brief in support
    X **2. No separate Statement of Facts**

6. _____ No certificate of service or explanation why service is not required.  FRCvP 5(d).

7. _____ Other. _____. _____

## <u>YOU ARE DIRECTED TO IMMEDIATELY FILE A STATEMENT OF FACTS TO REMEDY THIS DEFICIENCY.</u>

cc: Judge _____ Hendren _____