# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF ARKANSAS
## TEXARKANA DIVISION

**JOHN WARD, JR.**                                                          **PLAINTIFF(S)**

**V.**                              **No. 08-4022**

**CISCO SYSTEMS, INC.**                                                **DEFENDANT(S)**

## NOTICE RE DEFICIENCY

Plaintiff JOHN WARD, JR. filed a Motion for Summary Judgment in the above entitled proceeding on October 13, 2009, Document #116, which appears to contain one or more deficiencies as indicated.

1. _____   Pleading is not signed in compliance with Local Rule 5.5(c)(1).

2. _____   Pleading is not completely retyped in compliance with Local Rule 5.5(e).

3. _____   Pleading does not comply with Local Rule 6.2(b) - Motions for extension of time - statement that adverse party has been contacted.

4. _____   Pleading is not in compliance with Local Rule 7.2.

    1. No brief in support
    2. Not set forth in separate pleading - see Other below
    3. No statement re conference with opposing counsel (motions to compel discovery, discovery enforcement motions, and motions for protective orders)

5. __X__   Pleading is not in compliance with Local Rule 56.1 (Summary Judgment Motions).

    1.   No brief in support
    X  **2.   No separate Statement of Facts**

6. _____   No certificate of service or explanation why service is not required.  FRCvP 5(d).

7. _____   Other. _____ .

**YOU ARE DIRECTED TO IMMEDIATELY FILE A STATEMENT OF FACTS TO REMEDY THIS DEFICIENCY.**

                                cc:  Judge _____Hendren_____

Dockets.Justia.com