IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

| JOHN WARD, JR. | § | |
|---|---|---|
| | § | |
| | § | C. A. NO. 08-4022 |
| v. | § | JURY TRIAL DEMANDED |
| | § | |
| CISCO SYSTEMS, INC. | § | |

# ORDER GRANTING DEFENDANT'S MOTION FOR LEAVE TO FILE FIRST AMENDED ANSWER TO PLAINTIFF'S FIRST AMENDED COMPLAINT AND COUNTERCLAIM

The Court, having considered Defendant's Motion for Leave to File First Amended Answer to Plaintiff's First Amended Complaint and Counterclaim, and any responses thereto in the above-referenced lawsuit, hereby ORDERS that:

Defendant's Motion for Leave to File First Amended Answer to Plaintiff's First Amended Complaint and Counterclaim is GRANTED.

It is hereby ORDERED that Defendant's Motion for Leave to File First Amended Answer to Plaintiff's First Amended Complaint and Counterclaim is granted and Defendant has five (5) business days to file the amended pleading.

5637467v.1