# EX. B

## Group 2—
## Documents Not Produced in the Albritton v. Cisco case.

| No. | Bates Begin | Bates End | Date | From | To | CC | Title | Description | Privilege Type | Reason(s) Document Could Not be Responsive to Interrogatory No. 5- Documents Frenkel "relied on" in writing the articles at issue | Reason(s) Document Could Not be Responsive to Interrogatory No. 6- When Cisco learned that ESN was claiming there was a filing error |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1a | CISCO PRIVILEGED .000029 | CISCO PRIVILEGED .000029 | 31-Oct-2007 5:51 PM | Sam Baxter (McKool Smith attorney) | Marta Beckwith (Cisco attorney) | | RE: ESN | Email with attorney regarding discussions with ESN | Attorney/Client Work Product (ordinary) | Frenkel denies relying on this. Not sent to Frenkel. Created after the articles. No information provided. | Unrelated subject matter. No information provided. Not when Cisco first learned about claim. |
| 1b | | | 31-Oct-2007 3:22 PM | Marta Beckwith (Cisco attorney) | Sam Baxter (McKool Smith attorney) | | RE: ESN | Email with attorney regarding engaging him and finding counsel for urgent issues in case | Attorney/Client Work Product (ordinary) | Frenkel denies relying on this. Not sent to Frenkel. Created after the articles. No information provided. | Unrelated subject matter. No information provided. Not when Cisco first learned about claim. |
| 1c | | | 31-Oct-2007 1:04 PM | Sam Baxter (McKool Smith attorney) | Marta Beckwith (Cisco attorney) | | RE: ESN | Email from attorney regarding phone call to discuss case | Attorney/Client Work Product (ordinary) | Frenkel denies relying on this. Not sent to Frenkel. Created after the articles. No information provided. | Unrelated subject matter. No information provided. Not when Cisco first learned about claim. |
| 1d | | | 31-Oct-2007 1:22 PM (CST) | Marta Beckwith (Cisco attorney) | Sam Baxter (McKool Smith attorney) | Garret Chambers (McKool Smith attorney) | ESN | Email from attorney regarding phone call to discuss case | Attorney/Client Work Product (ordinary) | Frenkel denies relying on this. Not sent to Frenkel. Created after the articles. No information provided. | Unrelated subject matter. No information provided. Not when Cisco first learned about claim. |
| 2a | CISCO PRIVILEGED .000030 | CISCO PRIVILEGED .000030 | 24-Oct-2007 1:39 PM | Marta Beckwith (Cisco attorney) | Bart Showalter (Baker Botts attorney) | | RE: ESN | Email with attorney regarding representation in ESN litigation. | Attorney/Client Work Product (ordinary) | Frenkel denies relying on this. Not sent to Frenkel. Created after the articles. No information provided. | Unrelated subject matter. No information provided. Not when Cisco first learned about claim. |
| 2b | | | 24-Oct-2007 4:17 AM | Bart Showalter (Baker Botts attorney) | Marta Beckwith (Cisco attorney) | | ESN | Email with attorney regarding representation in ESN litigation. | Attorney/Client Work Product (ordinary) | Frenkel denies relying on this. Not sent to Frenkel. Created after the articles. No information provided. | Unrelated subject matter. No information provided. Not when Cisco first learned about claim. |

| No. | Bates Begin | Bates End | Date | From | To | CC | Title | Description | Privilege Type | Reason(s) Document Could Not be Responsive to Interrogatory No. 6 - Documents Frenkel relied on in writing first ESN was claiming the articles at issue. | Reason(s) Document Could Not be Responsive to Interrogatory No. 6 - When Cisco learned there was a filing error |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 3a | CISCO PRIVILEGED .000031 | CISCO PRIVILEGED .000031 | 25-Oct-2007 12:25 PM | Kurt Pancratz (Baker Botts attorney) | Mark Michels (Cisco attorney), Marta Beckwith (Cisco attorney), Michael Ritter (Cisco attorney), Rick Frenkel (Cisco attorney) | Bart Showalter (Baker Botts attorney) | FW: Cisco/ESN | Email forwarding email with attorney regarding legal strategy with respect to motion to stay filed in ESN litigation in Connecticut. | Attorney/Client Work Product (ordinary) | Frenkel denies relying on this. Created after the articles. No information provided. | No information provided. Unrelated subject matter. |
| 3b | | | 25-Oct-2007 2:19 PM | Michael A. Bucci (Day Pitney attorney) | Kurt Pankratz (Baker Botts attorney) | Bart Showalter (Baker Botts attorney) | Cisco/ESN | Email with attorney regarding legal strategy with respect to motion to stay filed in ESN litigation in Connecticut. | Attorney/Client Work Product (ordinary and opinion) | Frenkel denies relying on this. Created after the articles. Unrelated subject matter. | Unrelated subject matter. Not when Cisco first learned about claim. |
| 4a | CISCO PRIVILEGED .000032 | CISCO PRIVILEGED .000032 | 31-Oct-2007 | (logged at 1b) | | | | | (see 1b) | (see 1b) | (see 1b) |
| 4b | | | | (logged at 1c) | | | | | (see 1c) | (see 1c) | (see 1c) |
| 4c | | | | (logged at 1d) | | | | | (see 1d) | (see 1d) | (see 1d) |
| 5a | CISCO PRIVILEGED .000033 | CISCO PRIVILEGED .000033 | 31-Oct-2007 9:16 PM | Marta Beckwith (Cisco attorney) | Sam Baxter (McKool Smith attorney) | | RE: ESN | Email with attorney regarding representation in ESN litigation. | Attorney/Client Work Product (ordinary) | Frenkel denies relying on this. Not sent to Frenkel. Created after the articles. Unrelated subject matter. No information provided. | Unrelated subject matter. Not when Cisco first learned about claim. |
| 5b | | | | (logged at 1a) | | | | | (see 1a) | (see 1a) | (see 1a) |
| 5c | | | | (logged at 1b) | | | | | (see 1b) | (see 1b) | (see 1b) |
| 5d | | | | (logged at 1c) | | | | | (see 1c) | (see 1c) | (see 1c) |
| 5e | | | | (logged at 1d) | | | | | (see 1d) | (see 1d) | (see 1d) |
| 6a | CISCO PRIVILEGED .000034 | CISCO PRIVILEGED .000034 | 17-Oct-2007 1:50 PM | Marta Beckwith (Cisco attorney) | Michael Ritter (Cisco attorney), Sicilian, James (Day Pitney attorney) | Michael Ritter (Cisco attorney) | FW: Amended ESN Complaint | Email regarding service of amended complaint in ESN litigation. | Attorney/Client Work Product (ordinary) | Frenkel denies relying on this. Not sent to Frenkel. Unrelated subject matter. | Unrelated subject matter. |
| 6b | | | | (this email was produced in the Albritton case and is logged in Group 1 at 1) | | | | | (See Group 1 at 1) | (See Group 1 at 1) | (See Group 1 at 1) |
| 7a | CISCO PRIVILEGED .000035 | CISCO PRIVILEGED .000036 | 19-Oct-2007 12:49 PM | Marta Beckwith (Cisco attorney) | Charles K Verhoeven (Quinn Emanuel), Victoria Maroulis (Quinn Emanuel attorney) | | FW: We were just sued by ESN, LLC | Email forwarding research of ESN for purposes of ESN litigation. | Attorney/Client Work Product (ordinary) | Frenkel denies relying on this. Not sent to Frenkel. Created after the articles. | Unrelated subject matter. |

| No. | Bates Begin | Bates End | Date | From | To | CC | Title | Description | Privilege Type | Reason(s) Document Could Not be Responsive to Interrogatory No. 5- Documents Frenkel "relied on" in writing the articles at issue | Reason(s) Document Could Not be Responsive to Interrogatory No. 6- When Cisco learned that ESN was claiming there was a filing error |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 12 | CISCO PRIVILEGED .000073 | CISCO PRIVILEGED .000086 | 30-Nov-2007 | | | | | Invalidity analysis of ESN patent claims (attachment to No. 9) | Attorney/Client Work Product (ordinary and opinion) | Frenkel denies relying on this. Unrelated subject matter. | Unrelated subject matter. |
| 13a | CISCO PRIVILEGED .000088 | CISCO PRIVILEGED .000088 | 19-Oct-2007 12:48 PM | Marta Beckwith (Cisco attorney) | Charles K Verhoeven (Quinn Emanuel attorney) Victoria Maroulis (Quinn Emanuel attorney) | | FW: We were just sued by ESN, LLC | Email forwarding among attorneys discussing ESN filing, declaratory judgment action in Connecticut and strategy relating to same. | Attorney/Client Work Product (ordinary) | Frenkel denies relying on this. Not sent to Frenkel. No information provided. | Unrelated subject matter. No information provided. |
| 13b | | | | Group 1 at 11 | | | | | (See Group 1 at 11) | Frenkel denies relying (See Group 1 at 11) | (See Group 1 at 11) |
| 14a | CISCO PRIVILEGED .000090 | CISCO PRIVILEGED .000090 | 31-Oct-2007 1:48 PM | Sam Baxter (McKool Smith attorney) | Marta Beckwith (Cisco attorney) | | RE: ESN | Email with attorney regarding representation in ESN litigation. | Attorney/Client Work Product (ordinary) | Frenkel denies relying on this. Not sent to Frenkel. No information provided. | Unrelated subject matter. No information provided. |
| 14b | | | | (logged at 1b) | | | | | (see 1b) | (see 1b) | (see 1b) |
| 14c | | | | (logged at 1c) | | | | | (see 1c) | (see 1c) | (see 1c) |
| 14d | | | | (logged at 1d) | | | | | (see 1d) | (see 1d) | (see 1d) |
| 15a | CISCO PRIVILEGED .000091 | CISCO PRIVILEGED .000092 | 19-Oct-2007 12:50 PM | Marta Beckwith (Cisco attorney) | Charles K Verhoeven (Quinn Emanuel attorney) Victoria Maroulis (Quinn Emanuel attorney) | | FW: Urgent – please read- ESN | Email forwarding email regarding subject-matter jurisdiction in ESN litigation and legal opinions regarding same. | Attorney/Client Work Product (ordinary) | Frenkel denies relying on this. Not sent to Frenkel. | Unrelated subject matter. |
| 15b | | | | (this email was produced in the Albritton case and is logged in Group 1 at 10) | | | | | (See Group 1, at 10) | (see Group 1, at 10) | (see Group 1, at 10) |
| 16a | CISCO PRIVILEGED .000093 | CISCO PRIVILEGED .000093 | 19-Oct-2007 12:50 PM | Marta Beckwith (Cisco attorney) | Charles K Verhoeven (Quinn Emanuel attorney) Victoria Maroulis (Quinn Emanuel attorney) | | FW: Amended ESN Complaint | Email forwarding email regarding amended complaint in ESN litigation. | Attorney/Client Work Product (ordinary) | Frenkel denies relying on this. Not sent to Frenkel. Created after the articles | Unrelated subject matter. |
| 16b | | | | (this email was produced in the Albritton case and is logged in Group 1 at 1) | | | | | (See Group 1, at 1) | (See Group 1, at 1) | (See Group 1, at 1) |

| No. | Bates Begin | Bates End | Date | From | To | CC | Title | Description | Privilege Type | Reason(s) Document Could Not be Responsive to Interrogatory No. 5 - Documents Frenkel "relied on" in writing the articles at issue | Reason(s) Document Could Not be Responsive to Interrogatory No. 6 - When Cisco learned that ESN was claiming there was a filing error |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 23a | CISCO PRIVILEGED 000108 | CISCO PRIVILEGED 000108 | 17-Oct-2007 | (logged at 22d) | | | | | (see 22d) | (see 22d) | (see 22d) |
| 23b | | | | | | | | | | | |
| 23c | | | | (logged at 22e) | | | | | (see 22e) | (see 22e) | (see 22e) |
| 24a | CISCO PRIVILEGED 000119 | CISCO PRIVILEGED 000121 | 19-Oct-2007 12:30 PM | Mark Chandler (Cisco attorney) | Matthew Tanielian (Cisco attorney) | | RE: Fair Comparison of Patent Litigation Statistics, 1990 v. 2006 v. 2007 | Email regarding patent statistics. | Attorney/Client | (See Group 1, at 1) | (See Group 1, at 1) |
| 24b | | | | (this email was produced in the Albritton case and is logged in Group 1 at 27b) | | | | | | | |
| 24c | | | | (this email was produced in the Albritton case and is logged in Group 1 at 27c) | | | | | (See Group 1, at 27c) | (See Group 1, at 27c) | (See Group 1, at 27c) |
| 25a | CISCO PRIVILEGED 000127 | CISCO PRIVILEGED 000130 | 27-Oct-2007 11:27 AM | Rick Frenkel (Cisco attorney) | Victoria Maroulis (Quinn Emanuel attorney) Marta Beckwith (Cisco attorney) | Katherine Bennett (Quinn Emanuel attorney) Kevin Smith (Quinn Emanuel attorney) Sayuri Sharper (Quinn Emanuel attorney) Mark Michels (Cisco attorney) Michael Ritter (Cisco attorney) | Re: ESN v. Cisco update and important new date in CT case | Email concerning strategy with respect to venue. | Attorney/Client Work Product (ordinary and opinion) | Frenkel denies relying on this. Created after the articles. Frenkel's work product. Unrelated subject matter. | Unrelated subject matter. Not when Cisco first learned about claim. |
| 25b | | | 27-Oct-2007 10:21 AM PST | Victoria Maroulis (Quinn Emanuel attorney) | Rick Frenkel (Cisco attorney) Marta Beckwith (Cisco attorney) | Michael Ritter (Cisco attorney) Mark Michels (Cisco attorney) Sayuri Sharper (Quinn Emanuel attorney) Kevin Smith (Quinn Emanuel attorney) Katherine Bennett (Quinn Emanuel attorney) | Re: ESN v. Cisco update and important new date in CT case | Email concerning strategy with respect to venue. | Attorney/Client Work Product (ordinary and opinion) | Frenkel denies relying on this. Created after the articles. Unrelated subject matter. | Unrelated subject matter. Not when Cisco first learned about claim. |

| No. | Bates Begin | Bates End | Date | From | To | CC | Title | Description | Privilege Type | Reason(s) Document Could Not be Responsive to Interrogatory No. 5-Documents Frenkel relied on, in writing, that ESN was claiming there was a filing error | Reason(s) Document Could Not be Responsive to Interrogatory No. 6-When Cisco learned about claim |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 26d | | | 12-Nov-2007 11:28 AM | Rick Frenkel (Cisco attorney) | Mark Michels (Cisco attorney) | | RE: IP Team Monthly Report Please Respond by 11/16 | Email correspondence regarding writing a summary of the ESN lawsuit and regarding making sure the summary is privileged | Attorney/Client Work Product (ordinary) | Frenkel denies relying on this. Created after the articles. Unrelated subject matter. No information provided. | Unrelated subject matter. No information provided. Not when Cisco first learned about claim. |
| 26e | | | 11-Nov-2007 7:11 PM | Mark Michels (Cisco attorney) | ip-team (mailer list of Cisco's intellectual property and legal team) | | IP Team Monthly Report Please Respond by 11/16 | Email correspondence regarding writing a summary of the ESN lawsuit | Attorney/Client Work Product (ordinary) | Frenkel denies relying on this. Created after the articles. Unrelated subject matter. No information provided. | Unrelated subject matter. No information provided. Not when Cisco first learned about claim. |
| 27a | CISCO PRIVILEGED 000145 | CISCO PRIVILEGED 000145 | 18-Oct-2007 12:31 PM | Kurt Pankratz (Baker Botts attorney) | Rick Frenkel (Cisco attorney) | | RE: Re: Hertz/TSD Motion to Correct Docket | Email attaching exhibit to email regarding similar case where filing party filed a motion to correct the docket. | Attorney/Client Work Product (ordinary) | Frenkel denies relying on this. Created after the articles. Unrelated subject matter. No information provided | Unrelated subject matter. No information provided. |
| 27b | | | | (this email was produced in the Albritton case and is logged in Group 1 at 35b) | | | | | (See Group 1, at 35b) | | (See Group 1, at 35b) |
| 28a | CISCO PRIVILEGED 000150 | CISCO PRIVILEGED 000151 | 15-Oct-2007 3:04 PM | Rick Frenkel (Cisco attorney) | Marnie Willhoft (Cisco legal secretary) | | FW: We were just sued by ESN, LLC | Email regarding informing Cisco employee of ESN lawsuit. | Attorney/Client Work Product (ordinary) | Frenkel denies relying on this. Unrelated subject matter. Frenkel's work product. | Unrelated subject matter. |
| 28b | | | | (this email was produced in the Albritton case and is logged in Group 1 at 11) | | | | | (See Group 1, at 11) | | (See Group 1, at 11) |
| 29a | CISCO PRIVILEGED 000152 | CISCO PRIVILEGED 000153 | 2-Nov-2007 3:22 PM | John Corcoran (Cisco attorney) | Rick Frenkel (Cisco attorney) | | RE: ESN | Response to legal evaluation of potential agreement to dismiss declaratory judgment action and potential stay agreement. | Attorney/Client Work Product (ordinary) | Frenkel denies relying on this. Created after the articles. Unrelated subject matter. No information provided. | Unrelated subject matter. No information provided. Not when Cisco first learned about claim. |
| 29b | | | 02-Nov-2007 3:22 PM | Rick Frenkel (Cisco attorney) | John Corcoran (Cisco attorney) | | FW: ESN | Legal evaluation of potential agreement to dismiss declaratory judgment action and potential stay agreement. | Attorney/Client Work Product (ordinary and opinion) | Frenkel denies relying on this. Created after the articles. Unrelated subject matter. Frenkel's work product. | Unrelated subject matter. Not when Cisco first learned about claim. |
| 29c | | | 2-Nov-2007 8:34 AM | Marta Beckwith (Cisco attorney) | John Noh (Cisco PR) | Mark Michels (Cisco attorney) | ESN | Legal evaluation of potential agreement to dismiss declaratory judgment action and potential stay agreement. | Attorney/Client Work Product (ordinary and opinion) | Frenkel denies relying on this. Created after the articles. | Unrelated subject matter. Not when Cisco first learned about claim. |

| No. | Bates Begin | Bates End | Date | From | To | CC | Title | Description | Privilege Type | Reason(s) Document Could Not Be Responsive to Interrogatory No. 5: Documents Frenkel relied on in writing that ESN was claiming the articles at issue | Reason(s) Document Could Not Be Responsive to Interrogatory No. 6: When Cisco learned there was a filing and |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 30a | CISCO PRIVILEGED. 000157 | CISCO PRIVILEGED. 000158 | 19-Oct-2007 9:57 AM | (This email was produced in the Albritton case and is logged in Group 1 at 36b) | | | | | (See Group 1, at 36b) | (See Group 1, at 36b) | (See Group 1, at 36b) |
| 30b | | | | (This email was produced in the Albritton case and is logged in Group 1 at 36c) | | | | | (See Group 1, at 36c) | (See Group 1, at 36c) | (See Group 1, at 36c) |
| 30c | | | | (This email was produced in the Albritton case and is logged in Group 1 at 36d) | | | | | (See Group 1, at 36d) | (See Group 1, at 36d) | (See Group 1, at 36d) |
| 30d | | | | (This email was produced in the Albritton case and is logged in Group 1 at 36e) | | | | | (See Group 1, at 36e) | (See Group 1, at 36e) | (See Group 1, at 36e) |
| 30e | | | | (This email was produced in the Albritton case and is logged in Group 1 at 36f) | | | | | (See Group 1, at 36f) | (See Group 1, at 36f) | (See Group 1, at 36f) |
| 31a | CISCO PRIVILEGED. 000159 | CISCO PRIVILEGED. 000160 | 19-Oct-2007 1:16 PM | Charles K Verhoeven (Quinn Emanuel attorney) | Victoria Maroulis (Quinn Emanuel attorney), Marta Beckwith (Cisco attorney) | Mark Michels (Cisco attorney), Michael Ritter (Cisco attorney), Rick Frenkel (Cisco attorney) | RE: ESN | Email regarding beginning work on ESN matter | Attorney/Client Work Product (ordinary) | Frenkel denies relying on this. Created after the articles. Unrelated subject matter. No information provided. | Unrelated subject matter. No information provided. Not when Cisco first learned about claim. |
| 31b | | | 19-Oct-2007 12:48 PM | Marta Beckwith (Cisco attorney) | Victoria Maroulis (Quinn Emanuel attorney), Charles K Verhoeven (Quinn Emanuel attorney) | Michael Ritter (Cisco attorney), Mark Michels (Cisco attorney), Rick Frenkel (Cisco attorney) | ESN | Email regarding legal strategy with respect to declaratory judgment action. | Attorney/Client Work Product (ordinary and opinion) | Frenkel denies relying on this. Created after the articles. | Not when Cisco first learned about claim. |

| No. | Bates Begin | Bates End | Date | From | To | CC | Title | Description | Privilege Type | Reason(s) Document Could Not be Responsive to Interrogatory No 5; Responsive to Interrogatory No. 6; Documents Frenkel reflected in writing that ESN was claiming there was a filing error | Reason(s) Document Could Not be Responsive to Interrogatory No 5; When Cisco learned the articles at issue |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 36a | CISCO PRIVILEGED. 000172 | CISCO PRIVILEGED. 000174 | 27-Oct-2007 12:14 PM | Victoria Maroulis (Quinn Emanuel attorney) | Marta Beckwith (Cisco attorney), Rick Frenkel (Cisco attorney) | Katherine Bennett (Quinn Emanuel attorney), Kevin Smith (Quinn Emanuel attorney), Mark Michels (Cisco attorney), Michael Ritter (Cisco attorney), Sayuri Sharper (Quinn Emanuel attorney) | Re: ESN v. Cisco update and important new date in CT case | Email regarding new venue case and how it relates to case strategy. | Attorney/Client Work Product (ordinary and opinion) | Frenkel denies relying on this. Created after the articles. Unrelated subject matter. | Not when Cisco first learned about claim. |
| 36b | | | | | | | | | (see 25a) | (see 25a) | (see 25a) |
| 36c | | | | (logged at 25a) | | | | | (see 25b) | (see 25b) | (see 25b) |
| 36d | | | | (logged at 25b) | | | | | (see 25c) | (see 25c) | (see 25c) |
| 36e | | | | (logged at 25c) | | | | | (see 25d) | (see 25d) | (see 25d) |
| 37a | CISCO PRIVILEGED. 000175 | CISCO PRIVILEGED. 000175 | 19-Oct-2007 8:10 AM | (logged at 25d) Mallun Yen (Cisco attorney) | Marta Beckwith (Cisco attorney), Michael Ritter (Cisco attorney), Rick Frenkel (Cisco attorney) | Mark Michels (Cisco attorney) | RE: | Email responding to email regarding selection of local counsel and strategy for filing declaratory judgment action. | Attorney/Client Work Product (ordinary and opinion) | Frenkel denies relying on this. Created after the articles. Unrelated subject matter. No information provided. | Not when Cisco first learned about claim. |
| 37b | | | 19-Oct-2007 7:19 AM | Marta Beckwith (Cisco attorney) | Rick Frenkel (Cisco attorney), Mallun Yen (Cisco attorney), Michael Ritter (Cisco attorney) | Mark Michels (Cisco attorney) | RE: | Email regarding selection of local counsel and strategy for filing declaratory judgment action. | Attorney/Client Work Product (ordinary and opinion) | Frenkel denies relying on this. Created after the articles. Unrelated subject matter. No information provided. | Unrelated subject matter. Not when Cisco first learned about claim. |
| 37c | | | 18-Oct-2007 11:51 PM | Rick Frenkel (Cisco attorney) | Marta Beckwith (Cisco attorney), Mallun Yen (Cisco attorney), Michael Ritter (Cisco attorney) | Mark Michels (Cisco attorney) | | Email regarding strategy for filing declaratory judgment action. | Attorney/Client Work Product (ordinary and opinion) | Frenkel denies relying on this. Created after the articles. Unrelated subject matter. No information provided. | Unrelated subject matter. Not when Cisco first learned about claim. |
| 38a | CISCO PRIVILEGED. 000176 | CISCO PRIVILEGED. 000176 | 29-Oct-2007 8:16 PM | Rick Frenkel (Cisco attorney) | Marta Beckwith (Cisco attorney) | Mark Michels (Cisco attorney), Michael Ritter (Cisco attorney) | RE: Otis | Email regarding selection of local counsel | Attorney/Client Work Product (ordinary) | Frenkel denies relying on this. Created after the articles. Unrelated subject matter. Frenkel's work product. No information provided. | Unrelated subject matter. No information provided. Not when Cisco first learned about claim. |

| No. | Bates Begin | Bates End | Date | From | To | CC | Title | Description | Privilege Type | Reason(s) Document Could Not be Responsive to Interrogatory No. 5; Documents Frenkel relied on in writing the ESN was claiming there was a filing error | Reason(s) Document Could Not be Responsive to Interrogatory No. 6; Documents Cisco learned when Cisco first learned about claim |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 52c | | | 27-Oct-2007 12:14 PM PST | Victoria Maroulis (Quinn Emanuel attorney) | Rick Frenkel (Cisco attorney), Marta Beckwith (Cisco attorney) | Michael Ritter (Cisco attorney), Mark Michels (Cisco attorney), Sayuri Sharper (Quinn Emanuel attorney), Kevin Smith (Quinn Emanuel attorney), Katherine Bennett (Quinn Emanuel attorney) | Re: ESN v. Cisco: update and important new date in CT case | Email regarding new case law regarding venue | Attorney/Client Work Product (ordinary and opinion) | Frenkel denies relying on this. Created after the articles. Unrelated subject matter. | Unrelated subject matter. Not when Cisco first learned about claim. |
| 52d | | | 27-Oct-2007 11:26 AM | Rick Frenkel (Cisco attorney) | Victoria Maroulis (Quinn Emanuel attorney), Marta Beckwith (Cisco attorney) | Michael Ritter (Cisco attorney), Mark Michels (Cisco attorney), Sayuri Sharper (Quinn Emanuel attorney), Kevin Smith (Quinn Emanuel attorney), Katherine Bennett (Quinn Emanuel attorney) | Re: ESN v. Cisco: update and important new date in CT case | Email regarding call and new case law regarding venue. | Attorney/Client Work Product (ordinary and opinion) | Frenkel denies relying on this. Created after the articles. Unrelated subject matter. Frenkel's work product. | |
| 52e | | | | (logged at 25b) | | | | (see 25b) | (see 25b) | (see 25b) | |
| 52f | | | | (logged at 25c) | | | | | (see 25c) | (see 25c) | (see 25c) |
| 52g | | | | (logged at 25d) | | | | | (see 25d) | (see 25d) | (see 25d) |
| 53a | CISCO PRIVILEGED 000213 | CISCO PRIVILEGED 000214 | 18-Oct-2007 9:08 PM | Mallun Yen (Cisco attorney) | Marta Beckwith (Cisco attorney), Michael Ritter (Cisco attorney), Rick Frenkel (Cisco attorney) | | RE: Nuance | Email regarding the proper way to handle a problem with a filing | Attorney/Client Work Product (ordinary and opinion) | Frenkel denies relying on this. Created after the articles. | Unrelated subject matter. |
| 53b | | | 18-Oct-2007 6:01 PM | Rick Frenkel (Cisco attorney) | Marta Beckwith (Cisco attorney), Mallun Yen (Cisco attorney), Michael Ritter (Cisco attorney) | | RE: Nuance | Email regarding research and analysis regarding ESN litigation | Attorney/Client Work Product (ordinary and opinion) | Frenkel denies relying on this. Created after the articles. Frenkel's work product. | Unrelated subject matter. |

| No. | Bates Begin | Bates End | Date | From | To | CC | Title | Description | Privilege Type | Reason(s) Document Could Not be Responsive to Interrogatory No. 8 | Reason(s) Document Could Not be Responsive to Interrogatory No. 8 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 53c | | | 18-Oct-2007 5:53 PM | Marta Beckwith (Cisco attorney) | Mallun Yen (Cisco attorney), Rick Frenkel (Cisco attorney), Michael Ritter (Cisco attorney) | | Nuance | Email analysis regarding ESN litigation and possible local counsel | Attorney/Client Work Product (ordinary and opinion) | Frenkel denies relying on this. Created after the articles. Unrelated subject matter. | Unrelated subject matter. |
| 54a | CISCO PRIVILEGED 000215 | CISCO PRIVILEGED 000217 | 15-Oct-2007 8:48 PM | Marta Beckwith (Cisco attorney) | Rick Frenkel (Cisco attorney) | Michael Ritter (Cisco attorney) | RE: Conflict Check | Email regarding selection of counsel and filing of declaratory judgment action. | Attorney/Client Work Product (ordinary and opinion). | Frenkel denies relying on this. Unrelated subject matter. | Unrelated subject matter. |
| 54b | | | 15-Oct-2007 8:45 PM | Rick Frenkel (Cisco attorney) | Marta Beckwith (Cisco attorney) | Michael Ritter (Cisco attorney) | RE: Conflict Check | Email regarding suspicions regarding filing of complaint and legal strategy and opinion regarding same. | Attorney/Client Work Product (ordinary and opinion) | Frenkel denies relying on this. Frenkel's work product. | Unrelated subject matter. |
| 54c | | | 15-Oct-2007 8:13 PM | Marta Beckwith (Cisco attorney) | Rick Frenkel (Cisco attorney) | Michael Ritter (Cisco attorney) | RE: Conflict Check | Email regarding selection of counsel and filing of declaratory judgment action. | Attorney/Client Work Product (ordinary) | Frenkel denies relying on this. Unrelated subject matter. | Unrelated subject matter |
| 54d | | | | (logged at 50a) | | | | | (see 50a) | (see 50a) | (see 50a) |
| 54e | | | | (logged at 50b) | | | | | (see 50b) | (see 50b) | (see 50b) |
| 54f | | | | (logged at 50c) | | | | | (see 50c) | (see 50c) | (see50c) |
| 55a | CISCO PRIVILEGED 000218 | CISCO PRIVILEGED 000220 | 27-Oct-2007 10:01 AM | (logged at 25c) | | | | | (see 25c) | (see 25c) | (see 25c) |
| 55b | | | | (logged at 25d) | | | | | (see 25d) | (see 25d) | (see 25d) |
| 56a | CISCO PRIVILEGED 000221 | CISCO PRIVILEGED 000224 | 27-Oct-2007 12:54 PM | (logged at 52b) | | | | | (see 52b) | (see 52b) | (see (52b) |
| 56b | | | | (logged at 52c) | | | | | (see 52c) | (see 52c) | (see 52c) |
| 56c | | | | (logged at 52d) | | | | | (see 52d) | (see 52d) | (see 52d) |

| No. | Bates Begin | Bates End | Date | From | To | CC | Title | Description | Privilege Type | Reason(s) Document Could Not be Responsive to Interrogatory No. 5 Document reflects Frenkel | Reason(s) Document Could Not be Responsive to Interrogatory No. 6 - What Cisco learned that ESN was claiming there was a filing error |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 63g | | | | (logged at 25c) | | | | | (see 25c) | (see 25c) | (see 25c) |
| 63h | | | | (logged at 25d) | | | | | (see 25d) | (see 25d) | (see 25d) |
| 64a | CISCO PRIVILEGED 000252 | CISCO PRIVILEGED 000252 | 15-Oct-2007 8:52 PM | Mallun Yen (Cisco attorney) | Marta Beckwith (Cisco attorney) | John Noh (Cisco PR) Mark Chandler (Cisco attorney) | RE: ESN complaint | Email thanking Marta for the update | Attorney/Client Work Product (ordinary) | Frenkel denies relying on this. Not sent to Frenkel. Unrelated subject matter. No information provided. | Unrelated subject matter. No information provided. |
| 64b | | | | (logged at 44) | | | | | (see 44) | (see 44) | (see 44) |
| 65a | CISCO PRIVILEGED 000253 | CISCO PRIVILEGED 00253 | 18-Oct-2007 5:08 PM | Mark Chandler (Cisco attorney) | Mallun Yen (Cisco attorney) | | RE: ESN | Email asking about response from potential counsel. | Attorney/Client Work Product (ordinary) | Frenkel denies relying on this. Not sent to Frenkel. Created after the articles. No information provided. | Unrelated subject matter. No information provided. |
| 65b | | | 18-Oct-2007 9:26 AM | Mallun Yen (Cisco attorney) | Mark Chandler (Cisco attorney) John Noh (Cisco PR) | | FW: ESN | Email about calling counsel about legal issues. | Attorney/Client Work Product (ordinary) | Frenkel denies relying on this. Not sent to Frenkel. Unrelated subject matter. No information provided. | Unrelated subject matter. |
| 65c | | | | (this email was produced in the Albritton case and is logged in Group 1 at 3) | | | | | (see Group 1 at 3) | (see Group 1 at 3) | (see Group 1 at 3) |
| 66a | CISCO PRIVILEGED 000262 | CISCO PRIVILEGED 000263 | 18-Oct-2007 9:06 PM | Mallun Yen (Cisco attorney) | John Noh (Cisco PR) Mark Chandler (Cisco attorney) Matthew Tanielian (Cisco attorney) | | FW: Nuance | Email regarding legal analysis and opinion regarding ESN lawsuit | Attorney/Client Work Product (ordinary and opinion) | Frenkel denies relying on this. Not sent to Frenkel. Created after the articles. | Not when Cisco first learned about claim. |
| 66b | | | | (logged at 53b) | | | | | (see 53b) | (see 53b) | (see 53b) |
| 66c | | | | (logged at 53c) | | | | | (see 53c) | (see 53c) | (see 53c) |
| 67a | CISCO PRIVILEGED 000266 | CISCO PRIVILEGED 000268 | 18-Oct-2007 11:43 AM | (this email was produced in the Albritton case and is logged in Group 1 at 19b) | | | | | (see Group 1 at 19b) | (see Group 1 at 19b) | (see Group 1 at 19b) |

| No. | Bates Begin | Bates End | Date | From | To | CC | Title | Description | Privilege Type | Reason(s) Document Could Not be Responsive to Interrogatory No. 5; Documents Frenkel relied on in writing that ESN was claiming there was a fitting error | Reason(s) Document Could Not be Responsive to Interrogatory No. 5; When Cisco learned that ESN was claiming there was a fitting error |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 67b | | | 18-Oct-2007 11:44 AM | (this email was produced in the Albritton case and is logged in Group 1 at 19c) | | | | | (see Group 1 at 19c) | (see Group 1 at 19c) | (see Group 1 at 19c) |
| 67c | | | 18-Oct-2007 11:40 Am | (this email was produced in the Albritton case and is logged in Group 1 at 19d) | | | | | (see Group 1 at 19d) | (see Group 1 at 19d) | (see Group 1 at 19d) |
| 67d | | | 18-Oct-2007 11:38 AM | (this email was produced in the Albritton case and is logged in Group 1 at 19e) | | Dan Lang (Cisco attorney) | RE: ESN | | (see Group 1 at 19e) | (see Group 1 at 19e) | (see Group 1 at 19e) |
| 67e | | | 18-Oct-2007 11:33 AM | (this email was produced in the Albritton case and is logged in Group 1 at 19f) | | | | | (see Group 1 at 19f) | (see Group 1 at 19f) | (see Group 1 at 19f) |
| 67f | | | 18-Oct-2007 11:27 AM | (this email was produced in the Albritton case and is logged in Group 1 at 4a) | | | | | (see Group 1 at 4a) | (see Group 1 at 4a) | (see Group 1 at 4a) |
| 67g | | | 18-Oct-2007 11:23 AM | (this email was produced in the Albritton case and is logged in Group 1 at 3) | | | | | (see Group 1 at 3) | (see Group 1 at 3) | (see Group 1 at 3) |
| 68a | CISCO PRIVILEGED 000273 | CISCO PRIVILEGED 000274 | 18-Oct-2007 9:08 PM | Mallun Yen (Cisco attorney) | Mark Chandler (Cisco attorney) | | RE: ESN | Email regarding selection of counsel. | Attorney/Client Work Product (ordinary and opinion) | Frenkel denies relying on this. Not sent to Frenkel. Created after the articles. Unrelated subject matter. | Unrelated subject matter. |
| 68b | | | | (logged at 65a) | | | | | (see 65a) | (see 65a) | (see 65a) |
| 68c | | | | (logged at 65b) | | | | | (see 65b) | (see 65b) | (see 65b) |
| 68d | | | | (this email was produced in the Albritton case and is logged in Group 1 at 3) | | | | | (see Group 1 at 3) | (see Group 1 at 3) | (see Group 1 at 3) |