# EX. C

Dockets.Justia.com

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF TEXAS

TYLER DIVISION


ERIC M. ALBRITTON,

      Plaintiff,

vs.                         No. 6:08-CV-00089

(1) CISCO SYSTEMS, INC.,
(2) RICHARD FRENKEL, (3) MALLUN
YEN and (4) JOHN NOH,

      Defendants.




CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

DEPOSITION OF RICHARD G. FRENKEL

Tuesday, November 18, 2008



SHEILA CHASE & ASSOCIATES
REPORTING FOR:
West Court Reporting Services
221 Main Street, Suite 1250
San Francisco, California  94105
Phone:  (415) 321-2300
Fax:  (415) 618-0743

Reported by:
JANIS JENNINGS, CSR, CRP, CLR
CRS-100282-023

30(b)(6) Deposition of Richard G. Frenkel                    11/18/2008
CONFIDENTIAL - Subject to the Protective Order

106

1    beginning of videotape No. 2, volume 1 in the

2    deposition of Richard Frenkel.

3                    (Whereupon, Frenkel Exhibit 1 was marked

4                     for identification.)

5    BY MR. PATTON:

6         Q.   I have handed you just a moment ago,

7    Mr. Frenkel, Exhibit 1.  Correct?

8         A.   Yes.

9         Q.   Do you recognize that?

10        A.   Yes.

11        Q.   Okay.  Is this a blog that was posted on

12   October the 18th, 2007?

13        A.   No.

14        Q.   When was this one, the one you have in

15   front of you, Exhibit 1?

16        A.   This is the version of the blog as

17   modified by me on October 19th, 2007.

18        Q.   Okay.  Does it show up on there somewhere?

19        A.   Does what show up where?

20        Q.   That it was modified on the 19th.

21        A.   No.

22                   (Whereupon, Frenkel Exhibit 2 was marked

23                    for identification.)

24   BY MR. PATTON:

25        Q.   I want to hand you 2 and ask you:  Is that

f9695ea9-0325-4125-be8e-b712ff11393dc

1      the one that was posted on the 17th?

2                  MR. McWILLIAMS:  17th or 18th?

3                  MR. PATTON:  I'm sorry.  The 18th.

4                  THE WITNESS:  The part on the first page

5      of Exhibit 2 --

6      BY MR. PATTON:

7          Q.   Okay.

8          A.   -- is, I believe, what was attached to the

9      complaint in this case.  And I believe that is what

10     I posted October 18th, 2007.

11         Q.   Okay.  There were two postings that

12     indicate October 18th, and that's Exhibits 1 and 2;

13     correct?

14         A.   They both have the October 18th date on

15     them, yes.

16         Q.   Okay.  But Exhibit 2 is the one that was

17     filed first, and Exhibit 1 was modified, whatever

18     you want to call it, on the 19th?  Is that what you

19     said?

20         A.   Yes.  I believe I did modify it, alter it.

21         Q.   Okay.  So Exhibit 2 is the first one

22     filed -- posted?

23         A.   It was the -- I believe that's true, yes.

24         Q.   Okay.  Let's take a look at it, if we

25     could, No. 2, first.

1      A.   Let me just modify that answer.  Exhibit 1

2   is a printout of the post that -- the printout was

3   made sometime after the 19th.

4      Q.   Why do you say that?

5      A.   Because it has the edit line.  I just want

6   to make sure my testimony is accurate.

7      Q.   Well, I do, too.  And I don't really care

8   which one is which, but I want to make sure that I

9   understand.

10        Where is the edit that you're talking

11   about?  Which one?  On 1 or 2?

12      A.   On 1.

13      Q.   All right.  And where is that located on

14   1?

15      A.   On the second page.

16      Q.   Where?

17      A.   Fourth line, third line.

18      Q.   "You can't change history, but you can

19   change a blog"?

20      A.   Yes.

21      Q.   I don't see the 19th there anywhere.

22      A.   It doesn't say the date, but I remember

23   doing it on the 19th.

24      Q.   Okay.  Where -- after edit?  Is that what

25   you're saying?

112

1              Okay.  Back on the record.

2    BY MR. PATTON:

3         Q.    Why was the date not changed on this

4    second posting on the next day?

5         A.    The software I was using didn't have that

6    feature.

7         Q.    Okay.  Could you have started the next

8    day's blog by telling every -- whoever read it, "I

9    am modifying what I said yesterday"?

10        A.    When I put the line in there saying

11   "edit," that was my way of doing that.  I could have

12   said "edited 10/19/07."  I didn't.

13        Q.    Okay.  And you let the reader determine

14   what the edits were?

15             MR. McWILLIAMS:  Objection.  Form.

16   BY MR. PATTON:

17        Q.    Is that what you're saying?

18        A.    I did not put in there what I was

19   altering.

20        Q.    Where did you get -- what is the basis of

21   your assertion that the proper way to do this would

22   be to file a motion to correct the docket?

23        A.    That was my opinion.

24        Q.    Did you base your opinion on anything,

25   something you read or something someone told you, or