# EX. E

Dockets.Justia.com

```
                                                                    1
 1                    UNITED STATES DISTRICT COURT
 2                      EASTERN DISTRICT OF TEXAS
 3                           SHERMAN DIVISION
 4
 5   ------------------------------------------------------------
 6   ERIC ALBRITTON                    ] CASE NO. 6:08CV89
 7   VS.                               ] 9 AM, SEPTEMBER 14, 2009
 8   CISCO SYSTEMS, INC.               ] TYLER, TEXAS
 9   ------------------------------------------------------------
10
11       REPORTER'S SAME-DAY DELIVERY TRANSCRIPT OF JURY TRIAL
12
13             VOLUME 1 OF ____, PAGES 1 THROUGH 248
14
15                     TABLE OF CONTENTS, ^ 000
16
17    THE HONORABLE RICHARD SCHELL, U.S. DISTRICT JUDGE, PRESIDING
18
19
20
21
22
23
24   PROCEEDINGS REPORTED USING COMPUTERIZED STENOTYPE,
25   TRANSCRIPT PRODUCED USING COMPUTER-AIDED TRANSCRIPTION.
```

132

02:35PM  1           AND HERE IS SOME OF THE THINGS THAT WE THINK THE
02:35PM  2  EVIDENCE IS GOING TO SHOW IN THIS CASE.  FIRST OF ALL, NO
02:35PM  3  DAMAGES.  MR. ALBRITTON HAS SUFFERED NO MENTAL-ANGUISH DAMAGES,
02:35PM  4  AND THAT'S ALL HE'S CLAIMING IN THIS LAWSUIT.  WE'LL TALK ABOUT
02:35PM  5  THAT A LITTLE MORE IN A MINUTE.
02:35PM  6           MR. HOLMES IS QUITE RIGHT.  WE DO SAY THAT THE
02:35PM  7  STATEMENTS ARE TRUE.  ESN'S LOCAL COUNSEL CONVINCED THE CLERK
02:36PM  8  TO ALTER THE DOCKET.  YOU'LL GET TO SEE THE ACTUAL LANGUAGE IN
02:36PM  9  A MINUTE, BUT THERE'S A CONCEPT IN THIS AREA OF THE LAW CALLED
02:36PM 10  SELF-DEFAMATION, AND THAT OCCURS WHEN SOMEBODY, TYPICALLY A
02:36PM 11  PLAINTIFF AND HIS LAWYER, TAKE THE ACTUAL LANGUAGE AND THEN
02:36PM 12  THEY INTERPRET IT IN A WAY THAT THEY THINK WOULD BE HELPFUL IN
02:36PM 13  THEIR LAWSUIT.  FOR EXAMPLE, YOU HEARD MR. HOLMES SAY A NUMBER
02:36PM 14  OF TIMES THAT WHAT MR. FRENKEL HAD DONE WAS TO ACCUSE
02:36PM 15  MR. ALBRITTON AND THE CLERK OF FALSELY, CRIMINALLY CHANGING A
02:36PM 16  DOCUMENT.  I WROTE DOWN THE LANGUAGE HERE IN A MINUTE, AND
02:36PM 17  WE'LL TALK ABOUT THAT MORE.
02:36PM 18           THE THIRD THING WE WANT TO TALK ABOUT IS THAT MORE
02:36PM 19  PEOPLE KNOW ABOUT FRENKEL'S ARTICLES AS A RESULT OF THIS
02:36PM 20  LAWSUIT THAN EVER READ THEM AT THE TIME.
02:36PM 21           NOW, THE FOURTH POINT WE WANT TO TALK ABOUT,
02:36PM 22  ALBRITTON SELF-DEFAMED BY CLAIMING THAT HE WAS ACCUSED OF
02:37PM 23  CRIME.  LET THERE BE NO DOUBT THAT AS I STAND HERE IN FRONT OF
02:37PM 24  YOU, CISCO IS TAKING FULL RESPONSIBILITY FOR THE PATENT TROLL
02:37PM 25  TRACKER ARTICLES, EVEN THOUGH THE COMPANY DID NOT WRITE,

133

```
02:37PM  1  REVIEW, OR EDIT THE ARTICLES OR SEND THEM OUT TO ANYBODY.  IT
02:37PM  2  IS QUITE CLEAR, AND THE EVIDENCE WILL NOT BE DISPUTED, THAT
02:37PM  3  MR. FRENKEL'S SUPERIOR KNEW ABOUT THE PATENT TROLL TRACKER AND
02:37PM  4  KNEW THAT HE WAS GOING TO WRITE THESE ARTICLES, EVEN THOUGH SHE
02:37PM  5  DIDN'T READ WHAT HE WROTE BEFORE HE SENT IT OUT.  AND IT'S ALSO
02:37PM  6  QUITE CLEAR THAT CISCO, AS A COMPANY, DIDN'T AGREE WITH HIS
02:37PM  7  OPINION ABOUT THE EASTERN DISTRICT OF TEXAS BEING A BANANA
02:37PM  8  REPUBLIC.  HE APPARENTLY, WITHOUT ANY CONSULTATION FROM US,
02:37PM  9  THOUGHT BETTER OF THAT THE NEXT DAY AND CHANGED THE LANGUAGE.
02:37PM 10             I THINK MR. MCWILLIAMS WILL TALK A LITTLE MORE ABOUT
02:37PM 11  HOW MR. FRENKEL CREATED THE PATENT TROLL TRACKER BECAUSE OF HIS
02:37PM 12  PERSONAL INTEREST IN PATENT REFORM.  AND FINALLY, I THINK WE'RE
02:38PM 13  BOTH GOING TO TALK A LITTLE BIT ABOUT FREE-SPEECH GUARANTIES,
02:38PM 14  THE RIGHT TO EXPRESS YOUR OPINIONS, WHICH IS WHAT MR. FRENKEL
02:38PM 15  WAS DOING IN THIS CASE.  BUT NOW THIS VOICE -- IT MAY NOT BE AN
02:38PM 16  IMPORTANT VOICE TO YOU; CERTAINLY IS NOT AN IMPORTANT VOICE TO
02:38PM 17  THE PLAINTIFFS.  BUT THIS VOICE IS SILENT.  THE PATENT TROLL
02:38PM 18  TRACKER IS NO LONGER PUBLISHING TO ANYBODY.
02:38PM 19             LET ME GO TO THE EVIDENCE OF MENTAL ANGUISH.
02:38PM 20  MR. ALBRITTON IS NOT CLAIMING IN THIS CASE THAT HE HAS HAD ANY
02:38PM 21  ECONOMIC DAMAGE.  HE IS NOT CLAIMING THAT HE HAS LOST ANY
02:38PM 22  BUSINESS.  HE IS NOT CLAIMING DAMAGE TO HIS GOOD REPUTATION.
02:38PM 23  EVERYBODY AGREES HE'S GOT A GOOD REPUTATION IN THIS DISTRICT,
02:38PM 24  AND HE'S NOT CLAIMING REPUTATIONAL DAMAGES.  ALL HE IS CLAIMING
02:38PM 25  IS MENTAL-ANGUISH DAMAGES, WHAT MR. HOLMES REFERRED TO AS THE
```

```
                                                              249

1                     UNITED STATES DISTRICT COURT

2                      EASTERN DISTRICT OF TEXAS

3                          SHERMAN DIVISION

4

5    ----------------------------------------------------------

6    ERIC ALBRITTON                  ] CASE NO. 6:08CV89

7    VS.                             ] 9 AM, SEPTEMBER 15, 2009

8    CISCO SYSTEMS, INC.             ] TYLER, TEXAS

9    ----------------------------------------------------------

10

11      REPORTER'S SAME-DAY DELIVERY TRANSCRIPT OF JURY TRIAL

12

13          VOLUME 2 OF ____, PAGES  249 THROUGH ^ 000

14

15                    TABLE OF CONTENTS, ^ 000

16

17   THE HONORABLE RICHARD SCHELL, U.S. DISTRICT JUDGE, PRESIDING

18

19

20

21

22

23

24   PROCEEDINGS REPORTED USING COMPUTERIZED STENOTYPE,

25   TRANSCRIPT PRODUCED USING COMPUTER-AIDED TRANSCRIPTION.
```

458

```
03:43PM  1   Q.      SO SOMETIME AROUND -- ON OCTOBER 18TH, SOMETIME AROUND
03:43PM  2   9:30 A.M., MR. PANKRATZ CALLED YOU AT YOUR OFFICE TO DISCUSS
03:43PM  3   THE ESN COMPLAINT; IS THAT RIGHT?
03:44PM  4   A.      YES.
03:44PM  5   Q.      AND MR. PANKRATZ ASKED YOU TO DO TWO THINGS.  HE ASKED
03:44PM  6   YOU TO GET THE COMPLAINT, THE ESN COMPLAINT WITH THE REVISED
03:44PM  7   BANNER, AND TO GET IN TOUCH WITH THE COURT CLERK; IS THAT
03:44PM  8   RIGHT?
03:44PM  9   A.      THAT'S CORRECT.
03:44PM 10   Q.      I WANT TO ASK YOU A COUPLE OF QUESTIONS ABOUT
03:44PM 11   MR. PANKRATZ'S FIRST REQUEST, THAT YOU GET A COPY OF THE ESN
03:44PM 12   COMPLAINT WITH THE REVISED BANNER.  DID YOU KNOW WHAT
03:44PM 13   MR. PANKRATZ MEANT BY "REVISED BANNER"?
03:44PM 14   A.      YES.
03:44PM 15   Q.      AND WHAT IS A REVISED BANNER?
03:44PM 16   A.      IT'S THE CASE INFORMATION, DATE OF FILING, AND THE
03:44PM 17   DATE.  IT'S --
03:44PM 18   Q.      IT'S ALL RIGHT.  IT'S NOT A MEMORY TEST --
03:44PM 19   A.      OKAY.
03:44PM 20   Q.      -- SO --
03:44PM 21   A.      I REMEMBER IT WAS THE DATE OF THE FILING AND THE COURT
03:45PM 22   IT WAS IN.
03:45PM 23   Q.      OKAY.  SO I KNOW YOU WEREN'T HERE WHEN MS. -- THROUGH
03:45PM 24   THE TESTIMONY IN THIS CASE, BUT LET ME TELL YOU THAT WE'VE
03:45PM 25   HEARD TESTIMONY THAT THE BANNER THAT'S AT THE TOP OF THE
```

462

03:49PM 1   A.    YES; BUT USUALLY, THEY CONTACT US BEFORE WE GET TO IT.
03:49PM 2   Q.    OKAY.  BUT IF YOU NOTICED AN ERROR AND YOU WANTED TO
03:49PM 3   KNOW WHAT TO DO TO FIX IT, THAT'S THE PERSON YOU WOULD CALL?
03:50PM 4   A.    YES.
03:50PM 5   Q.    AND THE COURT CLERKS MAKE CORRECTIONS TO DOCKETS?
03:50PM 6   A.    I CAN'T -- I DON'T KNOW WHAT KIND OF CORRECTIONS THEY
03:50PM 7   MAKE; BUT I KNOW THEY MAKE CERTAIN CORRECTIONS, YES.
03:50PM 8   Q.    OKAY.  FAIR ENOUGH.  AND YOU YOURSELF HAVE PREVIOUSLY
03:50PM 9   CALLED THE COURT CLERK TO TALK ABOUT PROBLEMS WITH FILINGS?
03:50PM 10  A.    YES.
03:50PM 11  Q.    IN FACT, YOU HAVE GROWN ACCUSTOMED TO CALLING ONE
03:50PM 12  PARTICULAR COURT CLERK, MS. MAE VELVIN, BECAUSE SHE WAS THE
03:50PM 13  COURT CLERK THAT WORKED ON TWO OF YOUR BIGGEST CASES?
03:50PM 14  A.    I WOULDN'T SAY ACCUSTOMED, BUT I CALLED HER A HANDFUL
03:50PM 15  OF TIMES, YES.
03:50PM 16  Q.    OKAY.  AND THE CALLS BETWEEN THE LEGAL ASSISTANTS THAT
03:50PM 17  WORK IN THE EASTERN DISTRICT OF TEXAS FOR THE VARIOUS FIRMS AND
03:50PM 18  THE COURT CLERKS IS OFTEN INFORMAL; WOULD YOU AGREE WITH ME?
03:50PM 19  A.    I WOULD AGREE, YES.
03:50PM 20  Q.    SO ON THIS OCCASION, YOU DIDN'T HAVE A PROBLEM AT
03:50PM 21  ALL -- WHEN MR. PANKRATZ ASKED YOU TO CALL THE COURT CLERK, YOU
03:51PM 22  DIDN'T HAVE A PROBLEM CALLING THE COURT CLERK, DID YOU?
03:51PM 23  A.    NO.
03:51PM 24  Q.    AND WHEN YOU CALLED THE COURT CLERK, YOU WERE CALLING
03:51PM 25  SPECIFICALLY TO ASK ABOUT THE FILING OF THE ESN COMPLAINT; IS

463

```
03:51PM  1  THAT RIGHT?
03:51PM  2  A.     YES.
03:51PM  3  Q.     YOU WANTED TO KNOW WHY THE DATES ON THAT OPTIONAL
03:51PM  4  BANNER HAD CHANGED; IS THAT RIGHT?
03:51PM  5  A.     YES.
03:51PM  6  Q.     AND WHEN YOU CALLED THE COURT CLERK, YOU LEARNED FROM
03:51PM  7  HER THAT AMIE MATHIS FROM MR. ALBRITTON'S OFFICE HAD CALLED
03:51PM  8  OVER TO ASK ABOUT THE SAME THING, RIGHT?
03:51PM  9  A.     I DIDN'T GET INTO NAMES OR ANYTHING LIKE THAT.
03:51PM 10  Q.     OKAY.  BUT YOU LEARNED FROM THE COURT CLERK THAT
03:51PM 11  SOMEBODY FROM MR. ALBRITTON'S OFFICE HAD CALLED ABOUT THE SAME
03:51PM 12  THING, THE FILING OF THE ESN COMPLAINT; IS THAT RIGHT?
03:51PM 13  A.     YES.
03:51PM 14  Q.     SO WHAT -- MR. ALBRITTON'S OFFICE CALLED OVER BECAUSE
03:51PM 15  THEY HAD A QUESTION ABOUT THE FILING OF THE ESN COMPLAINT?
03:51PM 16  THAT'S WHAT YOU LEARNED?
03:52PM 17  A.     YES.
03:52PM 18  Q.     AND YOU HAD A QUESTION ABOUT THE FILING OF THE ESN
03:52PM 19  COMPLAINT, AND THAT'S WHAT YOU WERE CALLING ABOUT?
03:52PM 20  A.     YES.
03:52PM 21  Q.     WHEN YOU CALLED OVER TO THE COURT CLERK'S OFFICE, DID
03:52PM 22  ANY -- DID YOU CALL MR. ALBRITTON'S OFFICE AND ASK HIM TO BE ON
03:52PM 23  THE CALL?
03:52PM 24  A.     NO.
03:52PM 25  Q.     DID MR. PANKRATZ -- I'M SORRY.  I'M LOSING MY VOICE.
```

| | | |
|---|---|---|
| 03:52PM | 1 | GIVE ME JUST A MINUTE. |
| 03:52PM | 2 | DID MR. PANKRATZ TELL YOU THAT BEFORE YOU CALLED |
| 03:52PM | 3 | OVER TO THE COURT CLERK'S OFFICE TO ASK ABOUT THE FILING OF THE |
| 03:52PM | 4 | COMPLAINT, THAT YOU NEEDED TO CONFERENCE SOMEBODY IN FROM |
| 03:52PM | 5 | MR. ALBRITTON'S OFFICE? |
| 03:52PM | 6 | A.    NO. |
| 03:52PM | 7 | Q.    AND YOU WEREN'T WORRIED AT ALL, WERE YOU, ABOUT CALLING |
| 03:52PM | 8 | TO THE COURT CLERK TO TALK ABOUT THE ESN COMPLAINT WITHOUT |
| 03:52PM | 9 | HAVING SOMEBODY FROM MR. ALBRITTON'S OFFICE ON THE PHONE? |
| 03:52PM | 10 | A.    NO. |
| 03:53PM | 11 | Q.    THERE WAS ABSOLUTELY NOTHING IMPROPER ABOUT WHAT YOU |
| 03:53PM | 12 | DID, WAS THERE? |
| 03:53PM | 13 | A.    NO. |
| 03:53PM | 14 | Q.    MS. POWELL, I WANT TO ASK YOU A COUPLE OF QUESTIONS |
| 03:53PM | 15 | ABOUT YOUR CONVERSATION WITH THE COURT CLERK.  I KNOW THAT YOU |
| 03:53PM | 16 | HAVEN'T BEEN HERE THROUGH THIS TRIAL, BUT WE'VE HEARD A LOT |
| 03:53PM | 17 | ABOUT THE CONFUSION ABOUT THE DIFFERENT BANNER DATES AND THE |
| 03:53PM | 18 | CONFUSION ABOUT THE DOCKET.  WOULD YOU AGREE WITH ME THAT THERE |
| 03:53PM | 19 | WAS, AT LEAST FROM CISCO'S PERSPECTIVE, SOME CONFUSION ABOUT |
| 03:53PM | 20 | THE BANNER DATES? |
| 03:53PM | 21 | A.    I DON'T KNOW. |
| 03:53PM | 22 | MR. MORAN:  OBJECTION, YOUR HONOR.  I BELIEVE THIS |
| 03:53PM | 23 | CALLS FOR SPECULATION AS TO WHAT CISCO KNEW OR DIDN'T KNOW; AND |
| 03:53PM | 24 | SECOND, MAY BE IN VIOLATION OF PRIVILEGE. |
| 03:53PM | 25 | MS. PEDEN:  I'LL REPHRASE THE QUESTION. |

465

```
03:53PM  1              THE COURT:  I'LL SUSTAIN THE QUESTION.  YOU'RE
03:53PM  2  ASKING HER WHAT CISCO WAS THINKING.
03:53PM  3              MS. PEDEN:  I'LL REPHRASE THE QUESTION.
03:53PM  4              MS. PEDEN:
03:53PM  5  Q.     MS. POWELL, ON OCTOBER 18TH, WERE YOU CONFUSED ABOUT
03:54PM  6  WHAT WAS -- WHY THE BANNERS ON THE ESN COMPLAINT SHOWED TWO
03:54PM  7  DIFFERENT DATES?
03:54PM  8  A.     I HAD NEVER SEEN IT BEFORE, BUT I WAS JUST TOLD TO CALL
03:54PM  9  AND ASK FOR THE DIFFERENT -- FOR THE REASON BEHIND IT AND SEE
03:54PM 10  IF I COULD FIND OUT WHAT HAPPENED.
03:54PM 11  Q.     OKAY.  SO YOU CALLED THE COURT CLERK; IS THAT RIGHT?
03:54PM 12  A.     YES.
03:54PM 13  Q.     AND YOU TALKED TO MRS. RHONDA LAFITTE?
03:54PM 14  A.     I BELIEVE THAT'S WHO I SPOKE WITH.
03:54PM 15  Q.     AND YOU WERE CALLING MS. LAFITTE BECAUSE YOU WERE
03:54PM 16  TRYING TO ASCERTAIN THE FACTS OF WHAT HAPPENED WITH THE ESN
03:54PM 17  COMPLAINT?
03:54PM 18  A.     THAT'S CORRECT.
03:54PM 19  Q.     AND WHEN YOU CALLED MS. LAFITTE FOR THE FACTS,
03:54PM 20  MS. LAFITTE TOLD YOU THAT THE CIVIL COVER SHEET WAS RECEIVED BY
03:54PM 21  MR. ALBRITTON'S OFFICE BEFORE THE COMPLAINT WAS FILED, DIDN'T
03:54PM 22  SHE?
03:54PM 23  A.     YES.  SHE SAID IT WAS BEFORE.
03:54PM 24  Q.     AND MS. LAFITTE TOLD YOU THAT ESN'S COUNSEL HAD LOGGED
03:55PM 25  ONTO THE ELECTRIC FILING SYSTEM BEFORE MIDNIGHT?  SHE TOLD YOU
```

466

```
03:55PM  1   THAT, DIDN'T SHE?
03:55PM  2   A.      YES.
03:55PM  3   Q.      AND SHE ALSO TOLD YOU THAT MR. ALBRITTON'S OFFICE HAD
03:55PM  4   OFFICIALLY FILED THE COMPLAINT AFTER MIDNIGHT?
03:55PM  5   A.      I DON'T KNOW IF SHE SAID "OFFICIALLY FILED."  I CAN'T
03:55PM  6   REMEMBER EXACTLY, BUT I THINK IT WAS SOMETHING LIKE, THEY
03:55PM  7   FINISHED THE FILING AFTER MIDNIGHT.
03:55PM  8   Q.      SHE TOLD YOU THAT MR. ALBRITTON'S OFFICE DIDN'T
03:55PM  9   COMPLETE THE FILING UNTIL AFTER MIDNIGHT?
03:55PM 10   A.      THAT IS CORRECT.
03:55PM 11   Q.      AND SHE ALSO TOLD YOU THAT MR. ALBRITTON'S OFFICE HAD
03:55PM 12   EXPLAINED THAT THERE HAD BEEN AN ERROR IN THE WAY THAT THE
03:55PM 13   COURT'S ELECTRONIC FILING SYSTEM RECORDED THE FILING DATE; IS
03:55PM 14   THAT RIGHT?
03:55PM 15   A.      WE -- I DON'T RECALL EVER TALKING ABOUT AN ERROR,
03:55PM 16   BUT -- I DON'T RECALL TALKING ABOUT AN ERROR.
03:55PM 17   Q.      OKAY.  WHAT SHE DID TELL YOU WAS THEY LOGGED ON BEFORE
03:56PM 18   MIDNIGHT, RIGHT?
03:56PM 19   A.      YES.
03:56PM 20   Q.      AND THEY FILED AFTER MIDNIGHT?
03:56PM 21   A.      YES, MA'AM.
03:56PM 22   Q.      AND BASED ON THAT INFORMATION, THE COURT CLERK MADE A
03:56PM 23   CORRECTION TO THE DOCKET ENTRY?
03:56PM 24   A.      I WAS TOLD THEY CHANGED THE DOCKET ENTRY.
03:56PM 25   Q.      DO YOU REMEMBER WHETHER OR NOT SHE USED THE
```

467

| | | |
|---|---|---|
| 03:56PM | 1 | WORD "CORRECTED"? |
| 03:56PM | 2 | A.    I DON'T REMEMBER. |
| 03:56PM | 3 | Q.    MS. POWELL, AS YOU SIT HERE TODAY, YOU DON'T RECALL |
| 03:56PM | 4 | WHETHER OR NOT SHE USED THE WORD "CORRECTED"? |
| 03:56PM | 5 | A.    I'M SORRY.  I DON'T REMEMBER. |
| 03:56PM | 6 | Q.    OKAY.  DID THE E-MAIL THAT YOU WROTE ON OCTOBER 22ND |
| 03:56PM | 7 | HAVE THE BEST SUMMARY OF THE FACTS THAT YOU LEARNED FROM |
| 03:56PM | 8 | MRS. LAFITTE? |
| 03:56PM | 9 | A.    I CAN'T RECALL, BUT IT'S LIKELY. |
| 03:57PM | 10 | Q.    IF YOU HAD A COPY OF THAT E-MAIL JUST FOR YOUR |
| 03:57PM | 11 | REFERENCE, WOULD THAT HELP YOU REMEMBER WHAT YOU DISCUSSED WITH |
| 03:57PM | 12 | THE COURT CLERK? |
| 03:57PM | 13 | A.    IT WOULD BE MOST OF THE INFORMATION.  YES. |
| 03:57PM | 14 | Q.    OKAY. |
| 03:57PM | 15 |        MS. PEDEN:  YOUR HONOR, MAY I APPROACH THE WITNESS |
| 03:57PM | 16 | AND JUST GIVE HER A COPY OF HER E-MAIL TO REFRESH YOUR |
| 03:57PM | 17 | RECOLLECTION? |
| 03:57PM | 18 |        MR. MORAN:  IS THIS PLAINTIFF'S EXHIBIT 284? |
| 03:57PM | 19 |        MS. PEDEN:  PLAINTIFF'S EXHIBIT 285. |
| 03:57PM | 20 |        MR. MORAN:  I BELIEVE -- IS THAT -- I DON'T BELIEVE |
| 03:57PM | 21 | THAT EXHIBIT IS ADMITTED INTO EVIDENCE, YOUR HONOR. |
| 03:57PM | 22 |        MS. PEDEN:  YOUR HONOR, IT'S NOT PREADMITTED.  IT |
| 03:57PM | 23 | WAS ADMITTED ONLY FOR IMPEACHMENT, BUT -- |
| 03:57PM | 24 |        THE COURT:  OKAY.  YOU WANT TO SHOW IT TO HER TO |
| 03:57PM | 25 | REFRESH HER RECOLLECTION? |

468

```
03:57PM   1            MS. PEDEN:  I WANT TO REFRESH HER RECOLLECTION.  I'M
03:57PM   2   NOT PLANNING ON PUTTING IT ON THE SCREEN.
03:57PM   3            THE COURT:  OKAY.
03:57PM   4            MR. MORAN:  IN FACT, YOUR HONOR, JUDGE BUSH RULED
03:57PM   5   THAT 285 WAS NOT ADMITTED.
03:57PM   6            THE COURT:  OKAY.  THEN WE WON'T DISPLAY IT BUT I
03:57PM   7   THINK SHE CAN SHOW HER ANYTHING TO REFRESH HER RECOLLECTION.
03:57PM   8            MS. PEDEN:  THANK YOU, YOUR HONOR.
03:57PM   9            THE COURT:  THAT'S FINE.
03:57PM  10            MS. PEDEN:  MR. MORAN, DO YOU WANT TO SEE A COPY OF
03:58PM  11   IT BEFORE I TAKE IT UP TO HER?  OKAY.
03:58PM  12                (TENDERS DOCUMENT.)
03:58PM  13            MS. PEDEN:
03:58PM  14   Q.    I'LL TAKE IT BACK.  THANK YOU.
03:58PM  15   A.    (TENDERS DOCUMENT.)
03:58PM  16   Q.    MS. POWELL, DID THAT REFRESH YOUR RECOLLECTION OF WHAT
03:58PM  17   MS. LAFITTE TOLD YOU?
03:58PM  18   A.    A LITTLE.
03:58PM  19   Q.    OKAY.  AND SO MY QUESTION WAS:  DID MS. LAFITTE TELL
03:59PM  20   YOU THAT THEY MADE A CORRECTING ENTRY TO THE DOCKET?
03:59PM  21   A.    I CAN'T -- I MEAN, THAT'S WHAT IT SAYS, BUT I CAN'T
03:59PM  22   REMEMBER FOR SURE.
03:59PM  23   Q.    OKAY.  MS. POWELL, MS. LAFITTE NEVER TOLD YOU THAT THE
03:59PM  24   CLERK'S OFFICE WAS DOING A FAVOR FOR A LOCAL LAWYER, DID SHE?
03:59PM  25   A.    NO.
```

475

| | | |
|---|---|---|
| 04:06PM | 1 | EXHIBIT 251. |
| 04:06PM | 2 |       MS. PEDEN: |
| 04:07PM | 3 | Q.    MS. POWELL, HAVE YOU SEEN THIS DOCUMENT BEFORE? |
| 04:07PM | 4 | A.    NO, MA'AM. |
| 04:07PM | 5 | Q.    OKAY.  I WANT TO DRAW YOUR ATTENTION TO THE SECOND |
| 04:07PM | 6 | SENTENCE THERE. |
| 04:07PM | 7 |       MS. PEDEN:  CAN YOU HIGHLIGHT IT FOR HER, DEREK, |
| 04:07PM | 8 | "ONE E-MAIL SUGGESTED." |
| 04:07PM | 9 |       MS. PEDEN: |
| 04:07PM | 10 | Q.    THE SENTENCE SAYS, "ONE E-MAIL SUGGESTED THAT ESN'S |
| 04:07PM | 11 | LOCAL COUNSEL CALLED THE EASTERN DISTRICT OF TEXAS COURT CLERK |
| 04:07PM | 12 | AND CONVINCED HIM OR HER TO CHANGE THE DOCKET TO REFLECT AN |
| 04:07PM | 13 | OCTOBER 16TH FILING DATE RATHER THAN THE OCTOBER 15TH FILING |
| 04:07PM | 14 | DATE." |
| 04:07PM | 15 |       DO YOU SEE THAT? |
| 04:07PM | 16 | A.    YES, MA'AM. |
| 04:07PM | 17 | Q.    DO YOU KNOW, MS. POWELL, WHETHER OR NOT THAT E-MAIL |
| 04:07PM | 18 | REFERENCED THERE IS AN E-MAIL FROM BAKER, BOTTS? |
| 04:07PM | 19 | A.    I HAVE NO IDEA. |
| 04:07PM | 20 | Q.    OKAY.  WELL, CERTAINLY THE INFORMATION THERE THAT LOCAL |
| 04:07PM | 21 | COUNSEL CALLED THE EASTERN DISTRICT OF TEXAS COURT CLERK, THAT |
| 04:07PM | 22 | WAS INFORMATION YOU LEARNED FROM MS. LAFITTE, RIGHT? |
| 04:08PM | 23 | A.    CAN YOU REPEAT THAT AGAIN?  I'M SORRY. |
| 04:08PM | 24 | Q.    WELL, THE SENTENCE SAYS THAT ESN'S LOCAL COUNSEL CALLED |
| 04:08PM | 25 | THE EASTERN DISTRICT OF TEXAS COURT CLERK.  DO YOU SEE THAT? |

476

| | | |
|---|---|---|
| 04:08PM | 1 | A. YES, MA'AM. |
| 04:08PM | 2 | Q. AND THAT'S THE INFORMATION THAT YOU LEARNED FROM |
| 04:08PM | 3 | MS. LAFITTE; IS THAT RIGHT? |
| 04:08PM | 4 | A. YES. |
| 04:08PM | 5 | MS. PEDEN: AND DEREK, IF YOU CAN HIGHLIGHT FROM "I |
| 04:08PM | 6 | CHECKED, AND SURE ENOUGH." |
| 04:08PM | 7 | MS. PEDEN: |
| 04:08PM | 8 | Q. IT SAYS, "I CHECKED, AND SURE ENOUGH, THAT'S EXACTLY |
| 04:08PM | 9 | WHAT HAPPENED." |
| 04:08PM | 10 | DO YOU SEE THAT? |
| 04:08PM | 11 | A. YES, MA'AM. |
| 04:08PM | 12 | Q. IN FACT, MS. POWELL, IT WAS YOU THAT CHECKED ON BEHALF |
| 04:08PM | 13 | OF BAKER, BOTTS; IS THAT RIGHT? |
| 04:08PM | 14 | A. I CHECKED, BUT I DON'T KNOW -- |
| 04:08PM | 15 | Q. OKAY. SO YOU'RE THE ONE THAT CHECKED? |
| 04:08PM | 16 | A. I CHECKED, YES. |
| 04:08PM | 17 | Q. AND YOU REPORTED THAT BACK TO MR. PANKRATZ? |
| 04:08PM | 18 | A. YES. |
| 04:08PM | 19 | Q. AND WE AT LEAST KNOW THAT MR. PANKRATZ PROMISED TO GIVE |
| 04:08PM | 20 | THAT INFORMATION TO CISCO? |
| 04:08PM | 21 | A. YES, MA'AM. |
| 04:08PM | 22 | Q. AND MS. POWELL, IN THIS TROLL TRACKER ARTICLE, THERE'S |
| 04:09PM | 23 | NO MENTION ABOUT THERE BEING ANY CONFUSION AROUND THE OPTIONAL |
| 04:09PM | 24 | BANNER ON THE ESN COMPLAINT, IS THERE? |
| 04:09PM | 25 | A. IT DOESN'T SEEM SO, NO. |

503

| | | |
|---|---|---|
| 04:40PM | 1 | A MONTH LATER.  I DON'T KNOW. |
| 04:40PM | 2 | Q.     WAS THERE ANY CONFUSION GOING ON WITH YOU BAKER BOTTS |
| 04:40PM | 3 | GUYS ABOUT WHEN WAS THIS CASE FILED, WHEN WAS THE ACTUAL DATE, |
| 04:40PM | 4 | WHAT WAS THE EFFECTIVE TIME OF THE FILING?  WERE YOU GUYS |
| 04:40PM | 5 | TALKING ABOUT THAT? |
| 04:41PM | 6 | A.     CONFUSION?  OR WERE WE TALKING--WE WERE DEFINITELY |
| 04:41PM | 7 | TALKING ABOUT THE FILING DATE. |
| 04:41PM | 8 | Q.     AND WAS THERE CONFUSION ABOUT WHEN IT WAS FILED? |
| 04:41PM | 9 | A.     I WOULD SAY ON THE 15TH AND 16TH THERE WAS NO CONFUSION |
| 04:41PM | 10 | AS FAR AS I KNEW. |
| 04:41PM | 11 | Q.     OKAY.  AND WHEN DID THE CONFUSION ARISE? |
| 04:41PM | 12 | A.     WHEN THE DATE--THE BANNER ON THE COMPLAINT CHANGED |
| 04:41PM | 13 | AND WE BECAME AWARE THAT THE DATE THAT IT HAD BEEN FILED OR |
| 04:41PM | 14 | THAT WE THOUGHT IT HAD BEEN FILED AND THAT WAS PRINTED ON THE |
| 04:41PM | 15 | TOP OF THE COMPLAINT SUDDENLY CHANGED TO A DIFFERENT DATE. |
| 04:41PM | 16 | Q.     AND WHEN WAS THAT? |
| 04:41PM | 17 | A.     SOMETIME THAT WEEK.  I DON'T RECALL THE EXACT TIME. |
| 04:41PM | 18 | Q.     SOMETIME WHAT? |
| 04:41PM | 19 | A.     SOMETIME THE WEEK OF THE 15TH.  I DON'T RECALL EXACTLY |
| 04:41PM | 20 | WHEN. |
| 04:41PM | 21 | Q.     OKAY.  WERE YOU AWARE THAT JILL POWELL, JILLIAN POWELL, |
| 04:42PM | 22 | WHO IS A PARALEGAL AT BAKER BOTTS, HAD HAD A CONVERSATION WITH |
| 04:42PM | 23 | THE COURT CLERK ABOUT THE ESN FILING? |
| 04:42PM | 24 | A.     YES, SIR, I WAS AWARE OF THAT. |
| 04:42PM | 25 | Q.     AND WHAT WAS YOUR UNDERSTANDING OF WHAT MS. POWELL |

Case 4:08-cv-04022-JLH   Document 121-5   Filed 10/19/09   Page 17 of 19
SAME-DAY DELIVERY TRANSCRIPT

504

| | | |
|---|---|---|
| 04:42PM | 1 | FOUND OUT? |
| 04:42PM | 2 | A.     I THINK THE COURT CLERK TOLD HER THAT HE HAD RECEIVED A |
| 04:42PM | 3 | CALL FROM ESN'S COUNSEL, THAT ESN'S COUNSEL TOLD THEM THERE HAD |
| 04:42PM | 4 | BEEN AN ERROR ON THE COURT DATE AND ASKED FOR IT TO BE CHANGED, |
| 04:42PM | 5 | AND THE COURT CLERK SUBSEQUENTLY CHANGED THAT BANNER. |
| 04:42PM | 6 | Q.     I ASSUME THAT MS. POWELL RELAYED THAT INFORMATION TO |
| 04:42PM | 7 | SOMEONE AT BAKER BOTTS. |
| 04:42PM | 8 | A.     YES. |
| 04:42PM | 9 | Q.     AND TO WHOM DID SHE RELAY THE INFORMATION? |
| 04:42PM | 10 | A.     TO ME AND MAYBE ONE OF MY PARTNERS AS WELL. |
| 04:43PM | 11 | Q.     OKAY.  DID YOU RELAY THAT FACTUAL INFORMATION TO CISCO? |
| 04:43PM | 12 | A.     YES, I DID. |
| 04:43PM | 13 | Q.     AND WHEN DID YOU DO THAT? |
| 04:43PM | 14 | A.     AGAIN, IT'S BEEN A COUPLE OF YEARS.  I WOULD SAY |
| 04:43PM | 15 | PROBABLY SOMETIME THAT WEEK OF THE 15TH. |
| 04:43PM | 16 |         MR. PATTON:  THERE'S AN E-MAIL--JUDGE, I THINK-- |
| 04:43PM | 17 | COULD I ASK IF 249 HAS BEEN ADMITTED? |
| 04:43PM | 18 |         THE COURT:  LET'S SEE.  JUST GIVE ME A MINUTE TO |
| 04:43PM | 19 | FIND THE ORDER HERE. |
| 04:43PM | 20 |         MR. PATTON:  THEY'RE NODDING THEIR HEAD AT ME THAT |
| 04:43PM | 21 | IT HAS BEEN, JUDGE. |
| 04:43PM | 22 |         THE COURT:  HAS BEEN? |
| 04:43PM | 23 |         MR. MORAN:  I BELIEVE IT HAS, YOUR HONOR. |
| 04:43PM | 24 |         THE COURT:  OKAY. |
| 04:43PM | 25 |         MR. PATTON:  MAY I APPROACH THE WITNESS? |

519

```
05:05PM   1              THE COURT:  I'LL SUSTAIN THE LAST PART OF THAT,
05:05PM   2   WHETHER IT COULD MAKE YOU LOSE YOUR LAW LICENSE.
05:05PM   3              MR. PATTON:  OKAY.
05:05PM   4              THE COURT:  I DON'T KNOW, BUT--
05:05PM   5              MR. PATTON:  OKAY.
05:05PM   6   Q.    LET'S JUST SAY ACCUSATION OF A CRIME AND AN ACCUSATION
05:05PM   7   OF UNETHICAL BEHAVIOR.  OKAY?  DO YOU THINK THAT IT'S OKAY TO
05:06PM   8   POST A BLOG HAVING THE INFORMATION THAT YOU HAD SENT TO THEM
05:06PM   9   AND SAYING WHAT THEY SAID?
05:06PM  10   A.    AGAIN, I DON'T KNOW WHAT ALL OTHER INFORMATION THEY
05:06PM  11   HAD, BUT IF WE'RE ASSUMING THAT THE INFORMATION FROM ME WAS THE
05:06PM  12   ONLY INFORMATION THAT THEY HAD, I WOULD CERTAINLY ADVISE THEM
05:06PM  13   NOT TO POST A BLOG.
05:06PM  14   Q.    THE E-MAIL--THIS OCTOBER 18TH ARTICLE SAYS FRENKEL GOT
05:06PM  15   AN E-MAIL SAYING THAT ESN CALLED THE COURT CLERK.  DID YOU KNOW
05:06PM  16   THAT?
05:06PM  17   A.    I'M SORRY.  COULD YOU REPEAT THAT QUESTION?
05:06PM  18   Q.    THAT ERIC ALBRITTON--THE YEN MATTER.  ARE YOU AWARE
05:07PM  19   THAT MS.--YOU KNOW WHO MS. YEN IS, MALLUN YEN?
05:07PM  20   A.    YES, I DO.
05:07PM  21   Q.    AND SHE IS HIGH UP IN THE LEGAL DEPARTMENT AT CISCO?
05:07PM  22   A.    SHE'S A VICE PRESIDENT THERE, YES.
05:07PM  23   Q.    THAT'S HIGH UP, ISN'T IT?
05:07PM  24   A.    I WOULD CONSIDER THAT HIGH UP, YES.
05:07PM  25   Q.    ARE YOU AWARE THAT MS. YEN TESTIFIED--DID YOU MAKE
```

520

| | | |
|---|---|---|
| 05:07PM | 1 | THE STATEMENT ABOUT BUZZ?  WAS THAT IN YOUR E-MAIL?  THE BUZZ |
| 05:07PM | 2 | THAT'S GOING AROUND, WAS THAT IN YOUR E-MAIL? |
| 05:07PM | 3 | A.     I DON'T REMEMBER EVER SAYING ANYTHING ABOUT BUZZ. |
| 05:07PM | 4 | Q.     ARE YOU AWARE THAT MS. YEN HAS TESTIFIED THAT: |
| 05:07PM | 5 | "I HEARD FROM A COUPLE OF SOURCES." |
| 05:07PM | 6 | AND I SAID, "WHO?  WHO WERE THE SOURCES?" |
| 05:07PM | 7 | AND SHE SAID, "KURT PANKRATZ." |
| 05:07PM | 8 | AND I SAID "AND"? |
| 05:07PM | 9 | AND SHE SAID, "I BELIEVE MARTA BECKWITH." |
| 05:08PM | 10 | WOULD THAT BE THE PEOPLE TO WHOM YOU SENT YOUR |
| 05:08PM | 11 | FINDINGS OR INFORMATION? |
| 05:08PM | 12 | A.     YES, I THINK THAT'S RIGHT, THAT THE TWO OF THEM WOULD |
| 05:08PM | 13 | HAVE RECEIVED IT. |
| 05:08PM | 14 | MR. PATTON:  DEREK, LET'S LOOK AT THAT SENTENCE. |
| 05:08PM | 15 | Q.     IT SAYS, "ONE E-MAIL SUGGESTED THAT ESN'S LOCAL COUNSEL |
| 05:08PM | 16 | CALLED THE COURT CLERK AND CONVINCED HIM"--I'VE ALREADY READ |
| 05:08PM | 17 | THIS.  YOU SEE THAT? |
| 05:08PM | 18 | A.     I DO SEE THAT. |
| 05:08PM | 19 | Q.     WAS THAT YOUR E-MAIL? |
| 05:08PM | 20 | A.     I DON'T KNOW.  I HAD NO PART IN THIS, AND SO I CAN'T |
| 05:08PM | 21 | TELL YOU WHETHER THAT'S MY E-MAIL OR NOT. |
| 05:08PM | 22 | Q.     WELL, DID YOU, IN YOUR E-MAIL--DID YOU SUGGEST IN YOUR |
| 05:08PM | 23 | E-MAIL THAT ERIC HAD CALLED THE COURT CLERK? |
| 05:08PM | 24 | A.     YES, I DID.  WELL, I THINK THAT'S RIGHT.  THAT WAS MY |
| 05:08PM | 25 | BEST RECOLLECTION. |