# EX. G

Dockets.Justia.com

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

| | | |
|---|---|---|
| JOHN WARD, JR. | § § | |
| vs. | § § § | CIVIL ACTION NO. 8-4022 |
| CISCO SYSTEMS, INC. | § | |

**Deposition on Written Questions to Peter McAndrews**

1.  Identify each person who has communicated concerns about hiring John Ward, Jr. ("Ward") as an attorney or who have communicated that Ward has a bad reputation. With respect to each person, identify (a) the person's full name, (b) company or firm for which the person worked at the time of the communication and where that person works now, (c) all reasons the person expressed for having concerns about hiring Ward or as a basis for communicating that he has a bad reputation, (d) the date or approximate date of the communication, (e) the method of communication, (e) the date and substance of any other conversation with that person concerning hiring Ward, (f) whether, to your knowledge, the person (or the company or firm for which the person works or worked) has since had any business associations with John Ward, Jr. and the nature of each business association (such as, for example, whether Ward was hired as an attorney by the company, the firm or a client of the firm).

Answer:

2.  Identify all knowledge you have with respect to any damage to Ward's professional reputation that was caused by the October 17 or 18, 2007 or revised October 18, 2007 articles on the Patent Troll Tracker website (the articles are attached as Exhibit A).

Answer:

3.  Identify all knowledge you have with respect to any damage to Ward's personal reputation that was caused by the October 17 or 18, 2007 or revised October 18, 2007 articles on the Patent Troll Tracker website (the articles are attached as Exhibit A).

Answer:

5621483v.1

4. Identify all knowledge you have with respect to any damage to Ward's professional reputation that was caused by the October 17 or 18, 2007 or revised October 18, 2007 articles on the Patent Troll Tracker website (the articles are attached as Exhibit A).

Answer: _____

5. Identify all knowledge you have with respect to Ward's alleged mental anguish that was caused by the October 17 or 18, 2007 or revised October 18, 2007 articles on the Patent Troll Tracker website (the articles are attached as Exhibit A).

Answer: _____

6. Identify all cases in which you have hired or recommended Ward as an attorney in the past six years. For each case, identify the case style, cause number, court where the case is or was pending, and the name of the client for which you recommended Ward as counsel.

Answer: _____

7. Identify all cases in which you are aware that Ward or his client has sought an award of attorneys fees. For each case, identify the case style, cause number, and court where the case is or was pending.

Answer: _____

_____
WITNESS (Custodian of Records)

Before me, the undersigned authority, on this day personally appeared _____, known to me to be the person whose name is subscribed to the foregoing instrument in the capacity therein stated, who being first duly sworn, stated upon his/her oath that the answers to the foregoing questions are true and correct. I further certify that the records attached hereto are exact duplicates of the original records.

SWORN TO AND SUBSCRIBED before me this _____ day of _____, 20_____.

_____
NOTARY PUBLIC
My Commission Expires: _____

5621483v.1