# EX. N

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF TEXAS

TYLER DIVISION

ERIC M. ALBRITTON,

    Plaintiff,

vs.   No. 6:08-CV-00089

(1) CISCO SYSTEMS, INC.,
(2) RICHARD FRENKEL, (3) MALLUN YEN and (4) JOHN NOH,

    Defendants.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

30(b)(6) DEPOSITION OF MALLUN YEN

Monday, November 17, 2008

SHEILA CHASE & ASSOCIATES
REPORTING FOR:
West Court Reporting Services
221 Main Street, Suite 1250
San Francisco, California  94105
Phone:  (415) 321-2300
Fax:  (415) 618-0743

Reported by:
JANIS JENNINGS, CSR, CRP, CLR
CRS-100282-019

```
 1        Q.   And a governmental affairs person?
 2        A.   Yes.
 3             MR. PATTON:  What's the number on that one
 4   (indicating)?
 5             DEPOSITION REPORTER:  The next one will be
 6   12.
 7   BY MR. PATTON:
 8        Q.   Can you tell me who Dan Lang is before we
 9   go?
10        A.   Dan Lang is a director in my group.
11        Q.   A director of what?
12        A.   Intellectual property.
13        Q.   He's a lawyer?
14        A.   Yes.
15        Q.   Okay.  Within Cisco?
16        A.   Yes.
17        Q.   Okay.  The top of the page, again, on the
18   one before -- or on 11, I'm sorry.  What is the buzz
19   that you were talking about?
20        A.   I had heard from a couple sources that --
21        Q.   Who?  Who were the sources?
22        A.   Kurt Pankratz.
23        Q.   And?
24        A.   And I believe Marta Beckwith.
25        Q.   Okay.  Both lawyers?
```