# Ex. P

| | |
|---|---|
| **From:** | Mallun Yen (myen) |
| **Sent:** | Thursday, October 18, 2007 12:47 PM |
| **To:** | Matthew Tanielian (mtanieli) <mtanieli@cisco.com> |
| **Subject:** | esn case |

http://trolltracker.blogspot.com/

Mallun Yen
Vice President, Worldwide Intellectual Property
Cisco Systems, Inc.
Direct: 408.527.4213

Mailing address:
170 W. Tasman MS 10/2
San Jose, CA 95134

Physical address:
300 E. Tasman
San Jose, CA 95134

*The contents of this message and any additions or modifications thereto constitute CISCO CONFIDENTIAL INFORMATION and may be a privileged communication to or from one or more attorneys and/or supporting personnel for purposes of obtaining or facilitating legal advice and/or legal services.*

CISCO2.000137

Ark.000456