## IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF ARKANSAS
## TEXARKANA DIVISION

| | | |
|---|---|---|
| **JOHN WARD, JR.** | § § | |
| **Plaintiff** | § § | No. 4:08cv4022 JLH |
| **V.** | § § | JURY TRIAL DEMANDED |
| **CISCO SYSTEMS, INC.** | § § | |
| **Defendant.** | § | |

### MOTION TO APPEAR PRO HAC VICE

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW Nicholas H. Patton, counsel for Plaintiff, and files this Motion for James Holmes to appear *pro hac vice* on behalf of said Plaintiff in the above-captioned case.

1. James Holmes of the Law Office of James Holmes, P.C., located at 605 S. Main, Suite 203, Henderson, Texas 75654 is one of the attorneys for Plaintiff.

2. James Holmes is a member in good standing of the Texas Bar, and is admitted to practice before all Courts of the State of Texas, the United States District Court for the Northern, Southern and Eastern Districts of Texas and the United States Court of Appeals for the Fifth Circuit. He is of good moral and professional character and is a member in good standing of the State and Federal Bars in which he is licensed.

3. James Holmes has not been the subject of any disciplinary proceedings, investigation, action or grievance procedure, has not been disbarred in other courts and has not been denied admission to the courts of any states or any court of the United States. James Holmes is competent to practice before this Court, and

is of good personal and professional character. Subject to the investigation of his fitness, competency, and qualifications, he should be granted admission to the Bar of this Honorable Court and entitled to practice as an attorney of record in the above-entitled and numbered cause.

DATED this 20th day of October 2009.

Respectfully Submitted,

*Nicholas H. Patton*
Nicholas H. Patton
State Bar No. 63035
Patton, Tidwell & Schroeder, LLP
4605 Texas Boulevard
Texarkana, Texas 75503
903.792.7080 / 903.792.8233 (Fax)

**ATTORNEY FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

I hereby certify that on 21st day of October, 2009 I electronically filed the foregoing with the Clerk of Court using the CM/ECF System which will send notification of such filing to the following:

| | |
|---|---|
| Richard E. Griffin | Attorney for Defendant Cisco Systems, Inc. |
| Charles Babcock | |
| Crystal Parker | |
| Kurt Schwarz | |
| JACKSON WALKER, LLP | |
| 1401 McKinney | |
| Suite 1900 | |
| Houston, Texas 77010 | |

*Nicholas H. Patton*
Nicholas H. Patton