IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

| | | |
|---|---|---|
| JOHN WARD, JR. | § | |
| | § | C.A. NO. 08-4022 |
| v. | § | |
| | § | JURY TRIAL DEMANDED |
| CISCO SYSTEMS, INC. | § | |

## PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE A SUR-REPLY REGARD CISCO'S MOTION TO COMPEL RESPONSES TO <u>CISCO'S FIRST REQUEST FOR PRODUCTION</u>

To the Honorable Court:

Plaintiff John Ward, Jr. respectfully requests that the Court grant him an extension of time to file a sur-reply regarding Cisco's Motion to Compel Responses to Cisco's First Request for Production and would show unto the Court as follows:

1.     On or about October 13, 2009, Defendant filed its Reply to Plaintiff's Response to Cisco's Motion to Compel Responses to Cisco's First Request for Production (DE #115).

2.     On October 21, 2009, Plaintiff's counsel contacted opposing counsel and asked for additional time to respond to Defendant's Reply.

3.     Defendant's counsel has agreed to Plaintiff's request allowing Plaintiff to file his Sur- Reply on or before October 27, 2009.

Wherefore, Plaintiff requests it be granted to and including October 27, 2009 to file a Sur-Reply Regarding Cisco's Motion to Compel Responses to Cisco's First Request for Production Upon Which Relief May Be Granted.

Respectfully Submitted,

_____
Nicholas H. Patton
State Bar No. 63035
Patton, Tidwell & Schroeder, LLP
4605 Texas Boulevard
Texarkana, Texas 75503
903.792.7080 / 903.792.8233 (Fax)

Patricia L. Peden
LAW OFFICE OF PATRICIA L. PEDEN
1316 67th Street
Oakland, California 94612
Telephone: 510-268-8033

ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

This is to certify that on this 21st day of October, 2009, a true and correct copy of the foregoing was served electronically upon:

| | |
|---|---|
| Richard E. Griffin | Attorney for Defendant Cisco Systems, Inc. |
| Charles Babcock | |
| Crystal Parker | |
| Kurt Schwarz | |
| JACKSON WALKER, LLP | |
| 1401 McKinney | |
| Suite 1900 | |
| Houston, Texas 77010 | |

_____
Nicholas H. Patton

2