IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

| | |
|---|---|
| JOHN WARD, JR. § | |
| § | C.A. NO. 08-4022 |
| v. § | |
| § | JURY TRIAL DEMANDED |
| CISCO SYSTEMS, INC. § | |

**JOINT MOTION FOR EXTENSION OF TIME TO RESPOND
TO THE PARTIES' MOTIONS FOR SUMMARY JUDGMENT**

Come now Plaintiff John Ward, Jr. and Defendant Cisco Systems, Inc. and file this Joint Motion for Extension of Time to Respond to the parties' Motions for Summary Judgment and respectfully show as follows:

The parties filed their Motions for Summary Judgment (DE #'s 114 and 116) on October 13, 2009. Responses to said motions are due on October 29, 2009. The parties have conferred and are in agreement to a one week extension of the deadline to respond to the summary judgment motions. The parties request the Court extend the time to file their responses until and including November 5, 2009.

Wherefore, the parties request their Joint Motion for Extension of Time to Respond to the Parties' Motions for Summary Judgment be granted.

Respectfully Submitted,

_/s/ Nicholas H. Patton_
Nicholas H. Patton
State Bar No. 63035
Email: nickpatton@texarkanalaw.com
Patton, Tidwell & Schroeder, LLP
4605 Texas Boulevard
Texarkana, Texas 75503
903.792.7080 / 903.792.8233 (Fax)

ATTORNEY FOR PLAINTIFF

Dockets.Justia.com

By: */s/ Crystal J. Parker*
Crystal J. Parker
Federal Bar No. 621142
Email: cparker@jw.com
Charles L. Babcock
Federal Bar No.: 10982
Email: cbabcock@jw.com
JACKSON WALKER LLP
1401 McKinney, Suite 1900
Houston, Texas 77010
(713) 752-4200
(713) 752-4221 – Fax

ATTORNEYS FOR DEFENDANT
CISCO SYSTEMS, INC.

**CERTIFICATE OF SERVICE**

This is to certify that on this 21st day of October, 2009, a true and correct copy of the foregoing was served electronically upon:

| | |
|---|---|
| Richard E. Griffin | Attorney for Defendant Cisco Systems, Inc. |
| Charles Babcock | |
| Crystal Parker | |
| Kurt Schwarz | |
| JACKSON WALKER, LLP | |
| 1401 McKinney | |
| Suite 1900 | |
| Houston, Texas 77010 | |

Nicholas H. Patton