# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF ARKANSAS
## TEXARKANA DIVISION

| | | |
|---|---|---|
| JOHN WARD, JR., | § § | |
| Plaintiff, | § § | |
| v. | § § | NO. 4:08-CV-4022 JLH |
| (1) CISCO SYSTEMS, INC., | § § | |
| Defendant. | § § | |

### *NOTICE OF APPEARANCE*

Notice is hereby given that the undersigned attorney, James A. Holmes, enters his appearance in this matter as counsel for **JOHN WARD, JR.** for the purpose of receiving notices and orders from the Court.

**DATED** this 22nd day of October 2009.

Respectfully submitted,

___/s/_____
James A. Holmes
State Bar No. 00784290

**THE LAW OFFICE OF JAMES HOLMES, P.C.**

605 SOUTH MAIN, SUITE 203
HENDERSON, TEXAS 75654
(903) 657-2800
(903) 657-2855 (fax)
jh@jamesholmeslaw.com



## *CERTIFICATE OF SERVICE*

      I hereby certify that a true and correct copy of the foregoing has been forwarded to all counsel, via the electronic filing system of the United States District Court for the Western District of Arkansas on this, the 22nd day of October 2009.


                                             ____/s/_____
                                             James A. Holmes