# Ex. A

# WARD V. CISCO
## PLAINTIFF'S LOG OF DOCUMENTS PRODUCED IN *ALBRITTON V. CISCO* BUT NOT IN *WARD V. CISCO*

| Begin Bates No.[1] | End Bates No. | People - To | People - From | People - CC | Main Date | Type | Title | Description |
|---|---|---|---|---|---|---|---|---|
| CISCO PRIVILEGED.000009 | CISCO PRIVILEGED.000009 | Kurt Pankratz | Jillian Powell | | 22-Oct-2007 | E-Mail | RE: ESN | Email with attorney's staff regarding litigation. |
| CISCO PRIVILEGED.000010 | CISCO PRIVILEGED.000010 | Jillian Powell Steve Schortgen | Kurt Pankratz | | 22-Oct-2007 | E-Mail | Re: ESN | Email with attorney's staff regarding litigation. |
| CISCO PRIVILEGED.000015 | CISCO PRIVILEGED.000016 | Mark Chandler Matthew Tanielian Neal Rubin John Noh | Mallun Yen | | 18-Oct-2007 | E-Mail | RE: ESN | Email with attorney regarding litigation. |
| CISCO PRIVILEGED.000028 | CISCO PRIVILEGED.000028 | Rick Frenkel | Mark R. Weinstein | | 25-Oct-2007 | E-Mail | ESN Filing Date - From the Blogs - A/C Privileged | Email with attorney regarding litigation. |
| CISCO PRIVILEGED.000037 | CISCO PRIVILEGED.000041 | | Marta Beckwith (mabeckwi) | BCC: Edward Reines, Weil Gotshal; Kurt Pankratz, Baker Botts; Bart Showalter, Baker Botts, Charles Verhoeven, Quinn Emanuel; Doug Kubehl, Baker Botts, Matthew Powers, Weil Gotshal, Victoria Maroulis, Quinn Emanuel | 22-Oct-2007 | E-Mail | In case you haven't seen this about your DJ case in ESN | Email forwarding Michael Smith's article about the ESN litigation. |
| CISCO PRIVILEGED.000043 | CISCO PRIVILEGED.000043 | Victoria Maroulis | Marta Beckwith (mabeckwi) | Charles K Verhoeven | 25-Feb-2008 | E-Mail | Troll Tracker | Email with attorney informing them that Rick Frenkel was the Patent Troll Tracker. |
| CISCO PRIVILEGED.000044 | CISCO PRIVILEGED.000048 | Marta Beckwith (mabeckwi) | bart.showalter@bakerbotts.com | | 22-Oct-2007 | E-Mail | In case you haven't seen this about your DJ case in ESN | Email attaching Michael Smith's blog about the ESN litigation and discussing his impression of the article as it relates to the ESN litigation. |
| CISCO PRIVILEGED.000087 | CISCO PRIVILEGED.000087 | Samir.Bhavsar@bakerbotts.com | Marta Beckwith (mabeckwi) | bart.showalter@bakerbotts.com | 25-Feb-2008 | E-Mail | Troll Tracker | Email with attorney informing them that Rick |

---
[1] Cisco's privilege log entries do not include the electronic header information for each document that was later produced in the *Albritton* case. If the Court orders these documents produced, Ward requests that Cisco's production also include the electronic header information for each email.

| Begin Bates No.[1] | End Bates No. | People - To | People - From | People - CC | Main Date | Type | Title | Description |
|---|---|---|---|---|---|---|---|---|
| CISCO PRIVILEGED.000089 | CISCO PRIVILEGED.000089 | 'bart.showalter@bakerbotts.com' | Marta Beckwith (mabeckwi) | | 25-Feb-2008 | E-Mail | Troll Tracker | Email with attorney informing them that Rick Frenkel was the Patent Troll Tracker. |
| CISCO PRIVILEGED.000094 | CISCO PRIVILEGED.000094 | gchambers@McKoolSmith.com | Marta Beckwith (mabeckwi) | bryant.c.boren@bakerbotts.com chad.walters@bakerbotts.com doug.kubehl@bakerbotts.com Samir.Bhavsar@bakerbotts.com | 25-Nov-2007 | E-Mail | New local rules | Email regarding plans to discuss amendments to local rules in Eastern District of Texas |
| CISCO PRIVILEGED.000112 | CISCO PRIVILEGED.000115 | Mallun Yen (myen) | Mark Chandler (machandl) | | 25-Feb-2008 | E-Mail | ESN – PRIVILEGED AND CONFIDENTIAL | Email regarding timing of events with respect to the October 17, 2008 Patent Troll Tracker article. |
| CISCO PRIVILEGED.000116 | CISCO PRIVILEGED.000118 | Mark Chandler (machandl) | Mallun Yen (myen) | | 25-Feb-2008 | E-Mail | ESN – PRIVILEGED AND CONFIDENTIAL | Email regarding timing of events with respect to the October 17, 2008 Patent Troll Tracker article. |
| CISCO PRIVILEGED.000122 | CISCO PRIVILEGED.000125 | Mark Chandler (machandl) | Mallun Yen (myen) | | 25-Feb-2008 | E-Mail | ESN – PRIVILEGED AND CONFIDENTIAL | Email regarding timing of events with respect to the October 17, 2008 Patent Troll Tracker article. |
| CISCO PRIVILEGED.000141 | CISCO PRIVILEGED.000144 | Rick Frenkel (rfrenkel) | Mallun Yen (myen) | | 25-Feb-2008 | E-Mail | ESN – PRIVILEGED AND CONFIDENTIAL | Email regarding timing of events with respect to the October 17, 2008 Patent Troll Tracker article. |
| CISCO PRIVILEGED.000146 | CISCO PRIVILEGED.000149 | Mallun Yen (myen) | Rick Frenkel (rfrenkel) | | 25-Feb-2008 | E-Mail | ESN – PRIVILEGED AND CONFIDENTIAL | Email regarding timing of events with respect to the October 17, 2008 Patent Troll Tracker article. |
| CISCO PRIVILEGED.000204 | CISCO PRIVILEGED.000204 | kurt.pankratz@bakerbotts.com Marta Beckwith (mabeckwi) Michael Ritter (micritte) | Zahner, Gail | Bucci, Michael A. Sicilian, James | 17-Oct-2007 | E-Mail | Complaint for Declaratory Judgment - Cisco v ESN LLC | Email attaching papers served on ESN and notices from court. |

2

| Begin Bates No.[1] | End Bates No. | People - To | People - From | People - CC | Main Date | Type | Title | Description |
|---|---|---|---|---|---|---|---|---|
| CISCO PRIVILEGED.000227 | CISCO PRIVILEGED.000228 | 'bart.showalter@bakerbotts.com' 'doug.kubehl@bakerbotts.com' 'kurt.pankratz@bakerbotts.com' Mallun Yen (myen) Mark Michels (mmichels) Marta Beckwith (mabeckwi) Michael Ritter (micritte) Rick Frenkel (rfrenkel) | Rich Renfree (rrenfree) | | 19-Oct-2007 | E-Mail | ESN Files Motion to Enjoin Cisco's CT Case | Email attaching ESN's amended complaint. |
| CISCO PRIVILEGED.000231 | CISCO PRIVILEGED.000233 | 'Victoria Maroulis' | Michael Ritter (micritte) | | 1-Nov-2007 | E-Mail | ESN v. Cisco -- Conference Call | Email regarding trying to get in touch by phone to discuss response to ESN motion. |
| CISCO PRIVILEGED.000255 | CISCO PRIVILEGED.000255 | ip-disputes-team(mailer list) | Marta Beckwith (mabeckwi) | | 25-Nov-2007 | E-Mail | New EDTx rules | Email regarding proposed amendments to the local rules of the Eastern District of Texas. |
| BB_0001-Privileged | BB_0006-Privileged | Kurt Pankratz, Bart Showalter, Baker Botts, Marta Beckwith, Mallun Yen, and Michael Ritter, Cisco | Rick Frenkel | Dan Lang, Cisco | 22-Oct-2007 | E-Mail | Urgent-Please Read | Omitted for public filing |
| | | Jillian Powell, paralegal at Baker Botts | Kurt Pankratz | | 22-Oct-2007 | E-Mail | ESN | |
| BB_0007-Privileged | BB_0009-Privileged | Jillian Powell, Baker Botts paralegal | Steve Schortgen, Baker Botts | Kurt Pankratz, Baker Botts | | | | |
| | | Steve Schortgen, Baker Botts | Jillian Powell, Baker Botts paralegal | Kurt Pankratz, Baker Botts | 22-Oct-2007 | E-Mail | ESN | Omitted for public filing |

3

| Begin Bates No.[1] | End Bates No. | People - To | People - From | People - CC | Main Date | Type | Title | Description |
|---|---|---|---|---|---|---|---|---|
| BB_0010-Privileged | BB_0012-Privileged | Steve Schortgen, Baker Botts; Jillian Powell and Steve Schortgen, Baker Botts | Jillian Powell, Baker Botts paralegal; Kurt Pankratz, Baker Botts | Kurt Pankratz, Baker Botts | 22-Oct-2007; 22-Oct-2007 | E-Mail; E-Mail | ESN; ESN | Omitted for public filing |

4