# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF ARKANSAS
### TEXARKANA DIVISION

| | | |
|---|---|---|
| **JOHN WARD, JR.** | § | |
| | § | |
| **Plaintiff** | § | No. 4:08cv4022 JLH |
| | § | |
| **V.** | § | JURY TRIAL DEMANDED |
| | § | |
| **CISCO SYSTEMS, INC.** | § | |
| | § | |
| **Defendant.** | § | |

## PLAINTIFF'S NOTICE OF SUBSTITUTION OF EX. A

Comes now the Plaintiff and attaches Amended Ex. A to be substituted in place of Ex. A attached to Plaintiff's Motion to Compel Defendant to Produce Documents Produced in Prior Litigation (DE #126).

Respectfully Submitted,

_/s/ Nicholas H. Patton_
Nicholas H. Patton
AR Bar No. 63035
Email: nickpatton@texarkanalaw.com
Courtney Towle
ctowle@texarkanalaw.com
Patton, Tidwell & Schroeder, LLP
4605 Texas Boulevard
Texarkana, Texas 75503
903.792.7080 / 903.792.8233 (Fax)

Patricia L. Peden
LAW OFFICE OF PATRICIA L. PEDEN
610 16th Street, Suite 400
Oakland, California 94612
Telephone: 510-268-8033

ATTORNEYS FOR PLAINTIFF

## **CERTIFICATE OF SERVICE**

    This is to certify that on this 23rd day of October, 2009, a true and correct copy of the foregoing was served electronically upon:

| | |
|---|---|
| Richard E. Griffin | Attorney for Defendant Cisco Systems, Inc. |
| Charles Babcock | |
| Crystal Parker | |
| Kurt Schwarz | |
| JACKSON WALKER, LLP | |
| 1401 McKinney | |
| Suite 1900 | |
| Houston, Texas 77010 | |

*/s/ Nicholas H. Patton*
Nicholas H. Patton