# EX. F

Dockets.Justia.com

529

1  UNITED STATES DISTRICT COURT
2  EASTERN DISTRICT OF TEXAS
3  SHERMAN DIVISION
4
5  ------------------------------------------------------------
6  ERIC ALBRITTON                    ] CASE NO. 6:08CV89
7  VS.                               ] 9 AM, SEPTEMBER 16, 2009
8  CISCO SYSTEMS, INC.               ] TYLER, TEXAS
9  ------------------------------------------------------------
10
11  REPORTER'S SAME-DAY DELIVERY TRANSCRIPT OF JURY TRIAL
12
13  VOLUME 3 OF ^ 000, PAGES 1 THROUGH ^ 000
14
15  TABLE OF CONTENTS, ^ 000
16
17  THE HONORABLE RICHARD SCHELL, U.S. DISTRICT JUDGE, PRESIDING
18
19
20
21
22
23
24  PROCEEDINGS REPORTED USING COMPUTERIZED STENOTYPE,
25  TRANSCRIPT PRODUCED USING COMPUTER-AIDED TRANSCRIPTION.

769

| | |
|---|---|
| 04:28PM  1 | KNOW WHO IT WAS WHO WAS WRITING THIS ABOUT US, BECAUSE AFTER IT |
| 04:28PM  2 | WAS WRITTEN IT WAS OUT THERE AND REMAINED POSTED FOR QUITE SOME |
| 04:28PM  3 | TIME AND IS STILL OUT THERE.  SO WE TALKED ABOUT IT DURING THE |
| 04:28PM  4 | TIME PERIOD THAT WE WERE TRYING TO FIND OUT WHO WAS DOING THIS |
| 04:28PM  5 | TO US, YOU KNOW, I DON'T WANT TO SAY EVERY DAY, BUT, YOU KNOW, |
| 04:28PM  6 | HAVE YOU FOUND ANYTHING OUT?  HAVE YOU FOUND ANYTHING OUT?  AND |
| 04:28PM  7 | THERE WERE OTHER PEOPLE IN THE COUNTRY WHO WERE LOOKING FOR |
| 04:28PM  8 | MR. FRENKEL.  SO WE TALKED ABOUT THAT. |
| 04:28PM  9 | Q.    WAS HE UPSET? |
| 04:28PM 10 | A.    ABSOLUTELY. |
| 04:28PM 11 | Q.    TELL THE JURY ABOUT THAT.  THEY'RE ENTITLED TO KNOW |
| 04:28PM 12 | WHAT YOU KNOW ABOUT THAT. |
| 04:28PM 13 | A.    WHAT I KNOW IS, YOU KNOW, WE TALKED ABOUT LOSING SLEEP; |
| 04:28PM 14 | THAT IT WAS DISTURBING THAT, YOU KNOW, WE HAD CLIENTS CALLING |
| 04:28PM 15 | US AND OTHER LAWYERS COMMENTING ON THIS; AND HE WAS--WE WERE |
| 04:28PM 16 | ANGRY.  I MEAN THAT--NO DOUBT ABOUT IT. |
| 04:28PM 17 | Q.    WAS IT A DISTRACTION FROM WORK? |
| 04:29PM 18 | A.    WORRYING ABOUT IT, I GUESS, WAS A DISTRACTION.  BUT I |
| 04:29PM 19 | THINK ERIC AND I ARE KIND OF ALIKE.  YOU WORK HARDER WHEN YOU |
| 04:29PM 20 | KIND OF FOCUS YOUR ATTENTION ON SOMETHING ELSE.  I DON'T KNOW |
| 04:29PM 21 | THAT THAT'S UNUSUAL FOR ANYBODY WHO'S, YOU KNOW, IN A STRESSFUL |
| 04:29PM 22 | SITUATION.  THEY THROW THEMSELVES INTO THEIR WORK.  I THINK I |
| 04:29PM 23 | DID THAT, I THINK ERIC DID THAT. |
| 04:29PM 24 | Q.    DO YOU KNOW WHETHER OR NOT ERIC ALBRITTON WAS |
| 04:29PM 25 | EMBARRASSED ABOUT THIS? |