IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

| JOHN WARD, JR. | § | |
| | § | |
| | § | C. A. NO. 08-4022 |
| v. | § | JURY TRIAL DEMANDED |
| | § | |
| CISCO SYSTEMS, INC. | § | |

**AGREED MOTION TO EXTEND DEADLINE TO
RESPOND TO PLAINTIFF'S MOTION FOR RECONSIDERATION
OF THE COURT'S ORDER REGARDING THE SCOPE OF
CISCO'S SUBJECT-MATTER WAIVER OF PRIVILEGE**

COMES NOW Cisco Systems, Inc. ("Cisco") and files this Agreed Motion to Extend Deadline to Respond to Plaintiff's Motion for Reconsideration of the Court's Order Regarding the Scope of Cisco's Subject Matter Waiver of Privilege as follows:

1. Plaintiff has agreed to grant Defendant until Monday, November 9, 2009 to file its response to Plaintiff's Motion for Reconsideration of the Court's Order Regarding the Scope of Cisco's Subject-Matter Waiver of Privilege (Dkt. #121).

2. Defendant Cisco requests that the Court enter an order granting this extension of time to respond.

5647014v.1

1

Dockets.Justia.com

Respectfully submitted,

JACKSON WALKER L.L.P.

*/s/ Charles L. Babcock*
Charles L. Babcock
Federal Bar No.: 10982
Email: cbabcock@jw.com
Richard E. Griffin
Arkansas Bar No.: 63020
Email: rgriffin@jw.com
Crystal J. Parker
Federal Bar No.: 621142
Email: cparker@jw.com
1401 McKinney
Suite 1900
Houston, Texas 77010
(713) 752-4200
(713) 752-4221 – Fax
Kurt A. Schwarz
Jackson Walker L.L.P.
901 Main Street, Suite 6000
Dallas, Texas 75202
Telephone: (214) 953-6000
Telecopier: (214) 953-5822

ATTORNEYS FOR CISCO SYSTEMS, INC.

## CERTIFICATE OF SERVICE

This is to certify that on this 29th day of October, 2009, a true and correct copy of the foregoing was served via electronic mail upon:

Patricia L. Peden  
Law Offices of Patricia L. Peden  
5901 Christie Avenue  
Suite 201  
Emeryville, CA 94608  
***Attorney for Plaintiff John Ward, Jr.***

Nicholas H. Patton  
Patton, Tidwell & Schroeder, LLP  
4605 Texas Boulevard  
P.O. Box 5398  
Texarkana, Texas 75505-5398  
***Attorney for John Ward, Jr.***

/s/ *Charles L. Babcock*  
Charles L. Babcock