```
         IN THE UNITED STATES DISTRICT COURT
             WESTERN DISTRICT OF ARKANSAS
                  TEXARKANA DIVISION
```

JOHN WARD, JR.                                        PLAINTIFF

       v.                Civil No. 08-4022

CISCO SYSTEMS, INC.                                   DEFENDANT

## ORDER

Now on this 2nd day of November, 2009, **Defendant Cisco Systems, Inc.'s Motion to Compel Responses to Cisco System, Inc.'s First Request for Production and Brief in Support Thereof (Doc. 101)** is hereby referred to United States Magistrate Judge Erin L. Setser.

**IT IS SO ORDERED.**

                                              /s/ Jimm Larry Hendren
                                              JIMM LARRY HENDREN
                                              UNITED STATES DISTRICT JUDGE