## Patricia L. Peden

| | |
|---|---|
| **From:** | Parker, Crystal [cparker@jw.com] |
| **Sent:** | Wednesday, April 08, 2009 7:47 AM |
| **To:** | Nick Patton; Patricia L. Peden; Geoff Culbertson |
| **Cc:** | Babcock, Chip; Moran, David; GLM Law Office; Adair, Kathy; Turnock, Holly; Peavy, Nicole |
| **Subject:** | RE: Joint Jury Charge |

Nick and Patty,

I haven't heard back from anyone on this. Can we set up a call between 4 and 6 today?

Thank you,

Crystal J. Parker
Jackson Walker L.L.P.
713-752-4217

| | |
|---|---|
| **From:** | Parker, Crystal |
| **Sent:** | Tuesday, April 07, 2009 5:12 PM |
| **To:** | 'Nick Patton'; 'Patricia L. Peden' |
| **Cc:** | Babcock, Chip; Moran, David; 'GLM Law Office'; Adair, Kathy; Turnock, Holly; Peavy, Nicole |
| **Subject:** | Joint Jury Charge |

<< File: DOCSOPEN-#5480178-v1-Defendants__Redlines_to_Plaintiff_s_Joint_Jury_Charge.DOC >>

Attached are our proposed changes to the jury charge. We may have some additional revisions. We are available for a call to discuss this tomorrow from 9-11 a.m. or from 3-5 p.m. Please let us know your availability so we can circulate a call-in number.

Thank you,
Crystal J. Parker

1