| | |
|---|---|
| **From:** | Parker, Crystal [cparker@jw.com] |
| **Sent:** | Friday, October 16, 2009 9:23 AM |
| **To:** | Nick Patton; ppeden@pedenlawfirm.com |
| **Cc:** | Flynn-DuPart, Mary Lou; Adair, Kathy |
| **Subject:** | Meet and Confer |

We also need to meet and confer today on a motion to amend the pleadings.  Cisco is going to file a motion to amend to clarify its position that Texas law applies and to include more specific citations to Texas law.  For instance, where it said applicable state law caps, we would be amending to include the Texas statute.  There are also a few other changes.  I'll send you a draft.

Crystal J. Parker
Jackson Walker L.L.P.
1400 McKinney, Suite 1900
Houston, TX 77010
713-752-4200 (main)
713-752-4217 (direct)
713-752-4221 (main fax)
713-754-6717 (direct fax)
Email:  cparker@jw.com

Internet Email Confidentiality

Privileged/Confidential Information may be contained in this message.  If you are not the addressee indicated in this message (or responsible for delivery of the message to the addressee), you may not copy or deliver this message to anyone.  In such case, you should destroy this message and kindly notify the sender by reply email.  The statements contained herein are not intended to and do not constitute an opinion as to any tax or other matter.  They are not intended or written to be used, and may not be relied upon, by you or any other person for the purpose of avoiding penalties that may be imposed under any Federal tax law or otherwise.

No virus found in this incoming message.
Checked by AVG - www.avg.com
Version: 8.5.421 / Virus Database: 270.14.17/2436 - Release Date: 10/16/09 06:32:00