```
           IN THE UNITED STATES DISTRICT COURT
              WESTERN DISTRICT OF ARKANSAS
                   TEXARKANA DIVISION
```

JOHN WARD, JR.                                          PLAINTIFF

       v.              Civil No. 08-4022

CISCO SYSTEMS, INC.                                     DEFENDANT

### ORDER

On November 2, 2009, defendant's Motion to Compel (Doc. 101) was referred to the undersigned and a telephonic hearing will be held on the matter on November 4, 2009, at 2:00 p.m.  To resolve the plaintiff's claim of attorney-client privilege with regard to Exhibit 14 on his privilege log, it is necessary for the undersigned to review the exhibit prior to the hearing.  Accordingly, by the close of business today, plaintiff is directed to submit Exhibit 14 to the undersigned for an in camera review.  Plaintiff may submit the exhibit by e-mail to elsinfo@arwd.uscourts.gov, or by facsimile to 479-709-5421.

**IT IS SO ORDERED** this 3rd day of November, 2009.

                              /s/ *Erin L. Setser*
                              ERIN L. SETSER
                              UNITED STATES MAGISTRATE JUDGE