IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

**MINUTES**

| | |
|---|---|
| John Ward, Jr. | JUDGE: Erin L. Setser, U. S. Magistrate Judge |
| PLAINTIFF | |
| ATTY: Nicholas Patton, R C Long, | REPORTER: Gina Hellums via conference operator |
| Patricia Peden, & Courtney Towle | CLERK: Gina Hellums |
| Cisco Systems, Inc. | CASE NO. 08-4022 |
| DEFENDANT | |
| ATTY: Crystal Parker | |
| Richard Griffin | DATE: November 4, 2009 |

ACTION: Hearing on Motion to Compel [Doc 101]

| TIME | MINUTES |
|---|---|
| 2:00 pm | Convene (telephonic hearing) |
| | Court reviews the issues of the Motion to Compel and inquires as to specific areas and documents in question. |
| | The Court denies the motion in part and grants the motion in part and will address the issues in a written order. |
| 3:27 pm | Adjourn |

| CASE NO. | 08-4022 | DATE: | November 4, 2009 |

TIME                    MINUTES