# EXHIBIT "E"

**Parker, Crystal**

| | |
|---|---|
| **From:** | Nick Patton [nickpatton@texarkanalaw.com] |
| **Sent:** | Wednesday, October 29, 2008 8:15 AM |
| **To:** | Parker, Crystal; ppeden@pedenlawfirm.com |
| **Cc:** | Babcock, Chip; glmlawoffice@gmail.com; Adair, Kathy; Senneff, Angie; Nicole Peavy; jh@jamesholmeslaw.com; Marcie Long |
| **Subject:** | RE: Albritton v. Cisco Protective Order |

Chrystal: Thanks for the P.O. We will certainly abide by the order in the Albritton case. We will need to discuss the upcoming P.O. in the Ward case.

Nick

**From:** Parker, Crystal [mailto:cparker@jw.com]
**Sent:** Tuesday, October 28, 2008 5:31 PM
**To:** Nick Patton; ppeden@pedenlawfirm.com
**Cc:** Babcock, Chip; glmlawoffice@gmail.com; Adair, Kathy; Senneff, Angie; Nicole Peavy; jh@jamesholmeslaw.com
**Subject:** Albritton v. Cisco Protective Order

<<DOCSOPEN-#5140740-v1-Albritton_Protective_Order.PDF>> <<2013_001.pdf>>

Nick and Patricia,

Given the nature of the highly confidential nature of documents produced in the case, I just wanted to make sure you were aware of the attached Protective Order and agreement in the Albritton v. Cisco case.

Take care,


Crystal J. Parker
Jackson Walker L.L.P.
1400 McKinney, Suite 1900
Houston, TX 77010
713-752-4200 (main)
713-752-4217 (direct)
713-752-4221 (main fax)
713-754-6717 (direct fax)
Email: cparker@jw.com

Internet Email Confidentiality

Privileged/Confidential Information may be contained in this message. If you are not the addressee indicated in this message (or responsible for delivery of the message to the addressee), you may not copy or deliver this message to anyone. In such case, you should destroy this message and kindly notify the sender by reply email. The statements contained herein are not intended to and do not constitute an opinion as to any tax or other matter. They are not intended or written to be used, and may not be relied upon, by you or any other person for the purpose of avoiding penalties that may be imposed under any Federal tax law or otherwise.