# EXHIBIT "F"



**JACKSON WALKER L.L.P.**
ATTORNEYS & COUNSELORS

Crystal J. Parker
(713) 752-4217 (Direct Dial)
(713) 754-6717 (Direct Fax)
cparker@jw.com

September 23, 2009

*VIA EMAIL*

Patricia L. Peden
Law Offices of Patricia L. Peden
5901 Christie Avenue
Suite 201
Emeryville, CA 94608

Nicholas H. Patton
Patton, Tidwell & Schroeder, LLP
4605 Texas Boulevard
P.O. Box 5398
Texarkana, Texas 75505-5398

James A. Holmes
605 South Main Street, Suite 203
Henderson, Texas 75654

Re:  C.A. No. 6:08-CV-89; *Eric Albritton v Cisco Systems, Inc., et al.*, In the United States District Court for the Eastern District of Texas, Tyler Division

Dear Counsel:

Please be advised that pursuant to paragraphs 19 and 20 of the Protective Order in the above-referenced case, your obligations concerning confidentiality survive the conclusion of the case and that within 30 days from September 21, 2007, you must either destroy all of Cisco's Confidential and Highly Confidential documents and provide Cisco a certificate of destruction or return such documents to us.

Please confirm that you de-designated the documents your client had originally designated as "Highly Confidential."

Sincerely,

Crystal J. Parker

CJP:pn