# EXHIBIT "G"

## Parker, Crystal

| | |
|---|---|
| **From:** | jh@jamesholmeslaw.com |
| **Sent:** | Wednesday, September 23, 2009 5:13 PM |
| **To:** | Parker, Crystal |
| **Subject:** | Documents |

**Attachments:**      IMG00193.jpg



IMG00193.jpg (777
KB)

         Any questions?
Sent from my BlackBerry Smartphone provided by Alltel

