EXHIBIT 11

Page 1

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF TEXAS

TYLER DIVISION

CERTIFIED COPY

ERIC M. ALBRITTON,

        Plaintiff,

vs.                                    No. 6:08-CV-00089

(1) CISCO SYSTEMS, INC.,
(2) RICHARD FRENKEL, (3) MALLUN
YEN and (4) JOHN NOH,

        Defendants.


CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

DEPOSITION OF RICHARD G. FRENKEL

Tuesday, November 18, 2008


SHEILA CHASE & ASSOCIATES
REPORTING FOR:
West Court Reporting Services
221 Main Street, Suite 1250
San Francisco, California  94105
Phone:  (415) 321-2300
Fax:  (415) 618-0743

Reported by:
JANIS JENNINGS, CSR, CRP, CLR
CRS-100282-023

Page 7

1              RICHARD G. FRENKEL,

2       The deponent herein, was sworn and

3       testified as follows:

4

5       THE VIDEOGRAPHER:   Please begin.

6

7                  EXAMINATION

8   BY MR. PATTON:

9       Q.   State your name, please.

10      A.   Richard Frenkel.

11      Q.   Where do you live?

12      A.   I live in Palo Alto, California.

13      Q.   Your address?

14      A.   My work or my home address?

15      Q.   Give me your home address and number first

16  and then your work address and number second.

17      A.
                    **REDACTED**

18

19

20      Q.   Telephone number at your work?

21      A.      **REDACTED**

22      Q.   Do you now work for Wilson Sonsini?

23      A.   Yes.

24      Q.   And what is your status there?

25      A.   My title is of counsel.

Page 12

1       Q.    Okay.  What others?

2       A.    Who was filing a lot of the patent cases.

3       Q.    Are you talking about parties or lawyers?

4       A.    Parties.

5       Q.    Okay.  Were you interested in what I have

6    seen called non-practicing entities?

7       A.    Yes, that was an area of interest.

8       Q.    And I believe you also describe those

9    people as trolls, do you not?

10      A.    The title of the blog is Patent Troll

11   Tracker, so, yes, I used the term "patent troll."

12      Q.    You're not real found of trolls, are you?

13           MR. McWILLIAMS:  Objection.  Form.

14           MR. BABCOCK:  Same objection.

15           THE WITNESS:  I wouldn't characterize it

16   that way.

17   BY MR. PATTON:

18      Q.    How would you characterize it?  What are

19   your feelings about non-practicing entities?

20      A.    Are you asking for my feeling now or my

21   feelings back when I started the blog?

22      Q.    Both.

23      A.    When I started the blog, I was frustrated

24   by the lack of information that was out there about

25   who was behind a lot of the patent cases that I was

Page 13

1    seeing flock to various rocket dockets.

2        Q.   Rocket dockets?  Is that what you said?

3        A.   Yes.

4        Q.   What about rocket dockets?  What do those

5    filers have to do with rocket dockets?  What's the

6    connection?

7        A.   My observation was that a large percentage

8    of the cases involving what I refer to as patent

9    trolls were being initiated in jurisdictions that

10   had somewhat of a faster time to trial.

11       Q.   All right.  Tell me some of those

12   jurisdictions.

13       A.   Well, Eastern District of Texas is one of

14   them.

15       Q.   Right.

16       A.   Eastern District of Virginia is another.

17       Q.   Okay.

18       A.   Western District of Wisconsin.

19       Q.   Okay.

20       A.   Those are the three that come to mind

21   right now.

22       Q.   Okay.  And why were you interested in

23   that, Mr. Frenkel?

24       A.   Why was I interested in --

25       Q.   The statistics about these non-practicing

Page 34

1    BY MR. PATTON:

2         Q.   Okay.  Well, let's move on, then.

3              The blog about the ESN case, was that a

4    case that you would be working on?

5         A.   No.  At the time of October 17th and 18th,

6    that was not going to be my case.

7         Q.   Did it end up being your case?

8         A.   For a short period of time.

9         Q.   Okay.  So you make this blog about the

10   Banana Republic and the conspiracy and those things,

11   and you end up working on that case; right?

12        A.   For a short period of time, I did.

13        Q.   Okay.  Did you ever reveal to anybody

14   while you were working on that case that you were

15   the Troll Tracker?

16        A.   I don't remember.

17        Q.   Why were you on the emailing about the

18   filing of the ESN complaint?

19        A.   Because I am the one who discovered it.

20        Q.   Okay.  Why were you just -- you had to

21   look at the, what, Pacer docket, the Pacer

22   information?  Is that how you discovered it?

23        A.   I looked at the -- I guess it's called

24   ECF, or electronic case filing.  It used to be

25   called Pacer.  Yes, on Monday, October 15th, I

Page 35

1    looked at it.

2         Q.    Okay.  And why did you look at it?

3         A.    Because I was curious to see if Cisco had

4    been sued by anybody that day.

5         Q.    Were you expecting to be sued that day?

6         A.    There had been a sudden increase in

7    filings of patent litigation in October of 2007.

8         Q.    Against Cisco?

9         A.    Against a lot of companies.

10        Q.    By whom?  Who filed them?

11        A.    Many different plaintiffs.

12        Q.    And in many different jurisdictions?

13        A.    That's correct.

14        Q.    Would Wisconsin, Eastern District of Texas

15   and Eastern District of Virginia have been three

16   that attracted a good bit of the business?

17        A.    Among others.

18        Q.    Okay.  Are you aware that Cisco has filed

19   suits in the Eastern District of Texas?

20        A.    Yes.

21        Q.    Okay.  So it's okay for Cisco to use the

22   Eastern District; right?

23        A.    I don't know.  It depends.

24        Q.    Well, what products do you make in the

25   Eastern District of Texas?  Do you know?

Page 46

1   posted the blog?

2            MR. BABCOCK:  Object to the form.

3            MR. McWILLIAMS:  Same objection.

4            THE WITNESS:  I had the evidence of the

5   complaint, the civil cover sheet, and all the

6   exhibits to the complaint being stamped October --

7   and the docket all being stamped October 15th one

8   day.  And then the next day I saw the complaint, the

9   docket sheet all had been changed to October 16th,

10  and the initials of one of the clerks was on there

11  with a notation that it had been modified by that

12  clerk on -- I think it was the 17th of October.

13  BY MR. PATTON:

14       Q.   What does that say about Eric's conduct?

15       A.   What does what say about Eric's conduct?

16       Q.   What you just said.  This is what you have

17  seen, you said, that convinced you or it's the

18  evidence you have.

19            What you just said, what does that have to

20  do with Eric's conduct?

21            MR. McWILLIAMS:  Objection.  Form.

22            MR. BABCOCK:  Same objection.

23  BY MR. PATTON:

24       Q.   What did he do?

25       A.   My understanding is that he had his

1    A.    Okay.

2    Q.    Are you aware on the face of the

3  complaint, the electronic filing date shows when

4  this thing was filed?  The stamp?

5    A.    I believe that the clerk had testified

6  that they changed that date.

7    Q.    I'm talking about the electronic stamp.

8    A.    The electronic stamp that I saw on the

9  front of the complaint said October 15th, 2007 one

10  day and then October 16th, 2007 the next day.

11    Q.    Where was it located on the complaint?

12    A.    On the front of it, every page.

13    Q.    Top?  Bottom?  Side?  Where?

14    A.    I don't remember if was on the top or the

15  bottom.

16    Q.    Is there a banner across the top?

17    A.    To me, it's a stamp.

18    Q.    Yeah, but it's not to the clerk.  Would

19  you agree with that?

20        MR. McWILLIAMS:  Objection.  Form.

21        MR. BABCOCK:  Objection.  Form.

22        THE WITNESS:  I don't agree.

23  BY MR. PATTON:

24    Q.    You think that what you saw was a stamp,

25  don't you?

CERTIFICATE OF REPORTER

I, JANIS L. JENNINGS, a Certified Shorthand Reporter of the State of California, do hereby certify:

That the foregoing proceedings were taken before me at the time and place herein set forth; that any witnesses in the foregoing proceedings, prior to testifying, were placed under oath; that a verbatim record of the proceedings was made by me using machine shorthand which was thereafter transcribed under my direction; further, that the foregoing is an accurate transcription thereof.

I further certify that I am neither financially interested in the action nor a relative or employee of any attorney of any of the parties.

IN WITNESS WHEREOF, I have this date subscribed my name.

Dated:   November 20, 2008.

_____
JANIS JENNINGS
CSR NO. 3942, CLR, CRP