# EXHIBIT 12

CM/ECF LIVE - U.S. District Court:txed                                                                Page 1 of 2

## Complaints and Other Initiating Documents
5:07-cv-00156-DF-CMC ESN LLC v. Cisco Systems Inc et al

U.S. District Court [LIVE]

Eastern District of TEXAS LIVE

Notice of Electronic Filing

The following transaction was received from Albritton, Eric M. entered on 10/16/2007 at 0:01 AM CDT and filed on 10/15/2007
**Case Name:**        ESN LLC v. Cisco Systems Inc et al
**Case Number:**      5:07-cv-156
**Filer:**            ESN LLC
**Document Number:** 1

**Docket Text:**
COMPLAINT against Cisco Systems Inc, Cisco-Linksys LLC ( Filing fee $ 350 receipt number 1298562.), filed by ESN LLC. (Attachments: # (1) Exhibit A - Part 1# (2) Exhibit A - Part 2# (3) Exhibit B# (4) Exhibit C# (5) Civil Cover Sheet)(Albritton, Eric)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1041545818 [Date=10/16/2007] [FileNumber=1999808-0] [11dab535caf6b25e86b84e750b6ced1c83e8d914f02333753ea54a7c893a014da1
015c132b35e5e0465388bf1920b2f22c94e82a75641a800b2b38f74ae3e8cc]]
**Document description:** Exhibit A - Part 1
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1041545818 [Date=10/16/2007] [FileNumber=1999808-1] [a0f854e44a9c7ea78c55335faaa2227149a51b5da9a88ce30814cdb08bb2a03302
6ee7a9d038e911b6b0fbf8b6d48b4dc0e85b3d5630fcf8c235e212c4f2aec1]]
**Document description:** Exhibit A - Part 2
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1041545818 [Date=10/16/2007] [FileNumber=1999808-2] [3eb955ec8c333fe4efd475f351702c16ec8eb589d2a4ad9b27a82f7f3577debf16
f4d059dbd6d41fa09d5edaf5016ed5600b70e21333147cc9f91a4f7f68dd7e]]
**Document description:** Exhibit B
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1041545818 [Date=10/16/2007] [FileNumber=1999808-3] [9efc50bce8aaa6c136284bd27620f51fd28d9f362a9b9c11091abea7207e4185e9
f8f638882ff3e39f49191141801fad31d38abe31da39cc69fc14cb1944fe7e6]]
**Document description:** Exhibit C
**Original filename:** n/a

https://ecf.txed.uscourts.gov/cgi-bin/Dispatch.pl?185648410585475                         CISCO.000088

**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1041545818 [Date=10/16/2007] [FileNumber=1999808-4] [a81e1563c4c62bfd15faaa460d3e4b03015dfa1a7d5b41fa50a7078e3bc30c5d53 3b7900a914edd73bfc9fdf71773f3cd192119l3128a4cb63c4a8bf218d7f47]]
**Document description:** Civil Cover Sheet
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1041545818 [Date=10/16/2007] [FileNumber=1999808-5] [0b0b839574016e07d4d05061f4e88598d90345fc5d166dfd388dd095c85e730f51 f870dbdde5d7edb8d073366de548670d41d48922784e9283ae8c59eae0ca5c]]

**5:07-cv-156 Notice will be electronically mailed to:**

Eric M. Albritton    ema@emafirm.com, ajm@emafirm.com; ecfdocket@emafirm.com

**5:07-cv-156 Notice will be delivered by other means to:**