# EXHIBIT 28

# PATENT CASES PENDING IN 2007
# IN WHICH WARD WAS COUNSEL OF RECORD

| Rank | Case Number | Case Title | Filing Date | Court |
|---|---|---|---|---|
| 1 | 2:07CV00434 | ACCESS PRODUCT MARKETING LLC V. MEDICAL DEPOT, INC. | 09/28/2007 | E.D.TEX. |
| 2 | 2:07CV00245 | ACHATES REFERENCE PUBLISHING, INC. V. MICROSOFT CORPORATION | 06/13/2007 | E.D.TEX. |
| 3 | 2:07CV00031 | ADVANCED BIOLOGICAL LABORATORIES, SA V. AMERIPATH, INC. | 01/25/2007 | E.D.TEX. |
| 4 | 6:07CV00355 | ALOFT MEDIA LLC V. ADOBE SYSTEM INCORPORATED ET AL | 07/26/2007 | E.D.TEX. |
| 5 | 5:07CV00168 | ANTOR MEDIA CORPORATION V. AEBN INC | 11/05/2007 | E.D.TEX. |
| 6 | 2:07CV00102 | ANTOR MEDIA CORPORATION V. METACAFE, INC. | 03/27/2007 | E.D.TEX. |
| 7 | 5:06CV00240 | ANTOR MEDIA CORPORATION V. MOTOROLA, INC. | 10/23/2006 | E.D.TEX. |
| 8 | 5:07CV00049 | ANTOR MEDIA CORPORATION V. SAMSUNG TELECOMMUNICATIONS LLP | 04/02/2007 | E.D.TEX. |
| 9 | 5:06CV00239 | ANTOR MEDIA CORPORATION V. SAMSUNG TELECOMMUNICATIONS LLP ET AL | 10/23/2006 | E.D.TEX. |
| 10 | 5:06CV00270 | ANTOR MEDIA CORPORATION V. TRUSONIC, INC. | 11/20/2006 | E.D.TEX. |
| 11 | 6:07CV00385 | BARTEX RESEARCH LLC V. FEDEX CORPORATION ET AL | 08/16/2007 | E.D.TEX. |
| 12 | 6:06CV00480 | BHANDARI V. CADENCE DESIGN SYSTEMS INC ET AL | 11/08/2006 | E.D.TEX. |
| 13 | 2:07CV00281 | BIO-RAD LABORATORIES, INC. V. EPPENDORF NORTH AMERICA, INC. | 07/05/2007 | E.D.TEX. |
| 14 | 6:07CV00138 | CLEAR WITH COMPUTERS V. RECREATIONAL EQUIPMENT, INC ET AL | 03/29/2007 | E.D.TEX. |
| 15 | 6:06CV00550 | COMMONWEALTH SCIENTIFIC AND INDUSTRIAL RESEARCH ORGANISATION V. TOSHIBA AMERICA INFORMATION SYSTEMS, INC. ET AL | 12/22/2006 | E.D.TEX. |
| 16 | 6:06CV00324 | COMMONWEALTH SCIENTIFIC AND INDUSTRIAL RESEARCH ORGANISATION V. BUFFALO TECHNOLOGY (USA), INC ET AL | 02/02/2005 | E.D.TEX. |
| 17 | 5:07CV00132 | CONSTELLATION IP, LLC V. ALLSTATE CORPORATION ET AL | 08/23/2007 | E.D.TEX. |
| 18 | 5:07CV00038 | CONSTELLATION IP, LLC V. AVIS BUDGET GROUP INC ET AL | 03/09/2007 | E.D.TEX. |
| 19 | 6:08CV00281 | CONSTELLATION IP, LLC V. AVIS BUDGET GROUP INC ET AL | 03/09/2007 | E.D.TEX. |
| 20 | 9:06CV00162 | CONSTELLATION IP, LLC V. MARRIOTT INTERNATIONAL, INC. ET AL | 08/03/2006 | E.D.TEX. |
| 21 | 2:07CV00544 | CORONARY STENT VISUALIZATION CORPORATION V. PHILIPS ELECTRONIC | 12/17/2007 | E.D.TEX. |

# PATENT CASES PENDING IN 2007
## IN WHICH WARD WAS COUNSEL OF RECORD

|  |  |  |  |  |
|---|---|---|---|---|
|  |  | NORTH AMERICA CORPORATION |  |  |
| 22 | 6:07CV00354 | CREATIVE INTERNET ADVERTISING CORPORATION V. YAHOO! INC ET AL | 07/26/2007 | E.D.TEX. |
| 23 | 5:03CV00039 | DATA TREASURY CORP V. FIRST DATA CORP, ET AL | 02/21/2003 | E.D.TEX. |
| 24 | 2:05CV00292 | DATA TREASURY CORPORATION V. BANK OF AMERICA CORPORATION ET AL | 06/28/2005 | E.D.TEX. |
| 25 | 2:05CV00294 | DATA TREASURY CORPORATION V. CITI-GROUP, INC ET AL | 06/28/2005 | E.D.TEX. |
| 26 | 5:05CV00173 | DATA TREASURY CORPORATION V. RE-MITCO LLC ET AL | 09/09/2005 | E.D.TEX. |
| 27 | 2:05CV00290 | DATA TREASURY CORPORATION V. VIEWPOINTE ARCHIVE SERVICES LLC | 06/28/2005 | E.D.TEX. |
| 28 | 2:05CV00291 | DATA TREASURY CORPORATION V. WELLS FARGO & CO ET AL | 06/28/2005 | E.D.TEX. |
| 29 | 2:05CV00293 | DATA TREASURY CORPORATION V. WA-CHOVIA CORPORATION ET AL | 06/28/2005 | E.D.TEX. |
| 30 | 2:06CV00165 | DATATREASURY CORPORATION V. CITY NATIONAL CORPORATION ET AL | 04/18/2006 | E.D.TEX. |
| 31 | 2:04CV00085 | DATATREASURY CORPORATION V. SMALL VALUE PAYMENTS COMPANY | 03/02/2004 | E.D.TEX. |
| 32 | 2:06CV00072 | DATATREASURY CORPORATION V. WELLS FARGO & COMPANY ET AL | 02/24/2006 | E.D.TEX. |
| 33 | 6:07CV00467 | DIGITAL REG OF TEXAS, LLC V. LFP INTERNET GROUP, LLC, ET AL | 10/05/2007 | E.D.TEX. |
| 34 | 5:06CV00295 | DISC LINK CORPORATION V. H&R BLOCK DIGITAL TAX SOLUTIONS, ET AL | 12/27/2006 | E.D.TEX. |
| 35 | 5:07CV00058 | DISC LINK CORPORATION V. ORACLE CORPORATION ET AL | 04/10/2007 | E.D.TEX. |
| 36 | 2:05CV00163 | EPICREALM LICENSING, LLC V. AUTO-FLEX LEASING, INC. ET AL | 05/02/2005 | E.D.TEX. |
| 37 | 5:07CV00125 | EPICREALM LICENSING, LLC V. AUTO-FLEX LEASING, INC. ET AL | 05/02/2005 | E.D.TEX. |
| 38 | 2:05CV00356 | EPICREALM LICENSING, LLC V. FRANK-LIN COVEY CO. ET AL | 08/05/2005 | E.D.TEX. |
| 39 | 5:07CV00126 | EPICREALM LICENSING, LLC V. FRANK-LIN COVEY CO. ET AL | 08/05/2005 | E.D.TEX. |
| 40 | 5:07CV00181 | EPICREALM LICENSING, LLC V. THE MACERICH COMPANY | 12/03/2007 | E.D.TEX. |
| 41 | 2:07CV00030 | EPICREALM LICENSING, LP. V. VARIOUS, INC. | 01/25/2007 | E.D.TEX. |
| 42 | 5:07CV00135 | EPICREALM LICENSING, LP. V. VARIOUS, INC. | 01/25/2007 | E.D.TEX. |
| 43 | 5:07CV00156 | ESN LLC V. CISCO SYSTEMS INC ET AL | 10/15/2007 | E.D.TEX. |
| 44 | 6:07CV00008 | FENNER INVESTMENT, LTD V. MICRO-SOFT CORPORATION ET AL | 01/05/2007 | E.D.TEX. |
| 45 | 2:06CV00205 | FLASHMARK TECHNOLOGIES,LLC V. GTECH CORPORATION ET AL | 05/17/2006 | E.D.TEX. |

# PATENT CASES PENDING IN 2007
## IN WHICH WARD WAS COUNSEL OF RECORD

| | | | | |
|---|---|---|---|---|
| 46 | 2:07CV00198 | FLUID DYNAMICS CORPORATION V. AMERICAN STANDARD COMPANIES, INC. ET AL | 05/18/2007 | E.D.TEX. |
| 47 | 6:06CV00434 | GENETIC APPLICATIONS LLC V. INVITROGEN CORPORATION | 10/12/2006 | E.D.TEX. |
| 48 | 2:06CV00015 | GOLDEN BRIDGE TECHNOLOGY, INC. V. LG ELECTRONICS MOBILECOMM USA., INC., | 01/11/2006 | E.D.TEX. |
| 49 | 2:05CV00151 | GOLDEN BRIDGE TECHNOLOGY, INC. V. NOKIA, INC. | 04/15/2005 | E.D.TEX. |
| 50 | 6:07CV00059 | GPNE CORP V. SAMSUNG TELECOMMNICATIONS AMERICA, L.P., ET AL | 01/31/2007 | E.D.TEX. |
| 51 | 6:07CV00060 | GPNE CORP. V. TIME WARNER CABLE, INC., ET AL | 01/31/2007 | E.D.TEX. |
| 52 | 6:07CV00113 | I4I LIMITED PARTNERSHIP V. MICROSOFT CORPORATION | 03/08/2007 | E.D.TEX. |
| 53 | 9:06CV00242 | IBM V. AMAZON | 10/23/2006 | E.D.TEX. |
| 54 | 2:05CV00535 | ICOMM TECHOLOGIES, INC. V. LG ELECTRONICS MOBILECOMM U.S.A., INC. ET AL | 11/30/2005 | E.D.TEX. |
| 55 | M:05CV01654 | IN RE COMPRESSION LABS, INC., PATENT LITIGATION | 02/24/2005 | N.D.CAL. |
| 56 | 6:06CV00551 | INTEL CORPORATION ET AL V. COMMONWEALTH SCIENTIFIC AND INDUSTRIAL RESEARCH ORGANISATION | 12/26/2006 | E.D.TEX. |
| 57 | 6:06CV00452 | INTERNATIONAL BUSINESS MACHINES CORPORATION V. AMAZON.COM, INC. | 10/23/2006 | E.D.TEX. |
| 58 | 2:07CV00503 | IP INNOVATION LLC ET AL V. GOOGLE, INC. | 11/16/2007 | E.D.TEX. |
| 59 | 2:07CV00146 | IP INNOVATION LLC. ET AL V. APPLE, INC. | 04/18/2007 | E.D.TEX. |
| 60 | 2:07CV00447 | IP INNOVATION, LLC. ET AL V. RED HAT INC. ET AL | 10/09/2007 | E.D.TEX. |
| 61 | 6:06CV00471 | JOINT MARKETING INTERNATIONAL, INC. V. WALGREEN CO. ET AL | 11/02/2006 | E.D.TEX. |
| 62 | 2:07CV00359 | JUXTACOMM TECH INC. V. ASCENTIAL SOFTWARE CORP ET AL | 08/17/2007 | E.D.TEX. |
| 63 | 2:06CV00275 | KLAUSNER TECHNOLOGIES, INC. V. VONAGE HOLDINGS CORP. ET AL | 07/11/2006 | E.D.TEX. |
| 64 | 6:07CV00065 | L&H CONCEPTS LLC V. CRAIG A SMITH ET AL | 02/07/2007 | E.D.TEX. |
| 65 | 2:07CV00127 | LIN PACKAGING TECHNOLOGIES, LTD., V. NANYA TECHNOLOGY CORPORATION ET AL | 04/10/2007 | E.D.TEX. |
| 66 | 2:07CV00223 | LINEX TECHNOLOGIES, INC. V. BELAIR NETWORKS INC. ET AL | 06/01/2007 | E.D.TEX. |
| 67 | 2:07CV00222 | LINEX TECHNOLOGIES, INC. V. BELKIN INTERNATIONAL, INC. ET AL | 06/01/2007 | E.D.TEX. |
| 68 | 6:07CV00118 | MARSHALL PACKAGING COMPANY LLC V. PREMIUM WATERS, INC., ET AL | 03/13/2007 | E.D.TEX. |

# PATENT CASES PENDING IN 2007
# IN WHICH WARD WAS COUNSEL OF RECORD

| | | | | |
|---|---|---|---|---|
| 69 | 2:06CV00272 | MASS ENGINEERED DESIGN, INC. ET AL V. ERGOTRON, INC. ET AL | 07/07/2006 | E.D.TEX. |
| 70 | 2:07CV00140 | MEDIA DIGITAL CORPORATION V. CLARION CORPORATION OF AMERICA ET AL | 04/16/2007 | E.D.TEX. |
| 71 | 6:06CV00549 | MICROSOFT CORPORATION ET AL V. COMMONWEALTH SCIENTIFIC AND INDUSTRIAL RESEARCH ORGANISATION | 12/22/2006 | E.D.TEX. |
| 72 | 6:06CV00168 | MITSUMI ELECTRIC CO, LTD V. WISTRON CORPORATION ET AL | 04/13/2006 | E.D.TEX. |
| 73 | 6:05CV00322 | ORION IP LLC V. MERCEDES-BENZ USA LLC ET AL | 08/30/2005 | E.D.TEX. |
| 74 | 6:07CV00370 | ORION IP, LLC V. CHRYSLER HOLDING, LLC ET AL | 08/03/2007 | E.D.TEX. |
| 75 | 6:07CV00106 | ORION IP, LLC V. COSTCO WHOLESALE CORPORATION ET AL | 03/05/2007 | E.D.TEX. |
| 76 | 6:07CV00179 | ORION IP, LLC V. DELTA MACHINERY COMPANY ET AL | 04/16/2007 | E.D.TEX. |
| 77 | 6:07CV00451 | ORION IP, LLC V. MERCEDES-BENZ USA, LLC | 09/25/2007 | E.D.TEX. |
| 78 | 6:06CV00323 | ORION IP, LLC V. NIKE, INC., ET AL | 03/16/2006 | E.D.TEX. |
| 79 | 6:07CV00296 | ORION IP, LLC V. SNAP-ON INCORPORATED ET AL | 06/27/2007 | E.D.TEX. |
| 80 | 6:07CV00286 | ORION IP, LLC V. THULE AB ET AL | 06/21/2007 | E.D.TEX. |
| 81 | 6:06CV00364 | ORION IP, LLC V. YOKOHAMA TIRE CORPORATION ET AL | 08/17/2006 | E.D.TEX. |
| 82 | 2:06CV00367 | PALTALK HOLDINGS, INC. V. MICROSOFT CORPORATION | 09/12/2006 | E.D.TEX. |
| 83 | 2:07CV00562 | PARALLEL NETWORKS, LLC V. NETFLIX, INC. ET AL | 12/28/2007 | E.D.TEX. |
| 84 | 6:07CV00353 | PARALLEL PROCESSING CORPORATION V. SONY CORPORATION OF AMERICA | 07/26/2007 | E.D.TEX. |
| 85 | 6:06CV00370 | PEER COMMUNICATIONS CORPORATION V. SKYPE TECHNOLOGIES SA ET AL | 08/22/2006 | E.D.TEX. |
| 86 | 2:07CV00049 | POLYMER SOLVENTS, LLC V. PPG INDUSTRIES, INC. ET AL | 02/09/2007 | E.D.TEX. |
| 87 | 6:07CV00447 | PRIORITY ACCESS SOLUTIONS CORPORATION V. IBM | 09/14/2007 | E.D.TEX. |
| 88 | 5:07CV00142 | PRIORITY ACCESS SOLUTIONS CORPORATION V. IBM | 09/14/2007 | E.D.TEX. |
| 89 | 6:07CV00096 | RAININ INSTRUMENT LLC V. MOLECULAR BIOPRODUCTS INC | 02/26/2007 | E.D.TEX. |
| 90 | 6:06CV00252 | RAININ INSTRUMENT LLC V. USA SCIENTIFIC INC | 06/08/2006 | E.D.TEX. |
| 91 | 6:07CV00251 | REEDHYCALOG UK, LTD. ET AL V. UNITED DIAMOND DRILLING SERVICES, INC ET AL | 06/04/2007 | E.D.TEX. |
| 92 | 6:06CV00222 | REEDHYCALOG UK, LTD. ET AL V. BAKER HUGHES OILFIELD OPERATIONS INC ET AL | 05/12/2006 | E.D.TEX. |

# PATENT CASES PENDING IN 2007
# IN WHICH WARD WAS COUNSEL OF RECORD

| | | | | |
|---|---|---|---|---|
| 93 | 2:07CV00219 | REESE V. AT&T, INC. ET AL | 05/31/2007 | E.D.TEX. |
| 94 | 2:05CV00415 | REESE V. SAMSUNG TELECOMMUNICATIONS AMERICA, LP ET AL | 08/31/2005 | E.D.TEX. |
| 95 | 6:06CV00363 | RFID WORLD LTD. V. WAL-MART STORES ET AL | 08/16/2006 | E.D.TEX. |
| 96 | 2:06CV00159 | RING PLUS, INC. V. CINGULAR WIRELESS LLC ET AL | 04/14/2006 | E.D.TEX. |
| 97 | 5:08CV00042 | RING PLUS, INC. V. CINGULAR WIRELESS LLC ET AL | 04/14/2006 | E.D.TEX. |
| 98 | 2:07cv00418 | ROY-G-BIV CORPORATION V FANUC LTD. ET AL | 09/19/2007 | E.D.TEX. |
| 99 | 6:07CV00490 | SAXON INNOVATIONS LLC V. NOKIA CORP. ET AL | 10/18/2007 | E.D.TEX. |
| 100 | 2:07CV00120 | SBJ HOLDINGS 1, LLC. V. NETFLEX, INC. ET AL | 04/09/2007 | E.D.TEX. |
| 101 | 2:07CV00340 | SCREENTONE SYSTEMS CORPORATION V. CANNON U.S.A. INC. ET AL | 08/08/2007 | E.D.TEX. |
| 102 | 6:07CV00067 | SFA SYSTEMS, LLC V. INFOR GLOBAL SOLUTIONS | 02/09/2007 | E.D.TEX. |
| 103 | 2:06CV00007 | SKLAR V. MICROSOFT CORPORATION | 01/06/2006 | E.D.TEX. |
| 104 | 2:06CV00440 | SKY TECHNOLOGIES LLC V. SAP AG ET AL | 10/17/2006 | E.D.TEX. |
| 105 | 2:07CV00462 | SKY TECHNOLOGIES, LLC. V. PROCURI, INC. | 10/19/2007 | E.D.TEX. |
| 106 | 2:07CV00268 | SKY TECHNOLOGIES, LLC. V. SAP AG ET AL | 06/27/2007 | E.D.TEX. |
| 107 | 6:07CV00119 | SMART PARTS INC. V. A J INTERMEDIATE HOLDINGS LLC ET AL | 03/13/2007 | E.D.TEX. |
| 108 | 2:07CV00527 | SMITH V. GENERAL ELECTRIC COMPANY | 12/03/2007 | E.D.TEX. |
| 109 | 2:06CV00016 | SOFTVAULT SYSTEMS, INC. V. MICROSOFT CORPORATION | 01/11/2006 | E.D.TEX. |
| 110 | 6:07CV00367 | SP TECHNOLOGIES INC V. APPLE INC | 08/02/2007 | E.D.TEX. |
| 111 | 6:07CV00426 | ST SALES TECH HOLDINGS LLC V. CHRYSLER, LLC. | 09/07/2007 | E.D.TEX. |
| 112 | 6:07CV00346 | ST SALES TECH HOLDINGS LLC V. DAIMLER CHRYSLER CO LLC ET AL | 07/24/2007 | E.D.TEX. |
| 113 | 6:06CV00560 | TENDLER CELLULAR, INC. V. ONSTAR CORPORATION | 12/27/2006 | E.D.TEX. |
| 114 | 2:07CV00172 | TRITON IP, LLC. V. INFOR GLOBAL SOLUTIONS (CHICAGO), INC. ET AL | 05/01/2007 | E.D.TEX. |
| 115 | 6:07CV00248 | TRITON IP, LLC. V. INFOR GLOBAL SOLUTIONS (CHICAGO), INC. ET AL | 05/01/2007 | E.D.TEX. |
| 116 | 2:07CV00218 | TRITON IP, LLC. V. SALESFORCE.COM, INC. | 05/31/2007 | E.D.TEX. |
| 117 | 6:07CV00249 | TRITON IP, LLC. V. SALESFORCE.COM, INC. | 05/31/2007 | E.D.TEX. |
| 118 | 6:06CV00451 | TRONTECH LICENSING INCORPORATED V. THOMSON, INC. ET AL | 10/20/2006 | E.D.TEX. |

5653678v.1

## PATENT CASES PENDING IN 2007
## IN WHICH WARD WAS COUNSEL OF RECORD

| | | | | |
|---|---|---|---|---|
| 119 | 6:06CV00205 | TRONTECH LICENSING INCORPORATED V. VTECH COMMUNICATIONS, INC., ET AL | 01/25/2006 | E.D.TEX. |
| 120 | 2:06CV00239 | USA VIDEO TECHNOLOGY CORPORATION V. TIME WARNER, INC., ET AL | 06/13/2006 | E.D.TEX. |
| 121 | 6:07CV00066 | USDATA PATENT HOLDINGS LLC V. G E FANUC AUTOMATION AMERICAS INC | 02/08/2007 | E.D.TEX. |
| 122 | 6:07CV00394 | VCODE HOLDINGS ET AL V. DATALOGIC SCANNING INC ET AL | 08/21/2007 | E.D.TEX. |
| 123 | 2:07CV00138 | VCODE HOLDINGS, INC. ET AL V. COGNEX CORPORATION | 04/13/2007 | E.D.TEX. |
| 124 | 2:07CV00144 | VERTICAL COMPUTER SYSTEM, INC. V. MICROSOFT CORPORATION | 04/18/2007 | E.D.TEX. |
| 125 | 2:05CV00451 | VONAGE HOLDINGS CORPORATION V. MCI, INC. ET AL | 09/20/2005 | E.D.TEX. |
| 126 | 2:07CV00238 | WOLF V. BRIGHTROOM, INC. ET AL | 06/08/2007 | E.D.TEX. |
| 127 | 6:07CV00540 | Z4 TECHNOLOGIES, INC V. MICROSOFT CORPORATION | 11/29/2007 | E.D.TEX. |
| 128 | 6:06CV00258 | Z4 TECHNOLOGIES, INC V. MICROSOFT CORPORATION ET AL | 06/14/2006 | E.D.TEX. |
| 129 | 6:06CV00369 | Z4 TECHNOLOGIES, INC V. SYMANTEC CORP. ET AL | 08/21/2006 | E.D.TEX. |
| 130 | 6:06CV00470 | ZAIDAN V. ACER AMERICA, INC. ET AL | 11/02/2006 | E.D.TEX. |

5653678v.1