**From:** Parker, Crystal [mailto:cparker@jw.com]
**Sent:** Thursday, April 09, 2009 4:51 PM
**To:** Patricia L. Peden
**Cc:** Geoff Culbertson; Babcock, Chip; Moran, David; Adair, Kathy; Turnock, Holly
**Subject:** Albritton v. Cisco


Patty,

We haven't heard anything about the jury charge today or about the privilege issues we discussed (you said you would talk to Eric and Johnny).  Please let us know the status.

Thank you,

Crystal J. Parker
Jackson Walker L.L.P.
1400 McKinney, Suite 1900
Houston, TX 77010
713-752-4200 (main)
713-752-4217 (direct)
713-752-4221 (main fax)
713-754-6717 (direct fax)
Email:  cparker@jw.com

Internet Email Confidentiality

Privileged/Confidential Information may be contained in this message.  If you are not the addressee indicated in this message (or responsible for delivery of the message to the addressee), you may not copy or deliver this message to anyone.  In such case, you should destroy this message and kindly notify the sender by reply email.  The statements contained herein are not intended to and do not constitute an opinion as to any tax or other matter.  They are not intended or written to be used, and may not be relied upon, by you or any other person for the purpose of avoiding penalties that may be imposed under any Federal tax law or otherwise.

Checked by AVG - www.avg.com
Version: 8.5.287 / Virus Database: 270.11.49/2050 - Release Date: 04/09/09 10:27:00

No virus found in this incoming message.
Checked by AVG - www.avg.com
Version: 8.5.423 / Virus Database: 270.14.39/2470 - Release Date: 11/02/09 07:51:00