# EXHIBIT "C"

Dockets.Justia.com

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

ERIC M. ALBRITTON                      §
                                       §
                                       §
v.                                     §
                                       §        C. A. NO. 6:08-CV-00089
CISCO SYSTEMS, INC.,                   §
RICK FRENKEL, MALLUN YEN &             §
JOHN NOH                               §

## DECLARATION OF MALLUN YEN

I, Mallun Yen, declare and state as follows:

I make this declaration in support of Mallun Yen's Motion to Dismiss for Lack of Personal Jurisdiction. I have personal knowledge of the following facts and, if called as a witness, I could and would testify thereto.

1.     At all material times to this lawsuit, I have resided in and worked in the state of California.

2.     I do not own property in Texas and do not maintain any bank accounts in Texas.

3.     I have traveled to Texas fewer than a dozen times, all of which trips were short business excursions unrelated to this case. I have not traveled to Texas in the past four years.

4.     I did not write the articles referenced in Plaintiff's Original Complaint (the October 17, 2007 and October 18, 2007 articles on the Patent Troll Tracker) (the "Articles"). I also did not edit or review the Articles prior to their publication on the Patent Troll Tracker. I did not forward the Articles or otherwise circulate them to any other person outside of Cisco Systems, Inc.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 16, 2008.

_____
Mallun Yen

## Exhibit A