Ward v. Cisco Systems, Inc. et al

Doc. 144 Att. 5

# EXHIBIT "F"

Dockets.Justia.com

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF TEXAS

TYLER DIVISION

CERTIFIED COPY

ERIC M. ALBRITTON,

Plaintiff,

vs. No. 6:08-CV-00089

(1) CISCO SYSTEMS, INC.,
(2) RICHARD FRENKEL, (3) MALLUN
YEN and (4) JOHN NOH,

Defendants.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

30(b)(6) DEPOSITION OF MALLUN YEN

Monday, November 17, 2008

SHEILA CHASE & ASSOCIATES
REPORTING FOR:
West Court Reporting Services
221 Main Street, Suite 1250
San Francisco, California 94105
Phone: (415) 321-2300
Fax: (415) 618-0743

Reported by:
JANIS JENNINGS, CSR, CRP, CLR
CRS-100282-019

Cisco Systems, Inc.

MR. McWILLIAMS: George McWilliams and Nicole Peavy representing Defendant Rick Frenkel.

THE VIDEOGRAPHER: If there are no stipulations, the reporter may administer the oath.

MR. BABCOCK: There is one stipulation. Miss Yen, in addition to being tendered for her personal knowledge, is also here responding to the 30(b)(6); that is the corporate notice of Item 10, Cisco's knowledge and creation and operation of the Troll Tracker blog.

MALLUN YEN,

The deponent herein, was sworn and testified as follows:

EXAMINATION

BY MR. PATTON:

Q. Would you state your name, please.

A. Mallun Yen.

Q. And if you would, give me your residence address, telephone number, business address and that telephone number.

A. 25960 Estacada Drive, Los Altos Hills, California, 94022. 650-948-8685. And the business

Q. No. Way before the lawsuit. You're talking about the ESN lawsuit or this lawsuit?

A. I was talking about this lawsuit.

Q. Okay. Well, I think that this lawsuit wasn't filed until sometime in 2008, and the time period I'm talking about is in October of 2007 and I believe that would be before the lawsuit was filed. Don't you agree?

A. I'm sorry. Can you say that again?

MR. BABCOCK: He's asking you whether you read the thing in October of 2008 is what he wants to know.

MR. PATTON: No. 2007.

MR. BABCOCK: 2007. Sorry. October 2007.

THE WITNESS: I don't remember reading it.

BY MR. PATTON:

Q. You never read the ESN controversy, the accusations? You've never read that?

A. I don't know.

MR. McWILLIAMS: Objection to form.

MR. BABCOCK: Same objection.

BY MR. PATTON:

Q. Have you ever read it?

A. I have read it.

Q. Okay. When did you read it?

A. I read it after the lawsuit was filed, this lawsuit.

MR. BABCOCK: The Albritton lawsuit?

THE WITNESS: Yes.

BY MR. PATTON:

Q. You had not -- you weren't aware of it at all around the October 16, 17, 18 time period of 19- -- of 2007; is that right?

A. No, I didn't say that. I was aware of it.

Q. But you hadn't read the blog material?

A. I don't remember reading it.

Q. Okay. You have read it now?

A. I have read it now.

Q. Okay. Did Mr. Frenkel call the Eastern District of Texas a Banana Republic?

MR. BABCOCK: Object to the form.

MR. McWILLIAMS: Same objection.

THE WITNESS: I don't know. I read the posting that was attached to the complaint in this lawsuit and that is the first I saw of that phrase used. So I don't know any --

BY MR. PATTON:

Q. Maybe we're just having time sequencing problems, Miss Yen. And what I'm getting ready to ask you refers to have you ever read that blog; and

CERTIFICATE OF REPORTER

I, JANIS L. JENNINGS, a Certified Shorthand Reporter of the State of California, do hereby certify:

That the foregoing proceedings were taken before me at the time and place herein set forth; that any witnesses in the foregoing proceedings, prior to testifying, were placed under oath; that a verbatim record of the proceedings was made by me using machine shorthand which was thereafter transcribed under my direction; further, that the foregoing is an accurate transcription thereof.

I further certify that I am neither financially interested in the action nor a relative or employee of any attorney of any of the parties.

IN WITNESS WHEREOF, I have this date subscribed my name.

Dated: November 19, 2008.

JANIS JENNINGS
CSR NO. 3942, CLR, CRP