```
                        20090917Cisco.txt
                     SAME-DAY DELIVERY TRANSCRIPT
                                                                     1

   1                  UNITED STATES DISTRICT COURT
   2                    EASTERN DISTRICT OF TEXAS
   3                         SHERMAN DIVISION
   4
   5   -----------------------------------------------------------------
   6   ERIC ALBRITTON                    ] CASE NO. 6:08CV89
   7   VS.                               ] 9 AM, SEPTEMBER 17, 2009
   8   CISCO SYSTEMS, INC.               ] TYLER, TEXAS
   9   -----------------------------------------------------------------
  10
  11      REPORTER'S SAME-DAY DELIVERY TRANSCRIPT OF JURY TRIAL
  12
  13             VOLUME 4 OF ^ 000, PAGES 1 THROUGH ^ 000
  14
  15                      TABLE OF CONTENTS, ^ 000
  16
  17   THE HONORABLE RICHARD SCHELL, U.S. DISTRICT JUDGE, PRESIDING
  18
  19
  20
  21
  22
  23
  24   PROCEEDINGS REPORTED USING COMPUTERIZED STENOTYPE,
  25   TRANSCRIPT PRODUCED USING COMPUTER-AIDED TRANSCRIPTION.

                     SAME-DAY DELIVERY TRANSCRIPT
                     SAME-DAY DELIVERY TRANSCRIPT
                                                                     2
                              Page 1
```

20090917Cisco.txt

14          MS. PEDEN:  RIGHT.  AND IN THAT SUMMARY JUDGMENT
15   PAPER, THE DEFENDANTS ARGUED THAT WE HAD THE BURDEN OF PROVING
16   FALSITY BECAUSE THE ISSUE WAS A MATTER OF PUBLIC CONCERN, AND
17   THEY SPECIFICALLY ARGUED THAT THE OCTOBER 18TH ARTICLE REPORTED
18   ON A MATTER OF PUBLIC CONCERN, THE INTEGRITY OF THE COURT'S
19   ELECTRONIC FILING SYSTEM, AND THE CLERK'S STEWARDSHIP OF THAT
20   SYSTEM.  THAT WAS THEIR EXPRESS ARGUMENT, WHICH IS THE SAME
21   ARGUMENT I BELIEVE THEY'RE MAKING TODAY.  AND --
22          THE COURT:  OKAY.  I THOUGHT THEIR ARGUMENT IN
23   CONNECTION WITH THE MOTION FOR SUMMARY JUDGMENT WAS THAT THERE
24   WAS A PUBLIC CONTROVERSY -- THAT THE BLOG ADDRESSED THE PUBLIC
25   CONTROVERSY ABOUT ABUSE OF THE PATENT SYSTEM BY NONPRACTICING

SAME-DAY DELIVERY TRANSCRIPT

SAME-DAY DELIVERY TRANSCRIPT

172

1   ENTITIES FILING LAWSUITS IN THE EASTERN DISTRICT OF TEXAS.
2          MS. PEDEN:  NO, I DON'T BELIEVE THAT THAT'S WHAT
3   DEFENDANTS CONTEND, AND WE DID THAT BATTLE IN DISCOVERY.  WE
4   ASKED FOR THAT DISCOVERY.  THEY DIDN'T GIVE IT TO US -- AND --
5   BECAUSE THAT WASN'T THEIR -- I BELIEVE THAT WASN'T THEIR
6   POSITION.
7          THE COURT:  MR. MORAN, WAS THAT YOUR POSITION IN
8   CONNECTION WITH THE MOTION FOR SUMMARY JUDGMENT, THAT THE
9   PUBLIC CONCERN HAD TO DO WITH THAT ISSUE?
10          MR. MORAN:  LET ME SEE IF I CAN CLARIFY THAT, YOUR
11  HONOR.
12          THE COURT:  OKAY.
13          MR. MORAN:  WHAT WE'RE TALKING ABOUT HERE THIS
14  AFTERNOON IS THE CHARACTER OF THE SPEECH.  THE SUMMARY-JUDGMENT
15  MOTION WAS DIRECTED TO WHETHER OR NOT THE PLAINTIFF WAS A

20090917Cisco.txt

16  PUBLIC FIGURE, AND THE COURT HELD THAT MR. ALBRITTON WAS NOT A
17  PUBLIC FIGURE; HE WAS A PRIVATE FIGURE.
18          THE COURT: YES.
19          MR. MORAN: ONE OF THE ELEMENTS OF CONSIDERATION IN
20  THAT DETERMINATION OF THE STATUS OF THE PLAINTIFF -- NOT THE
21  CHARACTER OF THE SPEECH, WHICH IS WHAT WE'RE TALKING ABOUT
22  NOW -- IS WHETHER OR NOT THERE WAS A PUBLIC CONTROVERSY THAT
23  MR. ALBRITTON MAY HAVE PLAYED MORE THAN A TANGENTIAL ROLE IN.
24  AND YOUR HONOR RULED THAT HE REALLY WASN'T INVOLVED IN THAT
25  PUBLIC CONTROVERSY, IF THERE WAS A PUBLIC CONTROVERSY. WE'RE

SAME-DAY DELIVERY TRANSCRIPT
SAME-DAY DELIVERY TRANSCRIPT

173

1   TALKING --
2           THE COURT: WAIT A MINUTE. DID I SAY THAT? I THINK
3   WHAT I SAID ON PAGE 10 -- MAYBE I MISREAD WHAT YOU HAD IN YOUR
4   BRIEF, BUT -- THERE WAS A LOT OF BRIEFING ON THIS. BUT I
5   THOUGHT THAT YOUR POSITION WAS THAT THE PUBLIC CONTROVERSY WAS
6   ABUSE OF THE PATENT SYSTEM BY NONPRACTICING ENTITIES IN THE
7   EASTERN DISTRICT OF TEXAS.
8           MR. MORAN: ABSOLUTELY. THERE'S NO DOUBT ABOUT
9   THAT. IT'S PART OF, WE SAID, A PUBLIC CONTROVERSY AT THE TIME.
10          THE COURT: OKAY. BUT YOUR POSITION IS -- AND I --
11  I'LL HEAR FROM MS. PEDEN, BUT I TEND TO AGREE THAT WHAT GOES ON
12  IN OUR CLERK'S OFFICE IS A MATTER OF PUBLIC CONCERN.
13          MR. MORAN: ABSOLUTELY, AND THAT'S WHAT WE'RE SAYING
14  NOW. WE ARE TALKING ABOUT THE CHARACTER OF THE SPEECH. AND
15  THE PATENT TROLL TRACKER BLOGS ARE SUBSTANTIALLY ABOUT THE
16  PUBLIC INTEGRITY OF THE DOCKETING SYSTEM, THE FILE SYSTEM, THE
17  CONDUCT --
18          THE COURT: OKAY.

Page 159

```
                         20090917Cisco.txt
      19          MR. MORAN:  -- ACTIONS OF THE CLERK, AND SO THAT'S
      20   WHY WE SAY THE SPEECH IS A MATTER OF PUBLIC CONCERN.
      21          THE COURT:  OKAY.
      22          MS. PEDEN, YOU DON'T DISAGREE WITH THAT, DO YOU?
      23          MS. PEDEN:  I DON'T DISAGREE THAT THAT'S THEIR
      24   POSITION.  IT WAS BRIEFED IN A SUMMARY-JUDGMENT BRIEFING, AND
      25   NOT JUST IN THE CONTEXT OF THE PRIVATE FIGURE -- PUBLIC

                         SAME-DAY DELIVERY TRANSCRIPT
                         SAME-DAY DELIVERY TRANSCRIPT
                                                                     174

       1   FIGURE/PRIVATE FIGURE CONTEXT.  IT WAS BRIEFED ON THE CHARACTER
       2   OF THE SPEECH ON THE ISSUE OF WHO -- WHICH PARTY WOULD BEAR THE
       3   BURDEN OF PROVING FALSITY.  AND WHAT DEFENDANTS ARGUED IN THEIR
       4   BRIEF AT DOCKET ENTRY 125 AT PAGE 14 --
       5          THE COURT:  WAIT A MINUTE.
       6          MS. PEDEN:  -- MADE THIS ARGUMENT.
       7          THE COURT:  NO.  YOU BEAR THE BURDEN OF PROVING
       8   FALSITY; THEY BEAR THE BURDEN OF PROVING TRUTH.  ISN'T THAT HOW
       9   IT WORKS?
      10          MS. PEDEN:  I -- WELL, I READ YOUR HONOR'S
      11   SUMMARY-JUDGMENT ORDER TO SAY BECAUSE THIS WAS NOT AN ISSUE OF
      12   PUBLIC CONCERN, THAT THEY WOULD BEAR THE BURDEN OF PROVING
      13   FALSITY.
      14          THE COURT:  WHAT I SAID WAS THE ESN LAWSUIT WAS NOT
      15   AN ISSUE OF PUBLIC CONCERN.  I DISAGREED -- WELL, LET'S SEE.
      16   THAT'S ALL I SAID, HONESTLY.  THAT'S ON PAGE 10 OF MY ORDER.  I
      17   DON'T DISAGREE WITH MR. MORAN'S STATEMENT THAT WHAT GOES ON IN
      18   OUR CLERK'S OFFICE IS, BY DEFINITION, A MATTER OF PUBLIC
      19   CONCERN.
      20          MS. PEDEN:  YES, YOUR HONOR, BUT YOU HAVE TO LOOK
                               Page 160
```