IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF TEXAS

TYLER DIVISION


ERIC M. ALBRITTON,

    Plaintiff,

vs.                                                  No. 6:08-CV-00089

(1) CISCO SYSTEMS, INC.,
(2) RICHARD FRENKEL, (3) MALLUN
YEN and (4) JOHN NOH,

    Defendants.


CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

DEPOSITION OF RICHARD G. FRENKEL

Tuesday, November 18, 2008


SHEILA CHASE & ASSOCIATES
REPORTING FOR:
West Court Reporting Services
221 Main Street, Suite 1250
San Francisco, California  94105
Phone:  (415) 321-2300
Fax:  (415) 618-0743

Reported by:
JANIS JENNINGS, CSR, CRP, CLR
CRS-100282-023

Dockets.Justia.com
f9695ea9-0325-4125-be8e-b712ff1393dc

```
 1       Q.   Okay.  What others?
 2       A.   Who was filing a lot of the patent cases.
 3       Q.   Are you talking about parties or lawyers?
 4       A.   Parties.
 5       Q.   Okay.  Were you interested in what I have
 6  seen called non-practicing entities?
 7       A.   Yes, that was an area of interest.
 8       Q.   And I believe you also describe those
 9  people as trolls, do you not?
10       A.   The title of the blog is Patent Troll
11  Tracker, so, yes, I used the term "patent troll."
12       Q.   You're not real found of trolls, are you?
13            MR. McWILLIAMS:  Objection.  Form.
14            MR. BABCOCK:  Same objection.
15            THE WITNESS:  I wouldn't characterize it
16  that way.
17  BY MR. PATTON:
18       Q.   How would you characterize it?  What are
19  your feelings about non-practicing entities?
20       A.   Are you asking for my feeling now or my
21  feelings back when I started the blog?
22       Q.   Both.
23       A.   When I started the blog, I was frustrated
24  by the lack of information that was out there about
25  who was behind a lot of the patent cases that I was
```

30(b)(6) Deposition of Richard G. Frenkel                    11/18/2008
CONFIDENTIAL - Subject to the Protective Order

13

```
 1   seeing flock to various rocket dockets.
 2        Q.   Rocket dockets?  Is that what you said?
 3        A.   Yes.
 4        Q.   What about rocket dockets?  What do those
 5   filers have to do with rocket dockets?  What's the
 6   connection?
 7        A.   My observation was that a large percentage
 8   of the cases involving what I refer to as patent
 9   trolls were being initiated in jurisdictions that
10   had somewhat of a faster time to trial.
11        Q.   All right.  Tell me some of those
12   jurisdictions.
13        A.   Well, Eastern District of Texas is one of
14   them.
15        Q.   Right.
16        A.   Eastern District of Virginia is another.
17        Q.   Okay.
18        A.   Western District of Wisconsin.
19        Q.   Okay.
20        A.   Those are the three that come to mind
21   right now.
22        Q.   Okay.  And why were you interested in
23   that, Mr. Frenkel?
24        A.   Why was I interested in --
25        Q.   The statistics about these non-practicing
```

West Court Reporting Services  800.548.3668 Ext. 1