# Exhibit B

Chandler, Mark  11/18/2008  9:11:00 AM

```
 1    IN THE UNITED STATES DISTRICT COURT
 2        EASTERN DISTRICT OF TEXAS
 3             TYLER DIVISION
 4
 5   ERIC M. ALBRITTON,
 6        Plaintiff,
 7   vs.              No. 6:08-CV-00089
 8   (1) CISCO SYSTEMS, INC.,
     (2) RICHARD FRENKEL, (3) MALLUN
 9   YEN and (4) JOHN NOH,
10        Defendants.
11
12
13
14
15     CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
16
          DEPOSITION OF MARK CHANDLER
17
          Tuesday, November 18, 2008
18
19
20         SHEILA CHASE & ASSOCIATES
              REPORTING FOR:
21       West Court Reporting Services
        221 Main Street, Suite 1250
22      San Francisco, California  94105
             Phone: (415) 321-2300
23           Fax:  (415) 618-0743
24   Reported by:
     JANIS JENNINGS, CSR, CRP, CLR
25   CRS-100282-022
```

```
 1
 2   APPEARANCES:
 3   For the Plaintiff Eric M. Albritton:
 4      NICHOLAS H. PATTON, ESQ.
        PATTON, TIDWELL & SCHROEDER LLP
 5      4605 Texas Boulevard
        Texarkana, Texas  95503
 6      Phone: 903.792.7080  Fax: 903.792.8233
 7      E-mail: nickpatton@texarkanalaw.com
 8      PATRICIA L. PEDEN, ESQ.
        LAW OFFICES OF PATRICIA L. PEDEN
 9      610 16th Street
        Oakland, CA 94612
10      Phone: 510.268.8033
11      E-mail: ppeden@pedenlawfirm.com
12   For the Defendant Cisco Systems, Inc., and
     the Deponent:
13      CHARLES L. BABCOCK, ESQ.
        CRYSTAL J. PARKER, ESQ.
14      JACKSON WALKER, LLP
        Bank of America Plaza
15      901 Main Street, Suite 6000
        Dallas, Texas  75202
16      Phone: 214.953.6000  Fax: 214.953.5822
17      E-mail: cbabcock@jw.com
        E-mail: cparker@jw.com
18
     For the Defendant Richard Frenkel:
19      GEORGE L. McWILLIAMS, ESQ.
        NICOLE PEAVY, ESQ.
20      LAW OFFICE OF GEORGE L. McWILLIAMS, P.C.
        406 Walnut Street
21      Texarkana, Texas  75504
        Phone: 870.772.2055  Fax: 870.773.2967
22      E-mail: glmlawoffice@gmail.com
23
24   Also Present:
        Richard Frenkel
25      Gary Brewer, Videographer
```

```
 6      Deposition of MARK CHANDLER, taken on
 7   behalf of the Plaintiff, at 1350 North First
 8   Street, San Jose, California, beginning at
 9   9:11 A.M. on Tuesday, November 18, 2008, before
10   JANIS L. JENNINGS, Certified Shorthand Reporter
11   No. 3942, CRP, CLR
```

10

1     MARK CHANDLER,
2     The deponent herein, was sworn and
3     testified as follows:
4
5          EXAMINATION
6  BY MR. PATTON:
7     Q.  State your name, please.
8     A.  Mark Chandler.
9     Q.  Mr. Chandler, would you give me your
10  residence address, telephone number, and your
11  business address and telephone number.
12     A.  Yes.  My business address and telephone
13  number are 300 East Tasman Drive, San Jose,
14  California, 95134; Building 10, and my telephone
15  number is 408-527-0238.  My residence address is
16  762 Hamilton Avenue, Palo Alto, California, 94301.
17  Telephone 650-868-8633.
18     Q.  Okay.  Where were you born and raised?
19     A.  I was born in Boston, Massachusetts, and
20  I was raised in a suburb of Boston called Belmont.
21     Q.  Okay.  What's your educational background?
22     A.  Beginning when?
23     Q.  Out of high school.
24     A.  I attended Harvard College and graduated
25  in 1978 and Stanford Law School and graduated in

14

1   through July 9th, 1996, when StrataCom was acquired
2   by Cisco, and I've been employed with Cisco ever
3   since.
4       Q.  When you first got in the situation
5   where Cisco was your employer, were you in the
6   legal department?
7       A.  Yes, I was.
8       Q.  Okay. And what duties did you have at
9   that time?
10      A.  The initial duties were to -- there were
11  two duties in the first few months after the
12  acquisition: The first was to be responsible for
13  supporting the portion of our sales force that was
14  selling products to telephone companies to service
15  providers in the United States; and also to prepare
16  a negotiating guide for negotiating contracts with
17  customers like that.
18      Q.  Okay. You have risen to the point where
19  you're now the general counsel?
20      A.  I'm the general counsel of Cisco, yes.
21      Q.  For Cisco. And when did you become
22  general counsel?
23      A.  I became general counsel in October of
24  2001.
25      Q.  Okay. Did you work any during the

18

```
1    Q.  What did you say?
2    A.  About the posting?
3    Q.  Yes.
4    A.  Well, I've certainly stated that the
5  posting -- that I believed the posting was -- had --
6  you know, was essentially a truthful posting.  There
7  was some poor judgment in some parts of it.
8    Q.  Truthful but poor judgment.  Like telling
9  someone they're ugly?  Is that what you're saying?
10 That's truthful but probably not good judgement.
11       MR. BABCOCK:  We've got to get your
12 personal life out of this.
13       MR. PATTON:  That's exactly right.  I
14 don't know any other way to do it.
15       (Whereupon, Chandler Exhibit 1 was marked
16        for identification.)
17 BY MR. PATTON:
18   Q.  Exhibit 1, Mr. Chandler, is a blog
19 posting.
20       Do you recognize it?
21   A.  Yes.
22   Q.  Okay.  The first sentence in the main
23 part, in that first sentence, "I got a couple of
24 anonymous emails."  This is the Troll Tracker
25 talking; right?
```

19

```
1    A.  Uh-huh.
2    Q.  Did you know who he was?
3    A.  Who who was?
4    Q.  The Troll Tracker.
5    A.  No.  Not at the time this was posted or --
6  no, I did not.
7    Q.  When did you find out?
8    A.  End of January or early February of this
9  year.
10   Q.  When he outed himself or before he outed
11 himself?
12   A.  Very shortly before he revealed --
13   Q.  Give me the circumstances --
14   A.  -- his identity.
15   Q.  Sorry.  Give me the circumstances of that.
16 How did you find out?  When, where, who and why.
17   A.  I don't remember precisely so I could try
18 to speculate, but I don't remember precisely who
19 told me.
20   Q.  You've got to be kidding me.
21   A.  No, I'm not.
22       MR. McWILLIAMS:  Objection.
23       MR. BABCOCK:  Same objection.
24       THE WITNESS:  I mean --
25       MR. BABCOCK:  Don't answer questions like
```