# Exhibit C

Mark Chandler                                                                                        Page 1 of 2

**From:** Parker, Crystal
**Sent:** Monday, November 09, 2009 6:02 PM
**To:** 'Patricia L. Peden'; 'Nick Patton'; 'James Holmes'; 'Courtney Towle'
**Cc:** 'Marcie Long'
**Subject:** RE: Mark Chandler

We will file a motion to quash. If it is denied, we will provide you with dates.

Thanks,

Crystal J. Parker
Jackson Walker L.L.P.
713-752-4217


**From:** Patricia L. Peden [mailto:ppeden@pedenlawfirm.com]
**Sent:** Monday, November 09, 2009 5:59 PM
**To:** Parker, Crystal; 'Nick Patton'; 'James Holmes'; 'Courtney Towle'
**Cc:** 'Marcie Long'
**Subject:** RE: Mark Chandler

Crystal:
We cannot agree to use Mr. Chandler's deposition from the Albritton case. Mr. Ward was not permitted to ask questions during that deposition. Moreover, additional facts and documents have become available since Mr. Chandler's deposition in the Albritton case. We can see no reason why Mr. Chandler would agree to be deposed in the Albritton case but not in this case. Again, we request that you offer us dates for his deposition.
Thanks,
Patty


**From:** Parker, Crystal [mailto:cparker@jw.com]
**Sent:** Saturday, November 07, 2009 3:04 PM
**To:** Patricia L. Peden; Nick Patton; James Holmes
**Subject:** Mark Chandler


Please let me know if you would agree not to take Mark Chandler's deposition if Cisco agreed to allow you to use his deposition from the Albritton case at trial. Please let me know by Monday since we only have a short amount of time until the day you noticed his deposition. We intend to file a motion to quash on Monday.

Thank you,

Crystal J. Parker
Jackson Walker L.L.P.
1400 McKinney, Suite 1900
Houston, TX 77010
713-752-4200 (main)
713-752-4217 (direct)
713-752-4221 (main fax)
713-754-6717 (direct fax)
Email: cparker@jw.com

Mark Chandler

Internet Email Confidentiality

Privileged/Confidential Information may be contained in this message. If you are not the addressee indicated in this message (or responsible for delivery of the message to the addressee), you may not copy or deliver this message to anyone. In such case, you should destroy this message and kindly notify the sender by reply email. The statements contained herein are not intended to and do not constitute an opinion as to any tax or other matter. They are not intended or written to be used, and may not be relied upon, by you or any other person for the purpose of avoiding penalties that may be imposed under any Federal tax law or otherwise.