# EXHIBIT "B"

Dockets.Justia.com

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### TYLER DIVISION

| | | |
|---|---|---|
| **ERIC M. ALBRITTON,** | § | |
| | § | |
| **Plaintiff** | § | |
| | § | |
| **v.** | § | **No. 6:08cv00089** |
| | § | |
| **CISCO SYSTEMS, INC. and RICHARD** | § | |
| **FRENKEL** | § | |
| | § | |
| **Defendant** | § | |

## ORDER REGARDING DEFENDANTS' OBJECTIONS TO
## PLAINTIFF'S AMENDED TRIAL EXHIBIT LIST

On September 1, 2009, the Court conducted a pretrial conference regarding Defendants'
remaining objections to Plaintiff's Amended Trial Exhibit List.  As to those Exhibits Plaintiff
Expects to Offer at Trial, and as stated fully on the record at the hearing, the Court rules as
follows:

| Pltf. No. | Admitted | Objection Sustained/ Not Admitted | Exhibit Withdrawn | Description of Exhibit | Bates Label(s) |
|---|---|---|---|---|---|
| 1. | √ | | | November 1, 2007 letter to Eric Albritton from Garret Chambers memorializing agreement between Cisco Systems, Iinc. And Cisco-Linksys, LLC and ESN | EMA 00001 – 00003 |
| 10. | √ | | | Civil Cover Sheet; Cause No. 5:07cv156; ESN v. Cisco Systems, Inc. and Cisco-Linksys, LLC with 10/15/2007 banner | EMA 00014 |

| Pltf. No. | Admitted | Objection Sustained/ Not Admitted | Exhibit Withdrawn | Description of Exhibit | Bates Label(s) |
|---|---|---|---|---|---|
| 11. | √ | | | Complaint for Patent Infringement; ESN v. Cisco Systems, Inc. and Cisco-Linksys, LLC; EDTX No. 5:07cv156 with 10/15/07 banner | EMA 00015-00088 |
| 15. | √ | | | Ex. C, (DE #3) in the ESN v. Cisco Systems, Inc. and Cisco-Linksys, LLC; EDTX No. 5:07cv156 matter | EMA 00196-00198 |
| 16. | √ | | | Ex. D, (DE #3) in the ESN v. Cisco Systems, Inc. and Cisco-Linksys, LLC; EDTX No. 5:07cv156 matter | EMA 00199-00208 |
| 17. | √ | | | First Amended Complaint (DE #3) filed in the ESN v. Cisco Systems, Inc. and Cisco-Linksys, LLC; EDTX No. 5:07cv156 matter | EMA 00209-00215 |
| 20. | √ | | | DE #6 – Plaintiff's Motion to Enjoin Defendants Cisco and Linksys From Prosecuting Later-Filed Parallel Litigation in Connecticut filed in the ESN v. Cisco Systems, Inc. and Cisco-Linksys, LLC; EDTX No. 5:07cv156 matter | EMA 00219-00339 |
| 26. | √ | | | DE #12 – Stipulation of Dismissal Without Prejudice filed in the ESN v. Cisco Systems, Inc. and Cisco-Linksys, LLC; EDTX No. 5:07cv156 matter | EMA 00356-00359 |

| Pltf. No. | Admitted | Objection Sustained/ Not Admitted | Exhibit Withdrawn | Description of Exhibit | Bates Label(s) |
|---|---|---|---|---|---|
| 27. | √ | | | Order of Dismissal Without Prejudice filed in the ESN v. Cisco Systems, Inc. and Cisco-Linksys, LLC; EDTX No. 5:07cv156 matter on November 19, 2007 | EMA 00360 |
| 28. | √ | | | 10/15/2007 Civil Cover Sheet re: ESN v. Cisco Systems, Inc. and Cisco-Linksys, LLC | EMA 00361 |
| 31. | √ | | | Complaint for Patent Infringement re: ESN v. Cisco Systems, Inc. and Cisco-Linksys, LLC; EDTX No. 5:07cv156 | EMA 00429-00489 |
| 32. | √ | | | Notice of Electronic Filing of ESN v. Cisco Systems, Inc. and Cisco-Linksys, LLC; EDTX No. 5:07cv156, Complaint entered on 10/16/07 and filed on 10/15/07 | EMA 00490-00491 |
| 36. | √ | | | Draft of First Amended Complaint for Patent Infringement re: the ESN v. Cisco Systems, Inc. and Cisco-Linksys, LLC; EDTX No. 5:07cv156 matter | EMA 00495-00501 |
| 37. | √ | | | First Amended Complaint for Patent Infringement re: the ESN v. Cisco Systems, Inc. and Cisco-Linksys, LLC; EDTX No. 5:07cv156 matter | EMA 00502-00636 |
| 38. | √ | | | Notice of Electronic Filing of Amended Complaint (DE #3) entered in the ESN v. Cisco Systems, Inc. and Cisco-Linksys, LLC; | EMA 00637-00638 |

3

| Pltf. No. | Admitted | Objection Sustained/ Not Admitted | Exhibit Withdrawn | Description of Exhibit | Bates Label(s) |
|---|---|---|---|---|---|
| | | | | EDTX No. 5:07cv156 matter | |
| 41. | √ | | | Complaint for Patent Infringement filed in the ESN v. Cisco Systems, Inc. and Cisco-Linksys, LLC; EDTX No. 5:07cv156 matter with 10/16/2007 banner | EMA 00695-00700 |
| 47. | √ | | | Plaintiff's Motion to Enjoin Defendants Cisco and Linksys From Prosecuting Later-Filed Parallel Litigation in Connecticut re: ESN v. Cisco Systems, Inc. and Cisco-Linksys, LLC; EDTX No. 5:07cv156 | EMA 0797-0810 |
| 48. | √ | | | Stipulation of Dismissal Without Prejudice re: ESN v. Cisco Systems, Inc. and Cisco-Linksys, LLC; EDTX No. 5:07cv156 | EMA 0811-0816 |
| 51. | √ | | | Summons (Cisco Systems, Inc.) re: ESN v. Cisco Systems, Inc. and Cisco-Linksys, LLC; EDTX No. 5:07cv156 (issued 10/17/07) | EMA 0821-0822 |
| 63. | √ with ordered redactions | | | Notice of Filing Complaint re: ESN v. Cisco Systems, Inc. and Cisco-Linksys, LLC; EDTX No. 5:07cv156 | EMA 0851-0852 |
| 64. | √ with ordered redactions | | | System Transactions 1/1/1980-3/13/2008 re: ESN v. Cisco Systems, Inc. and Cisco-Linksys, LLC; EDTX No. 5:07cv156 | EMA 0853-0856 |

| Pltf. No. | Admitted | Objection Sustained/ Not Admitted | Exhibit Withdrawn | Description of Exhibit | Bates Label(s) |
|---|---|---|---|---|---|
| 67. | √ | | | October 12, 2007 e-mail from Eric Albritton to Mathis re:calendar filing at 12:01 am | EMA 0862 |
| 68. | √ | | | October 15, 2007 e-mail from Pete McAndrews to Albritton, et al re:draft of complaint | EMA 0863-0864 |
| 76. | √ | | | October 15, 2007 e-mail from Mathis to McAndrews re: pro hac application and sending copy of complaint after it is filed at 12:01 | EMA 0932 |
| 77. | √ | | | Notice of Filing Complaint re: ESN v. Cisco Systems, Inc. and Cisco-Linksys, LLC; EDTX No. 5:07cv156 | EMA 0933-0934 |
| 78. | √ | | | October 16, 2007 e-mail from Mathis to McAndrews re: Notice of Filing Complaint re: ESN v. Cisco Systems, Inc. and Cisco-Linksys, LLC; EDTX No. 5:07cv156 | EMA 0935-0937 |
| 79. | √ | | | October 15, 2007 e-mail from McAndrews to Mathis re: Notice of Filing Complaint re: ESN v. Cisco Systems, Inc. and Cisco-Linksys, LLC; EDTX No. 5:07cv156 | EMA 0938-0940 |
| 80. | √ | | | October 16, 2007 e-mail from McAndrews to Mathis, et al re: '519 Patent | EMA 0941 |
| 81. | √ | | | October 16, 2007 – Patent No. 7,283,519 B2 | EMA 0942-0989 |

| Pltf. No. | Admitted | Objection Sustained/ Not Admitted | Exhibit Withdrawn | Description of Exhibit | Bates Label(s) |
|---|---|---|---|---|---|
| 82. | √ | | | October 16, 2007 e-mail from Albritton to Ward re: whether to file amended complaint attaching patent | EMA 0990 |
| 83. | √ | | | October 17, 2007 e-mail from Ward to Albritton re: whether to file amended complaint attaching patent | EMA 0991-0992 |
| 90. | √ | | | October 18, 2007 e-mail from Saunders to Albritton re: ESN Convinces EDTX Court Clerk to Alter Documents to Try to Manufacture Subject Matter Jurisdiction Where None Existed | EMA 1035 |
| 93. | √ | | | October 16, 2007 – Complaint for Patent Infringement (with Notice of Filing) re: ESN v. Cisco; USDC Texas; No. 5:07-CV-156 | EMA 1042-1049 |
| 104. | | | √ | October 26, 2007 e-mail from Maroulis to Albritton re: request for extension of time to respond to motion for injunction and complaint | EMA 1152 |
| 146. | | | √ | March 14, 2008 email from IP Law360 to Eric Albritton re: IP Law360; Litigation, Policy & People News | EMA 1368-1370 |
| 147. | √ | | | March 17, 2008 email from Texas Lawyer to Eric Albritton re: Daily News and Case Alert: March 17, 2008 | EMA1373-1375 |

| Pltf. No. | Admitted | Objection Sustained/ Not Admitted | Exhibit Withdrawn | Description of Exhibit | Bates Label(s) |
|---|---|---|---|---|---|
| 148. | | √ | | March 28, 2008 email from Johnny Ward to Eric Albritton re: Business Week Article | EMA 1376 |
| 149. | √ | | | April 7, 2008 Letter to Mark Chandler from George McAndrews | EMA 1386-1395 |
| 150. | √ | | | April 11, 2008 Letter to George McAndrews from Charles Babcock | EMA 1403 |
| 151. | √ | | | October 15, 2007 email from Amie J. Mathis to newcasetxk@txedcourts.gov re: List of Parties and Civil Coversheet | EMA 1407 |
| 153. | √ | | | October 16, 2007 email from Amie J. Mathis to Peter McAndrews re: Complaint | EMA 1409-1411 |
| 157. | √ | | | October 17, 2007 email from Amie J. Mathis to Rhonda Lafitte re: Summons for Cisco | EMA 1418-1420 |
| 164. | √ | | | March 9, 2008 email from Amie J. Mathis to T. John Ward, Jr. re: Notice of electronic filing | EMA 1435 |
| 176. | | | √ | March 3, 2008 file marked copy of Plaintiff's Original Complaint | EMA 1460-1468 |
| 179. | √ | | | October 15, 2007 email from Eric Albritton to Amie J. Mathis re: Complaint final | EMA 1491 |

| Pltf. No. | Admitted | Objection Sustained/ Not Admitted | Exhibit Withdrawn | Description of Exhibit | Bates Label(s) |
|---|---|---|---|---|---|
| 180. | √ | | | October 15, 2007 email from Rhonda Lafitte to Amie J. Mathis re: List of Parties and Civil Coversheet | EMA 1492-1493 |
| 181. | √ | | | October 15, 2007 email from Eric Albritton to Amie J. Mathis re: Complaint exhibit b and exhibit c | EMA 1494-1495 |
| 182. | √ | | | October 15, 2007 email from Albritton to Amie J. Mathis re: Complaint Exhibit A | EMA 1496-1497 |
| 197. | √ | | | October 18, 2007 Notice of Electronic filing Motion for Miscellaneous Relief | EMA 1529-1530 |
| 207. | √ | | | ESN LLC v. Cisco Systems, Inc. Docket Report | EMA 1552-1560 |
| 208. | √ | | | October 16, 2007 e-mail from paygovadmin@mail.doc.twai.gov confirming payment of filing fee | EMA 1564 |
| 209. | √ | | | 2007 Transaction log of Eric M. Albritton indicting 10/16/07 filing fees | EMA 1565 |
| 212. | | √ | | February 25, 2008 e-mail from akbruster@nixlawfirm to Eric Albritton and T. John Ward, Jr. alerting that the Troll Tracker had identified himself. | EMA 1570 |
| 213. | √ with | | | Legal Pad 12/8/08 Post – Cisco: Troll Tracker Had | EMA 1574 – 1575 |

| Pltf. No. | Admitted | Objection Sustained/ Not Admitted | Exhibit Withdrawn | Description of Exhibit | Bates Label(s) |
|---|---|---|---|---|---|
| | ordered redactions | | | It Right | |
| 214. | √ | | | Original October 18, 2007 blog "ESN Convinces EDTX Court Clerk to Alter Documents to Try to Manufacture Subject Matter Jurisdiction Where None Existed" | EMA 1576 |
| 216. | √ | | | Eastern District of Texas Local Rules as of February 12, 2007 | EMA 1601 - 1632 |
| 217. | √ | | | Federal Rule of Civil Procedure 4 | EMA 1633 - 1639 |
| 224. | √ | | | Docket of the *EchoStar Technologies Corporation v. TiVo Inc., et al*; EDTX No. 5:05cv81 matter | EMA 1671 - 1691 |
| 225. | | √ (but may be re-offered for impeachment if appropriate) | | Motion to Correct Docket MA filing 1:07cv11793 (Ex. 34 to Plaintiff's Corrected Response to Defendants' Motion for Summary Judgment) | EMA 1693 - 1702 |
| 226. | √ | | | Texas Penal Code (Ex. 37 to Pltf's Corrected Response to Defendants' Motion for Summary Judgment) | EMA 1703 - 1704 |
| 228. | | | √ | Complaint filed in *Cisco Systems, Inc. et al v. Alcatel USA Inc.*, EDTX Cause No. 4:03cv176 | EMA 01730 - 01786 |

| Pltf. No. | Admitted | Objection Sustained/ Not Admitted | Exhibit Withdrawn | Description of Exhibit | Bates Label(s) |
|---|---|---|---|---|---|
| 233. | √ | | | Richard Frenkel's Application to Appear Pro Hac Vice *in EchoStar Technologies Corporation v. TiVo Inc., et al*; EDTX No. 5:05cv81 | EMA 1865 - 1866 |
| 237. | | √ | | Electronic Frontier Foundation – Legal Guide for Bloggers | 01567 – 01604 |
| 238. | √ as limited | | | United States Securities and Exchange Commission Form 10-Q for the quarterly period ending October 27, 2007 | CISCOFIN 001-092 |
| 239. | √ as limited | | | United States Securities and Exchange Commission Form 10-Q for the quarterly period ending January 26, 2008 | CISCOFIN 093-193 |
| 240. | √ as limited | | | United States Securities and Exchange Commission Form 10-Q for the quarterly period ending April 26, 2008 | CISCOFIN 194-291 |
| 241. | √ as limited | | | United States Securities and Exchange Commission Form 10-Q for the quarterly period ending October 25, 2008 | CISCOFIN 292-397 |

| Pltf. No. | Admitted | Objection Sustained/ Not Admitted | Exhibit Withdrawn | Description of Exhibit | Bates Label(s) |
|---|---|---|---|---|---|
| 242. | √ as redacted | | | October 22, 2007 e-mail from Kurt Pankratz to Jillian Powell re ESN original complaint | BB_0001–0006 Privileged (HC) |
| 243. | | √ | | October 22, 2007 e-mail from Jillian Powell to Steve Schortgen re conversation with QC Clerk at USDC Tx | BB_0007–0009 Privileged (HC) |
| 244. | | √ | | October 22, 2007 email from Kurt Patkratz to Jillian Powell and Steve Schortgen re Kevin Meek with Johnny Ward at time of call | BB_0010–0012 Privileged (HC) |
| 245. | √ | | | October 17, 2007 e-mail from Rick Frenkel to Beckwith, Yen, Ritter, Michels, Showalter, Pankrazt and Corcoran | BB_0013-0016 Privileged (HC) |
| 246. | | √ (but may be re-offered for impeachment if appropriate) | | October 18, 2007 e-mail from Pankratz to Frenkel, Showalter, Beckwith, Michels, Yen and Ritter | BB_0017 Privileged (HC) |
| 247. | | √ (but may be re-offered for impeachment if appropriate) | | October 18, 2007 e-mail from Pankratz to Frenkel, Showalter, Beckwith, Michels, Yen and Ritter | BB_0018 - 0023 Privileged (HC) |
| 248. | | √ | | October 16, 2007 e-mail from Bart Showalter to Frenkel, Pankratz, Beckwith, Ritter and Yen re 154(d) | BB_0024–0026 |

| Pltf. No. | Admitted | Objection Sustained/ Not Admitted | Exhibit Withdrawn | Description of Exhibit | Bates Label(s) |
|---|---|---|---|---|---|
| 249. | √ as redacted | | | October 18, 2007 e-mail from Kurt Pankratz to Frenkel, Showalter, Beckwith, Michels, Yen and Ritter re original complaint  - version 2 | BB_0027–0028 |
| 250. | √ | | | October 18, 2007 e-mail from Rick Frenkel to John Noh and Mallun Yen | CISCO.000001 |
| 251. | √ | | | Original October 18, 2007 blog "ESN Convinces EDTX Court Clerk to Alter Documents to Try to Manufacture Subject Matter Jurisdiction Where None Existed" | CISCO.000001. 1 – CISCO.000001. 2 |
| 254. | √ | | | Complaint for Patent Infringement and Civil Cover Sheet in the matter of *ESN v. Cisco Systems, Inc.*;  EDTX Cause No. 5:07cv156 | CISCO.000165 – CISCO.000239 |
| 255. | √ | | | Docket Report for the *ESN v. Cisco Systems, Inc.*;  EDTX Cause No. 5:07cv156 matter | CISCO.000240 – CISCO.000243 |
| 257. | √ | | | EDTexweblog.com Post  - "They did WHAT with my filing?" | CISCO.000251 – CISCO.000252 |
| 258. | √ | | | August 26, 2007 e-mail from Patent Troll to John Noh and Mallun Yen | CISCO.000253 |
| 259. | √ | | | December 11, 2007 e-mail from Rick Frenkel to John Noh | CISCO.000254 - 000258 |
| 260. | √ | | | December 10, 2007 e-mail from Rick Frenkel to John Noh | CISCO.000259 – CISCO.000264 |
| 261. | √ | | | January 25, 2008 e-mail from Rick Frenkel to Mallun Yen | CISCO.000265 – CISCO.000271 |

| Pltf. No. | Admitted | Objection Sustained/ Not Admitted | Exhibit Withdrawn | Description of Exhibit | Bates Label(s) |
|---|---|---|---|---|---|
| 266. | √ | | | February 25, 2008 e-mail from Rick Frenkel to Mallun Yen, ip-team | CISCO.000374 – CISCO.000379 |
| 267. | | | √ | EDTexweblog.com Post – "Troll Tracker defamation case" | CISCO.00380 |
| 268. | | √ | | The Platform Blog Post – "Lessons Learned. . . Cisco Updates Policy on Employee Blogging | CISCO.000382 – CISCO.000386 |
| 269. | | √ | | The Platform Blog Post – "Cisco's Internet Postings Policy" | CISCO.000387 – CISCO.000389 |
| 270. | √ | | | March 4, 2008 e-mail from Rick Frenkel to Mallun Yen | CISCO.000390 – CISCO.000391 |
| 271. | | √ | | Motion to Correct Docket in the matter of *The Hertz Corporation and TSD Rental, LLC v. Enterprise Rent-A-Car Company and The Crawford Group, Inc.;* USDC, District of MA, No. 1:07cv11793 | CISCO2.00001 – CISCO2.000131 |
| 272. | √ | | | August 26, 2007 e-mail from Patent Troll to John Noh and Mallun Yen | CISCO2.000135 |
| 273. | √ | | | October 18, 2007 e-mail from Mallun Yen to Matthew Tanielian | CISCO2.000137 |
| 274. | √ | | | Cisco Systems, Inc. Internet Postings Policy (Created March 2007) (Ex. 27 to Mark Chandler Deposition) | CISCO3.000001 – CISCO3.000009 |
| 278. | | | | October 17, 2007 e-mail from Rick Frenkel to | Cisco Privileged .000001 |

| Pltf. No. | Admitted | Objection Sustained/ Not Admitted | Exhibit Withdrawn | Description of Exhibit | Bates Label(s) |
|---|---|---|---|---|---|
| | √ | | | Beckwith, Yen, Ritter, Michels, Showalter, Panktraz and Corcoran re amended ESN complaint | (HC) |
| 279. | | √ | | October 17, 2007 e-mail from Marta Beckwith to Frenkel, Pankratz, Ritter, Michels and Showalter re lying to patent office | Cisco Privileged .000002– 000003 (HC) |
| 280. | | √ | | October 18, 2007 e-mail from Rick Frenkel to Showalter, Pankratz, Beckwith, Michels, Yen and Ritter re court clerk changed docket to reflect 10/16 filing date | Cisco Privileged .000004 (HC) |
| 281. | | √ | | October 18, 2007 e-mail from Kurt Pankratz to Frenkel, Showalter, Beckwith, Michels, Yen and Ritter re Albritton claims the filing date was an error | Cisco Privileged .000005- .000005.2 (HC) |
| 282. | | √ | | October 18, 2007 e-mail from Kurt Pankratz to Frenkel, Showalter, Beckwith, Michels, Yen and Ritter re complaint with revised banner | Cisco Privileged .000006 (HC) |
| 283. | √ as redacted | | | October 22, 2007 e-mail from Kurt Pankratz to Powell re ESN original complaint (with 10/15 banner) | Cisco Privileged .000007– 000008 (HC) |
| 284. | | √ (but may be re-offered for impeachment if appropriate) | | October 22, 2007 e-mail from Jillian Powell to Schortgen re QC Clerk at the USDC Tx | Cisco Privileged .000009 (HC) |

| Pltf. No. | Admitted | Objection Sustained/ Not Admitted | Exhibit Withdrawn | Description of Exhibit | Bates Label(s) |
|---|---|---|---|---|---|
| 285. | | √ (but may be re-offered for impeachment if appropriate) | | October 22, 2007 e-mail from Kurt Pankratz to Powell and Schortgen re Kevin Meeks with Johnny Ward when he was making call | Cisco Privileged .000010 (HC) |
| 286. | √ with ordered redactions | | | October 18, 2008 e-mail from Rick Frenkel to Noh and Yen re lawsuit filed before patent issued | Cisco Privileged .000014– 000016 (HC) |
| 287. | √ with ordered redactions | | | October 15, 2007 e-mail from Rick Frenkel to Pankratz, Showalter, Beckwith, Ritter and Yen re Complaint just put online | Cisco Privileged .000019– 000026 (HC) |
| 288. | Second page of 288 is admitted as 288A | | | October 15, 2007 e-mail from Rick Frenkel to Yen, Beckwith, Ritter and Michels re we were just sued by ESN, LLC | Cisco Privileged .000027– 000028 (HC) |
| 289. | √ | | | October 22, 2007 e-mail from Marta Beckwith to Reines, Powers, Maroulis, et al re in case you haven't seen this about your DJ case in ESN | Cisco Privileged .000037– 000041 (HC) |
| 291. | √ | | | October 27, 2007 e-mail from Bart Showalter to Beckwith re Michael in cahoots with Johnny and Eric and was asked to post | Cisco Privileged .000044– 000048.3 (HC) |
| 292. | √ | | | February 25, 2008 e-mail from Marta Beckwith to Bhavsar re Rick still handling his responsibilities at Cisco | Cisco Privileged .000087 (HC) |

| Pltf. No. | Admitted | Objection Sustained/ Not Admitted | Exhibit Withdrawn | Description of Exhibit | Bates Label(s) |
|---|---|---|---|---|---|
| 294. | √ | | | November 25, 2007 e-mail from Marta Beckwith to Chambers re EDTx amending local rules | Cisco Privileged .000094 (HC) |
| 295. | | √ | | October 18, 2007 e-mail from Marta Beckwith to Yen, Ritter and Frenkel re ask Tony for docs and who is best local counsel for Texarkana | Cisco Privileged .000103– 000105.1 (HC) |
| 296. | | √ | | February 25, 2008 e-mail from Mark Chandler to Yen re ESN and blog | Cisco Privileged .000109– 000111 (HC) |
| 297. | | √ | | February 25, 2008 e-mail from Mark Chandler to Yen re wasn't on this thread | Cisco Privileged .000112– 000115 (HC) |
| 298. | √ with ordered redactions | | | February 25, 2008 e-mail from Mallun Yen to Chandler re closest we came to talking about a topic before it was actually posted | Cisco Privileged .000116– 000118.1 (HC) |
| 299. | √ with ordered redactions | | | February 25, 2008 e-mail from Mallun Yen to Chandler re want you to be aware of the full facts | Cisco Privileged .000122– 000125.1 (HC) |
| 300. | √ with ordered redactions | | | October 18, 2007 e-mail from Mark Chandler to Tanielian re Yen calling Dan Webb | Cisco Privileged .000126 (HC) |
| 301. | √ | | | October 17, 2007 e-mail from John Corcoran to Frenkel re having way too much fun | Cisco Privileged .000134– 000135.1 (HC) |

| Pltf. No. | Admitted | Objection Sustained/ Not Admitted | Exhibit Withdrawn | Description of Exhibit | Bates Label(s) |
|-----------|----------|-----------------------------------|-------------------|------------------------|----------------|
| 302. | √ | | | October 17, 2007 e-mail from Rick Frenkel to Corcoran re trolls are driving me batty | Cisco Privileged .000136–00137 (HC) |
| 303. | √ | | | October 19, 2007 e-mail from Rick Frenkel to Tanielian re fair comparison of patent litigation statistics | Cisco Privileged .000138–000140 (HC) |
| 304. | √ | | | February 25, 2008 e-mail from Mallun Yen to Frenkel re content of post was all Frenkel | Cisco Privileged .000141–000144.1 (HC) |
| 305. | √ | | | February 25, 2008 e-mail from Rick Frenkel to Yen re content of post all mine | Cisco Privileged .000146–000149 (HC) |
| 306. | √ | | | October 19, 2007 e-mail from Matthew Tanielian to Frenkel and Chandler re fair comparison of patent litigation statistics | Cisco Privileged .000154–000156.1 (HC) |
| 307. | | √ (but may be re-offered for impeachment if appropriate) | | October 18, 2007 e-mail from Mallun Yen to Frenkel, Pankratz, et al re this happened in Enterprise case | Cisco Privileged .000167-000168.1 (HC) |
| 308. | √ with ordered redactions | | | October 18, 2007 e-mail from Pankratz to Frenkel, Pankratz, et al re new version of complaint with revised banner showing 10/16 | Cisco Privileged .000169-.000169.3 (HC) |
| 309. | | | √ | October 18, 2007 e-mail from Michael Ritter to Yen, Beckwith, et al re should talk to local counsel in EDTx to get their views | Cisco Privileged .000192–000194 (HC) |

| Pltf. No. | Admitted | Objection Sustained/ Not Admitted | Exhibit Withdrawn | Description of Exhibit | Bates Label(s) |
|---|---|---|---|---|---|
| 310. | | | √ | October 17, 2007 e-mail from Gail Zahner to Pankratz, Beckwith, et al re papers served on ESN LLC | Cisco Privileged .000204-.000204.2 (HC) |
| 311. | | √ | | October 18, 2007 e-mail from Marta Beckwith to Yen, Ritter, et al re motion to correct docket | Cisco Privileged .000212-.000212.1 (HC) |
| 312. | √ with ordered redactions | | | October 19, 2007 e-mail from Rich Renfree to Michels, Kubehl, et al re ESN's amended complaint | Cisco Privileged .000227-.000228.1 (HC) |
| 313. | | √ | | November 1, 2007 e-mail from Michael Ritter to Maroulis re response to ESN's motion | Cisco Privileged .000231-.000233 (HC) |
| 314. | | √ | | October 18, 2007 e-mail from Marta Beckwith to Yen, Frenkel, et al re Enterprise case hearing where judge expressed significant doubt as to Goodwin's position and they anticipate losing | Cisco Privileged .000234-.000237.1 (HC) |
| 315. | | √ | | October 18, 2007 e-mail from Mallun Yen to Beckwith, Frenkel, et al re Enterprise case | Cisco Privileged .000250-000251 (HC) |
| 318. | √ with redactions | | | October 18, 2007 e-mail from Mallun Yen to Chandler and Noh re clerk changed the docket and all documents to reflect 10/16 | Cisco Privileged .000256 (HC) |
| 319. | | √ | | October 18, 2007 e-mail from Rick Frenkel to Beckwith, Yen, et al re | Cisco Privileged .000257-000260.1 |

| Pltf. No. | Admitted | Objection Sustained/ Not Admitted | Exhibit Withdrawn | Description of Exhibit | Bates Label(s) |
|---|---|---|---|---|---|
| | | | | Hertz_Enterprise_Mistake Motion | (HC) |
| 320. | √ | | | October 17, 2007 e-mail from Kurt Pankratz to Frenkel, Beckwith, et al re ESN amended complaint and patent trademark form | Cisco Privileged .000261- .000261.3 (HC) |
| 321. | √ with redactions | | | October 18, 2007 e-mail from Mallun Yen to Chandler, Tanielian, et al re court clerk persuaded to change filing date | Cisco Privileged .000264– 000265 (HC) |
| 322. | | √ | | October 18, 2007 e-mail from Mallun Yen to Frenkel, Beckwith, et al re Enterprise case more of making the other side jump through hoops and spend money | Cisco Privileged .000269– 000272 (HC) |
| 323. | | | √ | October 16, 2007 e-mail from Bart Showalter to Frenkel, Pankratz, et al re 154(d), filing complaint before patent issues | Cisco Privileged .000276– 000277.3 (HC) |
| 324. | | √ | | October 18, 2007 e-mail from Mallun Yen to Beckwith, Frenkel, et al re Enterprise may not oppose on these grounds | Cisco Privileged .000278– 000281 (HC) |
| 325. | √ | | | October 18, 2007 e-mail from Mallun Yen to Noh re new version of complaint with revised banner | Cisco Privileged .000287 (HC) |
| 326. | √ | | | October 17, 2007 e-mail from Mallun Yen to Noh re amended complaint | Cisco Privileged .000324 (HC) |
| 327. | | | | October 18, 2007 e-mail from Rick Frenkel to Yen, | Cisco Privileged .000327– |

| Pltf. No. | Admitted | Objection Sustained/ Not Admitted | Exhibit Withdrawn | Description of Exhibit | Bates Label(s) |
|---|---|---|---|---|---|
| | | √ | | Beckwith, et al re if venue reform passes, the case shall be transferred out of Texas anyway | 000331 (HC) |
| a.  3 327a. | √ | | | October 19, 2007- Email to Rick Frenkel from Michael Smith re: Patent wins at trial stats | FRENKEL.000 003- FRENKEL.000 004 |
| 328. | √ | | | October 19, 2007- Blog posted Michael Smith re: Eastern District of Texas Federal Court Practice, They did WHAT with my filing? | FRENKEL.000 007- FRENKEL.000 008 |
| 329. | | | √ | Graph stating visits and page visits from Mar07-Mar08 to Trolltracker | FRENKEL.000 009 |
| 330. | √ | | | October 19, 2007- Email to Rick Frenkel and Dennis Crouch from Michael Barclay re: Docket alteration in ESN v. Cisco | FRENKEL.000 0010 |
| 333. | √ | | | October 18, 2007- Email to Rick Frenkel from Michael Barclay re: Docket alteration in ESN v. Cisco | FRENKEL.000 0040 |
| 334. | | | √ | Google Search – Eric Albritton | FRENKEL.000 0050 – FRENKEL.000 0052 |
| 335. | √ | | | Revised October 18, 2007 Post | FRENKEL.000 0053- FRENKEL.000 0054 |
| 336. | √ | | | February 23, 2008- Patent Troll Tracker: Blogger Revealed | FRENKEL.000 0062- FRENKEL.000 0064 |

| Pltf. No. | Admitted | Objection Sustained/ Not Admitted | Exhibit Withdrawn | Description of Exhibit | Bates Label(s) |
|---|---|---|---|---|---|
| 337. | √ | | | October 19, 2007 e-mail from Patent Troll to Michael Smith | FRENKEL2.00 0004 |
| 338. | √ | | | October 19, 2007- Email to Rick Frenkel from Michael Smith re: Patent win at trial stats | FRENKEL2.00 0005- FRENKEL2.00 0006 |
| 343. | | | √ | October 13, 2008 (sitemeter) Troll Tracker- Last Year's Visits by Month | FRENKEL2.00 0059 |
| 344. | | | √ | October 13, 2008 (sitemeter) Troll Tracker- Last Year's Visits and Page Views by Month | FRENKEL2.00 0061 |
| 345. | √ | | | February 19, 2008 Patent Troll Tracker Blog Post | FRENKEL2.00 0077- FRENKEL2.00 0078 |
| 346. | √ | | | February 13, 2008 Patent Troll Tracker Blog Post. | FRENKEL2.00 0091- FRENKEL2.00 0092 |
| 348. | √ | | | January 30, 2008 Patent Troll Tracker Blog Post | FRENKEL2.00 0116 |
| 349. | √ | | | Patent Troll Tracker Blog Post | FRENKEL2.00 0120 |
| 350. | √ | | | January 22, 2008 Patent Troll Tracker Blog Post | FRENKEL2.00 0134- FRENKEL2.00 0135 |
| 353. | √ | | | Patent Troll Tracker Blog Post | FRENKEL2.00 0225 |

| Pltf. No. | Admitted | Objection Sustained/ Not Admitted | Exhibit Withdrawn | Description of Exhibit | Bates Label(s) |
|---|---|---|---|---|---|
| 354. | √ | | | Troll Tracker Blog Post | FRENKEL2.00 0254 |
| 355. | √ | | | Troll Tracker Blog Post | FRENKEL2.00 0259 |
| 356. | √ | | | Saturday, October 20, 2007 Troll Tracker Blog Post | FRENKEL2.00 0282 |
| 357. | √ | | | Thursday, October 18, 2007 Troll Tracker Blog Post | FRENKEL2.00 0286- FRENKEL2.00 0287 |
| 358. | √ | | | Wednesday, October 17, 2007 Troll Tracker Blog Post | FRENKEL2.00 0287- FRENKEL2.00 0288 |
| 362. | √ | | | Troll Tracker Blog Post | FRENKEL2.00 0320 |
| 364. | √ | | | Troll Tracker Blog Post | FRENKEL2.00 0354 |
| 365. | √ | | | Troll Tracker Blog Post | FRENKEL2.00 0370 |
| 368. | √ | | | March 11, 2008—Article on Legal Pad "Cisco: Nothin' to Say. Except, Don't Blame Us. | JW.000065 |
| 369. | √ | | | March 11, 2008- Article on Forbes.com " Shut up Already!" | JW.000066- 000068 |
| 370. | √ | | | trolltracker.blogspot.com invitation page from website | JW.000234 |
| 371. | √ | | | Electronic Case Files CM/ECF User Manual | JW2.000001- JW2.000058 |

| Pltf. No. | Admitted | Objection Sustained/ Not Admitted | Exhibit Withdrawn | Description of Exhibit | Bates Label(s) |
|---|---|---|---|---|---|
| | | | | Eastern District of Texas | |
| 395. | √ | | | Ex 2 (E-mail to Mallun Yen, et al., from Rich Fenner, dated October 15, 2007, Cisco Privileged 000027, 1 page ) to Marta Beckwith's November 19, 2008 deposition | Cisco Privileged .000027 (HC) |
| 404. | √ | | | Ex 4 (Federal Rules of Civil Procedure Commencement of Action; 1 page) to Mark Chandler's November 18, 2008 deposition | EMA 1880 |
| 406. | √ | | | Ex 6 (BusinessWeek article "Busting a Rogue Blogger"; 2 pages) to Mark Chandler's November 18, 2008 deposition | EMA 1881 - 1882 |
| 431. | √ | | | Ex 85 (E-mails, 10/15/07, Amie J. Mathis and Rhonda Lafitte, attached List of Parties and Civil Cover Sheet) to David Maland's November 3, 2008 deposition | EMA 1951 - 1954 |
| 432. | √ | | | Ex 87 (Pages 3 – 11) (E-mail, 3/14/2007 From David Maland to Ann McMillan, Brenda Jeffreys, et al. 3 attachments) to David Maland's November 3, 2008 deposition | EMA 2171 - 2179 |
| 433. | √ | | | Ex 96 (How to Electronically File a New Case in effect 10/07) to David Maland's November 3, 2008 | EMA 2180 - 2182 |

| Pltf. No. | Admitted | Objection Sustained/ Not Admitted | Exhibit Withdrawn | Description of Exhibit | Bates Label(s) |
|---|---|---|---|---|---|
| | | | | deposition | |
| 434. | √ | | | Ex 98 (Pay.gov receipt 10/16/2007) to David Maland's November 3, 2008 deposition | EMA 1955 – 1956 |
| 435. | √ | | | Ex 101 (Local Rule CV-5 (a) (3)  Significance of Electronic Filing) to David Maland's November 3, 2008 deposition | EMA 1957 - 1958 |
| 436. | √ | | | Ex 102 (System Transactions Log 10/1/2008' Fed.R.Civ.P 5(d) (2) (A) CM/ECF User Manual on TXED website pages 22-23; How to Electronically File a New Case as of 10/07) to David Maland's November 3, 2008 deposition | EMA 1959 - 1969 |
| 437. | | √ | | Ex 103 (General Order 07/9 entered 11/19/2007) to David Maland's November 3, 2008 deposition | EMA 1970 - 2028 |
| 440. | √ | | | Ex 106 (Fed.R.Civ.P 5(d) (2) (A) to David Maland's November 3, 2008 deposition | EMA 2183 - 2185 |
| 441. | | √ | | Ex 107 (E-mail, 10/15/2007, from David Maland to Donna Blair, Linda Byrd, et al.) to David Maland's November 3, 2008 deposition | EMA 2085 - 2128 |
| 442. | | | | Ex 108 (Photographs, after hours depository) to | EMA 2129 |

| Pltf. No. | Admitted | Objection Sustained/ Not Admitted | Exhibit Withdrawn | Description of Exhibit | Bates Label(s) |
|---|---|---|---|---|---|
| | | √ | | David Maland's November 3, 2008 deposition | |
| 443. | | √ | | Ex 109 (Model Local District Court Rules for Electronic Case Filing in Civil Cases Judicial Conference of the United States September 2006) to David Maland's November 3, 2008 deposition | EMA 2130 - 2147 |
| 444. | √ | | | Ex 110 (CM/ECF User Manual on TXED website Pages 22-23) to David Maland's November 3, 2008 deposition | EMA 2148 - 2149 |
| 450. | √ | | | Ex 29 (E-mail, 10/17/2007, from Amie Mathis to Eric M. Albritton) to David Maland's November 3, 2008 deposition (previously marked exhibit) | EMA 1005 |
| 473. | √ with ordered redaction | | | Ex 1 (Law.com article "Troll Tracker tracked to Cisco IP Team; 2 pages) to John Noh's November 17, 2008 deposition | EMA 2161 - 2162 |
| 474. | √ with ordered redaction | | | Ex 2 (IPBIZ article "WSJ on Troll Tracker Frenkel"; 3 pages) to John Noh's November 17, 2008 deposition | EMA 2163 – 2165 |

| Pltf. No. | Admitted | Objection Sustained/ Not Admitted | Exhibit Withdrawn | Description of Exhibit | Bates Label(s) |
|---|---|---|---|---|---|
| 477. | | √ (Plaintiff may re-offer if he can connect company's statement to company representative) | | Ex 5 (The Prior Art article "Troll Tracker lays low"; 3 pages) to John Noh's November 17, 2008 deposition | EMA – 2186 - 2188 |
| 482. | | | √ | Ex 10 (Media Relations Contacts-News @ Cisco; 4 pages) to John Noh's November 17, 2008 deposition | EMA 2195 - 2198 |
| 528. | | √ | | Ex 6 (LEXSTAT 18 USCS 1512; 3 pages) to Mallun Yen's November 17, 2008 deposition | EMA 2386 - 2388 |
| 534. | √ with stipulated redactions | | | Ex 12 (Email thread dated 3/4/08 from Rick Frenkel "Subject: FW": Nos. CISCO 000390-91) to Mallun Yen's November 17, 2008 deposition | CISCO 000390-91 |

As to those Exhibits Plaintiff May Offer at Trial, and as stated fully on the record at the hearing, the Court rules as follows:

| Pltf. No. | Admitted | Objection Sustained/ Not Admitted | Exhibit Withdrawn | Description of Exhibit | Bates Label(s) |
|---|---|---|---|---|---|
| 210. | √ | | | December 5, 2006 Correspondence from Robert M. Parker to Eric Albritton acknowledging Eric's contribution for the Law School Foundation set up in Robert Parker's name and praising Eric in general | EMA 1566 |
| 215. | | √ | | Expert Report of Professor Charles Silver | EMA 1577 - 1600 |
| 230. | | √ | | Cover letter, Summons and Complaint – *Advanced Scientific Applications, Inc. v. Cisco Systems, Inc.,* OCSC Case No. 30-2008-00111935 | EMA 1795 - 1824 |
| 231. | | √ | | Summons and Complaint – *Anoop Rajkumar v. Cisco Systems, Inc.,* USDC, Northern District of California No. C:08 01600 | EMA 1825 - 1845 |
| 232. | | √ | | Summons and Complaint – *Twelve Inches Around Corp. v. Cisco Systems, Inc., et al*; USDC Southern District of New York, No. 08cv6896 | EMA 1846 - 1864 |
| 237. | | √ | | Electronic Frontier Foundation – Legal Guide for Bloggers | 01567 – 01604 |

| Pltf.<br><br>No. | Admitted | Objection<br>Sustained/<br>Not<br>Admitted | Exhibit<br>Withdrawn | Description of Exhibit | Bates Label(s) |
|---|---|---|---|---|---|
| 478. | | | √ | Ex 6 (ADNet Government article "Intel.Cisco. HP tackle patent reform": 1 page) to John Noh's November 17, 2008 deposition | EMA 2189 |
| 479. | | | √ | Ex 7 (CNET News article "Tech Firms to lobby for Patent Litigation Reform"; 2 pages) to John Noh's November 17, 2008 deposition | EMA 2190 - 2191 |
| 480. | | | √ | Ex 8 (Coalition for Patent Fairness Who We Are; 2 pages) to John Noh's November 17, 2008 deposition | EMA 2192 - 2193 |
| 481. | | | √ | Ex 9 (Article "Cisco spent $300,000 in Q2 lobby gov't on patent reform and other efforts:"; 1 page) to John Noh's November 17, 2008 deposition | EMA 2194 |

The parties are expected to act in good faith with regard to the Court's specific rulings as to redacted or limited use of exhibits as set forth fully on the record at the September 1, 2009 pretrial conference.

**SO ORDERED.**

**SIGNED this 4th day of September, 2009.**

_____
DON D. BUSH
UNITED STATES MAGISTRATE JUDGE