Yen Rough ASCII.txt

```
      ROUGH DRAFT        ROUGH DRAFT        ROUGH DRAFT
```

```
 1                    IMPORTANT INFORMATION!!
 2
 3       This realtime transcript is provided for your
 4    immediate review of the proceedings and is not
 5    provided for, nor meant to be used or cited in any
 6    type of court proceedings.
 7
 8                         EXAMINATION
 9    BY MR. HOLMES:
10        Q    Ma'am, would you give me your full name?
11        A    Mallun Yen.
12        Q    Where do you live, Ms. Yen?
13        A    My address.
14        Q    Which city?
15        A    /HROS attose hills /SKPH*EBGS.
16        Q    What is your current /LEfjio
17        A    Vice president of intellectual property.
18        Q    What does the vice president of intellectual
19    property do?
20        A    I'm responsible for managing intellectual
21    property issues for the company.
22        Q    Does that mean you do licensing, litigation,
23    some combination?
24        A    It's a combination.
25        Q    In the litigation arena, what is your
```

Yen Rough ASCII.txt

```
20       A    Actually, I don't think I received a
21  document.  I think I was just told.
22       Q    Someone would have told you that.  Who would
23  have told you that?
24       A    I think it was Rick in the e-mail.
25       Q    The same e-mail that sent you the three
```

ESQUIRE SOLUTIONS - UNCERTIFIED AND UNEDITED   17


ROUGH DRAFT        ROUGH DRAFT        ROUGH DRAFT

```
1   documents?
2        A    I don't remember.
3        Q    All right.  So now you've got the three
4   documents and you've got word from Rick that the
5   patent didn't issue until the 16th so what did you do?
6        A    I -- what did I do?  I think I alerted -- I
7   may have let Mark Chandler know.
8        Q    Who is Mark?
9        A    Mark Chandler is the general counsel.
10       Q    I should say Mr. Chandler.  Mr. Chandler is
11  the /SKPH*EBGS?
12       A    Yes.
13       Q
14       A    That's correct.
15       Q    Is there a report in between you and
16  Mr. Chandler?
17       A    No.
18       Q    So you would have alerted him you think that
```

Page 18

```
                        Yen Rough ASCII.txt
12      banana republic?
13          A    No.
14          Q    Do you think it's appropriate for him to
15      refer to the court as a banana republic?
16          A    I think he can do what he want /SKPH*EBGS
17      /SKPH*EBGS.
18          Q
19          A    You're assuming something I didn't do.
20          Q    You don't think you forwarded Mr. That
21      /TPHAOELy on that language?
22          A    I didn't forward him that language.
23          Q    Mr. Frenkel has mentioned to me in the past
24      that there was an internal investigation into his
25      postings in the ESN case; is that right?


            ESQUIRE SOLUTIONS - UNCERTIFIED AND UNEDITED    95




            ROUGH DRAFT         ROUGH DRAFT        ROUGH DRAFT


 1          A    Yes.
 2          Q    Were you involved in that investigation?
 3          A    Not really.
 4          Q    Did you participate in it as someone who
 5      might have some knowledge?
 6          A    Not really.
 7          Q    Who was in charge of that investigation?
 8          A    I'm not sure.
 9          Q    Was Mr. Chandler in charge of it?
10          A    I don't know.
11          Q    Did anyone interview you and ask you what had
                              Page 97
```

Yen Rough ASCII.txt

12  happened?
13      A   I talked to people.
14      Q   Who did you talk to about it?
15      A   Mark Chandler.
16      Q   Anybody else?
17      A   /TPHAOEL Rubben.
18      Q   Who's Mr. Rubben?
19      A   He is VP of litigation.
20      Q   Let's be clear. I'm not talking about folks
21  who may have interviewed you in connection with the
22  defense of this case; I'm talking about the
23  inner/TERPBL investigation into Mr. Frenkel's
24  postings. We clear about that?
25      A   No, I wasn't clear.

ESQUIRE SOLUTIONS - UNCERTIFIED AND UNEDITED    96

ROUGH DRAFT        ROUGH DRAFT        ROUGH DRAFT

1       Q   Who interviewed you and asked you about what
2   happened with regard to the postings in connection
3   with the internal investigation?
4       A   I'm not sure anyone did.
5       Q   Were you aware of anyone that was gathering
6   information for an internal investigation?
7       A   I may have assumed.
8       Q   Well, what did you assume? Did you see
9   somebody interviewing people?
10      A   No.

```
                         Yen Rough ASCII.txt
   11        Q    Did you hear from employees that people were
   12   being interviewed?
   13        A    No.
   14        Q    How do you know there even was an
   15   investigation?
   16        A    Because you just told me there was.
   17        Q    This is the first time you knew about it?
   18        A    I don't know.
   19        Q    Was anyone ever disciplined or reprimanded as
   20   a result of this investigation and what happened?
   21        A    I'm not aware of anyone being disciplined.
   22        Q    What about discipline of Mr. Frenkel because
   23   of what he had written, did that ever happen?
   24        A    I'm not aware that he was disciplined.
   25        Q    Was anyone ever fired, suspended or punished
```

                    ESQUIRE SOLUTIONS - UNCERTIFIED AND UNEDITED   97

              ROUGH DRAFT        ROUGH DRAFT        ROUGH DRAFT

```
    1   in any way offer what happened?
    2        A    Not to my knowledge.
    3        Q    You weren't ever disciplined in any way?
    4        A    No.
    5        Q    Let's see if I can lay my hands on it.  There
    6   was Exhibit 4 is a four page exhibit it's a
    7   compilation of e-mails.  You see on the -- toward the
    8   middle of the first page is a message from you to
    9   Mr. Chandler and Mr. Rubin.  It says I went back to
   10   check my e-mails.  Do you see that?
```