Frenkel Rough ASCII.txt

ROUGH DRAFT          ROUGH DRAFT          ROUGH DRAFT

1               IMPORTANT INFORMATION!!
2
3       This realtime transcript is provided for your
4   immediate review of the proceedings and is not
5   provided for, nor meant to be used or cited in any
6   type of court proceedings.
7
8       MR. MCWILLIAMS: This is a housekeeping
9   matter so I avoid interrupting you during your
10  examination. I notice that some privileged documents
11  which have been produced may be used in this
12  deposition and just for the purpose of the record and
13  on behalf of Rick Frenkel, we are not waiving any of
14  the privileges that may be attached to those
15  documents. And would you agree that I don't have to
16  restate that each time a document is used.
17      MR. HOLMES: Yes.
18      MR. MCWILLIAMS: Thank you.
19      MR. GRIFFIN: And that's also true for Cisco,
20  they want to preserve the privilege that has -- for
21  these documents that has previously been stated on the
22  record and I think presented to the court and the
23  court has overruled for the time being those
24  objections but we want to renew them and have a
25  continuing objection.

Page 1

Dockets.Justia.com

```
                    Frenkel Rough ASCII.txt
 2          MS. PARKER:  After.
 3          THE WITNESS:  After.
 4          MR. GRIFFIN:  After?  Okay.  There was a
 5   conversation later that he had that had nothing to do
 6   with this lawsuit and nothing to do with work product
 7   or attorney-client privilege if you want to ask about
 8   that.
 9          MR. HOLMES:  Okay.
10          MR. GRIFFIN:  We will withdraw our objection.
11   There was -- it turns out there's two conversations he
12   had with Mr. Chandler, the general counsel.
13          MR. HOLMES:  All right.
14   BY MR. HOLMES:
15       Q   Tell me about the second of those two
16   conversations, Mr. Frenkel?
17       A   Right.  So that was at some point I had
18   decided that I wanted to leave Cisco and I wanted to
19   tell Mr. Chandler myself and get his advice because he
20   was someone I respected and so I wanted to get some
21   career advice from him so I spoke to him about that.
22       Q   Okay.  And did not discuss anything with him
23   about this blogging incident?
24       A   No.
25       Q   In your trial testimony that I showed you


            ESQUIRE SOLUTIONS - UNCERTIFIED AND UNEDITED  178


       ROUGH DRAFT       ROUGH DRAFT       ROUGH DRAFT


 1   after our last -- during our last break, you said that
                            Page 181
```