SAME-DAY DELIVERY TRANSCRIPT

529

1          UNITED STATES DISTRICT COURT

2          EASTERN DISTRICT OF TEXAS

3               SHERMAN DIVISION

4

5   ------------------------------------------------

6   ERIC ALBRITTON          ] CASE NO. 6:08CV89

7   VS.                     ] 9 AM, SEPTEMBER 16, 2009

8   CISCO SYSTEMS, INC.     ] TYLER, TEXAS

9   ------------------------------------------------

10

11   <u>REPORTER'S SAME-DAY DELIVERY TRANSCRIPT OF JURY TRIAL</u>

12

13        VOLUME 3 OF ^ 000, PAGES 1 THROUGH ^ 000

14

15            TABLE OF CONTENTS, ^ 000

16

17   THE HONORABLE RICHARD SCHELL, U.S. DISTRICT JUDGE, PRESIDING

18

19

20

21

22

23

24   PROCEEDINGS REPORTED USING COMPUTERIZED STENOTYPE,

25   TRANSCRIPT PRODUCED USING COMPUTER-AIDED TRANSCRIPTION.

SAME-DAY DELIVERY TRANSCRIPT

Dockets.Justia.com

SAME-DAY DELIVERY TRANSCRIPT

702

| | | |
|---|---|---|
| 02:39PM | 1 | Q.     ALL RIGHT.  AND THAT WOULD INCLUDE THE HIGH-PRICED |
| 02:39PM | 2 | MR. MCWILLIAMS? |
| 02:39PM | 3 | A.     YES. |
| 02:39PM | 4 |        [LAUGHTER] |
| 02:39PM | 5 | Q.     CAN YOU TELL THE JURY WHAT IMPACT, OTHER THAN |
| 02:39PM | 6 | FINANCIAL, THIS LAWSUIT HAS HAD ON YOU? |
| 02:39PM | 7 | A.     WELL, I MEAN OBVIOUSLY BEING SUED IS NO FUN; AND, YOU |
| 02:39PM | 8 | KNOW, IT'S BEEN VERY EMOTIONAL FOR ME; AND, YOU KNOW, MY NAME |
| 02:39PM | 9 | HAS BEEN SORT OF DRAGGED THROUGH THE MUD.  IT'S HARD FOR ME |
| 02:39PM | 10 | TO--YOU KNOW, I'M IN A LAW FIRM NOW, AND MY FIRM HAS CASES OUT |
| 02:39PM | 11 | HERE IN THE EASTERN DISTRICT OF TEXAS, AND I--YOU KNOW, I CAN'T |
| 02:39PM | 12 | MAKE ANY APPEARANCES OUT HERE, YOU KNOW, WHILE THIS IS STILL |
| 02:39PM | 13 | HANGING OVER MY HEAD. |
| 02:39PM | 14 | Q.     IF CISCO WAS NOT PAYING FOR YOUR DEFENSE, DO YOU HAVE |
| 02:39PM | 15 | THE FINANCIAL RESOURCES TO DEFEND YOURSELF IN THIS CASE? |
| 02:40PM | 16 | A.     NO, HUH-UH. |
| 02:40PM | 17 | Q.     YOU SAID THAT YOU WEREN'T TERMINATED.  DID CISCO DO |
| 02:40PM | 18 | ANYTHING--DID THEY JUST LET YOU KEEP GOING ON AT WORK AFTER |
| 02:40PM | 19 | THIS LAWSUIT HAPPENED? |
| 02:40PM | 20 | A.     NO; THINGS CHANGED. |
| 02:40PM | 21 | Q.     AND HOW DID IT CHANGE? |
| 02:40PM | 22 | A.     WELL, FOR ONE, THERE WAS A PERIOD OF TIME THAT THERE |
| 02:40PM | 23 | WAS AN INVESTIGATION AND THAT I WAS ASKED TO BACK OFF FROM ALL |
| 02:40PM | 24 | THE PATENT-LITIGATION CASES WHILE THEY LOOKED INTO NOT ONLY |
| 02:40PM | 25 | THIS POST BUT EVERY POST I HAD EVER WRITTEN, ALL 185 OF THEM. |

SAME-DAY DELIVERY TRANSCRIPT

716

02:56PM 1  A.      THIS WASN'T A CISCO BLOG, MR. PATTON, IT WAS MY

02:56PM 2  PERSONAL BLOG.

02:56PM 3  Q.      I UNDERSTAND THAT.  BUT YOU WERE IN THE COURSE AND

02:56PM 4  SCOPE OF YOUR EMPLOYMENT WITH CISCO, WERE YOU NOT?

02:56PM 5  A.      FOR THIS ONE POST, YES.

02:56PM 6  Q.      OKAY.  FOR THE POST INVOLVED IN THIS LAWSUIT?

02:56PM 7  A.      THAT'S RIGHT.

02:56PM 8  Q.      OKAY.

02:56PM 9  A.      THESE TWO POSTS OR ONE POST, WHATEVER IT IS.

02:56PM 10  Q.      THEY HAVE ADMITTED THAT YOU WERE IN THE COURSE AND

02:56PM 11  SCOPE OF YOUR EMPLOYMENT FOR CISCO?

02:56PM 12  A.      THEY HAVE ADMITTED THAT.

02:56PM 13  Q.      OKAY.

02:56PM 14          NOW, YOU TALKED ABOUT THE PEOPLE AT CISCO DIDN'T

02:56PM 15  LIKE WHAT YOU HAD DONE IN THIS POST, IS THAT RIGHT?

02:57PM 16  A.      THE BANANA REPUBLIC COMMENT, RIGHT.  I WAS VERY LIKE--

02:57PM 17  Q.      WHO FUSSED AT YOU?

02:57PM 18  A.      WHO?  DO YOU WANT ALL THE NAMES?

02:57PM 19  Q.      YEAH.

02:57PM 20  A.      LET'S START WITH MR. CHANDLER.

02:57PM 21  Q.      OKAY.  HE'S THE HEAD LAWYER.

02:57PM 22  A.      HE SURE IS.

02:57PM 23  Q.      WHAT DID HE TELL YOU?

02:57PM 24  A.      HE WAS NOT VERY HAPPY.

02:57PM 25  Q.      WHAT DID HE TELL YOU IS WHAT I ASKED YOU.

SAME-DAY DELIVERY TRANSCRIPT