# EXHIBIT "F"

A West Court Reporting Services transcript, reported by LiveNote Certified Partner: Janis Rogers & Associates

CERTIFIED COPY

In the United States District Court
Western District of Arkansas
Texarkana Division

Deposition

Of

Thomas John Ward, Jr.

August 10, 2009

John Ward, Jr.

V.

Cisco Systems, Inc.

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

JOHN WARD, JR.,                *
                               *
V.                             * C.A. NO. 08-4022
                               * JURY TRIAL DEMANDED
CISCO SYSTEMS, INC.            *

CERTIFIED COPY

---

ORAL AND VIDEOTAPED DEPOSITION OF

THOMAS JOHN WARD, JR.

AUGUST 10, 2009

---

ORAL AND VIDEOTAPED DEPOSITION of THOMAS JOHN WARD, JR., produced as a witness at the instance of the Defendant, and duly sworn, was taken in the above-styled and -numbered cause on the 10th day of August, 2009, from 9:44 a.m. to 1:21 p.m., before Stacy L. Jordan, CSR in and for the State of Texas, reported by machine shorthand, taken in the law offices of John Ward, Jr., 111 West Tyler Street, City of Longview, County of Gregg, State of Texas, pursuant to the Federal Rules of Civil Procedure.

```
 1                  A P P E A R A N C E S
 2
 3    FOR THE PLAINTIFF:
 4         Patricia L. Peden, Esq.
           LAW OFFICES OF PATRICIA L. PEDEN
 5         5901 Christie Avenue, Suite 201
           Emeryville, California  94608
 6         Phone: 510.268.8033  Fax: 510.547.2446
           E-mail: ppeden@pedenlawfirm.com
 7
           Nicholas H. Patton, Esq.
 8         PATTON, TIDWELL & SCHROEDER, LLP
           4605 Texas Boulevard
 9         Texarkana, Texas  75503
           Phone: 903.792.7080  Fax: 903.792.8233
10         E-mail: nickpatton@texarkanalaw.com
11
12    FOR THE DEFENDANT:
13         Charles L. Babcock, Esq.
           Crystal J. Parker, Esq.
14         JACKSON WALKER, LLP
           1401 McKinney Street, Suite 1900
15         Houston, Texas  77010
           Phone: 713.752.4200  Fax: 713.752.4221
16         E-mail: cbabcock@jw.com
           E-mail: cparker@jw.com
17
18
      ALSO PRESENT:
19         Thad Strobach, Videographer
20
21
22
23
24
25
```

```
 1   going to have a trial.
 2       Q.   Okay.  Great.
 3            Your -- you just sat through the
 4   deposition of your wife, correct?
 5       A.   I did.
 6       Q.   And she said that -- that after these Troll
 7   Tracker articles that are at issue in this case, she
 8   believed that your sleepless -- sleep problem -- or
 9   inability to sleep through the night increased from one
10   to two times a week to three to four times a week.  Is
11   that true?
12       A.   I had more sleepless nights, I believe, after
13   this --
14       Q.   Okay.
15       A.   -- these articles were published, yes.
16       Q.   Okay.  And do you relate your sleep problems
17   to the articles?
18       A.   The increase in sleepless nights initially,
19   yes.
20       Q.   Okay.  And -- and is that because you'd be
21   lying in bed asleep and then you'd wake up thinking
22   about the Patent Troll Tracker?
23       A.   During the four months that we were trying to
24   find out who the Patent Troll Tracker was, yes, because
25   I knew these articles were out there; I knew people were
```

```
 1   that helps keep things in perspective, but you worry
 2   about your friends and family.  I think normal stresses
 3   that people deal with.  Maybe I internalize them more.
 4   Maybe I should let them out.  I don't know.
 5        Q.   Would you agree with your wife that your kids
 6   are doing fine?
 7        A.   They're doing great.
 8        Q.   Okay.  So it's nothing about your children
 9   that are causing stress in your life?
10        A.   No.
11        Q.   Okay.  I know for some people children can be
12   a huge --
13        A.   They're --
14        Q.   -- stress problem.
15        A.   They're not to that age yet.  They still want
16   to hang out with Mom and Dad and generally want to do
17   right.
18        Q.   I don't know.  When they -- mine were five and
19   six, they were some of the most stressful times, but
20   they evened out.  Okay.
21        A.   They're -- they're what I enjoy going home to
22   every night.
23        Q.   Okay.  Can you recall, when you're waking up
24   at night, any specific instances where you wake up and
25   think about something about the Patent Troll Tracker?
```

1   Q.   Yeah.
2   A.   Who he would not identify.
3   Q.   Right.
4   A.   He said: I'm not going to testify.
5   Q.   Okay. So anybody else other than those
6   people?
7   A.   No.
8   Q.   Okay.
9   A.   Not -- not that I know of.
10  Q.   Okay. Is there -- is there anybody outside of
11  your professional life -- and I understand the patent
12  bar is a small bar and talks and everything. But
13  anybody outside of your professional life that has made
14  comments -- disparaging comments to you about the Patent
15  Troll Tracker? I mean, anybody at church or at school
16  or --
17  A.   Nobody.
18  Q.   Okay.
19  A.   I mean, people, obviously, read about it when
20  we sued and it turned out to be Cisco, but no one's said
21  anything disparaging to me.
22  Q.   Okay.
23  A.   But, obviously, there are folks outside of the
24  profession that have read about it now.
25  Q.   Because there has been -- there has been some

```
1    STATE OF TEXAS      )
2    COUNTY OF DALLAS    )
3
4              This is to certify that I, Stacy L. Jordan,
5    Certified Shorthand Reporter in and for the State of
6    Texas, certify that the foregoing deposition of THOMAS
7    JOHN WARD, JR. was reported stenographically by me at
8    the time and place indicated, said witness having been
9    placed under oath by me, and that the deposition is a
10   true record of the testimony given by the witness.
11             I further certify that I am neither counsel
12   for nor related to any party in this cause and am not
13   financially interested in its outcome.
14             Given under my hand of office on this 17th day
15   of August, 2009.
16
17                       _____
                         STACY L. JORDAN, CSR 7499
18                       Expiration Date:  12/31/10
                         Firm No. 593
19
                         WEST COURT REPORTING SERVICES
20                       221 Main Street
                         Suite 1250
21                       San Francisco, California 94105
                         (800) 548-3668
22
23   Taxable cost of original charged to Defendant:
     $_____
24
25   Atty:  Mr. Charles L. Babcock and Ms. Crystal J. Parker,
     Jackson Walker, L.L.P.
```

*AUTHENTIC COPY — The original certified transcript file was electronically signed using RealLegal technology*

11c2d571-4af8-4945-8ce3-67feef482e63