# Exhibit D-2

Dockets.Justia.com

Plaintiff Ward's Motion for Protection from
Defendant Cisco Systems, Inc.'s Third Request for
Production and "Third" Request for Admissions
EXHIBIT D-2

| Request No. | Category |
|---|---|
| 1 | Cumulative/ redundant |
| 2 | Cumulative/ redundant |
| 3 | Cumulative/ redundant |
| 4 | Irrelevant and overbroad |
| 5 | Cumulative/ redundant (Damages Related) |
| 6 | Cumulative/ redundant (Damages Related) Requested redaction unduly burdensome Protected information |
| 7 | Cumulative/ redundant (Damages Related) Requested redaction unduly burdensome Protected information |
| 8 | Cumulative/ redundant |
| 9 | Cumulative/ redundant |
| 10 | Protected information |
| 11 | Protected information |
| 12 | Protected information |
| 13 | Protected information |
| 14 | Irrelevant and overbroad |
| 15 | Irrelevant and overbroad |
| 16 | Irrelevant and overbroad |
| 17 | Cumulative/ redundant |
| 18 | Not the subject of this motion |
| 19 | Not the subject of this motion |
| 20 | Cumulative/ redundant (Damages Related) |
| 21 | Cumulative/ redundant |

1

| | |
|---|---|
| 22 | Cumulative/ redundant |
| 23 | Protected information |
| 24 | Not in Ward's possession |
| | Protected information |
| 25 | Irrelevant and overbroad |
| 26 | Irrelevant and overbroad |
| 27 | Irrelevant and overbroad |
| 28 | Not the subject of this motion |
| 29 | Cumulative/ redundant (Damages Related) |
| 30 | Irrelevant and overbroad. |
| 31 | Protected information |
| | Requested redaction unduly burdensome |
| 32 | Protected information |
| | Requested redaction unduly burdensome |
| 33 | Protected information |
| | Requested redaction unduly burdensome |
| 34 | Protected information |
| | Not in Ward's possession |

2