# Exhibit C

SAME-DAY DELIVERY TRANSCRIPT

529

1  UNITED STATES DISTRICT COURT
2  EASTERN DISTRICT OF TEXAS
3  SHERMAN DIVISION
4
5  ------------------------------------------------------------
6  ERIC ALBRITTON                    ] CASE NO. 6:08CV89
7  VS.                               ] 9 AM, SEPTEMBER 16, 2009
8  CISCO SYSTEMS, INC.               ] TYLER, TEXAS
9  ------------------------------------------------------------
10
11  REPORTER'S SAME-DAY DELIVERY TRANSCRIPT OF JURY TRIAL
12
13  VOLUME 3 OF ^ 000, PAGES 1 THROUGH ^ 000
14
15  TABLE OF CONTENTS, ^ 000
16
17  THE HONORABLE RICHARD SCHELL, U.S. DISTRICT JUDGE, PRESIDING
18
19
20
21
22
23
24  PROCEEDINGS REPORTED USING COMPUTERIZED STENOTYPE,
25  TRANSCRIPT PRODUCED USING COMPUTER-AIDED TRANSCRIPTION.

702

| | |
|---|---|
| 02:39PM  1 | Q.   ALL RIGHT.  AND THAT WOULD INCLUDE THE HIGH-PRICED |
| 02:39PM  2 | MR. MCWILLIAMS? |
| 02:39PM  3 | A.   YES. |
| 02:39PM  4 | [LAUGHTER] |
| 02:39PM  5 | Q.   CAN YOU TELL THE JURY WHAT IMPACT, OTHER THAN |
| 02:39PM  6 | FINANCIAL, THIS LAWSUIT HAS HAD ON YOU? |
| 02:39PM  7 | A.   WELL, I MEAN OBVIOUSLY BEING SUED IS NO FUN; AND, YOU |
| 02:39PM  8 | KNOW, IT'S BEEN VERY EMOTIONAL FOR ME; AND, YOU KNOW, MY NAME |
| 02:39PM  9 | HAS BEEN SORT OF DRAGGED THROUGH THE MUD.  IT'S HARD FOR ME |
| 02:39PM 10 | TO--YOU KNOW, I'M IN A LAW FIRM NOW, AND MY FIRM HAS CASES OUT |
| 02:39PM 11 | HERE IN THE EASTERN DISTRICT OF TEXAS, AND I--YOU KNOW, I CAN'T |
| 02:39PM 12 | MAKE ANY APPEARANCES OUT HERE, YOU KNOW, WHILE THIS IS STILL |
| 02:39PM 13 | HANGING OVER MY HEAD. |
| 02:39PM 14 | Q.   IF CISCO WAS NOT PAYING FOR YOUR DEFENSE, DO YOU HAVE |
| 02:39PM 15 | THE FINANCIAL RESOURCES TO DEFEND YOURSELF IN THIS CASE? |
| 02:40PM 16 | A.   NO, HUH-UH. |
| 02:40PM 17 | Q.   YOU SAID THAT YOU WEREN'T TERMINATED.  DID CISCO DO |
| 02:40PM 18 | ANYTHING--DID THEY JUST LET YOU KEEP GOING ON AT WORK AFTER |
| 02:40PM 19 | THIS LAWSUIT HAPPENED? |
| 02:40PM 20 | A.   NO; THINGS CHANGED. |
| 02:40PM 21 | Q.   AND HOW DID IT CHANGE? |
| 02:40PM 22 | A.   WELL, FOR ONE, THERE WAS A PERIOD OF TIME THAT THERE |
| 02:40PM 23 | WAS AN INVESTIGATION AND THAT I WAS ASKED TO BACK OFF FROM ALL |
| 02:40PM 24 | THE PATENT-LITIGATION CASES WHILE THEY LOOKED INTO NOT ONLY |
| 02:40PM 25 | THIS POST BUT EVERY POST I HAD EVER WRITTEN, ALL 185 OF THEM. |

703

| | | |
|---|---|---|
| 02:40PM | 1 | Q.     AND IT WAS CISCO DOING THE INVESTIGATION? |
| 02:40PM | 2 | A.     YES, SIR. |
| 02:40PM | 3 | Q.     ALL RIGHT. AND HOW LONG DID THE INVESTIGATION TAKE? |
| 02:40PM | 4 | A.     WELL, IT STARTED--IT STARTED AROUND MARCH 10TH AND WENT |
| 02:40PM | 5 | THROUGH ABOUT THE END OF--MIDDLE TO END OF APRIL. |
| 02:41PM | 6 |         MR. PATTON: YOUR HONOR, I HAVE AN INQUIRY MORE |
| 02:41PM | 7 | THAN AN OBJECTION. THERE'S SOMETHING UP ON THE SCREEN THAT |
| 02:41PM | 8 | MR. BABCOCK DOESN'T SEEM TO BE QUESTIONING HIM ABOUT-- |
| 02:41PM | 9 |         MR. BABCOCK: DO YOU WANT ME TO TAKE IT DOWN? |
| 02:41PM | 10 |         MR. PATTON: YES. |
| 02:41PM | 11 |         MR. BABCOCK: SURE. NO PROBLEM. |
| 02:41PM | 12 |         THE WITNESS: SO IT WAS ABOUT SIX WEEKS, I WOULD |
| 02:41PM | 13 | SAY, GIVE OR TAKE. |
| 02:41PM | 14 |         MR. BABCOCK: OKAY. |
| 02:41PM | 15 | Q.     AND WERE YOU INTERVIEWED AS PART OF THAT INVESTIGATION? |
| 02:41PM | 16 | A.     YES, I WAS. |
| 02:41PM | 17 | Q.     AND DID CISCO--CAN YOU TELL THE LADIES AND GENTLEMEN |
| 02:41PM | 18 | OF THE JURY WHETHER CISCO THOUGHT YOUR ONE-DAY BANANA REPUBLIC |
| 02:41PM | 19 | COMMENT WAS A NEAT THING OR NOT? |
| 02:41PM | 20 | A.     OH, NO, THEY DID NOT LIKE THAT. AND I DON'T BLAME |
| 02:41PM | 21 | THEM. I DIDN'T LIKE IT EITHER WHEN I RECALLED THAT I HAD |
| 02:41PM | 22 | DONE IT. I HAD NOT REMEMBERED WHEN I FIRST GOT SUED BY |
| 02:41PM | 23 | MR. ALBRITTON, BUT THE LAWSUIT BROUGHT ALL THAT BACK. |
| 02:41PM | 24 | Q.     ALL RIGHT. |
| 02:41PM | 25 |         I BELIEVE YOU SAID, IN RESPONSE TO MR. PATTON, THAT |

SAME-DAY DELIVERY TRANSCRIPT

704

| | | |
|---|---|---|
| 02:41PM | 1 | YOU WERE NOT TERMINATED OR SANCTIONED IN ANY WAY AFTER THIS |
| 02:41PM | 2 | INVESTIGATION. |
| 02:41PM | 3 | A.    RIGHT, THAT'S CORRECT. |
| 02:41PM | 4 | Q.    CAN YOU TELL THE LADIES AND GENTLEMEN OF THE JURY |
| 02:41PM | 5 | FROM YOUR PERSPECTIVE WHETHER CISCO REACTED RESPONSIBLY AFTER |
| 02:42PM | 6 | HEARING THESE ALLEGATIONS MADE BY MR. ALBRITTON? |
| 02:42PM | 7 | A.    I ABSOLUTELY THINK CISCO ACTED RESPONSIBLY. I WOULD |
| 02:42PM | 8 | HAVE DONE THE SAME THING IF IT WAS MY EMPLOYEE THAT HAD BEEN |
| 02:42PM | 9 | SUED OVER SOMETHING THAT HE WROTE IN A BLOG. |
| 02:42PM | 10 | Q.    ALL RIGHT, SIR. |
| 02:42PM | 11 |      ONE OF THE THINGS I TOLD THIS JURY WAS THAT YOU |
| 02:42PM | 12 | DID--THAT CISCO--NOBODY AT CISCO OTHER THAN YOURSELF WROTE THE |
| 02:42PM | 13 | OCTOBER 18TH ARTICLE THAT WE'VE BEEN TALKING SO MUCH ABOUT. IS |
| 02:42PM | 14 | THAT TRUE? |
| 02:42PM | 15 | A.    THAT'S TRUE. THOSE WORDS WERE ALL MINE. |
| 02:42PM | 16 | Q.    ALL RIGHT. DID ANYBODY AT CISCO REVIEW THOSE WORDS |
| 02:42PM | 17 | BEFORE YOU SENT THEM OUT? |
| 02:42PM | 18 | A.    NO. NOT THAT I KNOW OF. |
| 02:42PM | 19 | Q.    ALL RIGHT. THEY WERE ON YOUR PERSONAL COMPUTER OR |
| 02:42PM | 20 | ON YOUR--WERE THEY ON YOUR BUSINESS COMPUTER OR YOUR PERSONAL |
| 02:42PM | 21 | COMPUTER? |
| 02:42PM | 22 | A.    MOST OF THE TIME I DID THE BLOGS AT NIGHT FROM HOMME. |
| 02:42PM | 23 | THIS WAS ONE THAT I HAPPENED TO DO ON MY BUSINESS COMPUTER |
| 02:42PM | 24 | WHILE AT A WORK EVENT. I WASN'T IN THE OFFICE, BUT IT WAS MY |
| 02:43PM | 25 | LAPTOP. |

SAME-DAY DELIVERY TRANSCRIPT