# Exhibit D

# Cisco Systems, Inc.
# Internet Postings Policy
*Created March 2007*

With the rise of new media and next generation communications tools, the way in which Cisco employees can communicate internally and externally continues to evolve. While this creates new opportunities for communication and collaboration, it also creates new responsibilities for Cisco employees.

This Internet Postings Policy applies to employees who use multi-media Internet websites, including video sites such as MySpace, Facebook, Yahoo! and YouTube, but also including sites where text can be posted. All of these activities are referred to as "Internet postings" in this Policy. (When posting on a blog, employees also should review and comply with Cisco's blogging policy, see http://wwwin.cisco.com/corpdev/pr/blogs.shtml.)

Due to the fact that Cisco could be accused of failing to police use of its systems in the case of abuse or misconduct, please be aware that violation of this policy is considered a disciplinary infraction and is subject to penalties, including termination.

- While Internet postings are a relatively new and easy form of communication, please participate in these activities without interfering with your Cisco working time.

- Common sense is the best guide if you decide to post information about where you work. If you are unsure about any particular posting, please feel free to contact the internetpostings@cisco.com email alias for guidance.

- Your Internet postings should not disclose or refer to any information that Cisco considers proprietary information, see: http://wwwin.cisco.com/HR/employee/proprietary_info/propiagreement.shtml. If you have any questions about what constitutes proprietary information, please contact the internetpostings@cisco.com email alias.

- Remember that your Internet postings reflect your personal point of view, not necessarily the point of view of Cisco. Because you are legally responsible for your postings, you may be subject to liability if your posts are found defamatory, harassing, or in violation of any other applicable law. You may also be liable if you make postings which include confidential or copyrighted information (music, videos, text, etc.) belonging to third parties. All of the above mentioned postings are prohibited under this policy.

- When posting your point of view, you should neither claim nor imply that you are speaking on behalf of Cisco, unless you are authorized in writing by your manager to do so.

- If you identify yourself as a Cisco employee on any Internet posting, or refer to the work done by Cisco, please include the following notice in a reasonably prominent place: "the views expressed on this post are mine and do not necessarily reflect the views of Cisco."

- Your Internet postings should not include Cisco's logos or trademarks, and should respect copyright, privacy, fair use, financial disclosure, and other applicable laws.



CONFIDENTIAL                                                            CISCO3.000008

# Cisco Systems, Inc.
# Internet Postings Policy
*Created March 2007*

- If a member of the news media contacts you about an Internet posting that concerns the business of Cisco, please refer that person to Cisco public relations, see http://wwwin.cisco.com/corpdev/pr/speaking_with_press.shtml

- Cisco reserves the right to request that you limit your Internet postings to topics unrelated to Cisco, and to request that you amend or remove certain postings, if it believes that doing so will help it comply with applicable laws.

- Your Internet postings should not violate any other applicable policy of Cisco, including those set forth in the Employee Resource Guide and the Code of Business Conduct, see http://wwwin.cisco.com/HR/conduct/

- If you violate this Internet Postings Policy you may be subject to disciplinary action, up to and including termination.

- You agree that Cisco shall not be liable, under any circumstances, for any errors, omissions, loss, or damages claimed or incurred due to any of your Internet postings.

- Cisco reserves the right to suspend, modify, or withdraw this Internet Postings Policy, and you are responsible for regularly reviewing the terms of this Internet Postings Policy.

CONFIDENTIAL        CISCO3.000009

Cisco Systems, Inc.
*For Internal Use Only*
Questions and Answers for Employee Blogging

Below are top of mind questions for employees who participate in the blogging community on behalf of Cisco.

Cisco Blogs:

Q: What is a Cisco blog?
A: A Blog (weB LOG) is a web-based journal or log. Cisco Corporate Blogs are defined as employees blogging about Cisco and our industry. Examples include employees in a Business Unit blogging about their product (e.g., the AON BU blog) or as subject matter experts (e.g., the Gov't Affairs blog) or as participants for a corporate event (e.g., partner Summit 2006, Networkers 2006, WWAC 2006). A Cisco Corporate Blog can be authored by an individual or a group of individuals blogging about Cisco and our industry.

Examples include employees in a Business Unit blogging about their product (e.g., the Wireless blog), as subject matter experts (e.g., the Government Affairs blog), or as participants for a corporate event (e.g., Partner Summit 2006).

All Cisco blogs can be accessed via our blog home page: http://blogs.cisco.com.

Q: Why is Cisco supporting the blog effort?
A: Blogs offer a new communication venue to Cisco:
- o Blogs enable the company to expand its reach beyond traditional influencers to educate customers and the industry on technology and market trends.
- o Posting comments to blogs can help Cisco build stronger relationships with leading bloggers and their communities (i.e., our customers).
- o And lastly, blogs can up-level a discussion, highlight Cisco's elevated commitment to a particular topic, and position spokespeople as thought leaders.

Q: Who is eligible to blog?
A: All employees are eligible to apply to become an official Cisco blogger. The corporate approval process involves securing sponsorship of your VP/GM and your PR representative. We recommend that blogging is a shared effort where a team of 3-5 people are responsible for drafting and posting content with an identified Blog Owner.

Once a Cisco blog is established, Cisco bloggers can invite guest authors who are external to the company to blog on the Cisco Corporate blog.

Getting Started:

Q: How do I get started?
A: First, potential bloggers must be familiar with the "Cisco Policies and Guidelines" blogging document. This ensures that prior to taking on blogs, bloggers are familiar with the process, and specifically understand the time commitment and significant corporate responsibility that is required.

Secondly, employees who would like to launch a Cisco Blog need PR and their respective VP/GM approval. Employees can obtain a blog request form from the designated PR manager with whom they

Cisco Blog Policy & Guidelines                                                                                                   Page 1 of 5

CONFIDENTIAL                                                                                   CISCO3.000003

2

work. Once the required approvals are obtained, the employee can Email completed form to the appropriate News@Cisco team member (Amy Paquette, amypaq@cisco.com).

News@Cisco will then facilitate next steps, such as training for the Cisco bloggers on how to set up and run a Cisco Blog. News@Cisco also provides technical and design support for employees hosting a Cisco Blog.

**Q: What are the legal implications concerning the participation in and/or launching of a blog?**
A: Each blogger has to act responsibly. Each corporate blog must include a legal disclaimer (which has been drafted, not included here) stating that all posts by the author, guest author and visitors reflect personal thoughts and opinions which are not necessarily those of the company.

Employees should be familiar and comply with Cisco's Code of Conduct when discussing the company on a Cisco Blog, see http://wwwin.cisco.com/HR/conduct/.

Employees who violate any of the blog policies may be subject to disciplinary action, up to and including immediate termination, and also may be subject to legal liability.

Blogging for Cisco Blogs:

**Q: What are some of the policies that bloggers should be aware of?**
A:
- Cisco Blogs should not disclose any information that is confidential or proprietary to the company or to any third party that has disclosed information to Cisco, see http://wwwin.cisco.com/HR/employee/proprietary_info/proptagreement.shtml.
- Cisco may request that a blogger avoid certain subjects or withdraw certain posts from a Cisco Blog if it believes that doing so will help ensure compliance with applicable laws, including securities regulations.
- Cisco reserves the right to remove any posted comment that is not appropriate for the topic discussed or uses inappropriate language. Cisco also reserves the right to post particular communications on a Cisco Blog.

**Q: Is blogging considered part of an employee's normal work load?**
A: While bloggers may blog on a Cisco Blog during working hours, blogging should not interfere with one's primary employment responsibilities.

**Q: How much of a time commitment is there in developing and maintaining a Cisco Blog?**
A: The initial blog design does not take a great deal of time. Once the blog owner provides the News@Cisco contact with a short list of deliverables, the web team moves to develop the blog infrastructure design and the effort is complete.

Two weeks prior to launching the blog, the blogging team is required to complete a 90-minute training session with a News@Cisco team member who will facilitate the blogging process. The training session will discuss blogging policies and guidelines, teach how to use the blogging application, and identify when the initial blog will post.

Once a blog is launched, the blogging team is required to post at least one comment to the blog site per week. Incoming blog comments are to be reviewed and then posted to the blog within 48 hours.

CONFIDENTIAL                                                    CISCO3.000004

3

**Q: What is the difference between an entry and a comment?**
A: An entry is a written posting from a blogger(s) to the corporate blog. It is a planned posting about a specific topic, issue, industry happening, etc.

A comment is a posting from a blog visitor who is commenting on the blogger's entry.

**Q: What if a single blog posting creates a plethora of blog comments? Do we have to respond to each one?**
Q: As a blogger, you are required to review each comment and respond appropriately. If a comment does not require a comment, then the blogger does not need to post a response.

If a specific blog posting receives multiple comments that are similar in nature, and a response is required, the blogger may reference in his/her response that the blog response addresses many comments and all may not be posted.

**Q: Do we have to post all comments?**
A: We recommend posting all comments (that are different in nature as discussed above). Cisco does not want to promote censorship or present any biases.

Receiving a negative comment about a Cisco product or service ultimately provides an opportunity for the blogger to respond to that negative comment and reframe it in a positive light. Censoring comments goes against the grass roots effort from which most blogs began.

Overall, Cisco reserves the right to remove any posted comment that is not appropriate for the topic discussed or uses inappropriate language. Cisco also reserves the right to post particular communications on a Cisco Blog.

**Q: What if a Cisco blog member is contacted by a member of the press?**
A: If a Cisco blogger is contacted by a member of the news media about their Cisco Blog, or receives a question from a news reporter via the Cisco Blog, please contact the public relations team before responding.

**Q: What if a blogger has a legal question regarding the posting of a specific blog entry?**
A: If you have any questions regarding any particular post or comment, we encourage you to contact your PR representative. PR can engage legal, if necessary. In addition, please feel free to post the following statement if your blog receives a lot of comments: "The comments are moderated. Please do not submit your comment twice. It will appear as soon as it is approved by the moderator."

**Q: What content should a blogger focus on when blogging?**
A: Bloggers should focus on business and industry topics and have an interesting point of view. We recommend that bloggers provide worthwhile information and perspective and always tell the truth. Be aware that bloggers are writing for people inside and outside the company, and possibly the news media.

Also, try to avoid extremely technical discussions and keep content somewhat mainstream. There are surely opportunities to discuss technical issues, but when you delve into technical discussions, you run the risk of having a very narrow focused blog and excluding visitors who would be interested in the subject matter but are not technical in nature.

**Q: What should bloggers avoid discussing in blog entries?**

4

A: Don't disclose confidential information. Common sense is the best guideline. If the judgment call is a tough one, it's never a bad idea to get management sign-off before publishing a comment about which you are unsure.

Don't engage in disputes, and correct any mistakes you make as quickly as possible.

Respect your audience. Don't use slurs, personal insults or obscenity, and always show proper consideration for privacy concerns and issues that may be considered objectionable or inflammatory.

Cisco Employee Personal Blogs:

Q: Can a Cisco employee establish their own blog?
A: Yes. A blogger's postings reflect his/her own thoughts and opinions and do not necessarily reflect Cisco's official position. The blogger is legally responsible for their postings. Employee who would like to host a personal blog must do so on their own accord and follow guidelines set forth in the Cisco Code of Conduct policy. Cisco does not provide technical or design support for employees' personal blogs. Employees can use one of many free online tools to set up their own personal blog (such as blogger.com, etc.).

Please note that blogging to a non-Cisco blog should neither claim nor imply that the blogger is speaking on behalf of Cisco or any of its employees, unless he or she is authorized by their manager in writing to do so.

Please include the following statement on your personal blog: "the views expressed on this blog are mine and do not necessarily reflect the views of my employer."

Q: What should a Cisco employee be cautious of when posting to his/her own blog:
A: If a blogger identifies himself/herself as a Cisco employee on their personal blog, or discuss Cisco's business or technology, please include the following notice in a reasonably prominent place: "the views expressed on this blog are mine and do not necessarily reflect the views of my employer."

Blog postings should not violate any other applicable Cisco policy, including those set forth in the Code of Conduct: http://wwwin.cisco.com/HR/conduct/. Overall, common sense is the best guide when talking about where one works. If a blogger is unsure about a posting that concerns Cisco's business, the blogger can contact his/her manager or public relations.

Also to note:
- Do not include Cisco logos or trademarks within one's personal blog.
- Do not disclose any information that is confidential or proprietary to Cisco or to any third party that has disclosed confidential information to Cisco, see Cisco's Proprietary Information Policies: http://wwwin.cisco.com/HR/employee/proprietary_info/proptagreement.shtml.
- Cisco may ask that a blogger limit his/her blog to topics unrelated to the Company if it believes that doing so will help ensure compliance with applicable laws, including securities regulations.

Q: What should a Cisco employee know if he/she wants to blog to a non-Cisco blog?
A: A blogger's comments to third party blog should provide color or commentary on important Cisco-related or market-related issues or to further a Cisco viewpoint on a particular topic/issue. Engaging in the conversation, being helpful by adding insight and perspective, correcting errors, and building relationships are all valid reasons to participate.

CONFIDENTIAL                                                                                       CISCO3.000006

5

As is the case for hosting a blog, any comments a blogger posts on a third party blog should not disclose any information that is confidential or proprietary to Cisco or to any third party. A blogger should use judgment when posting a comment and ask: is this an important issue to Cisco and does Cisco want to get involved in this particular discussion?

Q: Where can I get more information on blogging?

A: See Cisco's Proprietary Information Policies:
http://wwwin.cisco.com/HR/employee/proprietary_info/proptagreement.shtml.

CONFIDENTIAL                                           CISCO3.000007

*V1, 12/16/05*

*For Internal Use Only*
Cisco Systems, Inc.
<u>Blog Employee(s) Request Form</u>

**<u>BLOGS:</u>** *A Blog (weB LOG) is a web-based journal or log. Cisco Corporate Blogs are defined as employees blogging about Cisco and our industry. Examples include employees in a Business Unit blogging about their product (e.g., the AON BU blog) or as subject matter experts (e.g, the Gov't Affairs blog) or as participants for a corporate event (e.g, Networkers, WWAC). A Cisco Corporate Blog can be authored by an individual or a group of individuals.*

<u>Note:</u> Prior to engaging in the blogging process, all involved employees are urged to read the "Cisco Policies and Guidelines" document that outlines requirements, time commitments, and responsibilities.

## OVERVIEW:

- This request form is to identify those employees who are interested in becoming a corporate blogger.
- These employees are <u>required</u> to obtain approvals from <u>Corporate and Technology PR</u> and from the bloggers' respective <u>VP/GM</u>.
- As blogging candidates are identified, they will be given the "<u>Cisco Policies and Guidelines</u>" blogging document. This ensures that prior to taking on blogs, bloggers are familiar with the process, and specifically understand the <u>time commitment</u> and significant <u>corporate responsibility</u> that is required. (Policies are rules that must be adhered to, while guidelines are suggested best practices that employees might find helpful when blogging.)
- Once approvals are complete, a confirmation email will be sent to you and the approving VP to confirm the acceptance of the blogging request and begin the process.
- You will be required to complete a one-hour training session with a News@Cisco team member who will facilitate the blogging process. The training session will discuss blogging policies and guidelines, teach how to use the blogging application, and identify when the initial blog will post.

## WHY BLOG:

- Blogs offer a new venue to Cisco, enabling us to expand our reach beyond traditional influencers to educate customers and the industry on technology and market trends.
- Posting comments to blogs can help Cisco build stronger relationships with leading bloggers and their communities (i.e., our customers).
- Blogs can up-level a discussion, highlight Cisco's elevated commitment to a particular topic, and position spokespeople as thought leaders.

## <u>BLOG OWNER EXPECTATIONS HIGHLIGHTS</u>: (please refer to the "Cisco Policies and Guidelines" for a detailed list of policies and procedures.)

- If you plan to launch a blog to include multiple bloggers, you are required to have a designated "blog owner." The "blog owner" will be required to manage the multiple bloggers within the designated company organization (BU, PTMO, etc.) to ensure consistency, timeliness, appropriateness of the blog.
- You are required to post at least one comment to your blog site per week.
- Incoming blog comments are to be reviewed and posted to your blog within 48 hours.
- You will be required to send your blog comments to an email alias which will act as a reviewer of incoming blogging comments.

## APPROVAL PROCESS:
1. Please complete the following questionnaire.

CONFIDENTIAL CISCO3.000001

*V1, 12/16/05*

2. Please obtain VP/GM level approval prior to moving forward with the blogging process.
3. Please identify the appropriate PR manager to include in the approval process. (Corporate and Technology PR managers to collaborate on approval process.)
4. Email completed form to Amy Paquette (amypaq@cisco.com).
5. Once approval process is complete, News@Cisco will facilitate next steps.

### QUESTIONANNAIRE:

1. Please indicate the VP/GM Sponsor:

2. Please indicate PR Manager: ( Member of Rob Barlow's or Terry Anderson's team)

3. Please indicate blogger(s) name(s), job title and contact information. We recommend a team of 3-5 people who are responsible for drafting and posting content with an identified Blog Owner.

4. Please identify the Blog Topic, and list 3-5 sample themes/issues that relate to the topic. Include any information you may have on existing topic blogs (competitive/rivalry blogs, etc.).

5. Why is the blog important/relevant to Cisco, Cisco's customers and other external audiences?

CONFIDENTIAL                                                                                                           CISCO3.000002