# Exhibit E

```
                                                                    1

             IN THE UNITED STATES DISTRICT COURT
                WESTERN DISTRICT OF ARKANSAS
                     TEXARKANA DIVISION


    JOHN WARD, JR.,

                     Plaintiff,

            vs.                          Case No. 08-4022

    CISCO SYSTEMS, INC.,

                     Defendant.
    ~~~~~~~~~~~~~~~~~~~~~~~~~~~~




             VIDEOTAPED DEPOSITION OF MALLUN YEN

                          VOLUME I


                    November 18, 2009

                       9:32 a.m.


                    675 El Camino Real

                   Palo Alto, California




         Reported by Pua'aina L. McVay, CSR 12868

           Certified LiveNote Realtime Reporter
```

104

```
1    12:46:34       Q    Anybody else?
2    12:46:35       A    Neal Rubin.
3    12:46:37       Q    Who's Mr. Rubin?
4    12:46:41       A    He is VP of litigation.
5    12:46:45       Q    Let's be clear.  I'm not talking about folks
6    12:46:50    who may have interviewed you in connection with the
7    12:46:53    defense of this case; I'm talking about the internal
8    12:46:57    investigation into Mr. Frenkel's postings.  We clear
9    12:47:01    about that?
10   12:47:01       A    No, I wasn't clear.
11   12:47:03       Q    Who interviewed you and asked you about what
12   12:47:05    happened with regard to the postings in connection
13   12:47:07    with the internal investigation?
14   12:47:09       A    I'm not sure anyone did.
15   12:47:12       Q    Were you aware of anyone that was gathering
16   12:47:18    information for an internal investigation?
17   12:47:21       A    I may have assumed.
18   12:47:24       Q    Well, what did you assume?  Did you see
19   12:47:29    somebody interviewing people?
20   12:47:31       A    No.
21   12:47:34       Q    Did you hear from employees that people were
22   12:47:37    being interviewed?
23   12:47:37       A    No.
24   12:47:38       Q    How do you know there even was an
25   12:47:42    investigation?
```