# Exhibit F

Dockets.Justia.com

```
                                                                        1
              IN THE UNITED STATES DISTRICT COURT
                 WESTERN DISTRICT OF ARKANSAS
                      TEXARKANA DIVISION


    JOHN WARD, JR.,

                      Plaintiff,

         vs.
                                              Case No. 08-4022

    CISCO SYSTEMS, INC.,

                      Defendant.
    ~~~~~~~~~~~~~~~~~~~~~~~~~~~~



              VIDEOTAPED DEPOSITION OF JOHN NOH

                         VOLUME I



                      November 19, 2009

                         9:13 a.m.


                    675 El Camino Real

                    Palo Alto, California



         Reported by Pua'aina L. McVay, CSR 12868

           Certified LiveNote Realtime Reporter
```

                                                                      52

| | | |
|---|---|---|
| 1 | 10:11:23 | Frenkel revealing himself as the Patent Troll Tracker? |
| 2 | 10:11:29 | A    I don't remember any specific conversations I |
| 3 | 10:11:31 | had with anyone about it, no. |
| 4 | 10:11:33 | Q    Do you remember generally any conversations? |
| 5 | 10:11:34 | A    No. |
| 6 | 10:11:35 | Q    Was there ever an investigation as to Frenkel |
| 7 | 10:11:41 | being the Patent Troll Tracker? |
| 8 | 10:11:44 | A    I wasn't involved in it, no. |
| 9 | 10:11:47 | Q    Were you ever investigated? |
| 10 | 10:11:49 | A    Not that I recall. |
| 11 | 10:11:50 | Q    And you don't recall any statements from |
| 12 | 10:11:58 | Cisco regarding the Patent Troll Tracker? |
| 13 | 10:12:03 | A    No, not specifically.  I -- no, I don't |
| 14 | 10:12:10 | remember any specific statements. |
| 15 | 10:12:12 | Q    And you were not a spokesperson for Cisco |
| 16 | 10:12:23 | regarding Frenkel and his activities as the Patent |
| 17 | 10:12:35 | Troll Tracker? |
| 18 | 10:12:35 |      MR. GRIFFIN:  Could you all speak up just a |
| 19 | 10:12:37 | little.  You all are talking to each other but I can |
| 20 | 10:12:43 | hardly hear you. |
| 21 | 10:12:44 |      MS. TOWLE:  We'll try.  Absolutely. |
| 22 | 10:12:46 | BY MS. TOWLE: |
| 23 | 10:12:47 | Q    Your supervisor, Penelope Bruce, did she ever |
| 24 | 10:12:50 | make statements for the legal department? |
| 25 | 10:12:51 | A    When? |