# Exhibit G

Dockets.Justia.com

1

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF TEXAS

TYLER DIVISION

ERIC M. ALBRITTON,

       Plaintiff,

-vs-                         CASE NO. 6:08-CV-00089

CISCO SYSTEMS, INC.,
RICHARD FRENKEL,
MALLUN YEN and JOHN NOH,

       Defendants.
_____/

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

DEPOSITION OF MARTA BECKWITH

Wednesday, November 19, 2008

SHEILA CHASE & ASSOCIATES
Reporting For
WEST COURT REPORTING SERVICES
221 Main Street, Suite 1250
San Francisco, California 94105
Phone: (415) 321-2300
Fax: (415) 618-0743

Reported by
SHEILA CHASE, CSR, RPR
License No. 4934

Beckwith, Marta                                                                11/19/2008
Confidential - Subject To The Protective Order

```
                                                              39
 1   time before the outing in February of '08?
 2       A.   I was aware that others knew about it.  I'm
 3   not sure whether or not I communicated that to them.
 4       Q.   All right.  Who were you aware of that knew
 5   it?
 6       A.   I knew that Ms. Yen knew.
 7       Q.   Okay.
 8       A.   I knew that Mr. Noh knew.
 9       Q.   Okay.
10       A.   At some stage I knew that other members of the
11   IP group knew, such as Michael Ritter.  But I don't
12   recall with whether I knew that at the time.
13       Q.   How did you know that these other people knew
14   who Mr. Frenkel -- or who the Troll Tracker was?
15       A.   I certainly knew from Mr. Frenkel.  I can't
16   remember when I had discussions with others that would
17   reflect their knowledge.
18       Q.   All right. Forgetting the when, did you
19   discuss the fact that he was the Troll Tracker and the
20   Troll Tracker blog with these other people?
21            MS. PARKER:  Objection.  Form.
22            MR. McWILLIAMS:  Same objection.
23            THE WITNESS:  I had at least one conversation
24   with Ms. Yen about it, and I believe I had a
25   conversation with Mr. Noh, as well.
```

West Court Reporting Services    800.548.3668 Ext. 1

```
                                                           40
 1          MR. PATTON:  Q.  What were those
 2   conversations, as best you remember?
 3          MS. PARKER:  If they go into litigation
 4   strategy, I will instruct you not to answer.
 5          MR. PATTON:  How could there have been
 6   litigation strategy before he outed himself?
 7          MS. PARKER:  Would you read the question back,
 8   please.
 9                  (Record read as follows:
10                   Q.  All right.  Forgetting the when,
11                   did you discuss the fact that he was
12                   the Troll Tracker and the Troll
13                   Tracker blog with these other
14                   people?)
15          MS. PARKER:  I think you can answer that,
16   unless you feel like it goes into some kind of
17   litigation strategy.
18          THE WITNESS:  With Ms. Yen, I had at least one
19   discussion about what we were going to do when it became
20   public that Rick was the Troll Tracker blogger.
21          MR. PATTON:  Q.  What was the concern there?
22      A.   That Mr. Frenkel had angered a lot of
23   plaintiffs' attorneys.  For example, we all know that
24   Mr. Niro, who was another attorney, had offered $15,000
25   to anyone who would identify who the Troll Tracker
```

West Court Reporting Services 800.548.3668 Ext. 1

                                                            41

1   blogger was.  And that, eventually, when it became
2   public, the anger would be turned toward Cisco.
3       Q.   Were you aware that Mr. Frenkel received some
4   hostile e-mails?
5            MS. PARKER:  Objection.  Form.
6            MR. McWILLIAMS:  Same objection.
7            MR. PATTON:  Q.  That Troll Tracker received
8   some hostile e-mails.
9       A.   I was aware, from reading some of the entries
10  on the blog, that he had received some hostile e-mails.
11      Q.   Okay.  We asked him about those yesterday, and
12  I can't find them.  Do you know where they might be?
13           MS. PARKER:  Objection.  Form.
14           MR. McWILLIAMS:  Objection.  Form.
15           THE WITNESS:  I have no idea.
16           MR. PATTON:  Q.  Okay.  What were you going to
17  do when -- your discussion with Ms. Yen, which was about
18  "What we are going to do when he becomes public."  What
19  were you going to do?
20      A.   I was informed that Mr. Frenkel and Mr. Noh
21  had a plan.
22      Q.   Okay.  Mr. Frenkel and a PR guy had a plan?
23      A.   To deal with the resultant publicity about it.
24      Q.   Do you know what the plan was?
25      A.   No.