# Exhibit J

| | |
|---|---|
| **From:** | Mark Michels (mmichels) <mmichels@cisco.com> |
| **Sent:** | Wednesday, October 17, 2007 10:03 PM |
| **To:** | Mallun Yen (myen) <myen@cisco systems.com>; Marta Beckwith (mabeckwi) <mabeckwi@cisco systems.com>; Michael Ritter (micritte) <micritte@cisco systems.com>; Rick Frenkel (rfrenkel) <rfrenkel@cisco systems.com> |
| **Subject:** | RE: Amended ESN Complaint |

Not Pete, I believe that it was George Lobardi

---

**From:** Mallun Yen (myen)
**Sent:** Wednesday, October 17, 2007 9:32 PM
**To:** Marta Beckwith (mabeckwi); Michael Ritter (micritte); Rick Frenkel (rfrenkel); Mark Michels (mmichels)
**Subject:** FW: Amended ESN Complaint

I need to call Dan Webb out of courtesy and to hear what he has to say. He's not a patent litigator, but he is one of the top trial attorneys in the country. Which of the Winston people did you like? Pete McCabe? Or the other one? Can't remember which of you met them.

Mallun Yen
Vice President, Worldwide Intellectual Property
Cisco Systems, Inc.
Direct: 408.527.4213

*The contents of this message and any additions or modifications thereto constitute CISCO CONFIDENTIAL INFORMATION and may be a privileged communication to or from one or more attorneys and/or supporting personnel for purposes of obtaining or facilitating legal advice and/or legal services.*

---

**From:** Mark Chandler (machandl)
**Sent:** Wednesday, October 17, 2007 2:41 PM
**To:** Mallun Yen (myen)
**Subject:** RE: Amended ESN Complaint

Dan Webb claims to be a best friend of Judge Folsom and called me about this case, and claims to have "right" local counsel in Texarkana on his team. I explained to him the DJ strategy but told him we might want to talk to him about getting the case dismissed. Just FYI, let me know if you want to follow up with him.

---

**From:** Mallun Yen (myen)
**Sent:** Wednesday, October 17, 2007 2:32 PM
**To:** Mark Chandler (machandl)
**Subject:** FW: Amended ESN Complaint

just fyi, as expected

Mallun Yen
Vice President, Worldwide Intellectual Property
Cisco Systems, Inc.
Direct: 408.527.4213

*The contents of this message and any additions or modifications thereto constitute CISCO CONFIDENTIAL INFORMATION and may be a privileged communication to or from one or more attorneys and/or supporting personnel for purposes*