# Exhibit K

The following is a list of attorneys that Cisco consulted or retained in *ESN LLC v. Cisco Systems, Inc et al*, Cause No. 5:07-cv-00156-DF-CMC in the Eastern District of Texas—Texarkana Division, *Cisco Systems, Inc. v. ESN, LLC*, Cause No. 3:07CV01528 in the District Court of Connecticut, *Ward v. Cisco*, or *Albritton v. Cisco* (the "lawsuits"). These include attorneys who contacted Cisco about possibly representing Cisco in the lawsuits, who represented Cisco in pre-litigation discussions, who Cisco contacted about possibly representing Cisco in the lawsuits, who Cisco contacted about advice about who to choose as counsel or local counsel for the lawsuits, who have joint-defense agreements with Cisco and who provided any legal advice concerning the lawsuits. Cisco has made a good-faith effort to determine all attorneys who were consulted by Cisco or who contacted Cisco in any way about the lawsuits. However, it is possible that there are other attorneys who Cisco has inadvertently omitted. If you have any question about whether any additional attorneys should be included, feel free to contact Crystal Parker. This list does not include staff or contracted labor of the various firms indicated below, who also assisted in providing legal work for Cisco.

**Jackson Walker**
Charles Babcock
Richard Griffin
David Moran
Kurt Schwarz
Mary Lou Flynn DuPart
Jennifer Bryant
Crystal Parker

George McWilliams

Michael Barnes

**Baker Botts**
Kurt Pancratz
Bart Showalter
Jillian Powell (paralegal)
Steve Shortgen
Doug Kubehl
Bryant C. ("B.C.") Boren

**McKool Smith, PC**
Garret Chambers
Sam Baxter

**Quinn Emanuel Urquhart Oliver & Hedges, LLP**
Victoria Maroulis
Kevin Smith
Charles Verhoeven
Katherine Bennett

Sayuri Sharper
Robert Stone

**Day Pitney, LLP**
Michael Bucci
Sicilian James
Gail Zahner (paralegal)

**Paul Hastings**
Patrick Shea

**McCarter**
William O'Shaughnessy

**Weil Gotshal & Manges, LLP**
Edward Reines
Matthew Powers

**Goodwin Procter**
J. Anthony ("Tony") Downs
Lana Shiferman
Byron Cooper
Greg Bishop

Beatrice Ngyuen

Otis Carroll

**Brown & McCarroll**
Calvin Capshaw

**Kirkland & Ellis**
John Desmarais

**Wilmer Hale**
William Lee
David Bassett

**White & Case**
Mark Weinstein
Heidi Keefe

**Haynes & Boone**
David McCombs

**Duane Morris**

5648588v.1

L. Norwood ("Woody") Jameson

**Fenwick & West**
Darryl Woo

**Simpson Thacher**
Harrison ("Buzz") Frahn
Patrick King
Jeff Ostrow

**McDermott Will & Emery, LLP**
Paul Devinsky

**Patterson Sheridan**
Todd Patterson

**Orrick Herrington**
G. Hopkins Guy

**Fish & Richardson**
Kathleen Lutton
Nick Setty