# Ex. B

Case 4:08-cv-04022-JLH    Document 169-2    Filed 12/10/09    Page 1 of 4

1

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF TEXAS

TYLER DIVISION

ERIC M. ALBRITTON,

    Plaintiff,

vs.                                              No. 6:08-CV-00089

(1) CISCO SYSTEMS, INC.,
(2) RICHARD FRENKEL, (3) MALLUN
YEN and (4) JOHN NOH,

    Defendants.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

30(b)(6) DEPOSITION OF MALLUN YEN

Monday, November 17, 2008

SHEILA CHASE & ASSOCIATES
REPORTING FOR:
West Court Reporting Services
221 Main Street, Suite 1250
San Francisco, California  94105
Phone:  (415) 321-2300
Fax:  (415) 618-0743

Reported by:
JANIS JENNINGS, CSR, CRP, CLR
CRS-100282-019

218

1   Q.   And what news story were you anticipating
2   there might be about this?
3   A.   Why a complaint was filed a day before the
4   patent issued.
5   Q.   Okay.  Was there ever a news story about
6   it?
7   A.   I don't know.
8   Q.   Did you contact the news media about it?
9   A.   No.
10  Q.   Did Mr. Noh?
11  A.   I don't know.
12  Q.   You never talked to him about that?
13  A.   I did not ask him whether he contacted any
14  media about it.
15  Q.   Well, why did you ask that question,
16  "Maybe a news story here?  Though we'll obviously
17  be [sic] getting data to track down what happened"?
18  A.   Because it's unusual to file a lawsuit
19  before the patent issues, and it's also very unusual
20  and out of the ordinary to have a docket entry be
21  changed.
22  Q.   You thought the general public would be
23  interested in this.  Is that what you're saying?
24  A.   I thought there might be a news story.
25  Q.   And it would be a news story, of course,

Case 4:08-cv-04022-JLH   Document 169-2   Filed 12/10/09   Page 4 of 4
30(b)(6) Deposition of Mallun Yen   11/17/2008
CONFIDENTIAL - Subject to the Protective Order

219

1  that would enhance your agenda of patent reform,
2  would it not?
3          MR. McWILLIAMS:  Objection.  Form.
4          MR. BABCOCK:  Same objection.
5          THE WITNESS:  Not necessarily.
6  BY MR. PATTON:
7      Q.  You can't tell me.  What other purpose did
8  it have?
9      A.  It doesn't necessarily -- it's not
10 necessarily to further patent reform.
11     Q.  Well, this is in the middle of the effort
12 for patent reform, isn't it?  Mr. Noh is a PR guy;
13 correct?
14     A.  He is.
15     Q.  Tanielian is a government affairs guy;
16 correct?
17     A.  Yes.
18     Q.  I don't see any trial team stuff on here
19 again.  Do you?  Do you see any of the trial team?
20     A.  On this particular email there is not any
21 member of the trial team at the time.
22     Q.  Okay.  And the next one is from Mr. Noh
23 and it's dated 10:04.  And this is the one that has
24 the quote in it about too close and the dotted line
25 between Troll Tracker and Cisco.  Right?