# Ex. C

```
                                                                    1
              IN THE UNITED STATES DISTRICT COURT

                  EASTERN DISTRICT OF TEXAS

                       TYLER DIVISION


ERIC M. ALBRITTON,

        Plaintiff,

vs.                                          No. 6:08-CV-00089

(1) CISCO SYSTEMS, INC.,
(2) RICHARD FRENKEL, (3) MALLUN
YEN and (4) JOHN NOH,

        Defendants.




          CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER


             DEPOSITION OF RICHARD G. FRENKEL

                Tuesday, November 18, 2008




              SHEILA CHASE & ASSOCIATES
                   REPORTING FOR:
            West Court Reporting Services
            221 Main Street, Suite 1250
           San Francisco, California  94105
                Phone: (415) 321-2300
                 Fax: (415) 618-0743

Reported by:
JANIS JENNINGS, CSR, CRP, CLR
CRS-100282-023
```

Case 4:08-cv-04022-JLH   Document 169-3   Filed 12/10/09   Page 3 of 5
30(b)(6) Deposition of Richard G. Frenkel  11/18/2008
CONFIDENTIAL - Subject to the Protective Order

27

1  correct?
2      A.   Not necessarily.
3      Q.   Some venue changes?
4      A.   I was analyzing some of the proposals that
5  people were making regarding venue laws that could
6  have affected venue after -- if those laws were
7  passed.
8      Q.   What about your employer, Cisco?  Did they
9  want some venue reform?
10     A.   I don't know if I can speak for what Cisco
11 wanted.
12     Q.   Well, you ought to have some personal
13 knowledge of what went on out there, shouldn't you?
14     A.   Yes.
15     Q.   Okay.  Well, that's what I'm asking you.
16 Did the hierarchy in Cisco want some venue reform?
17          MR. McWILLIAMS:  Objection.  Form.
18          MR. BABCOCK:  Same objection.
19          THE WITNESS:  I don't know for sure what
20 Cisco wanted in terms of venue reform.  It was my
21 belief at the time that they did.
22 BY MR. PATTON:
23     Q.   What's a Banana Republic?
24     A.   I don't know.
25     Q.   I gather, then, that you felt free to post

West Court Reporting Services 800.548.3668 Ext. 1

                                                              28

1   something you don't even know what the implication
2   or the meaning of it was?
3           MR. McWILLIAMS:  Objection.  Form.
4           MR. BABCOCK:  Same objection.
5           THE WITNESS:  I don't remember why I chose
6   that phrase, Mr. Patton.
7   BY MR. PATTON:
8       Q.   It wasn't a compliment, was it?
9       A.   No.  And I'm sorry for that.
10      Q.   You're apologizing for calling the Eastern
11  District of Texas a Banana Republic?
12      A.   Yes.
13      Q.   Okay.  And when did you become sorry about
14  that?
15      A.   As soon as I was informed from the
16  complaint that I had actually done it because I
17  hadn't remembered doing it.
18      Q.   You didn't remember using that phrase in
19  your blog?
20      A.   No, I did not.
21      Q.   What, did you just write it in a hurry or
22  something?  You weren't thinking?  What?
23      A.   I don't know.
24      Q.   The other uncomplimentary remarks you made
25  about the Eastern District of Texas, do you remember

West Court Reporting Services 800.548.3668 Ext. 1

158

```
 1         Q.   The 17th and 18th; right?
 2         A.   Yes.
 3         Q.   All right.  Between that time period and
 4   when this lawsuit was filed in early March of 2008,
 5   did those -- either of those two articles generate
 6   any publicity?
 7         A.   No.
 8         Q.   Okay.  Now, the lawsuits that were filed
 9   by Messrs. Albritton and Mr. Ward, did they attach
10   the Patent Troll Tracker of October 17th and
11   October 18th to the lawsuits that the plaintiffs
12   filed?
13         A.   Yes.
14         Q.   All right.  And following that, was there
15   publicity in the public media about the Patent Troll
16   Tracker and about their allegations?
17         A.   Yes.  There was a tremendous amount of
18   publicity after they filed their lawsuit.
19         Q.   All right.  And did you see Mr. Patton
20   himself quoted in some of these articles?
21         A.   Oh, yes.
22         Q.   All right.  The matter that you were
23   writing about in the October 17th and the
24   October 18th Patent Troll Trackers, did you consider
25   those subjects to be matters of public concern?
```