# Ex. D

Dockets.Justia.com

# The 271 Patent Blog

*By Peter Zura*

USPTO    BPAI    Federal Circuit    EPO

Tuesday, March 11, 2008

## *TROLL TRACKER SUED*

*"I am altering the deal. Pray I don't alter it any further"*

*- Darth Vader, Empire Strikes Back (1980)*

**John Ward v. Cisco Systems, Inc.** (2007-2502-A), 188th District, Gregg County Texas

On February 27, John Ward filed a complaint in district court alleging defamation against Richard Frenkel (aka the Patent Troll Tracker) and Cisco. According to the complaint:

> On or about October 18, 2007 Defendant Frenkel made statements to the effect that Plaintiff had conspired with others to alter the filing date on a civil complaint that Plaintiff filed on behalf of Plaintiff's client in Federal Court in the Eastern District of Texas, Marshall Division. Defendant alleged that Plaintiff had engaged in this felonious activity in order to create subject matter jurisdiction against the defendant named in the civil complaint. The defendant in the civil complaint was Cisco Systems, Inc., which also happened to be Defendant Frenkel's employer.
>
> . . .
>
> As a direct and proximate result of Defendant Frenkel's false and defamatory statements, the Plaintiff has endured shame, embarrassment, humiliation, and mental pain and anguish. Additionally, the Plaintiff has and will in the future be seriously injured in his business reputation, good name, and standing in the community, and will be exposed to the hatred, contempt, and ridicule of the public in general as well as of his business associates, clients, friends, and relatives. Consequently, the Plaintiff seeks actual damages in a sum within the jurisdictional limits of this Court.

Read/download a copy of the complaint here (link)

Reports are starting to come in from the blogosphere:

- The Prior art Blog (link)

- Robert Ambrogi (link)

- Legal Pad (Cal Law) (link)

- Legal Satyricon (link)

UPDATE: The 271 Blog received the following statement from Cisco:

Peter Zura's 271 Patent Blog



Linked[in]

Subscribe to the 271 Blog Using FeedBlitz

Your email address:
[ Get email updates ]  Powered by FeedBlitz

**BlogRoll**

Anticipate This!™
BIPO
BP/G Radio Intellectual Property Podcast
Chicago IP Litigation Blog
Daily Dose of IP
Delaware IP Law Blog
Director's Forum: David Kappos' Public Blog
Duncan Bucknell's site updates
Eastern District of Texas Federal Court Practice
Gray On Claims
IAM Magazine Blog
Intellectual Property Expert Group (ipeg)
Intellectual Property Intelligence Blog
Intellectual Property Research
IP Asset Maximizer Blog
IP Dragon
IP Litigation Blog
I/P Updates
IPBiz
IPcentral Weblog
IPKat
IPWatchdog.com
ITC Law Blog
Just a Patent Examiner

"The parties have mutually agreed to make no comment on the lawsuit in question at this time. That said, we would like to underscore that the comments made in the employee's personal blog represented his own opinions and several of his comments are not consistent with Cisco's views. We continue to have high regard for the judiciary of the Eastern District of Texas and confidence in the integrity of its judges."

Posted by Two-Seventy-One Patent Blog at 8:32 PM
Labels: litigation, Patent Troll Tracker

Artigos Relacionados:

- Friday Shorts: Bilski, Troll Tracker, Patent Reform
- Patent Troll Tracker Litigation Update
- Unmasked: The Patent Troll Tracker Steps Forward
- *TROLL TRACKER SUED*



Seja o primeiro a comentar
Post a Comment

<< Newer Post     Home     Older Post >>

Orange Book Blog
Patent Arcade
Patent Baristas
Patent Circle
Patent Docs
Patent Prospector
Patently Silly
Patently-O
PATracer
Philip Brooks' Patent Infringement Updates
PHOSITA
Promote the Progress
Rethink(IP)
Securing Innovation
SPICY IP
The Invent Blog®
The Patent Librarian's Notebook
The Prior Art
Washington State Patent Law Blog

**Blog Archive**

► 2009 (184)
▼ 2008 (189)
  ► December (12)
  ► November (15)
  ► October (2)
  ► September (14)
  ► August (20)
  ► July (16)
  ► June (18)
  ► May (16)
  ► April (19)
  ▼ March (14)
    271 Blog On Vacation
    CAFC Chides Counsel, Court, On Claim Construction ...
    PTO Budget Amendment Approved
    Gor Blimey! Software Patent Rejection Gets Pipped ...
    The Latest From Delaware
    Latest Ex Parte Reexamination Statistics from the ...
    Latest Amendments to S.1145
    PWC Releases 2008 Patent Damages Study
    Patent Troll Tracker Litigation Update
    *TROLL TRACKER SUED*
    PTO Publishes Impact Analysis on "Alternative Clai...
    CPF Ups the Ante on Patent Reform, Spells Out Dama...
    USPTO: The Toughest Place to Get a Patent?
    W.D. Wis.: "A Few Examples" Of Allegedly Infringin...
  ► February (21)
  ► January (22)
► 2007 (237)
► 2006 (138)
► 2005 (361)
► 2004 (312)

Subscribe To The 271 Blog

About Me