# Ex. E

Dockets.Justia.com

SAME-DAY DELIVERY TRANSCRIPT

529

1                 UNITED STATES DISTRICT COURT

2                 EASTERN DISTRICT OF TEXAS

3                     SHERMAN DIVISION

4

5    ------------------------------------------------------

6    ERIC ALBRITTON              ] CASE NO. 6:08CV89

7    VS.                         ] 9 AM, SEPTEMBER 16, 2009

8    CISCO SYSTEMS, INC.         ] TYLER, TEXAS

9    ------------------------------------------------------

10

11      REPORTER'S SAME-DAY DELIVERY TRANSCRIPT OF JURY TRIAL

12

13          VOLUME 3 OF ^ 000, PAGES 1 THROUGH ^ 000

14

15              TABLE OF CONTENTS, ^ 000

16

17   THE HONORABLE RICHARD SCHELL, U.S. DISTRICT JUDGE, PRESIDING

18

19

20

21

22

23

24   PROCEEDINGS REPORTED USING COMPUTERIZED STENOTYPE,

25   TRANSCRIPT PRODUCED USING COMPUTER-AIDED TRANSCRIPTION.

SAME-DAY DELIVERY TRANSCRIPT

SAME-DAY DELIVERY TRANSCRIPT

778

04:39PM 1  "HEY, I'VE READ THAT YOU HAVE COMMITTED SOME SORT OF CRIME AND

04:39PM 2  WE'RE INVESTIGATING IT"?

04:39PM 3  A.      THAT'S CORRECT.

04:39PM 4  Q.      ALL RIGHT.

04:39PM 5          AND YOU DIDN'T GET AN APOLOGY, BUT YOU DIDN'T REACH

04:39PM 6  OUT TO MR. FRENKEL'S BLOG, TO THE PATENT TROLL TRACKER, EITHER,

04:39PM 7  DID YOU?

04:39PM 8  A.      YOU DON'T WRESTLE WITH A SNAKE, YOU CUT ITS HEAD OFF.

04:39PM 9  AND THAT'S WHAT WE DID.

04:39PM 10 Q.      WELL, HE'S STILL GOT HIS HEAD, SO YOU ARE A LITTLE

04:39PM 11 PREMATURE IN THAT.

04:39PM 12 A.      WELL, NO, WE SHUT THE BLOG DOWN IS WHAT WE DID.  AND I

04:39PM 13 WASN'T GONNA ENGAGE WITH HIM ON HIS HOME TURF WHERE HE COULD

04:39PM 14 SPIN WHATEVER HE WAS GONNA SPIN.

04:39PM 15 Q.      YOU SHUT THE BLOG DOWN, AND THAT WAS ONE OF YOUR

04:39PM 16 OBJECTIVES, OF COURSE?

04:39PM 17 A.      MY OBJECTIVE WAS TO GET THE ARTICLES THAT WERE ACCUSING

04:39PM 18 ME OF A CRIME TAKEN DOWN.  HE TOOK THE WHOLE THING DOWN ON HIS

04:40PM 19 OWN ONCE CISCO GOT OUTED.

04:40PM 20 Q.      THE ANSWER TO MY QUESTION A MINUTE AGO WAS:  YOU DID

04:40PM 21 NOT REACH OUT TO HIM BY E-MAILING HIM EVEN THOUGH THERE'S A

04:40PM 22 BUTTON RIGHT THERE, RIGHT?

04:40PM 23 A.      ABSOLUTELY NOT.  NEVER WOULD.

04:40PM 24 Q.      YOU NEVER WOULD?

04:40PM 25 A.      NO WAY.

SAME-DAY DELIVERY TRANSCRIPT

SAME-DAY DELIVERY TRANSCRIPT

793

04:56PM  1  YOUR TEXARKANA CASE FOR ESN, RIGHT?

04:56PM  2  A.    I DON'T KNOW THAT THAT'S RIGHT.  WHETHER THEY WIN OR

04:56PM  3  LOSE, THE FACTS ARE THE FACTS, AND THOSE FACTS COME INTO THAT

04:57PM  4  CASE, I THINK.

04:57PM  5  Q.    WELL, YOUR FACTS WOULD BE A LITTLE BIT BETTER IF THE

04:57PM  6  JURY ACCEPTS YOUR VERSION OF THE EVENTS, WON'T IT?

04:57PM  7  A.    I DON'T THINK SO, BECAUSE I DON'T THINK THAT'S

04:57PM  8  ADMISSIBLE.

04:57PM  9  Q.    OKAY.  WELL, GOOD.

04:57PM 10        YOU ALSO--YOU AND MR. ALBRITTON HAVE SUED CISCO IN

04:57PM 11  ANOTHER CASE, HAVE YOU NOT, RECENTLY?

04:57PM 12  A.    WE HAVE A CLIENT WHO HAS, YES.

04:57PM 13  Q.    I'M SORRY.

04:57PM 14  A.    RIGHT.

04:57PM 15  Q.    YOU ARE REPRESENTING A DIFFERENT CLIENT THAN ESN THAT

04:57PM 16  HAS ALSO SUED CISCO IN THE EASTERN DISTRICT OF TEXAS?

04:57PM 17  A.    IT'S ANOTHER PATENT-INFRINGEMENT CASE, YES, SIR.

04:57PM 18  Q.    OKAY.  AND IF YOU WIN THAT CASE, YOU STAND TO BENEFIT

04:57PM 19  PERSONALLY, DO YOU NOT?

04:57PM 20  A.    I THINK THAT CASE IS HOURLY.  THERE MIGHT BE A

04:57PM 21  CONTINGENT COMPONENT TOO, AS WELL, BUT THAT'S THE WAY 95

04:57PM 22  PERCENT OF MY BUSINESS IS, IT'S CONTINGENT-FEE LITIGATION.

04:57PM 23  Q.    SURE.  OKAY.

04:57PM 24        NOW, YOU SAID IN GOING THROUGH THE ARTICLE THAT YOU

04:57PM 25  THOUGHT IT WAS FALSE THAT MR. FRENKEL HAD GOTTEN ANONYMOUS

SAME-DAY DELIVERY TRANSCRIPT