# Ex. F

Dockets.Justia.com

```
                                                                    1
               IN THE UNITED STATES DISTRICT COURT

                   EASTERN DISTRICT OF TEXAS

                        TYLER DIVISION

   ERIC M. ALBRITTON,           *
                                *
        Plaintiff,              *
                                *
   VS.                          *  C.A. NO. 6:08-CV-00089
                                *
   CISCO SYSTEMS, INC., RICK    *
   FRENKEL, MALLUN YEN &        *
   JOHN NOH,                    *
                                *
        Defendants.             *


   *************************************************************

                      ORAL DEPOSITION OF

                         AMIE MATHIS

                      OCTOBER 27TH, 2008

   *************************************************************
```

ORAL DEPOSITION OF AMIE MATHIS, produced as a witness at the instance of the CLAIMANT, and duly sworn, was taken in the above-styled and numbered cause on the 27th of October, 2008, from 9:24 a.m. to 11:38 a.m., before Tammy Staggs, CSR in and for the State of Texas, reported by machine shorthand, at the Law Offices of James A. Holmes, 605 South Main, Suite 203, Henderson, Texas, pursuant to the Federal Rules of Civil Procedure and the provisions stated on the record or attached hereto.

37

1  A.  She is.
2  Q.  Okay.  And she was at that time?
3  A.  Yes.
4  Q.  Okay.  Did you -- after expressing concern
5  about this docket sheet reflecting October 15th as the
6  date the complaint was filed, did you ask her to change
7  the date to October 16th?
8  A.  I would have never asked her to change the
9  date.  It was always what we would need to do or what
10 needed to be done so the date was correctly showing what
11 need to be showed.
12 Q.  So you're quite certain that you did not ask
13 her to change the date?
14 A.  I'm very certain I did not ask her to change
15 the date.
16 Q.  Did you speak to more than one Texarkana
17 deputy clerk?
18 A.  Shelley would have been the only deputy clerk
19 that I spoke to in Texarkana.
20 Q.  Okay.  Did -- did Shelley, the Texarkana
21 clerk, refer you to a -- the Tyler clerk's office?
22 A.  She did.
23 Q.  She did refer you, okay.
24     And why did she refer you to the -- why
25 did she tell you she referred you to the Tyler clerk's