# Ex. G

Dockets.Justia.com

1

                IN THE UNITED STATES DISTRICT COURT
                 FOR THE EASTERN DISTRICT OF TEXAS
                          TYLER DIVISION

ERIC M. ALBRITTON              )
                               )
v.                             )
                               )      C.A. NO. 6:08-CV-00089
CISCO SYSTEMS, INC.,           )
RICK FRENKEL, MALLUN YEN &     )
JOHN NOH                       )


*************************************************************

               ORAL AND VIDEOTAPED DEPOSITION OF
                          DAVID MALAND
                       NOVEMBER 3, 2008
                          VOLUME I

*************************************************************




        ORAL AND VIDEOTAPED DEPOSITION OF DAVID MALAND,

produced as a witness at the instance of the Defendant,

and duly sworn, was taken in the above-styled and

numbered cause on the 3rd day of November, 2008, from

9:25 a.m. to 3:15 p.m., before April R. Eichelberger,

CSR in and for the State of Texas, reported by machine

shorthand, at the United States District Court for the

Eastern District of Texas, 211 West Ferguson Street in

the City Tyler and the State of Texas, pursuant to the

Federal Rules of Civil Procedure and the provisions

stated on the record or attached hereto.

Maland, David                                    11/3/2008

153

1   Eric did to convince you that you needed to make a

2   change?

3        A.   I was looking at it from our independent

4   perspective.  I wanted to see what the record materials

5   reflected, and I made the judgment call based on what I

6   saw in the record materials.

7        Q.   Continuing that same sentence, he says you

8   changed the October 16th filing date.  Was there ever

9   any change made to the filing date?

10       A.   Again, the term "filing date" a term of art.

11  What we did change is the date -- I think it says date

12  filed on Document Number 1.  It's in that first column

13  of the docket sheet.  It got changed from October 15th

14  to October 16th.  And the filing date, however, in

15  reality, under our rules, is the date that's reflected

16  on the Notice of Electronic Filing.  That is the

17  file-stamped indicia of filing.

18       Q.   Did anyone at the clerk's office --

19       A.   And we can't -- we can't change that.  It's

20  hardwired.  It is encrypted.  It is unassailable, thank

21  heaven.

22       Q.   And so the answer to my next question, then,

23  you've probably already given me, but that is no one

24  then at the clerk's office changed the filing date of

25  this document?

Maland, David                              11/3/2008

154

1            MR. BABCOCK:  Object to the form.

2            MR. McWILLIAMS:  Object to the form.

3       A.   Well, I would say that we did change

4   something.  We adjusted the record, corrected the

5   record, to better reflect what we knew about when the

6   complaint was tendered.  The complaint was tendered at

7   two minutes after midnight, and we clarified that by

8   making the adjustment on the date filed in -- on the

9   docket sheet.  We did not and could not change the NEF,

10  which is really controlling here.

11      Q.   (BY MR. HOLMES)  The official filing date is

12  reflected in the NEF?

13      A.   Yes.

14      Q.   Did you change the official filing date in the

15  NEF?

16      A.   No, couldn't, can't.

17      Q.   Did the NEF ever reflect an October 15th

18  filing date?

19      A.   Well, yes, there's some language there, but --

20  and that's -- if we go to the NEF -- I think I can do

21  this from memory, but it says filed 10/15, entered

22  10/16.  And that's confusing.  What we were schooled on

23  and the dispositive, to my mind, results are the

24  document stamps.  Every one -- thank you.  These,

25  stamped document, date 10/16.  There is the main