# Ex. H

SATURDAY, OCTOBER 20, 2007

### Blog Milestone

It was six months ago today I started sketching out my plans for this blog. Took me a couple of weeks to be bold enough to make the first post. Now, the blog is nearly 6 months old. I have received 30,000 visits in those 6 months, with nearly 60,000 page views. My readers include those from the Senate and House of Representatives, the Patent and Trademark Office and the Department of Justice, many major law firms, and a ton of corporations. And quite a few owners of shell companies suing in East Texas. Not surprisingly, a good portion of the hits my blog gets comes from Texas.

Most of the feedback has been good - people have told me I am filling a void, talking about something nobody really publicly talked about before in a blog. While I have enjoyed writing it, one part I haven't enjoyed are the often nasty and threatening comments. For a while, I have tried moderating comments, publishing only the ones I want to publish. But this has become too much work. There are just too many people making too much money out there off of lawsuits by non-practicing entities, and a few of them are in panic mode, desperately trying to figure out who I am. Despite the fact that all I am doing is reporting what I find publicly on the internet, the fact I am shedding light on people who prefer to remain hidden under the bridge or rock is creating too much risk.

So, I have decided I am no longer allowing comments and emails. I'm going to still keep posting for now (although for much of this week, I'll be away from my computer). Hope everyone keeps enjoying. If you want a forum to complain about my blog, I think that ihatetrolltracker.com is probably still available.

Posted by Rick Frenkel at 1:09 PM   0 comments
Labels: anonymity, blogging, patent reform

FRIDAY, OCTOBER 19, 2007

### Fish & Richardson Strikes Back at Scott Harris

> This case concerns a lawyer's grave breach of his duties to his law firm. Mr. Harris, the attorney, obtained a "portfolio" of patents while a principal of Fish & Richardson by misusing firm resources and engaging in unauthorized legal work. The patent at issue in this case ("the '252 Patent" or "Patent") is one such patent. Mr. Harris then sought to cash in on his patents, including the '252 Patent, by offering them to sale to parties that Mr. Harris knew would file infringement actions against defendants that included his own firm's clients. The instant lawsuit by Illinois Computer Research against Google is one such action against a Fish & Richardson client for alleged

---

Blogger, Revealed
Desire2Appeal
Ted Frank on Patent Reform
Email From Sorensen
Mike Masnick on Intellectual Property
Troll Wars
Saffran Final Judgment Upped to $501 Million Again...
Business Method Patents To Face Scrutiny By En Ban...
Friday Miscellany, 2/15/08
Happy Valentine's Day
Taurus/Orion/Spangenberg Hold Off Ford in Madison:...
$432 Million Verdict in Marshall Texas Patent Case...
Saffran v. Boston Scientific
Two New Blogs I'm Reading on Global IP
Acacia Sues Apple over iTunes ... In East St. Loui...
Patent Litigation Statistics for January 2008
Global Patent Holdings' Amended Complaint in Flori...
Victory for Rembrandt
The Once-Company
Manic Monday

► January (29)

► 2007 (136)

**Labels**

104 E. Houston St. (3)
1st Media (1)
1st Technology (3)
Acacia (47)
Accolade Systems (1)
ADISCOV (2)
Adv Tech Incubator (1)
Alexsam (5)
Aloft Media (1)