# Ex. I

Dockets.Justia.com

1

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| ERIC M. ALBRITTON, | ) |
| | ) |
| PLAINTIFF, | ) |
| | ) |
| VS. | ) CIVIL ACTION |
| | ) NO.: C.A. NO. |
| CISCO SYSTEMS, INC., RICK FRENKEL, MALLUN YEN & JOHN NOH, | ) 6:08-CV-00089 |
| | ) |
| DEFENDANTS. | ) |

------------------------------------

ORAL AND VIDEOTAPED DEPOSITION OF

MICHAEL SMITH

November 24th, 2008

------------------------------------

ORAL AND VIDEOTAPED DEPOSITION OF MICHAEL SMITH, produced as a witness at the instance of the DEFENDANT, and duly sworn, was taken in the above-styled and -numbered cause on the 24th day of November, 2008, from 1:15 p.m. to 4:08 p.m., before Regenia Plant, CSR in and for the State of Texas, reported by machine shorthand, at the law offices of Siebman, Reynolds, Burg, Phillips & Smith, LLP, 713 South Washington Avenue, Marshall, Texas, pursuant to the Federal Rules of Civil Procedure.

27

| | | |
|---|---|---|
| 1 | 01:41:10 | of the filing of the defamation case? |
| 2 | 01:41:11 | A.  Right. |
| 3 | 01:41:14 | Q.  Okay.  Can you recall any media accounts |
| 4 | 01:41:19 | surrounding the filing controversy in the underlying |
| 5 | 01:41:22 | ESN case back in October of 2007? |
| 6 | 01:41:25 | A.  The only one that I specifically remember was |
| 7 | 01:41:30 | the Troll Tracker post.  I may have read others, I |
| 8 | 01:41:30 | don't remember. |
| 9 | 01:41:33 | Q.  But none that you can remember right now? |
| 10 | 01:41:33 | A.  Right. |
| 11 | 01:41:41 | Q.  Okay.  If you will go to the second |
| 12 | 01:41:43 | paragraph, it's the third line.  It's the paragraph |
| 13 | 01:41:46 | that -- that says, "Readers will recall that right |
| 14 | 01:41:49 | after that post came out, I posted on it with a |
| 15 | 01:41:52 | comment."  And the -- what I want to ask you about is |
| 16 | 01:41:56 | you say, "I talked to one of the lawyers about it a |
| 17 | 01:42:00 | few days later and he confirmed what happened."  You |
| 18 | 01:42:00 | see where I'm -- |
| 19 | 01:42:01 | A.  Right. |
| 20 | 01:42:03 | Q.  -- referring?  Who was that lawyer that you |
| 21 | 01:42:05 | talked to a few days later? |
| 22 | 01:42:06 | A.  That was Eric Albritton.  That was the |
| 23 | 01:42:08 | conversation I was referring to earlier. |
| 24 | 01:42:12 | Q.  Okay.  And what you've told me about that |
| 25 | | conversation was -- just a minute ago was that you met |