# Ex. K

```
                                                                    1

 1                     UNITED STATES DISTRICT COURT

 2                      EASTERN DISTRICT OF TEXAS

 3                          SHERMAN DIVISION

 4

 5     -----------------------------------------------------------

 6    ERIC ALBRITTON                    ] CASE NO. 6:08CV89

 7    VS.                               ] 9 AM, SEPTEMBER 17, 2009

 8    CISCO SYSTEMS, INC.               ] TYLER, TEXAS

 9     -----------------------------------------------------------

10

11        REPORTER'S SAME-DAY DELIVERY TRANSCRIPT OF JURY TRIAL

12

13              VOLUME 4 OF ^ 000, PAGES 1 THROUGH ^ 000

14

15                       TABLE OF CONTENTS, ^ 000

16

17     THE HONORABLE RICHARD SCHELL, U.S. DISTRICT JUDGE, PRESIDING

18

19

20

21

22

23

24   PROCEEDINGS REPORTED USING COMPUTERIZED STENOTYPE,

25   TRANSCRIPT PRODUCED USING COMPUTER-AIDED TRANSCRIPTION.
```

172

```
02:35PM   1  ENTITIES FILING LAWSUITS IN THE EASTERN DISTRICT OF TEXAS.
02:35PM   2              MS. PEDEN:  NO, I DON'T BELIEVE THAT THAT'S WHAT
02:35PM   3  DEFENDANTS CONTEND, AND WE DID THAT BATTLE IN DISCOVERY.  WE
02:35PM   4  ASKED FOR THAT DISCOVERY.  THEY DIDN'T GIVE IT TO US -- AND --
02:35PM   5  BECAUSE THAT WASN'T THEIR -- I BELIEVE THAT WASN'T THEIR
02:35PM   6  POSITION.
02:35PM   7              THE COURT:  MR. MORAN, WAS THAT YOUR POSITION IN
02:35PM   8  CONNECTION WITH THE MOTION FOR SUMMARY JUDGMENT, THAT THE
02:35PM   9  PUBLIC CONCERN HAD TO DO WITH THAT ISSUE?
02:35PM  10              MR. MORAN:  LET ME SEE IF I CAN CLARIFY THAT, YOUR
02:35PM  11  HONOR.
02:35PM  12              THE COURT:  OKAY.
02:36PM  13              MR. MORAN:  WHAT WE'RE TALKING ABOUT HERE THIS
02:36PM  14  AFTERNOON IS THE CHARACTER OF THE SPEECH.  THE SUMMARY-JUDGMENT
02:36PM  15  MOTION WAS DIRECTED TO WHETHER OR NOT THE PLAINTIFF WAS A
02:36PM  16  PUBLIC FIGURE, AND THE COURT HELD THAT MR. ALBRITTON WAS NOT A
02:36PM  17  PUBLIC FIGURE; HE WAS A PRIVATE FIGURE.
02:36PM  18              THE COURT:  YES.
02:36PM  19              MR. MORAN:  ONE OF THE ELEMENTS OF CONSIDERATION IN
02:36PM  20  THAT DETERMINATION OF THE STATUS OF THE PLAINTIFF -- NOT THE
02:36PM  21  CHARACTER OF THE SPEECH, WHICH IS WHAT WE'RE TALKING ABOUT
02:36PM  22  NOW -- IS WHETHER OR NOT THERE WAS A PUBLIC CONTROVERSY THAT
02:36PM  23  MR. ALBRITTON MAY HAVE PLAYED MORE THAN A TANGENTIAL ROLE IN.
02:36PM  24  AND YOUR HONOR RULED THAT HE REALLY WASN'T INVOLVED IN THAT
02:36PM  25  PUBLIC CONTROVERSY, IF THERE WAS A PUBLIC CONTROVERSY.  WE'RE
```

173

```
02:36PM   1  TALKING --
02:36PM   2              THE COURT:  WAIT A MINUTE.  DID I SAY THAT?  I THINK
02:36PM   3  WHAT I SAID ON PAGE 10 -- MAYBE I MISREAD WHAT YOU HAD IN YOUR
02:36PM   4  BRIEF, BUT -- THERE WAS A LOT OF BRIEFING ON THIS.  BUT I
02:36PM   5  THOUGHT THAT YOUR POSITION WAS THAT THE PUBLIC CONTROVERSY WAS
02:36PM   6  ABUSE OF THE PATENT SYSTEM BY NONPRACTICING ENTITIES IN THE
02:37PM   7  EASTERN DISTRICT OF TEXAS.
02:37PM   8              MR. MORAN:  ABSOLUTELY.  THERE'S NO DOUBT ABOUT
02:37PM   9  THAT.  IT'S PART OF, WE SAID, A PUBLIC CONTROVERSY AT THE TIME.
02:37PM  10              THE COURT:  OKAY.  BUT YOUR POSITION IS -- AND I --
02:37PM  11  I'LL HEAR FROM MS. PEDEN, BUT I TEND TO AGREE THAT WHAT GOES ON
02:37PM  12  IN OUR CLERK'S OFFICE IS A MATTER OF PUBLIC CONCERN.
02:37PM  13              MR. MORAN:  ABSOLUTELY, AND THAT'S WHAT WE'RE SAYING
02:37PM  14  NOW.  WE ARE TALKING ABOUT THE CHARACTER OF THE SPEECH.  AND
02:37PM  15  THE PATENT TROLL TRACKER BLOGS ARE SUBSTANTIALLY ABOUT THE
02:37PM  16  PUBLIC INTEGRITY OF THE DOCKETING SYSTEM, THE FILE SYSTEM, THE
02:37PM  17  CONDUCT --
02:37PM  18              THE COURT:  OKAY.
02:37PM  19              MR. MORAN:  -- ACTIONS OF THE CLERK, AND SO THAT'S
02:37PM  20  WHY WE SAY THE SPEECH IS A MATTER OF PUBLIC CONCERN.
02:37PM  21              THE COURT:  OKAY.
02:37PM  22              MS. PEDEN, YOU DON'T DISAGREE WITH THAT, DO YOU?
02:37PM  23              MS. PEDEN:  I DON'T DISAGREE THAT THAT'S THEIR
02:37PM  24  POSITION.  IT WAS BRIEFED IN A SUMMARY-JUDGMENT BRIEFING, AND
02:37PM  25  NOT JUST IN THE CONTEXT OF THE PRIVATE FIGURE -- PUBLIC
```