

**From**: Babcock, Chip
**To**: 'ppeden@pedenlawfirm.com'
**Sent**: Thu Dec 10 23:12:57 2009
**Subject**: Re: Ralph Deloach

Jan 5 will be fine.

---

Sent from my BlackBerry Wireless Handheld

---

**From**: Patricia L. Peden
**To**: Babcock, Chip
**Cc**: Parker, Crystal; Turnock, Holly
**Sent**: Thu Dec 10 22:47:04 2009
**Subject**: RE: Ralph Deloach

Chip:

I forgot to mention that DeLoach's deposition was noticed for January 5th. We are not available on January 7th.

Patty

**From**: Babcock, Chip [mailto:cbabcock@jw.com]
**Sent**: Tuesday, December 08, 2009 1:53 PM
**To**: Patricia L. Peden
**Cc**: Parker, Crystal; Turnock, Holly
**Subject**: RE: Ralph Deloach

Patty,
  We are substituting Mr. Ron Weston a former district clerk for the Western District of Michigan in the place of Mr. DeLoach. Mr. Weston is available for his deposition on January 7, 2009 which is the date that you subpoenaed Mr. DeLoach. Furthermore he will be presented at Jackson Walker's offices in Houston 1401 McKinney Suite 1900 starting whenever you want but I would propose 10am. His opinions will track those of Mr. DeLoach but I will send you a formal document disclosing the matters required by the Federal Rules this Thursday.
  I am sorry for any inconvenience relating to Mr. DeLoach but, for the record, I did not release him from his agreement to testify before finding an appropriate replacement.
  By the way you didn't answer the second part of my question which was do you know of anyone who contacted Mr. DeLoach about his testimony (other than the people you indicated below). Very strange situation.
  Best regards,
    Chip