IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

JOHN WARD, JR.                                                    PLAINTIFF

v.          Civil No. 08-4022

CISCO SYSTEMS, INC.                                               DEFENDANT

### ORDER

Now on this 18th day of December, 2009, comes on for consideration **Cisco Systems, Inc.'s Motion and Brief for District Judge to Reconsider Magistrate Judge's Order Denying Cisco's Motion to Compel Production of Documents** (document #150) and the response and thereto. The Court, being well and sufficiently advised, finds and orders as follows:

1. On November 2, 2009, the Court referred **Defendant Cisco Systems, Inc.'s Motion to Compel Responses to Cisco System, Inc.'s First Request for Production and Brief in Support Thereof** (document #101) to United States Magistrate Judge Erin L. Setser.

2. Following a telephonic hearing, Judge Setser entered an Order, on November 4, 2009, granting in part, and denying in part the motion to compel (document #138).

3. On November 16, 2009, Defendant Cisco filed two (2) motions seeking reconsideration of Judge Setser's Order:

* the instant motion, **Cisco Systems, Inc.'s Motion and Brief**

**for District Judge to Reconsider Magistrate Judge's Order Denying Cisco's Motion to Compel Production of Documents** (document #150); and,

\*   **Cisco Systems, Inc.'s Motion and Brief for Magistrate Judge to Reconsider Order Denying Cisco's Motion to Compel Production of Documents Based on Misrepresentations to the Court** (document #151).

4.   In addition to the issues concerning defendant's Requests for Production Nos. 4, 5, 9, 11, and 17 presented to Judge Setser in document #151, Cisco also seeks reconsideration of Judge Setser's ruling concerning defendant's Request for Production No. 12.

5.   According to 28 U.S.C. § 636, this Court may reconsider a ruling of a Magistrate Judge pretrial matters "where it has been shown that the magistrate judge's order is clearly erroneous or contrary to law."  *See also* <u>Ferguson v. U.S.</u>, 484 F.3d 1068, 1077 (8th Cir. 2007).

6.   The Court, having reviewed the instant motion, the plaintiff's response, and Judge Setser's rulings on both documents #101 and #151, finds no evidence that Judge Setser's ruling on document #101 is clearly erroneous or contrary to the law, and therefore, finds that **Cisco Systems, Inc.'s Motion and Brief for District Judge to Reconsider Magistrate Judge's Order Denying**

**Cisco's Motion to Compel Production of Documents** (document #150) should be, and hereby is, **DENIED.**

    **IT IS SO ORDERED.**

                                             <u>/s/ Jimm Larry Hendren</u>
                                             JIMM LARRY HENDREN
                                             UNITED STATES DISTRICT JUDGE