# EXHIBIT "B"

Dockets.Justia.com

1

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

JOHN WARD, JR.,

        Plaintiff,

vs.                            Case No. 08-4022

CISCO SYSTEMS, INC.,

        Defendant.
~~~~~~~~~~~~~~~~~~~~~~~~~~~~

VIDEOTAPED DEPOSITION OF MALLUN YEN

VOLUME I

November 18, 2009

9:32 a.m.

675 El Camino Real

Palo Alto, California

Reported by Pua'aina L. McVay, CSR 12868
Certified LiveNote Realtime Reporter



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.866.5560
Facsimile: 248.205.7040

Suite 925
2301 West Big Beaver Road
Troy, MI 48084
www.esquiresolutions.com

```
                              105
 1       A    Because you just told me there was.
 2       Q    This is the first time you knew about it?
 3       A    I don't know.
 4       Q    Was anyone ever disciplined or reprimanded as
 5   a result of this investigation and what happened?
 6       A    I'm not aware of anyone being disciplined.
 7       Q    What about discipline of Mr. Frenkel because
 8   of what he had written, did that ever happen?
 9       A    I'm not aware that he was disciplined.
10       Q    Was anyone ever fired, suspended or punished
11   in any way over what happened?
12       A    Not to my knowledge.
13       Q    You weren't ever disciplined in any way?
14       A    No.
15       Q    Let's see if I can lay my hands on it.  There
16   was Exhibit 4 is a four-page exhibit.  It's a
17   compilation of e-mails.  You see on the -- toward the
18   middle of the first page is a message from you to
19   Mr. Chandler and Mr. Rubin.  It says, "I went back to
20   check my e-mails."  Do you see that?
21       A    Yes.
22       Q    Why were you going back to check your e-mails
23   in February of 2008?
24       A    Because I was looking to see what had
25   happened.
```


ESQUIRE
an Alexander Gallo Company

Toll Free: 800.866.5560
Facsimile: 248.205.7040

Suite 925
2301 West Big Beaver Road
Troy, MI 48084
www.esquiresolutions.com