# EXHIBIT "C"

1

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

JOHN WARD, JR.,

        Plaintiff,

                      Case No. 08-4022

vs.

CISCO SYSTEMS, INC.,

        Defendant.
~~~~~~~~~~~~~~~~~~~~~~~~~~~~


VIDEOTAPED DEPOSITION OF RICHARD G. FRENKEL

VOLUME I


November 18, 2009

2:15 p.m.


675 El Camino Real

Palo Alto, California




Reported by Pua'aina L. McVay, CSR 12868
Certified LiveNote Realtime Reporter



Toll Free: 800.866.5560
Facsimile: 248.205.7040

Suite 925
2301 West Big Beaver Road
Troy, MI 48084
www.esquiresolutions.com

174

```
 1      A    Subject to the explanations I gave at the
 2   beginning of this deposition when we discussed
 3   Exhibit 5, yes.
 4      Q    What were those qualifications?
 5      A    I think I believe that I added a couple of --
 6   a couple of extra things I relied on here and there --
 7      Q    Yes.
 8      A    -- that having gone through more than just
 9   the trial --
10      Q    Yes.
11      A    -- it refreshes my recollection as to some
12   other things.
13      Q    All right.  When there was some sort of
14   internal investigation at Cisco about your blogging at
15   some point?
16      A    Yes.
17      Q    When was that?
18      A    After I had been sued by Mr. Albritton and
19   Mr. Ward.
20      Q    So now we're into the spring of '08?
21      A    Right.  It was after March 6, 2008.
22      Q    When did the -- how did the investigation get
23   started?
24      A    I don't know.
25      Q    Who was in charge of it?
```


ESQUIRE
an Alexander Gallo Company


Toll Free: 800.866.5560
Facsimile: 248.205.7040

Suite 925
2301 West Big Beaver Road
Troy, MI 48084
www.esquiresolutions.com

175

1  A  You know, I don't really know for sure.
2  Q  Was it Mr. Chandler?
3  A  I don't think so.
4  Q  Wasn't he the one that you said you had a
5  long talk with?
6  A  Well, no. I mean, at some point I did talk
7  to him but it wasn't -- it wasn't about this
8  investigation.
9  Q  I thought you told us at the trial that one
10 result of the investigation was that you had had a
11 pretty pointed discussion with Mr. Chandler and he
12 wasn't very happy?
13 A  One result of the fact that I was being
14 investigated caused me to seek out Mr. Chandler on my
15 own and ask to talk to him.
16 Q  So that's how that happened?
17 A  Yes.
18 Q  Tell me before we get to that about what
19 were -- what was being done to investigate your
20 blogging activities?
21     MR. McWILLIAMS: Just a minute. We need to
22 be careful here, too. That was a very broad question
23 and I think it could include some privileged
24 information but I'll let --
25     MR. GRIFFIN: Well, if what was being done if



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.866.5560
Facsimile: 248.205.7040

Suite 925
2301 West Big Beaver Road
Troy, MI 48084
www.esquiresolutions.com

```
                              188
 1      A    Certainly after March 4th, 2008.
 2      Q    And that date of March 4th sticks in your
 3 mind because --
 4      A    That's a date that I got served with the Ward
 5 complaint.
 6      Q    So sometime shortly after you were served
 7 with the Ward complaint he fussed at you -- well, you
 8 had a discussion with him?
 9      A    Yeah, the word "fuss" I believe was
10 Mr. Patten's word which I agreed to at trial.
11      Q    Right.  You said at trial that he was not
12 very happy?
13      A    I think that's what I said.
14      Q    But you were confident at trial that he did
15 not tell you that he was going to fire you?
16      A    Right.
17      Q    And he never did fire you?
18      A    Right.
19      Q    They never disciplined you in any way, did
20 they?
21      A    That's right.
22      Q    You ultimately closed the blog down, changed
23 it to invitation only?
24      A    I closed the blog down.  There's no option to
25 do anything other than change it to either invitation
```



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.866.5560
Facsimile: 248.205.7040

Suite 925
2301 West Big Beaver Road
Troy, MI 48084
www.esquiresolutions.com