IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

| | | |
|---|---|---|
| JOHN WARD, JR. | § | |
| | § | |
| | § | C. A. NO. 08-4022 |
| v. | § | JURY TRIAL DEMANDED |
| | § | |
| CISCO SYSTEMS, INC. | § | |

**DEFENDANT CISCO SYSTEMS, INC.'S MOTION FOR MAGISTRATE JUDGE SETSER TO COMPEL PRODUCTION OF DOCUMENT ON PRIVILEGE LOG AND BRIEF IN SUPPORT THEREOF**

TO THE HONORABLE MAGISTRATE JUDGE:

Cisco System, Inc. ("Cisco") hereby files its Motion to Compel Production of Document on Privilege Log and Brief in Support as set forth below.

### I. INTRODUCTION

Plaintiff brought this action on March 13, 2008, claiming that Cisco had published defamatory articles about him that have damaged his reputation and caused him mental anguish.

On March 30, 2009, Cisco served its First Request for Production on Plaintiff, which was aimed at discovering essential information relating to Plaintiff's claims and so that Cisco could prepare for depositions and further discovery in this case. Ward included a document on his privilege log that could not be privileged because it is a communication with someone who is not his attorney in this case.

Cisco filed a motion to compel this document previously, but there was confusion about which document was at issue. Magistrate Judge Setser therefore ordered that Cisco should determine the correct document number from Plaintiff's privilege log and file another motion.

On December 21, 2009, counsel for Plaintiff identified the document as document No. 6 from Plaintiff's privilege log.

## II. ARGUMENT

In response to Cisco's First Request for Production, Plaintiff logged a document in his privilege log (Exhibit A) that could not be privileged. Number 6 states that it is a communication between D. Pridham and John Ward, Jr. and is described as "Work product and litigation strategy regarding Ward v. Cisco." (Exhibit A). Yet Ward testified that David Pridham was not an attorney in this litigation:

> Q. Is Mr. Pridham, who you referenced earlier, an attorney in the Ward versus Cisco case?
>
> A. No.

(Deposition of John Ward, Exhibit B at 130:18-20). The communication could not possibly be privileged or work product when the conversation was not between Plaintiff and his attorneys in this lawsuit. Therefore, Ward should be ordered to produce the document.

## III. CONCLUSION

For the reasons set forth above, Cisco requests that the Court overrule Plaintiff's objections and order Plaintiff to produce document no. 6 from Plaintiff's privilege log. In the alternative, Cisco requests that Plaintiff be required to produce the document for *in camera* inspection to determine whether it is privileged.

Respectfully submitted,

JACKSON WALKER L.L.P.

/s/ *Charles L. Babcock*
  Charles L. Babcock
  Federal Bar No.: 10982
  Email: cbabcock@jw.com
  Richard E. Griffin
  Arkansas Bar No.: 63020
  Email: rgriffin@jw.com
  Crystal J. Parker
  Federal Bar No.: 621142
  Email: cparker@jw.com
  1401 McKinney
  Suite 1900
  Houston, Texas 77010
  (713) 752-4200
  (713) 752-4221 – Fax
  Kurt A. Schwarz
  Jackson Walker L.L.P.
  901 Main Street, Suite 6000
  Dallas, Texas 75202
  Telephone: (214) 953-6000
  Telecopier: (214) 953-5822

ATTORNEYS FOR CISCO SYSTEMS, INC.

## CERTIFICATE OF CONFERENCE

The parties have conferred in good faith on the specific issues in dispute in this Motion, and they are not able to resolve their disagreements without the intervention of the Court.

/s/ *Crystal J. Parker*

## CERTIFICATE OF SERVICE

This is to certify that on this 30th day of December, 2009, a true and correct copy of the foregoing was served via electronic mail upon:

| | |
|---|---|
| Patricia L. Peden | Nicholas H. Patton |
| Law Offices of Patricia L. Peden | Patton, Tidwell & Schroeder, LLP |
| 5901 Christie Avenue | 4605 Texas Boulevard |
| Suite 201 | P.O. Box 5398 |
| Emeryville, CA 94608 | Texarkana, Texas 75505-5398 |
| ***Attorney for Plaintiff John Ward, Jr.*** | ***Attorney for John Ward, Jr.*** |

/s/ *Charles L. Babcock*
Charles L. Babcock

# Exhibit A

## JOHN WARD, JR. PRIVILEGE LOG

05/29/2009

| No. | Pages | From | To | Other Recipients | Date | Description | Privilege |
|---|---|---|---|---|---|---|---|
| 1 | 1 | P. McAndrews | John Ward, Jr. Eric Albritton | | 3/08/08 | Discussion of filing of ESN lawsuit | AC WP |
| 2 | 1 | Chiaviello, Bob | John Ward, Jr | | 3/14/08 | Re Ward v. Cisco | WP |
| 3 | 1 | Eric Albritton | John Ward, Jr. Eric Albritton | | 10/16/07 | Attorney communications regarding filing of ESN litigation | AC WP |
| 4 | 2 | Eric Albritton | Paul McAndrews Eric Albritton John Ward, Jr. Jason Saunders | Gmcandrews pmcandrews | 10/18/07 | Communications regarding litigation strategy in ESN v. Cisco | AC WP |
| 5 | 2 | Eric Albritton | Paul McAndrews Eric Albritton John Ward, Jr. Jason Saunders | Gmcandrews pmcandrews | 10/18/07 | Communications regarding litigation strategy in ESN v. Cisco | AC WP |
| 6 | 1 | D. Pridham | John Ward, Jr. | | 11/06/07 | Work product and litigation strategy regarding Ward v. Cisco | AC WP |
| 7 | 2 | P. McAndrews | Eric Albritton | John Ward, Jr. | 2/25/08 | Attorney client communications regarding discussions with Cisco | AC WP |
| 8 | 1 | P. McAndrews | Eric Albritton John Ward, Jr. | | 3/9/08 | Re filing of ESN lawsuit | AC WP |
| 9 | 1 | Eric Albritton | John Ward, Jr. | | 10/16/07 | Re filing of ESN lawsuit | AC WP |
| 10 | 1 | Eric Albritton | John Ward, Jr. | | 10/17/08 | Re filing of ESN lawsuit | AC WP |
| 11 | 1 | Eric Albritton | Jason Saunders, John Ward, Jr. and Amie Mathis | | 10/18/07 | Litigation strategy in ESN lawsuit | AC WP |
| 12 | 2 | John Ward, Jr. | Eric Albritton | | 10/17/07 | Litigation strategy in ESN lawsuit | AC WP |
| 13 | 1 | Terry Fokas | John Ward, Jr. | | 1/22/08 | Comment regarding pending | AC WP |

| | | | Kevin Meek | | | lawsuit and Troll Tracker post | |
|---|---|---|---|---|---|---|---|
| 14 | 1 | Bruce Lagerman | John Ward, Jr. | | 4/5/08 | Emails re potential case and comment regarding Troll Tracker post | AC WP |
| 15. | 1 | Eric Albritton | Jason Saunders | Johnny Ward, Amie Mathis | 10/18/07 | Email re filing of ESN lawsuit | AC WP |
| 16. | 9 | P. McAndrews | Eric Albritton | Amie Mathis | 10/18/07 | Emails re filing of ESN lawsuit | AC WP |
| 17. | 2 | Eric Albritton | Eric Albritton, T. Wimbiscus, P.W.McAndrews, Eric Albritton, Johnny Ward, Jason Saunders | GMcAndrews, PMcAndrews | 10/18/07 | Email re filing of ESN lawsuit | AC WP |
| 18. | 2 | Eric Albritton | Jason Saunders, Johnny Ward, Amie Mathis | | 10/18/07 | Email re filing of ESN lawsuit | AC WP |
| 19. | 2 | Eric Albritton | T. Wimbiscus, P.W. McAndrews, Eric Albritton, Johnny Ward, Jason Saunders | GMcAndrews, PMcAndrews | 10/18/07 | Email communication regarding filing of ESN lawsuit | AC WP |
| 20. | 1 | Eric Albritton | Johnny Ward | | 10/17/07 | Email re filing of ESN lawsuit | AC WP |
| 21. | 1 | Eric Albritton | Johnny Ward, Eric Albritton | | 10/16/07 | Email re filing of ESN lawsuit | AC WP |
| 22. | 3 | Eric Albritton | Johnny Ward | | 10/16/07 | Email re filing of ESN lawsuit | AC WP |
| 23. | 2 | Johnny Ward | Eric Albritton | | 10/17/07 | Email re filing of ESN lawsuit | AC WP |

# Exhibit B

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

| | |
|---|---|
| JOHN WARD, JR., | * |
| | * |
| V. | *  C.A. NO. 08-4022 |
| | *  JURY TRIAL DEMANDED |
| CISCO SYSTEMS, INC. | * |

*CERTIFIED COPY*

---

ORAL AND VIDEOTAPED DEPOSITION OF

THOMAS JOHN WARD, JR.

AUGUST 10, 2009

---

ORAL AND VIDEOTAPED DEPOSITION of THOMAS JOHN WARD, JR., produced as a witness at the instance of the Defendant, and duly sworn, was taken in the above-styled and -numbered cause on the 10th day of August, 2009, from 9:44 a.m. to 1:21 p.m., before Stacy L. Jordan, CSR in and for the State of Texas, reported by machine shorthand, taken in the law offices of John Ward, Jr., 111 West Tyler Street, City of Longview, County of Gregg, State of Texas, pursuant to the Federal Rules of Civil Procedure.

1   having been first duly sworn, testified as follows:

2                           EXAMINATION

3   BY MR. BABCOCK:

4       Q.   Will you state your name, sir.

5       A.   Thomas John Ward, Jr.

6       Q.   Mr. Ward, right in front of you is -- is the

7   deposition notice for your wife, which I forgot to

8   introduce.

9       A.   Okay.

10      Q.   But here's Exhibit 2. That's your notice.

11      A.   Okay.

12      Q.   The only reason I do this is so I can keep

13  track of depositions by numbers.

14           Would you tell us how you're employed?

15      A.   I'm an attorney working for Ward & Smith law

16  firm, which is an assumed name.

17      Q.   Okay.

18      A.   T. John Ward, Jr., P.C. is the business entity

19  that I'm employed by.

20      Q.   And T. John Ward, P.C. is the owner of the

21  Ward & Smith law business; is that right?

22      A.   Jr. Yes.

23      Q.   T. Ward [sic], Jr., P.C.

24           I take it there is a Smith?

25      A.   There is.

1   Q.   Is -- Mr. Chiaviello is the lawyer at
2   Fulbright --
3   A.   Chiaviello (pronunciation).
4   Q.   Chiaviello.  Sorry.  He is the lawyer at
5   Fulbright, correct?
6   A.   Correct.
7   Q.   And he's the one that told you about a
8   conversation he'd had with somebody else about you?
9   A.   Correct.
10  Q.   Okay.  Are you working with him on any case?
11  A.   Yes.
12  Q.   Are -- is he a -- an attorney on the Ward
13  versus Cisco case?
14  A.   No.
15  Q.   Okay.  Okay.
16  A.   But I'm in -- I'm in a number of cases with
17  Mr. Chiaviello and his firm.
18  Q.   Is Mr. Pridham, who you referenced earlier, an
19  attorney in the Ward versus Cisco case?
20  A.   No.
21  Q.   Is he a client?
22  A.   He's an attorney for a client -- former client
23  who I'm no longer working for.
24  Q.   Okay.  Do you recall talking to him about
25  litigation strategy regarding Ward versus Cisco?

Page 144

1   STATE OF TEXAS     )

2   COUNTY OF DALLAS   )

3

4           This is to certify that I, Stacy L. Jordan,

5   Certified Shorthand Reporter in and for the State of

6   Texas, certify that the foregoing deposition of THOMAS

7   JOHN WARD, JR. was reported stenographically by me at

8   the time and place indicated, said witness having been

9   placed under oath by me, and that the deposition is a

10  true record of the testimony given by the witness.

11          I further certify that I am neither counsel

12  for nor related to any party in this cause and am not

13  financially interested in its outcome.

14          Given under my hand and office on this 17th day

15  of August, 2009.

16

17          *Stacy L. Jordan* (signature)
            ─────────────────────────────
            STACY L. JORDAN, CSR 7499
18          Expiration Date: 12/31/10.
            Firm No. 593
19
            WEST COURT REPORTING SERVICES
20          221 Main Street
            Suite 1250
21          San Francisco, California 94105
            (800) 548-3668
22

23  Taxable cost of original charged to Defendant:
    $_____
24

25  Atty: Mr. Charles L. Babcock and Ms. Crystal J. Parker,
    Jackson Walker, L.L.P.

AUTHENTIC COPY — The original certified E-Transcript file was electronically signed using RealLegal eTranscript technology

11c2d571-4af8-4945-8ce3-67feef482e63