# Exhibit B

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

JOHN WARD, JR.,                *
                               *
V.                             *  C.A. NO. 08-4022
                               *  JURY TRIAL DEMANDED
CISCO SYSTEMS, INC.            *

*CERTIFIED COPY*

---

ORAL AND VIDEOTAPED DEPOSITION OF

THOMAS JOHN WARD, JR.

AUGUST 10, 2009

---

ORAL AND VIDEOTAPED DEPOSITION of THOMAS JOHN WARD, JR., produced as a witness at the instance of the Defendant, and duly sworn, was taken in the above-styled and -numbered cause on the 10th day of August, 2009, from 9:44 a.m. to 1:21 p.m., before Stacy L. Jordan, CSR in and for the State of Texas, reported by machine shorthand, taken in the law offices of John Ward, Jr., 111 West Tyler Street, City of Longview, County of Gregg, State of Texas, pursuant to the Federal Rules of Civil Procedure.

1   having been first duly sworn, testified as follows:

2                           EXAMINATION

3   BY MR. BABCOCK:

4       Q.   Will you state your name, sir.

5       A.   Thomas John Ward, Jr.

6       Q.   Mr. Ward, right in front of you is -- is the

7   deposition notice for your wife, which I forgot to

8   introduce.

9       A.   Okay.

10      Q.   But here's Exhibit 2.  That's your notice.

11      A.   Okay.

12      Q.   The only reason I do this is so I can keep

13  track of depositions by numbers.

14               Would you tell us how you're employed?

15      A.   I'm an attorney working for Ward & Smith law

16  firm, which is an assumed name.

17      Q.   Okay.

18      A.   T. John Ward, Jr., P.C. is the business entity

19  that I'm employed by.

20      Q.   And T. John Ward, P.C. is the owner of the

21  Ward & Smith law business; is that right?

22      A.   Jr.  Yes.

23      Q.   T. Ward [sic], Jr., P.C.

24               I take it there is a Smith?

25      A.   There is.

1    Q.   Is -- Mr. Chiaviello is the lawyer at
2  Fulbright --
3    A.   Chiaviello (pronunciation).
4    Q.   Chiaviello.  Sorry.  He is the lawyer at
5  Fulbright, correct?
6    A.   Correct.
7    Q.   And he's the one that told you about a
8  conversation he'd had with somebody else about you?
9    A.   Correct.
10   Q.   Okay.  Are you working with him on any case?
11   A.   Yes.
12   Q.   Are -- is he a -- an attorney on the Ward
13 versus Cisco case?
14   A.   No.
15   Q.   Okay.  Okay.
16   A.   But I'm in -- I'm in a number of cases with
17 Mr. Chiaviello and his firm.
18   Q.   Is Mr. Pridham, who you referenced earlier, an
19 attorney in the Ward versus Cisco case?
20   A.   No.
21   Q.   Is he a client?
22   A.   He's an attorney for a client -- former client
23 who I'm no longer working for.
24   Q.   Okay.  Do you recall talking to him about
25 litigation strategy regarding Ward versus Cisco?

1  STATE OF TEXAS    )

2  COUNTY OF DALLAS  )

3

4         This is to certify that I, Stacy L. Jordan,
5  Certified Shorthand Reporter in and for the State of
6  Texas, certify that the foregoing deposition of THOMAS
7  JOHN WARD, JR. was reported stenographically by me at
8  the time and place indicated, said witness having been
9  placed under oath by me, and that the deposition is a
10 true record of the testimony given by the witness.
11        I further certify that I am neither counsel
12 for nor related to any party in this cause and am not
13 financially interested in its outcome.
14        Given under my hand on office on this 17th day
15 of August, 2009.

16

17        _____
           STACY L. JORDAN, CSR 7499
18         Expiration Date: 12/31/10.
           Firm No. 593
19
           WEST COURT REPORTING SERVICES
20         221 Main Street
           Suite 1250
21         San Francisco, California 94105
           (800) 548-3668
22

23 Taxable cost of original charged to Defendant:
   $_____
24

25 Atty: Mr. Charles L. Babcock and Ms. Crystal J. Parker,
   Jackson Walker, L.L.P.

AUTHENTIC COPY
The original certified E-Transcript file was electronically signed using RealLegal eTranscript technology

11c2d571-4af8-4945-8ce3-67feef482e63

# Exhibit A

## JOHN WARD, JR. PRIVILEGE LOG

05/29/2009

| No. | Pages | From | To | Other Recipients | Date | Description | Privilege |
|---|---|---|---|---|---|---|---|
| 1 | 1 | P. McAndrews | John Ward, Jr. Eric Albritton | | 3/08/08 | Discussion of filing of ESN lawsuit | AC WP |
| 2 | 1 | Chiaviello, Bob | John Ward, Jr | | 3/14/08 | Re Ward v. Cisco | WP |
| 3 | 1 | Eric Albritton | John Ward, Jr. Eric Albritton | | 10/16/07 | Attorney communications regarding filing of ESN litigation | AC WP |
| 4 | 2 | Eric Albritton | Paul McAndrews Eric Albritton John Ward, Jr. Jason Saunders | Gmcandrews pmcandrews | 10/18/07 | Communications regarding litigation strategy in ESN v. Cisco | AC WP |
| 5 | 2 | Eric Albritton | Paul McAndrews Eric Albritton John Ward, Jr. Jason Saunders | Gmcandrews pmcandrews | 10/18/07 | Communications regarding litigation strategy in ESN v. Cisco | AC WP |
| 6 | 1 | D. Pridham | John Ward, Jr. | | 11/06/07 | Work product and litigation strategy regarding Ward v. Cisco | AC WP |
| 7 | 2 | P. McAndrews | Eric Albritton | John Ward, Jr. | 2/25/08 | Attorney client communications regarding discussions with Cisco | AC WP |
| 8 | 1 | P. McAndrews | Eric Albritton John Ward, Jr. | | 3/9/08 | Re filing of ESN lawsuit | AC WP |
| 9 | 1 | Eric Albritton | John Ward, Jr. | | 10/16/07 | Re filing of ESN lawsuit | AC WP |
| 10 | 1 | Eric Albritton | John Ward, Jr. | | 10/17/08 | Re filing of ESN lawsuit | AC WP |
| 11 | 1 | Eric Albritton | Jason Saunders, John Ward, Jr. and Amie Mathis | | 10/18/07 | Litigation strategy in ESN lawsuit | AC WP |
| 12 | 2 | John Ward, Jr. | Eric Albritton | | 10/17/07 | Litigation strategy in ESN lawsuit | AC WP |
| 13 | 1 | Terry Fokas | John Ward, Jr. | | 1/22/08 | Comment regarding pending | AC WP |

| | | | Kevin Meek | | | lawsuit and Troll Tracker post | |
|---|---|---|---|---|---|---|---|
| 14 | 1 | Bruce Lagerman | John Ward, Jr. | | 4/5/08 | Emails re potential case and comment regarding Troll Tracker post | AC WP |
| 15. | 1 | Eric Albritton | Jason Saunders | Johnny Ward, Amie Mathis | 10/18/07 | Email re filing of ESN lawsuit | AC WP |
| 16. | 9 | P. McAndrews | Eric Albritton | Amie Mathis | 10/18/07 | Emails re filing of ESN lawsuit | AC WP |
| 17. | 2 | Eric Albritton | Eric Albritton, T. Wimbiscus, P.W.McAndrews, Eric Albritton, Johnny Ward, Jason Saunders | GMcAndrews, PMcAndrews | 10/18/07 | Email re filing of ESN lawsuit | AC WP |
| 18. | 2 | Eric Albritton | Jason Saunders, Johnny Ward, Amie Mathis | | 10/18/07 | Email re filing of ESN lawsuit | AC WP |
| 19. | 2 | Eric Albritton | T. Wimbiscus, P.W. McAndrews, Eric Albritton, Johnny Ward, Jason Saunders | GMcAndrews, PMcAndrews | 10/18/07 | Email communication regarding filing of ESN lawsuit | AC WP |
| 20. | 1 | Eric Albritton | Johnny Ward | | 10/17/07 | Email re filing of ESN lawsuit | AC WP |
| 21. | 1 | Eric Albritton | Johnny Ward, Eric Albritton | | 10/16/07 | Email re filing of ESN lawsuit | AC WP |
| 22. | 3 | Eric Albritton | Johnny Ward | | 10/16/07 | Email re filing of ESN lawsuit | AC WP |
| 23. | 2 | Johnny Ward | Eric Albritton | | 10/17/07 | Email re filing of ESN lawsuit | AC WP |