```
              IN THE UNITED STATES DISTRICT COURT
                 WESTERN DISTRICT OF ARKANSAS
                      TEXARKANA DIVISION

JOHN WARD, JR.                                         PLAINTIFF

         v.          Civil No. 08-4022

CISCO SYSTEMS, INC.                                    DEFENDANT
```

### ORDER

Now on this 29th day of December, 2009, **Defendant Cisco Systems, Inc.'s Motion for Magistrate Judge Setser to Compel Production of Document on Privilege Log and Brief in Support Thereof (Doc. 178)** is hereby referred to United States Magistrate Judge Erin L. Setser.

**IT IS SO ORDERED.**

/s/ Jimm Larry Hendren
JIMM LARRY HENDREN
UNITED STATES DISTRICT JUDGE