IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

JOHN WARD, JR. PLAINTIFF

 v. Civil No. 08-4022

CISCO SYSTEMS, INC. DEFENDANT

### ORDER

Currently before the Court is the defendant's **Motion to Compel Production of Document on Privilege Log (Doc. 178),** which was referred to the undersigned on this date. To resolve the plaintiff's claim that the document is privileged, it is necessary for the undersigned to review the document. Accordingly, by noon (Central time) tomorrow, plaintiff is directed to submit the document identified as No. 6 on his privilege log to the undersigned for an in camera review. Plaintiff may submit the exhibit by e-mail to elsinfo@arwd.uscourts.gov.

**IT IS SO ORDERED** this 29th day of December, 2009.

 /s/ *Erin L. Setser*
 ERIN L. SETSER
 UNITED STATES MAGISTRATE JUDGE