## Patricia L. Peden

**From:** Marcie Long [mlong@texarkanalaw.com]
**Sent:** Wednesday, December 30, 2009 8:18 AM
**To:** ppeden@pedenlawfirm.com
**Subject:** FW: Deposition

**From:** Ralph DeLoach [mailto:ralphdeloach@gmail.com]
**Sent:** Tuesday, December 29, 2009 4:24 PM
**To:** Nick Patton
**Subject:** Deposition

In addition to the e-mails I was verbally requested by Chip or Crystal of the law firm in question to correct the the 3rd para/3rd sent. form the bottom of my expert opinion to reflect that 4 documents were "entered" after midnight and not "filed".

I was asked to make clear if true that in my opinion the "gibberish" at the bottom of the ECF document reflects documents "entered" and not "filed" after midnight.

I was also asked to indicate if I had ever had occasion while Clerk of Court to change a filing date. My answer was no I have not.

That is the extent of it. Please advise me as soon as you know but not later than Jan. 7, 2009 if you are going to continue to require my deposition.