**Parker, Crystal**

| | |
|---|---|
| **From:** | Ralph DeLoach [ralphdeloach@gmail.com] |
| **Sent:** | Wednesday, November 11, 2009 12:49 AM |
| **To:** | Parker, Crystal |
| **Cc:** | Adair, Kathy |
| **Subject:** | Re: Expert Report |

Dear Crystal,

After giving serious thought to my ability to provide expert testimony in the case we have been discussing I have concluded that the press of business is just to great to allow me to do it. Agreeing to do so was done without much time to consider the demands of my other numerous responsibilities. Unfortunately it is my final decision. I apologize if my circumstances and my decision tonight will cause you any undue hardship. It just cannot be helped. If you would like I would be happy to recommend someone else who might have a little more time on their hands.

Ralph

On Wed, Nov 11, 2009 at 8:06 AM, Parker, Crystal <cparker@jw.com> wrote:

> Mr. DeLoach,
>
> Attached is your report with the style of the case corrected as you requested.
> <<DOCSOPEN-#5657357-v1-Expert_Report_of_Ralph_DeLoach.DOC>>
>
> Take care,
>
> Crystal J. Parker
> Jackson Walker L.L.P.
> 1400 McKinney, Suite 1900
> Houston, TX 77010
> 713-752-4200 (main)
> 713-752-4217 (direct)
> 713-752-4221 (main fax)
> 713-754-6717 (direct fax)
> Email: cparker@jw.com
>
> Internet Email Confidentiality
>
> Privileged/Confidential Information may be contained in this message. If you are not the addressee indicated in this message (or responsible for delivery of the message to the addressee), you may not copy or deliver this message to anyone. In such case, you should destroy this message and kindly notify the sender by reply email. The statements contained herein are not intended to and do not constitute an opinion as to any tax or other matter. They are not intended or written to be used, and may not be relied upon, by you or any other person for the purpose of avoiding penalties that may be imposed under any Federal tax law or otherwise.