# Patricia L. Peden

**From:** Patricia L. Peden [ppeden@pedenlawfirm.com]
**Sent:** Thursday, November 12, 2009 9:32 AM
**To:** 'Parker, Crystal'
**Cc:** 'Courtney Towle'; 'Nick Patton'; 'Marcie Long'; 'jh@jamesholmeslaw.com'
**Subject:** Deposition Schedule

Crystal:
I write about the upcoming deposition schedule.

Has Cisco confirmed Mr. Curran's deposition? Please let me know where you stand as we need to make travel plans. If Mr. Curran's deposition will not be going forward on the 24th, we need to reschedule Mr. Tanielian's deposition so that we do not have to make two trips to the East Coast.

We would like to take Mr. DeLouch's deposition. Please give us a date for his deposition and let us know where you prefer the deposition take place?

I have not yet seen a motion with respect to the Chandler deposition. Have you file one and I missed it?

Thanks,
Patty

Patricia Peden
Law Offices of Patricia L. Peden
1316 67th Street
Emeryville, CA 94608
510-268-8033
ppeden@pedenlawfirm.com

*This email and any attachments may be confidential or privileged. If you are not the intended recipient, be advised that any disclosure, copying, distribution, or use of this email is prohibited. If you receive this email in error, please notify us by reply mail and immediately destroy all copies of this communication.*

**Tracking:**

Dockets.Justia.com