## Parker, Crystal

**From:** Ralph DeLoach [ralphdeloach@gmail.com]
**Sent:** Wednesday, November 18, 2009 9:47 PM
**To:** Parker, Crystal
**Cc:** Bryant, Jennifer
**Subject:** Re: Documents concerning lawsuit

Crystal,

I have been trying to get in touch with or Chip unsuccessfully for the past week. I have left messages with your office to contact me. I have been unable to reach you when I returned your calls. I am happy to discuss my decision with you if we can ever connect however I will not be offering my expert testimony and that is my final decision. I made the decision after realizing that I would not have the time to devote to such an effort, I am not inclined to subject myself to the necessary depositions and for a number of other reasons it would not be in my best interest. Again I would be happy to discuss it with you but discussing it will not change my mind. I would be happy to recommend another retired clerk who might be willing to help you out.

Ralph

On Sat, Nov 7, 2009 at 6:04 AM, Parker, Crystal <cparker@jw.com> wrote:

> Ralph,
>
> Enclosed please find the documents you requested: docket showing file date of 10/15, docket showing file date of 10/16, Notice of Electronic Case Filing, and the local rules of the Eastern District of Texas.
>
> <<Scan001.PDF>>
>
> <<EDTX Local Rules.pdf>>
>
> Feel free to call me if you need anything else. My cell phone number is (281)543-8438 and my office number is below.
>
> Take care,
>
> Crystal J. Parker
> Jackson Walker L.L.P.
> 1400 McKinney, Suite 1900
> Houston, TX 77010
> 713-752-4200 (main)
> 713-752-4217 (direct)
> 713-752-4221 (main fax)
> 713-754-6717 (direct fax)
> Email: cparker@jw.com
>
> Internet Email Confidentiality