## Parker, Crystal

**From:** Ralph DeLoach [ralphdeloach@gmail.com]
**Sent:** Monday, November 23, 2009 11:10 AM
**To:** Parker, Crystal
**Subject:** Expert Testimony

Crystal,

I was asked by Chip to try to find another expert. Two of the retired clerks that I contacted were already contacted by Jennifer Bryant. Do you have a list of the retired clerks that you have contacted? It would be helpful to me so that I will not be contacting people who have already declined. You also may want to consider chief deputy clerks who actually may be more knowledgeable about the subject than a clerk.

Ralph