## Patricia L. Peden

**From:** Patricia L. Peden [ppeden@pedenlawfirm.com]
**Sent:** Wednesday, November 25, 2009 11:35 AM
**To:** 'Babcock, Chip'
**Cc:** 'Nick Patton'; 'Marcie Long'; 'ctowle@texarkanalaw.com'; 'jh@jamesholmeslaw.com'
**Subject:** RE: Ralph DeLoach

Chip:
Can you please give me dates for Mr. DeLoach's deposition? Also, please let me know where the deposition will go forward.
Thanks,
Patty

**From:** Parker, Crystal [mailto:cparker@jw.com]
**Sent:** Wednesday, November 25, 2009 10:59 AM
**To:** Patricia L. Peden
**Cc:** Nick Patton; Marcie Long; Babcock, Chip; Adair, Kathy
**Subject:** RE: Ralph DeLoach

Chip is handling that, so you should contact him.


Crystal J. Parker
Jackson Walker L.L.P.
713-752-4217



**From:** Patricia L. Peden [mailto:ppeden@pedenlawfirm.com]
**Sent:** Tuesday, November 24, 2009 2:03 PM
**To:** Parker, Crystal
**Cc:** 'Nick Patton'; 'Marcie Long'
**Subject:** Ralph DeLoach

Crystal:
Please give me dates for Mr. DeLoach's deposition and let me know where it will go forward. I am working on getting dates for Ms. Klein and should have them to you soon.
Thanks,
Patty

Patricia Peden
Law Offices of Patricia L. Peden
1316 67th Street
Emeryville, CA 94608
510-268-8033
ppeden@pedenlawfirm.com

*This email and any attachments may be confidential or privileged. If you are not the intended recipient, be advised that any disclosure, copying, distribution, or use of this email is prohibited. If you receive this email in error, please notify us by reply mail and immediately destroy all copies of this communication.*

1