## Parker, Crystal

**From:** Ralph DeLoach [ralphdeloach@gmail.com]
**Sent:** Thursday, December 03, 2009 9:56 AM
**To:** Parker, Crystal; nickpatton@texarkanalaw.com
**Subject:** Expert Testimony

All,

I want to be clear to both of you. I will **NOT** be testifying as an expert in John Ward, Jr. v Cisco Systems, Inc. Mr. Patton you can therefore withdraw your Subpoena.

Thanks, Ralph DeLoach

Dockets.Justia.com