# CONNER & WINTERS

ATTORNEYS AND COUNSELORS AT LAW

211 East Dickson Street
Fayetteville, Arkansas 72701
479.582.5711 Phone
479.587.1426 Fax
www.cwlaw.com

Robert L. Jones, III
Attorney at Law

Direct Line: 479-587-3421
Direct Fax: 479-587-1426
bjones@cwlaw.com

November 9, 2009

Charles L. Babcock
Richard E. Griffin
1401 McKinney, Suite 1900
Houston, TX 77010

Re:   *John Ward, Jr. v. Cisco Systems, Inc.*
      Case No. 08-4022, USDC, Western District of Arkansas, Texarkana Division

Dear Mr. Babcock and Mr. Griffin:

You requested assistance with respect to the above matter. Specifically, you requested that I provide services as an expert on the subject of the reasonableness of attorneys' fees and related expenses for which Cisco Systems, Inc. is seeking to be indemnified. Additionally, you requested that the format of my report conform to Rule 26 of the Federal Rules of Civil Procedure. This report is intended to comply with your request.

I have analyzed the following documents: Plaintiff's First Amended Complaint with attachments; Cisco Systems, Inc.'s Answer to Plaintiff's First Amended Complaint and Counterclaim; Defendant Cisco Systems, Inc.'s First Amended Rule 26(A) Disclosures; CV of Chip Babcock; CV of Richard L. Griffin; and A.C.A. §16-63-506.

I have communicated with several prominate attorneys and law firms in Houston to determine their rates.

As a result of my reading and investigation, I am informed that the dispute about which I have been asked to opine involves attorneys' fees and costs which may be recovered under A.C.A. §16-63-506. Based upon my investigation and analysis, I expect to offer the following opinion:

> The rate of $675.00 per hour is reasonable based upon the qualification and experience of the attorneys and the complexities involved in the lawsuit.

Dallas, TX   •   Houston, TX   •   NW Arkansas   •   Oklahoma City, OK   •   Santa Fe, NM   •   Tulsa, OK   •   Washington D.C.

Conner & Winters, LLP    [75 YEARS]    Founded in 1933

Page 2

This report is based on the documents reviewed and the investigation and analyses performed to date. If additional information is provided to me subsequent to the issuance of this report, I reserve the right to modify or change my opinions accordingly.

Very truly yours,

Robert L. Jones, III
RLJIII/taf

*Robert L. Jones, III*

*Conner & Winters*
*211 East Dickson Street*
*Fayetteville, AR 72701*
*Phone (479) 582-5711*
*Fax    (479) 587-1426*



BIRTH DATE:      June 10, 1944

SPOUSE:          Cheryl R. Jones

CHILDREN:   Ann Michelle Jones, adult
            David Phillip Jones, adult

EDUCATIONAL BACKGROUND: Attended Hendrix College, 1962-63; University of Arkansas, B.S.B.A., 1963-66; University of Arkansas Law School, 1966-69; Associate Editor of Arkansas Law Review; practiced law in Fort Smith, Arkansas, since April 1969.

AUTHOR:     Right to Privacy Since <u>Griswold v. Connecticut</u>, 21 Ark. L. Rev. 442 (1967); Sales Promotion Schemes, 22 Ark. L. Rev. 222 (1968); Discovery in Workers' Compensation, Vol. 24, No. 2, For the Defense (1982); Chairman, Editorial Committee, Arkansas Workers' Compensation Desk Book (1986); Editorial Board, Arkansas Form Book (author-chapter on releases, 1988); Editorial Board, Defense Counsel Journal (1987-88); Uninsured Motorists published by Arkansas Trial Lawyers Association and PESI (1989); March 1990 For the Defense, Chemical Injuries in the Workplace--Third Party Claims; Arkansas Law Review Board of Directors (1977-80; 1990-93); Carpal Tunnel Syndrome Under Act 796, The Arkansas Lawyer (Winter 1997); January 2006 For the Defense, Effective Mediation--One Trial Lawyer's Approach to Mediation; authored chapters entitled "Mediation" and "Voir Dire" in A Young Lawyer's Guide to Defense Practice published by DRI (2006).

SPEAKER:    Institute Chairman and speaker for the Eighth Annual Bar Association Workers' Compensation Institute (1984); Mid-Winter Meeting Arkansas Bar Association (1985); Arkansas Association of Defense Counsel (1988) Handling Plaintiff's Expert; The 1989 Fall Legal Institute (sponsored by Arkansas Institute for Continuing Legal Education and the Arkansas Bar Association) How to Handle Toxic Tort Claims; Current Issues in Automobile Insurance sponsored by Arkansas Trial Lawyers Association (1989); IADC Mid-Winter Meeting 1991, Palm Springs, California, Employers' Liability Insurance Coverage Under the Standard Workers' Compensation and Employers' Liability Insurance Policy, Coverage B, or Part II; 1991 Annual Workers' Compensation Institute, Representing the Respondent--Case Evaluation--Defenses That Work and Don't Work--Winning; (1993) How to Conduct Voir Dire, Arkansas Trial Lawyers Association Meeting; (1993) Top Verdicts, Arkansas Bar Association Meeting; Best of Arkansas CLE (1994); Subrogation, sponsored by Arkansas Trial Lawyers Association (1996); Insurance,

Trial Strategy, Subrogation, sponsored by Arkansas Association of Defense Council (1997); Catastrophic Injury Cases sponsored by Arkansas Trial Lawyers Association (1997); Damages, Making the Case for Economic Loss, sponsored by Arkansas Trial Lawyers Association (1998); Voir Dire, sponsored by Arkansas Trial Lawyers Association (1998); Voir Dire, Annual Meeting, Arkansas Bar Association (1998); visiting lecturer, torts class, University of Arkansas School of Law 1997, 1998, 1999, 2000, 2002; visiting lecturer, Advanced Evidence and Trial Techniques, University of Arkansas School of Law (Little Rock) 1999; visiting lecturer, Advance Trial Techniques, University School of Law, Fayetteville, 2004, 2005, 2007; Post Traumatic Stress Disorder - How Much Trauma is Needed? sponsored by Trucking Industry Defense Association, Eighth Annual Industry Seminar (Las Vegas 2000); presented Trial Tactics in Automobile Cases sponsored by Arkansas Trial Lawyers Association "Winning the Automobile Personal Injury Case" seminar, March 9, 2001, Fayetteville, Arkansas; Defending PTSD-A New Approach, sponsored by Trial Attorneys of America (a national products liability defense association) (Chicago) June 2001; Defending PTSD - A New Approach, sponsored by Arkansas Association of Defense Counsel (Memphis) July, 2001; Sex, Drugs and Employment Law, May 21, 2002, Fayetteville, Arkansas, State and Federal Personnel Laws in Arkansas, sponsored by Lorman Education Services; Conducting Voir Dire & Handling a Jury Trial Post 9-11: Have Things Really Changed in the Courtroom? Plaintiff v. Defense Perspectives, June 21, 2002, sponsored by Arkansas Trial Lawyers Association; speaker, Mediation, Arbitration and Other Alternative Methods of Resolving Disputes, sponsored by DRI, ADTA, FDCC, IADC, Barcelona, Spain, May 2004; speaker, Successful Mediation Techniques, sponsored by The Association of Defense Trial Attorneys, Dublin, Ireland, May 2004; Successful Mediation Techniques, Louisiana Association of Defense Counsel (Northern Louisiana Seminar) 2005; The Challenges of a Catastrophic Claim, A Transportation Seminar, Fayetteville, Arkansas, 2006

PROFESSIONAL HONORS: Fellow, American College of Trial Lawyers (State Chair 2003-04); Fellow, International Academy of Trial Lawyers; included in Best Lawyers in America 2003-2010; included in Mid-South Super Lawyers 2006-09; Sebastian County Bar Association (president 1975-76); Arkansas Bar Association (president elect 1993-94, president 1994-95); American Bar Association; by appointment of the Governor of the State of Arkansas, served on the Judicial Redistricting Committee (1976); Executive Council of the Arkansas Bar Association (1977-79, 1987--90); various committees of the Arkansas Bar Association including the Workers' Compensation Section (chairman 1984) and the Judicial Nominations Committee; various committees of the Sebastian County Bar Association; Litigation Section and Tort and Insurance Practice Section of the American Bar Association; Arkansas Bar Foundation (president 1984-85); Arkansas Bar Association Mid-Winter Meeting--Current Developments in Arkansas Law (chairman 1985); Defense Research Institute (Workers Compensation Section); Board of Directors of the Arkansas Institute for Continuing Legal Education (1983-85); National Moot Court Regional Finals (judge 1987); Arkansas Advocacy Institute (1988); Arkansas Bar Association Long Range Planning Conference (chairman 1988); International Association of Defense Counsel, Practice and Procedure, Advocacy and Workers' Compensation Committees (1988-1992); Founding Fellow, Southern Trial Lawyers Association; National Institute for Trial Advocacy; Arkansas Association of Defense Counsel (president 1991-92); member, Trial Attorneys of America (defense association specializing in products liability); Emeritus, W.B.

3

Putman American Inn of Court, #90; member, Trucking Industry Defense Association (TIDA); member, American Bar Association Standing Committee on Continuing Education (1998-2001); member, Association of Defense Trial Attorneys (State Chair 2004-2007); A rating from Martindale-Hubbell Law Directory; member, 2005 Eighth Circuit Judicial Conference Program Committee; member, Federal Advisory Committee, Arkansas, Western District (2004-2008); co-chair, Federal Practice Committee, Arkansas, Western District (2005-- ); member, Transportation Lawyers Association; United States Magistrate Selection Committee, Western District of Arkansas (2006; 2009); member, Federal Advisory Committee, United States Court of Appeals for the Eighth Circuit (2006-2009); member, ALFA International; Litigation Counsel of America; American Trial Lawyer Association - Arkansas Top 100 Lawyers; Best Lawyers in America – Arkansas Top 50 Lawyers; Best Lawyers in America – Personal Injury (2003-2010); Best Lawyers in America – Commercial Litigation (2009-2010); Best Lawyers in America – Bet the Company (2010);

VOLUNTEER POSITIONS: Sebastian County Multiple Sclerosis Drive Chairman 1971; Morning Kiwanis Club 1972-74 Board of Directors; Committee of 21 United Way 1971-73, 1975-77, President 1977; Board of Advisor Trustees, Sparks Regional Medical Center 1973-76; Western Arkansas Health Planning Advisory Counsel 1971-74; Arkansas State Democratic Party, Executive Committee 1974-77; St. Bartholomew Episcopal Church, vestry secretary 1971-74; coached church league baseball 1978-79; volunteer for annual United Way Drive 1970-78, 1983; volunteer for The Center, Inc. 1982-83; Sebastian County Democratic Central Committee 1987-91; United Way Board of Directors 2004-05; Northwest Arkansas Business Council 2009-2010;

COURTS LICENSED TO PRACTICE: All Arkansas Trial and Appellate Courts; U.S. District Court for the Eastern District of Arkansas; U.S. District Court for the Western District of Arkansas; U.S. District Court for the Eastern District of Oklahoma; U.S. District Court for the Northern District of Oklahoma; U.S. District Court for the Eastern District of Texas; U.S. Eighth Circuit Court of Appeals; United States Supreme Court.