| | |
|---|---|
| **From:** | Courtney Towle |
| **Sent:** | Friday, December 11, 2009 2:55 PM |
| **To:** | Parker, Crystal; Patricia L. Peden; Nick Patton; jh@jamesholmeslaw.com |
| **Cc:** | Flynn-DuPart, Mary Lou; Adair, Kathy |
| **Subject:** | RE: Ward's Responses to Cisco's Third Request for Production |

Crystal,

For the three requests, no documents were withheld on the basis of privilege. Therefore Ward's privilege log needs no supplementation.

On this topic, when can we expect a supplemental privilege log from Cisco? We have repeatedly requested one. In particular, on October 28, 2009, because of Cisco's production of documents from its privilege log and its document production in response to Plaintiff's First Set of RFPs, we requested that Cisco provide an updated log. Cisco did not. This week, in your December 8, 2009 email to me regarding Plaintiff's Third set of production request nos. 90, 92-94, 101, 105, and 110, you said Cisco has produced all "non-privileged, responsive documents." As it appears responsive documents are being withheld on the basis of privilege, we request an updated log.

Please tell me when we can expect Cisco's updated privilege log.

Thanks,
Courtney Towle
Attorney
PATTON, TIDWELL & SCHROEDER, L.L.P.
P.O. Box 5398
Texarkana, TX 75505-5398

*This email and any attachments may be confidential or privileged. If you are not the intended recipient, be advised that any disclosure, copying, distribution, or use of this email is prohibited. If you receive this email in error, please notify us by reply mail and immediately destroy all copies of this communication.*

---

**From:** Parker, Crystal [mailto:cparker@jw.com]
**Sent:** Friday, December 11, 2009 10:42 AM
**To:** Courtney Towle; Patricia L. Peden; Nick Patton; jh@jamesholmeslaw.com
**Cc:** Flynn-DuPart, Mary Lou; Adair, Kathy
**Subject:** RE: Ward's Responses to Cisco's Third Request for Production

OK, thank you. I couldn't tell because of the objections. Thanks for the clarification.

When can we expect the supplemental privilege log?

Take care,

Crystal J. Parker
Jackson Walker L.L.P.
713-752-4217

---

**From:** Courtney Towle [mailto:ctowle@texarkanalaw.com]
**Sent:** Friday, December 11, 2009 12:24 PM

1

**To:** Parker, Crystal; Patricia L. Peden; Nick Patton; jh@jamesholmeslaw.com
**Cc:** Flynn-DuPart, Mary Lou; Adair, Kathy
**Subject:** RE: Ward's Responses to Cisco's Third Request for Production

Crystal,

With regard to Cisco's request no. 19, aside from Ward's expert witnesses, for whom responsive documents have been produced, there are no documents to produce. Ward is not paying witnesses. This is why Ward responded "none".

Courtney Towle
Attorney
PATTON, TIDWELL & SCHROEDER, L.L.P.
P.O. Box 5398
Texarkana, TX 75505-5398

*This email and any attachments may be confidential or privileged. If you are not the intended recipient, be advised that any disclosure, copying, distribution, or use of this email is prohibited. If you receive this email in error, please notify us by reply mail and immediately destroy all copies of this communication.*

---

**From:** Parker, Crystal [mailto:cparker@jw.com]
**Sent:** Thursday, December 10, 2009 11:51 AM
**To:** Patricia L. Peden; Nick Patton; jh@jamesholmeslaw.com; Courtney Towle
**Cc:** Flynn-DuPart, Mary Lou; Adair, Kathy; Parker, Crystal
**Subject:** RE: Ward's Responses to Cisco's Third Request for Production


Please let me hear from you on this by tomorrow at 5:00. There is no sense in burdening the Court with this issue if we can work it out between us.

Thank you,

Crystal J. Parker
Jackson Walker L.L.P.
713-752-4217


---
**From:**   Parker, Crystal
**Sent:**   Wednesday, December 09, 2009 10:51 AM
**To:**     'Patricia L. Peden'; 'Nick Patton'; jh@jamesholmeslaw.com; 'Courtney Towle'
**Cc:**     Babcock, Chip; Flynn-DuPart, Mary Lou; Adair, Kathy
**Subject:**    Ward's Responses to Cisco's Third Request for Production

With respect to number 19, what is your basis that documents concerning you paying witnesses is privileged? Also, are you withholding documents concerning payment to any witnesses other than your retained experts? Please let me know by Friday so we have enough time to file a motion if one is necessary.

Please also provide us with your supplemented privilege log as stated in the response. Please also provide it by this Friday.

Thank you,

Crystal J. Parker
Jackson Walker L.L.P.
1400 McKinney, Suite 1900
Houston, TX 77010

2

713-752-4200 (main)
713-752-4217 (direct)
713-752-4221 (main fax)
713-754-6717 (direct fax)
Email:  cparker@jw.com

<u>Internet Email Confidentiality</u>

Privileged/Confidential Information may be contained in this message.  If you are not the addressee indicated in this message (or responsible for delivery of the message to the addressee), you may not copy or deliver this message to anyone.  In such case, you should destroy this message and kindly notify the sender by reply email.  The statements contained herein are not intended to and do not constitute an opinion as to any tax or other matter.  They are not intended or written to be used, and may not be relied upon, by you or any other person for the purpose of avoiding penalties that may be imposed under any Federal tax law or otherwise.

No virus found in this incoming message.
Checked by AVG - www.avg.com
Version: 9.0.709 / Virus Database: 270.14.74/2515 - Release Date: 12/11/09 04:06:00