| | |
|---|---|
| **From:** | Rick Frenkel (rfrenkel) <rfrenkel@cisco.com> |
| **Sent:** | Thursday, October 18, 2007 12:13 PM |
| **To:** | John Noh (jnoh) <jnoh@cisco systems.com>; Mallun Yen (myen) <myen@cisco systems.com> |
| **Subject:** | RE: ESN |

Stay tuned.

**Rick Frenkel**
Director, Intellectual Property - Consumer & Emerging Technologies
Cisco Systems, Inc.
Mailing Address: 170 West Tasman Drive, M/S 10/2/1
Physical Address: 300 East Tasman Drive, Second Floor
San Jose, California 95134-1706

Phone: (408) 525-5673
Email: rfrenkel@cisco.com

*The contents of this message and any additions or modifications thereto constitute Cisco confidential information and may be a privileged communication to or from one or more attorneys and/or supporting personnel for purposes of obtaining or facilitating legal advice and/or legal services.*


**From:** John Noh (jnoh)
**Sent:** Thursday, October 18, 2007 10:04 AM
**To:** Mallun Yen (myen)
**Cc:** Rick Frenkel (rfrenkel)
**Subject:** RE: ESN

Mallun, in the simplest terms possible, are you saying that this troll filed a patent lawsuit against us before they even had the patent issued to them?

Can we have the TrollTracker do a very simply worded blog about this? I'd love to be able to send it out to a few of the legal reporters and bloggers. I play a game with them now about I have no idea who the TrollTracker is but I read his/her blog religiously.

TT: Would this be hitting too close to home in terms of dotted line between TT and Cisco?

+++++++++++++++++
John Noh
Cisco Public Relations
Cisco Systems, Inc.
408-853-8445 (w)
408-242-3852 (m)
jnoh@cisco.com

Ark.002029