| | |
|---|---|
| From: | Rick Frenkel (rfrenkel) <rfrenkel@cisco.com> |
| Sent: | Tuesday, March 4, 2008 3:55 PM |
| To: | Mallun Yen (myen) <myen@cisco systems.com> |
| Subject: | FW: |

**Rick Frenkel**
Director, Intellectual Property - Consumer & Emerging Technologies
Cisco Systems, Inc.
Mailing Address: 170 West Tasman Drive, M/S 10/2/1
Physical Address: 300 East Tasman Drive, Second Floor
San Jose, California  95134-1706

Phone: (408) 525-5673
Email: rfrenkel@cisco.com

*The contents of this message and any additions or modifications thereto constitute Cisco confidential information and may be a privileged communication to or from one or more attorneys and/or supporting personnel for purposes of obtaining or facilitating legal advice and/or legal services.*

**From:** John Noh (jnoh)
**Sent:** Thursday, October 18, 2007 10:25 AM
**To:** Rick Frenkel (rfrenkel)
**Cc:** Mallun Yen (myen)
**Subject:** RE:

Brilliant. Thank you,

John

+++++++++++++++++
John Noh
Cisco Public Relations
Cisco Systems, Inc.
408-853-8445 (w)
408-242-3852 (m)
jnoh@cisco.com

**From:** Rick Frenkel (rfrenkel)
**Sent:** Thursday, October 18, 2007 10:23 AM
**To:** John Noh (jnoh)
**Cc:** Mallun Yen (myen)

CISCO.000390

Ark.000318

Dockets.Justia.com

**Subject:**

http://trolltracker.blogspot.com/2007/10/esn-convinces-edtx-court-clerk-to-alter.html

CISCO.000391

Ark.000319