Ward v. Cisco Systems, Inc. et al                    Doc. 183 Att. 5

1

IN THE UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF ARKANSAS

TEXARKANA DIVISION

JOHN WARD, JR.,

    Plaintiff,

    vs.                                  Case No. 08-4022

CISCO SYSTEMS, INC.,

    Defendants.

_____

VIDEOTAPED DEPOSITION OF

MARK MICHELS, ESQ.

Friday, December 18, 2009

10:04 a.m.

2200 Geng Road, Suite 200

Palo Alto, California

Reported by Hanna Kim, CSR No. 13083

```
                                                              111
 1    together with Mr. Babcock and his firm.
 2         Q.   When did Ms. Yen undertake her investigation of
 3    Frenkel's activities?
 4         A.   Shortly before Mr. Frenkel identified
 5    himself as the -- or around the same time that he
 6    identified himself as the -- the Troll Tracker.  That
 7    would have been, I believe, in February of 2008.
 8         Q.   Who partook in the investigation?
 9         A.   Ms. Yen.
10         Q.   Solely Ms. Yen?
11         A.   Yes.
12         Q.   And what did she do to undertake this
13    investigation?
14         A.   She reviewed the -- the current blogging
15    policy at the time, reviewed the -- the -- the --
16    Rick's Troll Tracking -- Troll Tracker postings, and
17    concluded that his Troll Tracker activity did not
18    violate Cisco's blogging policy.
19         Q.   How did she reach this conclusion?
20         A.   She reviewed the blogging policies and
21    concluded that they didn't violate the policy.
22         Q.   Did she put this conclusion in writing?
23         A.   Yes, she did.
24         Q.   And what is that document?
25         A.   There is an e-mail that she generated about
```

Mark Michels, Esq.                                December 18, 2009

171

1    Exhibit 2.
2         A.   Which -- which question is pending?
3              MS. TOWLE:  Can I have a read-back?
4              THE COURT REPORTER:  "Question:  What
5    communications were there between Cisco and Frenkel
6    concerning the filing of the ESN complaint through
7    October 19th of 2007?"
8              THE WITNESS:  Through October 19th of 2007?
9              There were several communications among the --
10   the IP team about the filing of the -- the ESN complaint
11   through and including October 19th, 2007.  I had
12   conversations with Mr. Frenkel about it; Mr. Ritter had
13   conversations; Ms. Yen; Ms. Beckwith.  There were
14   various e-mails on that subject, as well, between other
15   Cisco employees and Mr. Frenkel.  That's it.
16   BY MS. TOWLE:
17       Q.   Earlier in your testimony with regard to Topic
18   23 in the amended second notice of deposition, the
19   question was whether or not you could represent on the
20   record the amount paid by Cisco for legal representation
21   in this case.
22            Do you have an answer to that question?
23       A.   I don't have the amount.
24       Q.   When we discussed the investigations that Cisco
25   made into Frenkel's blogging activity in regard to Topic

Mark Michels, Esq.                                December 18, 2009

172

```
 1      6 in the second amended first notice of deposition, you
 2      testified that Ms. Yen conducted an investigation, and
 3      her conclusion were set forth in an e-mail to her team;
 4      is that correct?
 5           A.   That's correct.
 6           Q.   I'm handing you Exhibit 13.
 7                (Deposition Exhibit No. 13 was marked for
 8                identification.)
 9           MR. BABCOCK:   Thank you.
10      BY MS. TOWLE:
11           Q.   And the first page of Exhibit 13 bears the
12      Bates stamp CISCO.000374, ending on CISCO.000379.  Is
13      that correct?
14           A.   Yes.
15           Q.   Does this document include the e-mail with
16      Ms. Yen's conclusions as to Mr. Frenkel's blogging
17      activities?
18           A.   Yes.
19           Q.   And where is that in this e-mail string?
20           A.   It is on the page CISCO.000375.
21           Q.   It doesn't start on page 000374?
22           A.   Oh, I'm -- I'm sorry.  You asked about her
23      conclusions.  The -- her e-mail starts on
24      CISCO.000374.
25           Q.   And her conclusion is reached where?
```

1    A.   On page CISCO.000375.
2    Q.   And can you read me the conclusions she
3 reached?
4    A.   "Rick complied with this policy."
5    Q.   And that's Mallun's conclusion after her
6 investigation as to Frenkel's blogging activities?
7    A.   That's true.
8         MR. BABCOCK:  What number is that?  Exhibit
9 number?
10        THE WITNESS:  This is Exhibit 13.
11        MR. BABCOCK:  Thank you.
12 BY MS. TOWLE:
13   Q.   I'm handing you Exhibit 14.
14        MR. BABCOCK:  Thank you.
15        (Deposition Exhibit No. 14 was marked for
16        identification.)
17 BY MS. TOWLE:
18   Q.   This document is labeled "CISCO
19 PRIVILEGE.000150" through 151.
20   A.   Yes.
21   Q.   It appears to be two e-mail strings, the first
22 of which starts about mid-page on the -- on page 150.
23   A.   Yes.
24   Q.   And it appears to be an e-mail from Frenkel to
25 Mallun Yen, Marta Beckwith, Mark Ritter, and yourself; is