1

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

JOHN WARD, JR.,

        Plaintiff,

vs.                                    Case No. 08-4022

CISCO SYSTEMS, INC.,

        Defendant.
~~~~~~~~~~~~~~~~~~~~~~~~~~~~


VIDEOTAPED DEPOSITION OF MALLUN YEN

VOLUME I


November 18, 2009

9:32 a.m.


675 El Camino Real

Palo Alto, California




Reported by Pua'aina L. McVay, CSR 12868
Certified LiveNote Realtime Reporter

```
 1    09:36:39  taking place, you didn't know about them?
 2    09:36:42       A    I don't remember knowing about them.
 3    09:36:45       Q    Were you ever involved in any of those
 4    09:36:48  discussions?
 5    09:36:48       A    No.
 6    09:36:48       Q    No one at Baker & Botts ever calls you and
 7    09:36:52  said, hey, we've been in contact with some lawyers for
 8    09:36:55  ESN and asked you for information or input?
 9    09:37:01            MR. BABCOCK:  Don't reveal the content of
10    09:37:03  discussions that you had with Baker & Botts relating
11    09:37:05  to the ESN lawsuit.  If there was a -- the fact of a
12    09:37:13  conversation may not be privileged but be careful not
13    09:37:18  to repeat the contents.
14    09:37:20            THE WITNESS:  Okay.  Can you repeat the --
15    09:37:22            MR. BABCOCK:  I think he's asking about the
16    09:37:25  fact of the conversation.
17    09:37:29  BY MR. HOLMES:
18    09:37:29       Q    Let's do this, Ms. Yen, because this is going
19    09:37:29  to be an issue that comes up a lot from time to time
20    09:37:29  in this deposition.  Unless I ask you specifically
21    09:37:31  about the content of conversations with attorneys, I
22    09:37:33  don't want you to volunteer that information.  Okay?
23    09:37:35       A    Okay.
24    09:37:36       Q    I will ask you from time to time if you had
25    09:37:39  conversations.  Okay?  And I may or may not discuss
```

```
                                                                     12
1    09:38:52       A    Okay.
2    09:38:53       Q    Can you get any closer than middle of
3    09:38:56  October?  Was it the 15th, 16th, 17th?
4    09:39:00       A    It was the 15th or the 16th.
5    09:39:05       Q    What did you hear on the 15th or 16th?
6    09:39:08       A    That ESN had filed a lawsuit against Cisco on
7    09:39:15  October 15th which was a day before the patent that
8    09:39:18  they were asserting actually issued.
9    09:39:21       Q    So on the 15th or the 16th you heard that?
10   09:39:27       A    Yes.
11   09:39:27       Q    Okay.  And who did you hear that from?
12   09:39:29       A    I believe it was Rick Frenkel.
13   09:39:35       Q    Do you know how Rick had learned this?
14   09:39:41       A    I'm not sure.
15   09:39:44       Q    Did he tell you?
16   09:39:46       A    He -- I'm not sure.  I can tell you how I
17   09:40:00  think he --
18   09:40:01       Q    How do you think he learned?
19   09:40:04       A    He either went online and found it or someone
20   09:40:08  e-mailed it to him telling him that we had gotten
21   09:40:13  sued.  I don't know which one.
22   09:40:14       Q    Now, had Mr. Frenkel been involved in any
23   09:40:17  discussions with Baker & Botts and ESN prior to the
24   09:40:21  filing of the ESN lawsuit?
25   09:40:23       A    I don't know.
```

```
 1   09:43:55        A   Actually, I don't remember if there was an
 2   09:43:59   RFP process.
 3   09:44:04        MR. BABCOCK:  I didn't get that.  Did you get
 4   09:44:04   it?
 5   09:44:04        THE REPORTER:  Uh-huh.  Yes.
 6   09:44:09        MR. BABCOCK:  What did she say?
 7   09:44:09        THE WITNESS:  I don't remember if there was
 8   09:44:11   an RFP process.
 9   09:44:12        MR. BABCOCK:  Okay.
10   09:44:15        THE WITNESS:  How did we select counsel?  I
11   09:44:17   think we talked to various counsel and decided to
12   09:44:21   select one.
13   09:44:22   BY MR. HOLMES:
14   09:44:22        Q   The only reason I ask is because Baker &
15   09:44:25   Botts had already been involved in some discussions
16   09:44:27   with ESN.  Don't you know that now?
17   09:44:30        A   I do.
18   09:44:31        Q   So I guess the reason I'm asking is since
19   09:44:33   they had already had the discussions with ESN, is that
20   09:44:37   how they were selected to defend the ESN litigation or
21   09:44:43   were they?
22   09:44:44        A   They were involved in the ESN defense but I
23   09:44:48   don't believe they were counsel of record.
24   09:44:50        Q   Do you know why they were handling the ESN
25   09:44:54   discussions in the first instance?
```

22

```
 1   09:52:19       Q    Let's be more specific on outside counsel.
 2   09:52:24  Would it have been from Kurt Pankratz?
 3   09:52:24       A    It could've been.
 4   09:52:26       Q    Is there someone else at Baker & Botts that
 5   09:52:28  you think would have sent this to you?
 6   09:52:34       A    Probably not but it could have been.
 7   09:52:36       Q    When you saw these three documents then on
 8   09:52:39  the 16th, these PDFs, what did you do in response to
 9   09:52:44  what you saw?
10   09:52:45       A    When you say these three PDFs, what documents
11   09:52:49  do you mean?
12   09:52:52       Q    The docket sheet, the Civil Cover Sheet and
13   09:52:55  the complaint?
14   09:52:56       A    Which docket sheet?
15   09:52:58       Q    These are the three that you saw on the 16th
16   09:53:01  that all had the date 10/15 on them you say?
17   09:53:06       A    Okay.
18   09:53:06       Q    So you received those three PDFs from
19   09:53:10  probably either Rick or Baker & Botts, and my question
20   09:53:12  is what did you do?
21   09:53:13       A    I looked at them and I saw that we had been
22   09:53:17  sued the day before a patent had issued.  Oh, I might
23   09:53:23  have -- I'm wondering if -- I can't remember if I was
24   09:53:28  sent a document that showed that the patent hadn't
25   09:53:31  been issued yet.  You asked me what else I looked at.
```

| | | |
|---|---|---|
| 1 | 09:58:37 | A   It could have been him, it could have been a |
| 2 | 09:58:42 | different attorney. |
| 3 | 09:58:42 | Q   Do you remember who it was? |
| 4 | 09:58:43 | A   I don't. |
| 5 | 09:58:44 | Q   Do you remember if you even spoke to Baker & |
| 6 | 09:58:48 | Botts at this point? |
| 7 | 09:58:49 | A   I don't remember.  I may have spoken to Bart |
| 8 | 09:58:52 | Showalter there. |
| 9 | 09:58:54 | Q   And this is when you learned that ESN had |
| 10 | 09:58:56 | been in some discussions with outside counsel about |
| 11 | 09:58:59 | Cisco potentially licensing their technology? |
| 12 | 09:59:02 | A   Yes. |
| 13 | 09:59:02 | Q   Can you tell me what you learned about those |
| 14 | 09:59:11 | discussions through these contacts with either |
| 15 | 09:59:16 | Ms. Beckwith, Mr. Ritter and Baker & Botts? |
| 16 | 09:59:21 | A   That they were trying to sell or license a |
| 17 | 09:59:26 | patent that hadn't issued yet and we don't generally |
| 18 | 09:59:31 | consider or license or buy patents that haven't issued |
| 19 | 09:59:36 | yet. |
| 20 | 09:59:40 | Q   Anything else that you learned from those |
| 21 | 09:59:45 | discussions? |
| 22 | 09:59:45 | A   That the attorneys were from Chicago. |
| 23 | 09:59:49 | Q   So now you've alerted Mr. Chandler, you've |
| 24 | 09:59:56 | assigned the case, you've gotten yourself up to speed |
| 25 | 10:00:02 | on the pre-suit discussions.  Was there anything else |

```
                                                                  29
 1    10:01:35   case.
 2    10:01:37        Q    From who?
 3    10:01:37        A    Beatrice Nguyen.
 4    10:01:43        Q    Who is she?
 5    10:01:45        A    She's one of our outside counsel.
 6    10:01:47        Q    This is all starting on the morning of the
 7    10:01:50   16th?
 8    10:01:50        A    I don't remember exactly what date I
 9    10:01:52   contacted her, whether it was the 16th or the 17th.
10    10:01:55   It was around then.
11    10:01:57        Q    The other things you told me you did, you did
12    10:02:00   those on the 16th?  You alerted Mr. Chandler on the
13    10:02:07   16th?
14    10:02:08        A    I don't recall exactly the dates but
15    10:02:11   probably.
16    10:02:12        Q    Same with assigning the case, you assigned it
17    10:02:16   on the 16th?
18    10:02:17        A    Around then.
19    10:02:18        Q    Your discussions with the team members and
20    10:02:20   outside counsel about prior discussions with ESN, you
21    10:02:23   think that happened on the 16th?
22    10:02:25        A    I don't know.  It was probably around then.
23    10:02:29        Q    I think all these things are going to be
24    10:02:32   around then.  Do you think it was on the 17th?
25    10:02:35        A    I just don't remember.
```

32

| | | |
|---|---|---|
| 1 | 10:05:18 | A   Probably not until the 17th if that's when |
| 2 | 10:05:21 | the document reflected the change. |
| 3 | 10:05:22 | Q   So my question is when you decided to contact |
| 4 | 10:05:28 | Beatrice and Tony about the Hertz case, was it |
| 5 | 10:05:31 | specifically about the proper procedure, in their |
| 6 | 10:05:35 | view, for having a date corrected or changed or was it |
| 7 | 10:05:40 | about this issue of how an incorrect date could |
| 8 | 10:05:47 | possibly have even gotten on the document? |
| 9 | 10:05:52 | A   I don't remember.  It might have actually |
| 10 | 10:05:56 | also been when a complaint is filed early before the |
| 11 | 10:06:00 | patent issues because I believe that's what happened |
| 12 | 10:06:03 | in that case. |
| 13 | 10:06:04 | Q   So you think you may have actually wanted to |
| 14 | 10:06:10 | talk to them about all three of those things:  About |
| 15 | 10:06:13 | what happens when suit's filed before the patent |
| 16 | 10:06:18 | issues, about how is it possible to get inconsistent |
| 17 | 10:06:23 | dates on the dockets and then what's the procedure to |
| 18 | 10:06:27 | correct them? |
| 19 | 10:06:28 | A   I don't remember exactly because I had only a |
| 20 | 10:06:32 | vague recollection of Beatrice telling me of something |
| 21 | 10:06:37 | that happened.  So I knew that it was in -- it was a |
| 22 | 10:06:41 | similar -- it was potentially a similar situation |
| 23 | 10:06:45 | which is why I wanted to get a copy of the pleadings |
| 24 | 10:06:48 | to understand what happened. |
| 25 | 10:06:49 | Q   So you knew enough about it from your |

33

| | | |
|---|---|---|
| 1 | 10:06:51 | recollection to know that it was close enough that |
| 2 | 10:06:54 | maybe she could help you understand some of the |
| 3 | 10:06:57 | issues, whichever ones that might be, and so you |
| 4 | 10:07:00 | called her? |
| 5 | 10:07:01 | A    I thought there was -- there were likely |
| 6 | 10:07:05 | similarities based on my general recollection of what |
| 7 | 10:07:08 | she told me so I wanted to learn more about it. |
| 8 | 10:07:12 | Q    But you don't know whether you called her |
| 9 | 10:07:15 | specifically to ask her, hey, what's the proper |
| 10 | 10:07:18 | procedure to correct a docket? |
| 11 | 10:07:19 | A    I don't know.  I might have asked her that at |
| 12 | 10:07:23 | some point. |
| 13 | 10:07:24 | Q    It's one of the issues that may have come up |
| 14 | 10:07:27 | in the discussion but you don't remember her calling |
| 15 | 10:07:29 | you specifically to ask that question? |
| 16 | 10:07:31 | A    I don't. |
| 17 | 10:07:32 | Q    And you don't recall calling her specifically |
| 18 | 10:07:35 | to ask her, hey, how do these electronic filing |
| 19 | 10:07:38 | systems work and is it possible to get -- how is it |
| 20 | 10:07:43 | possible for the system to generate inconsistent |
| 21 | 10:07:46 | dates? |
| 22 | 10:07:46 | A    I don't remember calling her for that |
| 23 | 10:07:48 | purpose. |
| 24 | 10:07:48 | Q    And you don't remember calling her |
| 25 | 10:07:50 | specifically to ask her, hey, what happens if you file |

101

| | | | |
|---|---|---|---|
| 1 | 12:43:17 | | this is Thursday, October the 18th at 11:30 p.m. from |
| 2 | 12:43:21 | | Mr. Frenkel to you and others.  Do you see that? |
| 3 | 12:43:23 | A | Yes. |
| 4 | 12:43:23 | Q | And he's forwarding to you a copy of a motion |
| 5 | 12:43:27 | | to enjoin filed by ESN in the Texas court? |
| 6 | 12:43:49 | A | So it looks like that's what he's doing here. |
| 7 | 12:43:52 | Q | Do you remember receiving that document? |
| 8 | 12:43:53 | A | Not really. |
| 9 | 12:43:54 | Q | Did you review that document? |
| 10 | 12:43:56 | A | I don't think so. |
| 11 | 12:43:57 | Q | Was there anything in that document that you |
| 12 | 12:43:59 | | recall that caused you to think Mr. Frenkel should |
| 13 | 12:44:03 | | amend his post? |
| 14 | 12:44:05 | A | No. |
| 15 | 12:44:05 | Q | Did you know that in the initial post on the |
| 16 | 12:44:08 | | 18th Mr. Frenkel referred to the Court as the banana |
| 17 | 12:44:15 | | republic of east Texas? |
| 18 | 12:44:17 | A | I learned that after the complaint was filed. |
| 19 | 12:44:20 | Q | You didn't know that until after Mr. Ward |
| 20 | 12:44:23 | | filed his complaint against you, against Cisco? |
| 21 | 12:44:25 | A | I don't know what his complaint was -- |
| 22 | 12:44:30 | Q | Which -- |
| 23 | 12:44:31 | A | -- where I learned it. |
| 24 | 12:44:34 | Q | I'm sorry. |
| 25 | 12:44:36 | | Which complaint, you mean whether it was |

```
                                                                    102
 1    12:44:36   Mr. Ward's or Mr. Albritton's?
 2    12:44:36        A    That's correct.
 3    12:44:37        Q    So your testimony is you didn't know
 4    12:44:39   Mr. Frenkel has used the phrase banana republic of
 5    12:44:44   east Texas until sometime in the spring of 2008?
 6    12:44:47        A    Yes.
 7    12:44:47        Q    Did you know that on the 19th he edited that
 8    12:44:51   post and took that down?
 9    12:44:53        A    I learned that later.
10    12:44:54        Q    Same time, in the spring?
11    12:44:56        A    Yes.
12    12:44:56        Q    Did you tell him to change that language?
13    12:44:58        A    No.
14    12:44:58        Q    If you had known that he used that language
15    12:45:01   in his posting, would you have approved it?
16    12:45:04        A    I don't approve or disapprove.  It's his
17    12:45:09   blog.
18    12:45:09        Q    Do you approve of that language?
19    12:45:12        A    I'm not sure how to answer that.
20    12:45:16        Q    Do you believe the Eastern District is a
21    12:45:19   banana republic?
22    12:45:22        A    No.
23    12:45:22        Q    Do you think it's appropriate for him to
24    12:45:26   refer to the Court as a banana republic?
25    12:45:29        A    I think he can do what he wants.
```