```
                                                                    1
            IN THE UNITED STATES DISTRICT COURT
               WESTERN DISTRICT OF TEXAS
                  TEXARKANA DIVISION

JOHN WARD, JR.,                       *
     Plaintiff,                       *
VS.                                   *   CIVIL ACTION NO.:
CISCO SYSTEMS, INC. AND RICK          *
FRENKEL,                              *
     Defendants.                      *   08-4022


************************************************************

              ORAL VIDEOTAPED DEPOSITION OF

                     JILLIAN POWELL

************************************************************


     ANSWERS AND DEPOSITION OF JILLIAN POWELL, produced as
a witness at the instance of the Plaintiff, taken in the
above-styled and -numbered cause on the 27th day of March,
2009, A.D., beginning at 10:38 a.m., before Kelly Hassell,
a Certified Shorthand Reporter in and for the State of
Texas, in the offices of Baker Botts, L.L.P., located at
2001 Ross Avenue, Suite 1100, Dallas, Texas, in accordance
with the Federal Rules of Civil Procedure and the agreement
hereinafter set forth.
```

```
                                                                    8
1    having been first duly cautioned and sworn to testify the
2    truth, the whole truth and nothing but the truth, testified
3    on her oath as follows:
4                         DIRECT EXAMINATION
5    BY MS. PEDEN:
6         Q    Will you please state your full name for the
7    record.
8         A    Jillian Michelle Powell.
9         Q    And your address, please.
10        A    213 Rockbrook Drive, Wylie, Texas 75098.
11        Q    Ms. Powell, have you been deposed before?
12        A    No.
13        Q    Have you ever given testimony in a court
14   proceeding before?
15        A    No.
16        Q    Are you represented by counsel today?
17        A    Yes.
18        Q    And who is your counsel?
19        A    Joseph Cheavens.
20        Q    Are you represented by Mr. Babcock?
21        A    No.
22        Q    And how about Ms. Parker?
23        A    No.
24        Q    Are you represented by anybody at Jackson Walker?
25        A    No.
```