IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | | |
|---|---|---|
| JOHN WARD, JR. | § § § | |
| | § | C. A. NO. 08-4022 |
| v. | § § | JURY TRIAL DEMANDED |
| CISCO SYSTEMS, INC. | § § | |

### CISCO SYSTEMS, INC.'S RESPONSES TO PLAINTIFF'S FIRST SET OF REQUESTS FOR ADMISSIONS

TO:   John Ward, Jr., by and through his attorney of record, Nicholas H. Patton, Patton, Tidwell & Schroeder, LLP, 4605 Texas Boulevard, Texarkana, Texas.

Pursuant to FED.R.CIV.P. 36, Defendant Cisco Systems, Inc. serves these Responses to Plaintiff's First Set of Requests for Admissions.

Respectfully submitted,

JACKSON WALKER L.L.P.

By: /s/ Charles L. Babcock (w/ permission by CJP)
Charles L. Babcock
Federal Bar No.: 10982
Email: cbabcock@jw.com
Crystal J. Parker
Federal Bar No.: 621142
Email: cparker@jw.com
1401 McKinney
Suite 1900
Houston, Texas 77010
(713) 752-4200
(713) 752-4221 – Fax

ATTORNEYS FOR DEFENDANT
CISCO SYSTEMS, INC.

**Request No. 31**: Admit that prior to posting the October 18, 2007 post attached hereto as Exh. 2, Baker Botts knew that ESN's counsel had told the Eastern District of Texas court clerk's office that ESN had filed the ESN complaint on Oct. 16, 2007.

**RESPONSE:**

Objection, this request calls for speculation. Cisco is unable to admit or deny this request, which asks for the knowledge of a third party, therefore denied.

**Request No. 32**: Admit that prior to posting the October 18, 2007 post attached hereto as Exh. 3, Baker Botts knew that ESN's counsel had told the Eastern District of Texas court clerk's office that ESN had filed the ESN complaint on Oct. 16, 2007.

**RESPONSE:**

Objection, this request calls for speculation. Cisco is unable to admit or deny this request, which asks for the knowledge of a third party, therefore denied.

**Request No. 33**: Admit that pursuant to Federal Rule of Civil Procedure 3, "a civil action is commenced by filing a complaint with the court."

**RESPONSE:**

Admitted that the quoted words are contained in Rule 3 of the Federal Rules of Civil Procedure. Object that the remaining of the request calls for a conclusion of law and is therefore denied.

**Request No. 34**: Admit that at the time the ESN complaint was filed, Cisco did not have counsel of record for the ESN v. Cisco litigation.

**RESPONSE:**

Admitted.

**Request No. 35**: Admit that if ESN had sent Cisco a copy of the ESN complaint, the sending of the complaint would not have perfected service pursuant to Federal Rule of Civil Procedure 4.

**RESPONSE:**

Objection, calls for a conclusion of law and for speculation. Cisco is unable to admit or deny this request because it does not specify the method in which ESN might have sent a copy of the ESN complaint nor the circumstances under which the copy may have been sent and therefore denied.

**Request No. 36**: Admit that if ESN had sent Cisco a copy of the ESN complaint, the sending of the complaint would not have perfected service pursuant to Eastern District of Texas's Local Rule CV-4.