# Marcie Long

| | |
|---|---|
| **From:** | Courtney Towle |
| **Sent:** | Monday, January 04, 2010 4:29 PM |
| **To:** | Parker, Crystal |
| **Cc:** | Nick Patton; ppeden@pedenlawfirm.com; Marcie Long; Babcock, Chip; Adair, Kathy |
| **Subject:** | RE: Outstanding Document Requests |

Crystal,

Please respond to my request by tomorrow. As you've already represented that no responsive documents could be located, you presumably know what was done to attempt to locate the documents.

Thanks,
-Courtney

Courtney Towle
Attorney
PATTON, TIDWELL & SCHROEDER, L.L.P.
P.O. Box 5398
Texarkana, TX 75505-5398

*This email and any attachments may be confidential or privileged. If you are not the intended recipient, be advised that any disclosure, copying, distribution, or use of this email is prohibited. If you receive this email in error, please notify us by reply mail and immediately destroy all copies of this communication.*

---

**From:** Courtney Towle
**Sent:** Wednesday, December 30, 2009 10:11 AM
**To:** 'Parker, Crystal'
**Cc:** Nick Patton; ppeden@pedenlawfirm.com; Marcie Long; Babcock, Chip; Adair, Kathy
**Subject:** RE: Outstanding Document Requests

Crystal,
What steps did Cisco take to search for documents responsive to request no. 109?

Thanks,
--Courtney

Courtney Towle
Attorney
PATTON, TIDWELL & SCHROEDER, L.L.P.
P.O. Box 5398
Texarkana, TX 75505-5398

*This email and any attachments may be confidential or privileged. If you are not the intended recipient, be advised that any disclosure, copying, distribution, or use of this email is prohibited. If you receive this email in error, please notify us by reply mail and immediately destroy all copies of this communication.*

---

**From:** Parker, Crystal [mailto:cparker@jw.com]
**Sent:** Wednesday, December 23, 2009 3:54 PM
**To:** Courtney Towle
**Cc:** Nick Patton; ppeden@pedenlawfirm.com; Marcie Long; Babcock, Chip; Adair, Kathy
**Subject:** RE: Outstanding Document Requests