# Marcie Long

| | |
|---|---|
| **From:** | Courtney Towle |
| **Sent:** | Tuesday, December 22, 2009 9:01 PM |
| **To:** | Parker, Crystal |
| **Cc:** | Nick Patton; ppeden@pedenlawfirm.com; Marcie Long |
| **Subject:** | Outstanding Document Requests |

Crystal,

You have not responded to my requests for information regarding several of Plaintiff's production requests in Plaintiff's Third Set of RFPs. We have been meeting and conferring regarding these requests since December 2. You have had ample time to determine the status of Cisco's document production with regard to the 14 requests and I would like to reach finality with regard to the status of each.

On December 10, 2009, you told me that you were going to confer with Cisco on the following requests and respond to me: nos. 97; 109; 114; 112; 113; and 100. It's been nearly two weeks and you have not responded. Tell me by Thursday whether Cisco will produce the requested documents and when.

On December 8, 2009, for request Nos. 90, 92, 93, 94, 101, 105, 107, 110, you stated that all "non-privileged, responsive documents" were produced. This response indicates that Cisco is withholding documents arguing privilege. Because theses document requests are each for documents attached to or referred to in the documents the Court ordered produced, and for which the Court found subject-matter privilege waiver, privilege was waived. Tell me by Thursday whether Cisco will produce the requested documents and when.

I continue to try to avoid Court intervention with regard to these requests and have provided you ample time to investigate. I look forward to your responses.

Thanks,
---Courtney


Courtney Towle
Attorney
PATTON, TIDWELL & SCHROEDER, L.L.P.
P.O. Box 5398
Texarkana, TX 75505-5398

*This email and any attachments may be confidential or privileged. If you are not the intended recipient, be advised that any disclosure, copying, distribution, or use of this email is prohibited. If you receive this email in error, please notify us by reply mail and immediately destroy all copies of this communication.*