```
            IN THE UNITED STATES DISTRICT COURT
                WESTERN DISTRICT OF ARKANSAS
                     TEXARKANA DIVISION
```

JOHN WARD, JR.                                                 PLAINTIFF

       v.           Civil No. 08-4022

CISCO SYSTEMS, INC.                                            DEFENDANT

### ORDER

Now on this 11th day of January, 2010, comes on for consideration the above-styled case.

**IT APPEARING** to the Court that the matter has been settled, counsel for all parties having so advised the Court, it is **ORDERED** that the case be, and it is hereby, **dismissed with prejudice**, subject to the terms of the settlement agreement.

The Court retains jurisdiction to vacate this Order and to reopen the action upon cause shown that settlement has not been completed and that a party wishes this Court to enforce the settlement agreement specifically.

**IT IS SO ORDERED.**

                                    /s/ Jimm Larry Hendren
                                    JIMM LARRY HENDREN
                                    UNITED STATES DISTRICT JUDGE